UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL SWEAR** | * | CIVIL ACTION |
| | * | |
| | * | NO. 15-6591 |
| **VERSUS** | * | |
| | * | SECTION "G" |
| | * | NANNETTE JOLIVETTE BROWN |
| **ARTHUR LAWSON, et al** | * | |
| | * | MAGISTRATE "1" |
| | * | Hon. Judge Janis van Meerveld |

\* \* \* \* \* \* \* \* \* \* \* \*

**WITNESS AND EXHIBIT LIST OF**
**ARTHUR LAWSON, SCOTT VINSON, AND THE CITY OF GRETNA**

**NOW INTO COURT,** through undersigned counsel, come, Arthur Lawson, Scott Vinson, and the City of Gretna, who in accordance with the Scheduling Order (Doc. 27 ) of March 16, 2017, file herewith their Witness and Exhibit List. Arthur Lawson, Scott Vinson, and the City of Gretna further reserve all rights to file evidentiary motions *in limine* and/or dispositive motions and/or pre-trial appeals to the United States Fifth Circuit Court of Appeals.

I.

**WITNESS LIST**

Should Arthur Lawson, Scott Vinson, and the City of Gretna not be dismissed by dispositive motion, whether granted in the trial or appellate court, they anticipate that they may call the following witnesses:

1. Chief Arthur S. Lawson, Jr.
   c/o Steven M. Mauterer
   210 Huey P. Long Avenue
   Gretna, Louisiana 70053

2. Deputy Chief Anthony H. Christiana, Jr.
   c/o Steven M. Mauterer
   210 Huey P. Long Avenue
   Gretna, Louisiana 70053

3.       Lieutenant Scott Vinson
            c/o Steven M. Mauterer
            210 Huey P. Long Avenue
            Gretna, Louisiana 70053

4.       Daniel Swear
            3913 Briant Drive
            Marrero, Louisiana 70072

5.       David Heintz

6.       Lieutenant Danielle Rodriquez
            c/o Steven M. Mauterer
            210 Huey P. Long Avenue
            Gretna, Louisiana 70053

7.       Officer Vicente Paz
            c/o Steven M. Mauterer
            210 Huey P. Long Avenue
            Gretna, Louisiana 70053

8.       Officer Kolby Arabie
            c/o Steven M. Mauterer
            210 Huey P. Long Avenue
            Gretna, Louisiana 70053

9.       Lieutenant Christopher Tapie
            c/o Steven M. Mauterer
            210 Huey P. Long Avenue
            Gretna, Louisiana 70053

10.      Lieutenant Phillip Saladino
            c/o Steven M. Mauterer
            210 Huey P. Long Avenue
            Gretna, Louisiana 70053

11.      Captain Russell S. Lloyd, Jr.
            c/o Steven M. Mauterer
            210 Huey P. Long Avenue
            Gretna, Louisiana 70053

12.      Lieutenant James Price
            c/o Steven M. Mauterer
            210 Huey P. Long Avenue
            Gretna, Louisiana 70053

13. Lieutenant Brian Rico
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

14. Officer Ryan Mekdessie
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

15. Lieutenant Tris Lear, Sr.
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

16. Officer Debra Alfaro
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

20. Sergeant Louis Alvarez
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

21. Officer Brian Legnon
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

22. Master Patrol Officer Corey Newby
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

23. Detective Russell Lloyd, II
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

24. Commander of Strategic Planning Jarvis Jackson
    c/o Steven M. Mauterer
    210 Huey P. Long Avenue
    Gretna, Louisiana 70053

25. Field Training Officer Brian Chernak
    c/o Steven M. Mauterer

210 Huey P. Long Avenue
Gretna, Louisiana 70053

26. Captain Eric Covell
c/o Steven M. Mauterer
210 Huey P. Long Avenue
Gretna, Louisiana 70053

27. Lt. Terri Brossette
c/o Steven M. Mauterer
210 Huey P. Long Avenue
Gretna, Louisiana 70053

28. Sergeant Brad Miller
c/o Steven M. Mauterer
210 Huey P. Long Avenue
Gretna, Louisiana 70053

29. Officer Brad Cheramie
c/o Steven M. Mauterer
210 Huey P. Long Avenue
Gretna, Louisiana 70053

30. Communications Officer Ashley Berry
c/o Steven M. Mauterer
210 Huey P. Long Avenue
Gretna, Louisiana 70053

31. Officer Cody Arabie
c/o Steven M. Mauterer
210 Huey P. Long Avenue
Gretna, Louisiana 70053

32. Officer Patsy Klees
c/o Steven M. Mauterer
210 Huey P. Long Avenue
Gretna, Louisiana 70053

33. Any witness, expert or lay, to rebut and/or impeach any witness offered by the plaintiff.

34. All witnesses necessary for the authentication of evidence.

35. All witnesses necessary for the admission of evidence.

36. Defendants reserve the right to supplement this Witness List should the identity of additional witnesses be discovered.

II.

**EXHIBIT LIST**

Arthur Lawson, Scott Vinson, and the City of Gretna may offer the following exhibits:

1. Gretna Police Department Operations Manual;

2. December 17, 2014 Change In Departmental Operation 6-2 and Acknowledgment of Daniel Swear;

3. July 24, 2014 Rights Relative to Administrative Proceedings Form signed by Daniel Swear;

4. Administrative and Personnel Management Report Complaint Form for July 2014 incident signed by Daniel Swear

5. August 6, 2014 Letter of Discipline Action;

6. August 6, 2014 signed Acknowledgment of receipt of Letter of Discipline Action by Daniel Swear;

7. January 13, 2015 memorandum of oral reprimand signed by Daniel Swear;

8. Administrative and Personnel Management Report Complaint Form for January 27, 2015 incident signed by Daniel Swear;

9. February 2, 2015 Rights Relative to Administrative Proceedings Form signed by Daniel Swear;

10. February 2, 2015 resignation letter of Daniel Swear;

11. April 20, 2015 resignation of reserve status of Daniel Swear;

12. Any other documents contained in Daniel Swear's Personnel and/or Disciplinary File produced in discovery;

13. Officer Daily Activity Reports of Daniel Swear;

14. Any and all discovery responses of Daniel Swear;

15. Deposition of Daniel Swear;

16. Any and all other documents that may be obtained through further discovery;

17. Any and all documents necessary for impeachment of a witness; and

18. Defendant reserves the right to supplement this exhibit list upon the discovery of additional documentation relevant to the issues to be tried in this matter.

Respectfully submitted,
**BEEVERS & BEEVERS, L.L.P.**

　　　/s/ *Steven M. Mauterer*　　　
WILEY J. BEEVERS, Bar #2902
STEVEN M. MAUTERER, Bar #26682
210 Huey P. Long Avenue
Gretna, Louisiana 70053
Telephone: (504) 361-4287
Fax: (504) 362-1405
Email: smauterer@beeverslaw.com

### **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 15th day of September, 2017, served the above and foregoing on all counsel of record by electronic filing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this case.

　　　/s/ *Steven M. Mauterer*　　　
Steven M. Mauterer