UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL SWEAR** | * | CIVIL ACTION |
| | * | |
| | * | NO. 15-6591 |
| **VERSUS** | * | |
| | * | SECTION "G" |
| | * | NANNETTE JOLIVETTE BROWN |
| **ARTHUR LAWSON, et al** | * | |
| | * | MAGISTRATE "1" |
| * * * * * * * * * * * * * * * * * * * * * * * | | Hon. Judge Janis van Meerveld |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes, Arthur Lawson, Scott Vinson, and the City of Gretna, who respectfully move this Honorable Court to grant Summary Judgment as after the conclusion of fact discovery there exists no genuine issues of material fact and Arthur Lawson, Scott Vinson, and the City of Gretna are entitled to judgment as a matter of law.

Respectfully submitted,
**BEEVERS & BEEVERS, L.L.P.**

　　*/s/ Steven M. Mauterer*
WILEY J. BEEVERS, Bar #2902
STEVEN M. MAUTERER, Bar #26682
210 Huey P. Long Avenue
Gretna, Louisiana  70053
Telephone: (504) 361-4287
Fax: (504) 362-1405
Email: smauterer@beeverslaw.com

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 25th day of September, 2017, the above and foregoing has been served on all counsel of record by electronic filing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this case.

                                */s/ Steven M. Mauterer*
                                  Steven M. Mauterer