# EXHIBIT A

1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   DANIEL SWEAR                CIVIL ACTION

 6   vs.                        NO. 15-6591

 7   ARTHUR LAWSON, ET AL       SECTION "G"

 8                              NANNETTE JOLIVETTE BROWN
                                MAG. "1"
 9                              Hon. Judge Janis van Meerveld

10

11

12            DEPOSITION OF DANIEL SWEAR taken

13      at the Holiday Inn Express & Suites New Orleans

14      Airport South, Orleans Room, 110 James Drive,

15      St. Rose, LA  70087 on Thursday, August 3, 2017.

16

17

18

19   REPORTED BY:

20   DIANNE C. WININGER, CCR
     Certified Court Reporter
21

22                              ⬜ORIGINAL

23

24

25
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

2

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4              MOORE & HEBERT, APLC
               BY:   COREY J. HEBERT, ESQ.
5              6513 Perkins Road
               Baton Rouge, LA  70808
6

7              DORNIER LAW FIRM
               BY:   SETH M. DORNIER, ESQ.
8              16851 Jefferson Highway
               Suite B-6
9              Baton Rouge, LA  70817

10

11   FOR THE DEFENDANT:

12             BEEVERS & BEEVERS, LLP
               BY:   STEVEN M. MAUTERER, ESQ.
13             210 Huey P. Long Avenue
               Gretna, LA  70053
14

15

16   ALSO PRESENT:   ANTHONY H. CHRISTIANA, JR.

17                   TRIS P. LEAR, SR.

18

19

20

21

22

23

24

25

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

3

<u>I N D E X</u>

|                     | PAGE |
|---------------------|------|
| EXAMINATION BY:     |      |
| MR. MAUTERER        | 5    |
| MR. HEBERT          | 121  |

<u>E X H I B I T   I N D E X</u>

| Exhibit #1  | 13  |
| Exhibit #2  | 14  |
| Exhibit #3  | 35  |
| Exhibit #4  | 36  |
| Exhibit #5  | 36  |
| Exhibit #6  | 38  |
| Exhibit #7  | 39  |
| Exhibit #8  | 39  |
| Exhibit #9  | 41  |
| Exhibit #10 | 42  |
| Exhibit #11 | 43  |
| Exhibit #12 | 52  |
| Exhibit #13 | 74  |
| Exhibit #14 | 111 |

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

4

1                    S T I P U L A T I O N

2

3          It is stipulated and agreed to by and between

4    counsel that the deposition of DANIEL SWEAR  is hereby

5    being taken pursuant to notice under the Federal Code of

6    Civil Procedure for all purposes permitted under law.

7          All formalities, including those of sealing,

8    certification, and filing are hereby waived, the original

9    to be read and signed.

10          All objections, except those as to the form of

11   the question and/or the responsiveness of the answer, are

12   reserved until the time of the trial of this case.  All

13   objections are to be considered under C.C.P. Article

14   1443, Paragraph D.

15

16

17

18                      *  *  *  *  *

19

20          DIANNE C. WININGER, CCR, State of Louisiana,

21   officiated in administering the oath to the herein

22   witness.

23

24

25

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

5

```
 1              DANIEL SWEAR, 3913 BRIANT DRIVE, MARRERO, LA
 2    70072 on Thursday, August 3, 2017 after having been
 3    first duly sworn to tell the truth, the whole truth, and
 4    nothing but the truth, was examined and testified as
 5    follows:
 6    BY MR. MAUTERER:
 7         Q.   Mr. Swear, can you please state your name and
 8    address for the record?
 9         A.   Daniel Wade Swear.   3913 Briant, B-R-I-A-N-T,
10    Drive.   Marrero, Louisiana   70072.
11         Q.   Mr. Swear, you have been deposed before; isn't
12    that true?
13         A.   Yes, sir.
14         Q.   So you are aware that there's certain
15    guidelines that we have in depositions that I'm about to
16    go through.   The first one is and that's good, please
17    answer the question that I ask.   The second one is you
18    have to give verbal responses.   Like you're doing right
19    now, you're shaking your head up and down, I understand
20    from looking at you that you understand my question, but
21    the court reporter can't get your up and down head shakes
22    on the record.   So if you understand my question, please
23    say yes or no.
24         A.   Yes.
25         Q.   For some reason you do not understand my
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

6

1  question, just say so.  If you give me an answer, I'm
2  going to assume that you understand the question.  Got
3  it?
4      A.   Yes, sir.
5      Q.   If you have to stop, go to the bathroom or
6  something like that, please just let us know.
7      A.   Okay.
8      Q.   If you have to for any reason consult with your
9  attorney throughout the deposition, the only thing that
10 I'm going to say to you is that answer the question
11 that's pending and then consult with your attorney in any
12 manner that you need to.  Do you understand?
13     A.   Yes, sir.
14     Q.   Tell me a little bit about yourself.  Where did
15 you go to high school?
16     A.   Jesuit.
17     Q.   And did you attend any college education
18 immediately after matriculating from Jesuit?
19     A.   I did.  University of Louisiana out of
20 Lafayette.
21     Q.   And how long did you attend that university?
22     A.   One semester.
23     Q.   And did you go to another school after that
24 semester or what did you do?
25     A.   I returned home and began the Gretna Police

DONEGAN, BARTELL & HENRY
1-800-259-6519
POST OFFICE BOX 1293        FAX (985) 447-8895        POST OFFICE BOX 3498
100 WEST FIFTH STREET                                7910 MAIN STREET
THIBODAUX, LA. 70302        www.dbhdepo.com          HOUMA, LA. 70361
PHONE: (985) 447-6519      Conference Rooms Available PHONE: (985) 868-2265

1   Academy.

2       Q.    And did you successfully complete the Gretna

3   Police Academy?

4       A.    Yes, sir.

5       Q.    While you were attending the Gretna Police

6   Academy, did you attend any other universities or

7   institutions of education?

8       A.    No.

9       Q.    And when you graduated and you became a

10  commissioned officer, isn't that correct?

11      A.    Yes, sir.

12      Q.    And where were you originally assigned with the

13  Gretna Police Department?

14      A.    To the communications division.

15      Q.    And what were your duties in the communications

16  division?

17      A.    I was a dispatcher.

18      Q.    How long were you a dispatcher?

19      A.    From I believe December of 2010 until sometime

20  in 2012.  I don't remember the month.

21      Q.    And in 2012, when you had a position shift,

22  where did you go next?  From dispatcher to what?

23      A.    To the patrol division first into the FTO

24  program.

25      Q.    So you immediately went into the FTO program in

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

8

1   2012?

2       A.    When I got transferred from communications,

3   every officer that goes to patrol has to complete a cycle

4   in FTO.  So I was riding with another policeman or two

5   other policemen before you're allowed to go out on your

6   own.

7       Q.    So you had a field training officer assigned to

8   you to show you the ropes how to be a patrol officer; is

9   that a fair statement?

10      A.    Two field training officers.  Yes, sir.

11      Q.    At some point in time you became a field

12  training officer yourself; isn't that correct?

13      A.    Yes, sir.

14      Q.    And when was that?

15      A.    I don't remember.

16      Q.    At any time while you were employed with the

17  Gretna Police Department, did you also attend any

18  universities?

19      A.    Yes, sir.

20      Q.    Which ones?

21      A.    University?  I'm sorry.  Louisiana State

22  University at Eunice and Louisiana State University at

23  Alexandria.  Eunice was first for obtaining an

24  associate's degree and Alexandria was second for the

25  purposes of obtaining a bachelor's degree.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2285

1      Q.    And have you completed your bachelor's degree
2  as we sit here today?
3      A.    Yes, sir.
4      Q.    And what is that in?
5      A.    Criminal justice.
6      Q.    Can you tell me if you remember the years that
7  you were attending the University of LSU Eunice for your
8  associate's degree?
9      A.    I don't remember off the top of my head.
10     Q.    Can you tell us when you graduated with that
11 degree?
12     A.    I believe 2014.
13     Q.    And then you moved on after obtaining an
14 associate's degree from LSU Eunice to LSU Alexandria; is
15 that correct?
16     A.    Yes.
17     Q.    Was that an immediate transition?  Did you go
18 right there?
19     A.    Yes, sir.
20     Q.    You attended LSU Alexandria throughout until
21 you obtained your bachelor's degree; isn't that correct?
22     A.    Yes, sir.
23     Q.    Did you physically attend classes at LSU Eunice
24 or was it an online study?
25     A.    Online study.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      Q.    Same thing for LSU Alexandria, did you actually

2  go to Alexandria and take classes or was it an online

3  study?

4      A.    Online study.

5      Q.    Tell me a little bit about that.  I've never

6  attend a university with online study, so please explain.

7  Do you have to take classes or log in every single day to

8  complete your degree or is it when you have time

9  available you log on and take your classes?

10     A.    Different teachers had different requirements

11 for their classes.  Some ask you to log in a certain

12 amount of times.  Others did not.  It was more about

13 completing your course work.

14     Q.    So would it be fair to say that you didn't have

15 to log on at a designated time everyday that a class was

16 scheduled for?

17     A.    Correct.

18     Q.    You could attend the class at any time you had

19 available?

20     A.    Correct.

21     Q.    And in order to do that, would it be something

22 as simple as to having an Internet connection and logging

23 on to the computer?

24     A.    There were books involved also.

25     Q.    But if you had to, were there lectures that you

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

11

1    had to watch online?

2        A.    The teachers didn't have lectures.  Some of the

3    material that we learned from were Internet sources.  It

4    could have been scholarly articles or the textbook

5    itself, chapters to read in a textbook.  There weren't

6    many videos involved.  I didn't see a lecture from a

7    teacher.  I can't remember at all in my time there.  It

8    was Internet sources.

9        Q.    I'm just trying to understand.  The teachers

10   would give you a reading list of some sort and you'd have

11   to go online and read the scholarly articles?

12       A.    The class is broken down into modules and the

13   modules either corresponded to one week or two weeks

14   worth of material depending on the class.  And there were

15   a certain amount of things that you had to complete in

16   each module.  Just as a normal class would be, they still

17   use the same online system for traditional in-class

18   schooling.  We just didn't have the opportunity to see

19   our professors face to face.

20       Q.    And when you took tests, did you have to

21   actually go to the university or could you do that online

22   as well?

23       A.    It was online.  And it was monitored online

24   through ProctorU.

25       Q.    And when you had to take the test, was that

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

12

1  similar to your studies?  And what I mean by that is you

2  could go online at any time and take the test?

3      A.    No, sir.

4      Q.    There was designated testing time?

5      A.    Yes, sir.

6      Q.    And do you recall if the designated testing

7  times were during normal hours like eight to five or

8  could you take the test at night?

9      A.    There was a certain cut off time.  The ProctorU

10 program and the testing times available were based on the

11 availability of people to ProctorU during your test.  So

12 if you wanted to take a test at 1:00 p.m., there's a

13 chance that someone had already taken that slot, so you

14 had to choose whatever slot was available to take the

15 test.

16     Q.    At some point in time you retained counsel, did

17 you not, to file a lawsuit against Arthur Lawson in his

18 individual capacity and official capacity as the Chief of

19 Gretna Police Department, Scott Vinson in his individual

20 and official capacity as Captain of Gretna Police

21 Department and City of Gretna; isn't that true?

22     A.    Yes, sir.

23     Q.    And without telling me because I'm not asking

24 you what you and your attorneys discussed, you did meet

25 with attorneys in drafting the complaint; isn't that

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   true?

2       A.   Yes.

3       Q.   And I'm going to show you what I'm marking as

4   Exhibit #1.   Take a few moments to look through it and

5   familiarize yourself with it and let me know when you're

6   ready.

7       A.   I can hold on to this?

8       Q.   Yes.

9       A.   I'm ready as long as I can refer back if you're

10  going to ask me questions about it.

11      Q.   Is this document Exhibit 1 that's in front of

12  you a copy of the complaint that you filed in this case?

13      A.   It appears to be, yes, sir.

14      Q.   It shows that it was filed December 8, 2015.

15  You would agree with that date?

16      A.   Yes.   Yes, sir.

17      Q.   And everything contained within this document

18  is true and correct to the best of your knowledge; is

19  that true?

20      A.   Yes, sir.

21      Q.   And the facts and allegations contained in this

22  complaint are things that you conveyed to your attorney

23  so they could draft the pleadings; isn't that a fair

24  statement?

25      A.   Yes, sir.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

14

1    Q.    Your lawyers didn't know this information

2  before?

3    A.    Correct.

4    Q.    I want to start going through some of the

5  allegations in the complaint.  And while we're doing

6  that, during the course of this case, the Gretna Police

7  Department and Chief Lawson and Captain Vinson issued

8  what we call discovery.  Are you familiar with the term

9  discovery?  If not, let me know.

10    A.    I'm familiar with it.

11    Q.    One of the elements of discovery is a request

12  for interrogatories or questions.  Did you participate in

13  providing the responses to the questions posed to you

14  with your attorneys?

15    A.    I did.

16    Q.    I'm going to show you what I'm marking as

17  Exhibit #2.  And you can keep Exhibit #1 handy.  Flip

18  through Exhibit #2 and make sure you recognize this

19  document first.

20    A.    Yes, sir.

21    Q.    Did you assist your counsel in preparing this

22  document?  Did you provide the answers to your lawyers so

23  they could type it up?

24    A.    Yes, sir.

25    Q.    And after it was typed up and prepared in this

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    format as you see it here in Exhibit #2, did you review

2    and approve the responses that your lawyers were

3    submitting on your behalf?

4         A.    I believe so.  Yes, sir.

5         Q.    And this document says it was sent to me on

6    June 6, 2017.  Is that a correct statement?  It's on the

7    last page.

8         A.    That is what it says, yes, sir.

9         Q.    Keep Exhibit #1 and Exhibit #2 handy.  I'm

10   going to refer you first to Paragraph 9 of your

11   complaint.  That's Exhibit #1.  Paragraph 9 of your

12   complaint you talk about on or about December 17th, 2014

13   and/or December 19th, 2014, Mr. Swear attended a

14   mandatory meeting at the Gretna Police Department.

15   During the meeting, Mr. Swear was informed that the

16   Gretna Police Department was instituting a quota policy.

17   I read that correctly, did I not?

18        A.    Yes, sir.

19        Q.    Prior to December 17th or December 19th, 2014,

20   you were never aware of an alleged quota policy with

21   Gretna Police Department, were you?

22        MR. HEBERT:  Object to the form.

23   BY MR. MAUTERER:

24        Q.    You can answer.

25        A.    The first time that I was aware of a quota

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  policy was when we were given the term 10-2-2 while

2  working patrol.  And that corresponded to the goal of ten

3  items per might, two arrests per night and two citations

4  per night.

5      Q.    And when are you saying that you were told this

6  10-2-2 term was provided to you?

7      A.    During my time after transfer from

8  communications and on to the D-Team patrol.

9      Q.    Are you saying now as we sit here today that

10  that term was provided to you prior to December 17th or

11  December 19th, 2014 as it appears in your complaint?

12      A.    That was the first time, the first time that I

13  associated this with being a problem, the term quota was

14  because of the nature that it was delivered to me on

15  December 17th and/or December 19th, 2014.

16      Q.    Okay.  I want to understand your statement.

17  Paragraph 9 appears to me to be specific.  It says:

18  During the meeting, Mr. Swear was informed that the

19  Gretna Police Department was instituting a quota policy,

20  period.  Were you informed that Gretna Police Department

21  was instituting a quota policy prior to December 17th or

22  December 19th, 2014?

23      A.    During my time on the D-Team, yes.  We were

24  expected to, we were expected to perform ten items, two

25  arrests and two citations per night.  However, it is very

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

17

1  specific in Paragraph 9 this was the speech that included
2  reference to money with the quota policy.  Prior to that,
3  there was no mention to me specifically about money and
4  our performance.  Specifically with a dollar figure,
5  money and our performance.
6       Q.  Let's talk about the time period that you just
7  discussed from the time you left being a dispatcher in
8  2012 until December 17th, 2014.  Please provide to me the
9  date that you were advised that Gretna Police Department
10 was instituting a quota policy that you were expected to
11 comply with.
12      A.  The first time that, within the first month
13 that I was assigned to the D-Team, it was expected of us
14 to perform 10-2-2.  That was our job as patrolmen on the
15 D-Team.  We had to perform ten items, two arrests and two
16 tickets.
17      Q.  You don't remember what month that was?
18      A.  I don't remember when I got transferred.
19      Q.  Who told you that?
20      A.  Lieutenant Vinson.
21      Q.  Where were you when that was conveyed to you?
22      A.  At the Gretna Police Department.
23      Q.  Where?
24      A.  It was conveyed on numerous occasions during
25 roll call.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

18

1      Q.   Let's start with the first.  Where were you?

2      A.   I don't remember.

3      Q.   Who was with you?

4      A.   Everyone who was on the team at that time.

5      Q.   Who is that?  You said D-Team.  So who was on

6 the D-Team when Lieutenant Vinson first told you that

7 there was a quota policy?

8      A.   I believe Brandon LeBlanc, Roland Kindell,

9 Dustin Vinet, Arthur Fernandez, Ryan Makdessi.  I know

10 I'm missing one or two.  I can't -- the teams have

11 shifted over the years.  I don't remember who else was on

12 team.

13      Q.   As you sit here today, that's what you

14 remember, right?

15      A.   Yes, sir.

16      Q.   And were those people that you named that were

17 on D-Team present when Lieutenant Vinson told you that

18 there was a policy, a quota policy being instituted?

19      A.   Yes.  At one point or another, they were

20 present.  It was uttered on numerous occasions.

21      Q.   So you can't tell me as we sit here today a day

22 that Lieutenant Vinson advised you of the quota policy

23 prior to December 17th or 19th, 2014, can you?

24      MR. HEBERT:  You mean a specific date?

25      MR. MAUTERER:  Yes.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1  BY MR. MAUTERER:
 2       Q.    You can't tell me that, can you?
 3       A.    You are correct.
 4       Q.    And as we sit here today, you can't tell me who
 5  was present with you and overhead Lieutenant Vinson
 6  institute this quota policy on the first time, first
 7  occasion, can you?
 8            MR. HEBERT:  Object to the form.
 9            THE WITNESS:   Correct.
10  BY MR. MAUTERER:
11       Q.    On the numerous times as you said that
12  Lieutenant Vinson spoke about this policy, what was the
13  next day that Lieutenant Vinson advised that there was a
14  quota policy?
15       A.    I don't understand the question.
16       Q.    You said there was numerous instances in which
17  Lieutenant Vinson according to you advised that there was
18  a quota policy.  What days?  Give me month, day, year.
19       A.    I don't remember.
20       Q.    Do you remember any month, day or year that
21  these numerous occasions took place?
22       A.    I can say that when January of 2014, Lieutenant
23  Vinson entered roll call and advised us that due to the
24  number of citations and arrests that we had made that the
25  city found it able to give us a three percent pay raise
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  which the officers had not gotten in a long time.

2      Q.   Correct me if I'm wrong, but the instances that

3  you've just been speaking of in which Lieutenant or

4  Captain Vinson, Lieutenant Vinson advised you of the

5  quota policy, prior to December 17th, 2014, do not exist

6  in your complaint?

7      MR. HEBERT:  Object to the form.

8  BY MR. MAUTERER:

9      Q.   You can answer it.

10     A.   Correct.

11     Q.   The statement that you just conveyed to me

12 about a January 2014 meeting regarding a pay raise does

13 not exist within your complaint, correct?

14     A.   Correct.

15     Q.   An allegation regarding a 10-2-2 quota system

16 does not exist within your complaint; isn't that correct?

17     A.   That is correct.

18     Q.   In fact, Paragraph 10 speaks of an alleged

19 quota system that would require three traffic citations

20 or summons per day and an average of one arrest every two

21 days work, isn't that what that says?

22     A.   Yes, sir.

23     Q.   And that this quota policy further subjected

24 the police officers, as well as their supervisors to

25 mandatory disciplinary action for any noncompliance with

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    the quota policy, that's what Paragraph 10 says, correct?

2        A.   That is correct.

3        Q.   Who told you that?

4        A.   Paragraph 10 refers to the time period outlined

5    in Paragraph 9.  The meeting was a roll call meeting that

6    was held in what we refer to as the palace.  For some

7    reason, I don't know why, it was, we either had

8    construction going on because we never met in the palace,

9    but we had chairs setup.  Our roll call was always

10   conducted with the supervisors on duty.  However, this

11   particular night at the time I believe Captain Vinson

12   entered the roll call for the purposes of addressing the

13   shift.

14       During that time, he informed me that the Chief told

15   him that the patrol division used $1 million from the

16   money generated by the RedFlex camera cars and that there

17   was a concern that that particular type of enforcement

18   would go away because people were constantly challenging

19   the constitutionality of it and they didn't know what

20   they were going to do if they no longer had the funding

21   from that.  So his goal then or his task was to make the

22   patrol division financially independent of RedFlex.  That

23   conversation led into my sergeant, Danielle Rodriguez,

24   telling us that we were going to issue three citations a

25   day and make an average of one arrest every two days

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  worked.

2       That meeting and the reason why that is outlined

3  here specifically in the complaint, that was the first

4  time that I heard something blatantly devastating between

5  that correlated our arrests and tickets and a specific

6  financial gain.  And coming from, coming from a person

7  who Captain Vinson is the quintessential patrolman, he is

8  the person that we all looked up to.  He probably taught

9  me more about police work than anybody else that I worked

10  there.  And to hear -- he had been off the road on

11  special assignment, but to hear him come in and tell me

12  that and tell us that, I'm not going to speak for anybody

13  else, that was my professional adult version of finding

14  out Santa Claus wasn't real.

15       I questioned everything that I had done since I got

16  out of the police academy in that was I out there making

17  a difference the entire time or was this the method

18  behind the madness from day one.  And coming from him, it

19  was surprising.

20       Q.   Did any other sergeants other than Sergeant

21  Rodriguez address you and the team during roll call

22  during that meeting?

23       A.   He did.

24       Q.   Who did?

25       A.   Sergeant David Heintz.   Sergeant Heintz's

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   reference to the -- the supervisors, they addressed us as

2   well.  Captain Vinson addressed us first and our

3   supervisors addressed us.  Sergeant Heintz asked us to

4   strive for, to increase our work potential by 10 percent.

5   And he left it at that.  He just said guys, you know, I

6   want you to try and give me another 10 percent of what

7   you're giving me right now.  That's what he told us.

8        Q.   During that time, during December 2014 when you

9   were a patrol officer, the shifts were 12-hour shifts,

10   weren't they?

11       A.   Yes, sir.

12       Q.   And correct me if I'm wrong, but wasn't the

13  purpose or wasn't the message given to the roll call that

14  day that in a 12-hour shift that patrol officers were

15  recording an hour and a half of documented work; wasn't

16  that the message that was conveyed by Sergeant Rodriguez

17  and Sergeant Heintz?

18            MR. HEBERT:  Object to the form.

19            THE WITNESS:  I don't recall.

20  BY MR. MAUTERER:

21       Q.   And that the department expected in a 12-hour

22  shift for a 12-hour paycheck more than an hour and a half

23  of documented work; isn't that true?

24            MR. HEBERT:  Objection to the form.

25            THE WITNESS:  I don't recall that portion of the

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  conversation.

2  BY MR. MAUTERER:

3      Q.   And during this conversation that you've just

4  been speaking of, Chief Arthur Lawson was not present,

5  was he?

6      A.   He was not.

7      Q.   Assist Deputy Chief or Deputy Chief Anthony

8  Christiana who is sitting to my right was not present,

9  was he?

10     A.   He was not.

11     Q.   When you became a commissioned Gretna police

12  officer, you were provided materials such as an operating

13  manual, right?

14     A.   There was an operating manual available in the

15  radio room.

16     Q.   And during the academy and your instruction

17  prior to taking the oath of office you were, you became

18  aware that that operating manual or operations manual

19  were the rules and regulations of the Gretna Police

20  Department, didn't you?

21     A.   I was.

22     Q.   In this December 17, December 19th, 2014

23  meeting after the discussion that you say occurred, was

24  any documentation handed to you and your fellow officers

25  amending that operating manual to describe and implement

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   a quota system?

2       A.   It was not.

3       Q.   Now, you described to us that not only in

4   response to my question, but also in response to

5   Interrogatory #2 in the discovery which is Exhibit #2 in

6   front of you that Scott Vinson had explained to you that

7   the Chief approached him and spoke about the red light,

8   RedFlex camera tickets, right?  That what you just told

9   me today in the deposition matches your response to

10  request for Interrogatory #2, doesn't it?

11      A.   Yes, sir.

12      Q.   You weren't present in any such meeting between

13  the Chief and Scott Vinson, were you?

14      A.   I was not.

15      Q.   And you don't know, do you, when Scott Vinson

16  refers to Chief whether that was Arthur Lawson, right?

17      A.   Correct.  It could have referred to Chief

18  Arthur Lawson or Deputy Chief Christiana because chief

19  was a common term that we called the deputy chief as

20  well.

21      Q.   Neither one of the chiefs, Chief Arthur Lawson

22  or Deputy Chief Christiana ever addressed you or the

23  other patrol officers while you were with them regarding

24  RedFlex camera ticket profits, did they?

25      A.   No, sir.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Q.   And your response to interrogatory says that

2  Scott Vinson explained that the Chief approached him

3  around the time of December 2013 regarding making the

4  patrol division financially independent of RedFlex, isn't

5  that what it says?

6    A.   That's correct.

7    Q.   As you sit here today, do you have any idea why

8  it took an entire year for Scott Vinson to allegedly come

9  to you-all and say you needed to issue more tickets?

10       MR. HEBERT:   Object to the form.

11       THE WITNESS:   Ask the question again please.

12  BY MR. MAUTERER:

13    Q.   You answer in your interrogatory that the

14  conversation between Scott Vinson and the Chief occurred

15  in December 2013.  Do you have any idea as we sit here

16  today why it took Scott Vinson one year to come to the

17  patrol division and allegedly institute a quota policy?

18       MR. HEBERT:   Object to the form.

19       THE WITNESS:   I don't have any idea.

20  BY MR. MAUTERER:

21    Q.   In your response to Interrogatory #2, the

22  second paragraph, it says:  Dating back to before

23  Mr. Swear was a member of the Gretna Police Department,

24  there was a quota that Scott Vinson proclaimed he

25  invented the 10-2-2 system, do you see that?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1     A.    Correct.  I see it.

2     Q.    If you were not a Gretna police officer, how

3 would you know if this alleged quota system did or did

4 not exist?

5     A.    Lieutenant Vinson, when he was my supervisor,

6 spoke about the 10-2-2 system and that he devised it, he

7 termed that system.

8     Q.    Did Lieutenant Vinson or Captain Vinson did not

9 tell you that Chief Arthur Lawson developed this system,

10 did he?

11     A.    No, sir.  He didn't.

12     Q.    He didn't tell you that Deputy Chief Christiana

13 developed this system, did he?

14     A.    No, sir.  He didn't.

15     Q.    He didn't tell you that Chief Arthur Lawson

16 mandated that this system be implemented, did he?

17     A.    No, sir.  He didn't.

18     Q.    He didn't tell you that Deputy Chief Christiana

19 mandated that this system be implemented, did he?

20     A.    No, sir.  He didn't.

21     Q.    Now, you explained a few minutes ago that

22 although it is not listed in your complaint, you were

23 advised of a quota system prior to December 17th, 2014 or

24 December 19th, 2014, right?

25     A.    Yes, sir.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Q.    Were you ever disciplined between 2010 and

2  December 2014 for not following that alleged quota

3  system?

4    A.    I don't believe so.  No, sir.

5    Q.    You were still employed as a Gretna police

6  officer in December of 2014, weren't you?

7    A.    Yes, sir.

8    Q.    So obviously, you weren't fired prior to then

9  for not adhering to an alleged quota system, correct?

10   A.    Yes, sir.

11   Q.    Do you have any pieces of paper that

12 memorializes, identifies or describes an alleged quota

13 system that was in place prior to December 17th or

14 December 19th, 2014 with the Gretna Police Department?

15   A.    I don't remember the dates on the trip sheets

16 that we had, what the highlighted trip sheets, the

17 annotated trip sheets, I don't remember the dates on

18 those.  So if they were prior to December 2014, the

19 answer to that would be yes.  If they were post December

20 '14, then the answer to that would be no.

21   Q.    Let me see if I understand your question.  Or

22 your answer.  In response to request for production of

23 documents in this case, you provided copies of trip

24 sheets; isn't that correct?

25   A.    I meant stat sheets.  But yes, sir.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1       Q.    Stat sheets or both?

2       A.    Right.

3       Q.    And your statement or your response today is

4   that those stat sheets or trip sheets are the evidence of

5   a quota system?

6       A.    That is the only written annotated physical

7   piece of evidence that I can show that it correlates

8   specifically to the speech that was given to us that I

9   referred to earlier that took place in the palace with

10  the three citations per day and one arrest every two

11  days.  Because of the annotations on the page, if you

12  multiply the number of days worked at the bottom of each

13  officer listed and you multiply that number by three,

14  that number was handwritten next to each of the citation

15  blocks under the officer's names.

16      Same principle for the arrest numbers.  If you

17  multiply by I guess one arrest every two days and did the

18  math on that, based on the day's work at the bottom, that

19  was indicated on the stat sheet.  That is the physical

20  support to what unfortunately we were told.

21      Q.    And who did the math?  You?

22      A.    No.  I did not do the math.  The stat sheets

23  were highlighted and handed out by Sergeant Danielle

24  Rodriguez during roll call.  It was typical for them to

25  come in mid month with your level of stats and have

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

30

1  highlighted your citations and your arrests to let you

2  know where you stood and where you needed to improve

3  before the end of the month.

4       Q.   We're going to through it.  So if you don't

5  remember right now, that's fine.  But as you sit here, do

6  any of those stat sheets or trip sheets that you produced

7  in discovery have the word quota written on it?

8       A.   No.  They do not.

9       Q.   And what you're describing to me is sounds like

10  your interpretation of what those stat sheets and trip

11  sheets mean; is that a fair statement?

12       A.   They did not use the term quota.  So based on

13  the totality of circumstances and everything put

14  together, yes, I determined that to be a quota.

15       Q.   And it could have possibly been your

16  supervisors showing that in a 12-hour day they expected

17  more than an hour and a half worth of work, couldn't it?

18            MR. HEBERT:  Object to the form.

19            MR. DORNIER:  Object to the form.

20            THE WITNESS:  I don't believe that can correlate

21  to what was given to us because of the potential

22  ramifications of not doing it which coming from Captain

23  Vinson at the time was for us to be written up, suspended

24  and/or ultimately terminated.  The financial

25  ramifications were that if we did not close this million

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  dollar gap that potentially they would have to stop

2  paying for the employee's health insurance and that the

3  system that was set in place that we didn't pay into our

4  own retirement would possibly have to go away and we

5  would have to contribute with the department as many

6  other places have to do.  At the time, we had it very

7  good and we didn't have to pay into our retirement.

8  BY MR. MAUTERER:

9      Q.   Have you ever had any meetings with Chief

10  Lawson regarding the budget regarding the Gretna Police

11  Department?

12      A.   I have not.

13      Q.   Have you had any meetings with Deputy Chief

14  Christiana regarding the budget of the Gretna Police

15  Department?

16      A.   I have not.

17      Q.   Have you ever appeared before and discussed

18  with the Gretna Council the budget of the Gretna Police

19  Department?

20      A.   I have not.

21      Q.   Have you ever seen the budget of the Gretna

22  Police Department?

23      A.   I have not.

24      Q.   Has anyone ever explained to you the sources of

25  revenue for the Gretna Police Department?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

32

1      A.   The only indication that I've ever received of

2 talk of revenue is the $1 million from RedFlex and its

3 influence to the patrol division.

4      Q.   So as we sit here today, you don't know other

5 than that revenue source where Gretna Police Department

6 gets its money, do you?

7      A.   I do not.

8      Q.   Have you ever seen the contract between RedFlex

9 and the City of Gretna?

10      A.   I have not.

11      Q.   So you don't know as you sit here today if the

12 Gretna Police Department actually gets a cut of the

13 RedFlex money, do you?

14      A.   I don't.

15      Q.   Now, Interrogatory #2, your response, the last

16 sentence, Page 4, Interrogatory #2:  Mr. Swear was

17 ordered by Sergeant Danielle Rodriguez on one occasion to

18 issue three citations per day and make an average of one

19 arrest every two days.  Do you see that?

20      A.   Yes, sir.

21      Q.   What day were you ordered by Sergeant Rodriguez

22 to carry that out?

23      A.   That's going to be the same meeting inside of

24 the palace that Scott Vinson, Danielle Rodriguez and

25 Sergeant Heintz were present at.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      Q.   And again, if that was in the same meeting, any
2  such order would have been verbal and not in writing; is
3  that correct?
4      A.   That's correct.
5      Q.   Now, I'm a little confused, so help me out.   In
6  looking at your complaint and then your response to
7  Interrogatory #2, I'm trying to find out as you
8  understand it what the quota system was.  Was it 10-2-2?
9  Was it three traffic citations per week day and one
10 arrest?  Or was it a 10 percent increase in work?  What
11 was the official quota policy that was implemented by the
12 Gretna Police Department?
13     A.   The three citations a day and the average of
14 one arrest every two days as I understood it based on the
15 annotated stat sheets that were passed out and specifying
16 what we had to be at.
17     Q.   So there's no document where the 10-2-2 says?
18     A.   No document with the 10-2-2.
19     Q.   There's no document with a 3-1-1 or whatever on
20 it, is there?
21     A.   No.   There is not.   Aside from doing the math
22 on the annotated stat sheet, there is nothing that says
23 3-1-1.
24     Q.   There's no document with 10 percent increase?
25     A.   No, sir.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1        Q.    You allege in Paragraph 10 that this policy
2   that we've been talking about subjected police officers
3   as well as their supervisors to mandatory discipline for
4   any noncompliance with the quota policy.  Again, is that
5   statement based on the verbal conversation that you
6   allege took place December 17th, 2014, December 19th,
7   2014?
8        A.    That is during the meeting when Captain Vinson
9   spoke and our supervisor spoke.  He advised the
10  supervisors in the presence of the officers that worked
11  for them that if the supervisors did not enforce this
12  that he would take action against them.
13       Q.    Did he describe what action he would take
14  against the supervisors?
15       A.    Not against the supervisors.  Just the action
16  against the officers which would be being written up
17  and/or suspended and ultimately terminated.
18       Q.    Did he describe to you that this action that he
19  says would take place, that would take place against the
20  officers that Chief Lawson was going to implement that or
21  take that action?
22       A.    No.  He did not.
23       Q.    Did he state that Deputy Chief Christiana was
24  going to take that action?
25       A.    No.  He did not.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1        Q.    Now, during some requests for discovery that

2   you made to the Gretna Police Department, you asked for a

3   copy of the table of contents of the operations manual.

4   And we provided it to you.  And I'm going to mark it as

5   Exhibit #3.  Exhibit #3 just for the record is also Bates

6   number Gretna 0073 through 0077.  Could you please

7   identify if you can please during that table of contents

8   where the quota policy is identified in the operations

9   manual.

10       A.    I'm familiar with it.  It was not a written

11  policy.

12       Q.    So it is not identified in the table of

13  contents of the operations manual, correct?

14       A.    That's correct.

15       Q.    Now, while you were an officer with the Gretna

16  Police Department, there was a change to the operations

17  manual, wasn't there?

18       A.    Yes.  I believe on numerous occasions.

19       Q.    I'm going to refer you to one specifically.

20  There was a change in the operations manual regarding

21  recording of fellow officers; isn't that true?

22       A.    Specifically surreptitiously recording of

23  fellow officers, yes, sir.

24       Q.    And that policy change was issued in writing;

25  isn't that true?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      A.   That is true.

2      Q.   And you had to signoff on it that you received

3  a copy of it; isn't that true?

4      A.   That is true.

5      Q.   I'll show you what I'm marking as Exhibit 4.

6  Is dated December 17th, 2014.  This is the change in

7  department regulation policy regarding the surreptitious

8  recording of officers, isn't it?

9      A.   Yes, sir.

10      Q.   And it is effective by its content

11  December 15th, 2014; doesn't it say that?

12      A.   Correct.   Correct.

13      Q.   It even says where this page is supposed to be

14  inserted in the operations manual, doesn't it, Paragraph

15  2:  This departmental regulation is effective as of

16  December 15, 2014.  And you see it shall be considered a

17  permanent part of the operations manual.  This page

18  should be inserted in the hard copy manual between Pages

19  20 and 21?

20      A.   That's correct.

21      Q.   And you acknowledge receipt of that change in

22  official policy; did you not?

23      A.   I did.

24      Q.   And I'll show you what I've marked as Exhibit 5

25  which is also Bates number Gretna 0282.  Is that your

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  signature on that page?

2      A.    That is.

3      Q.    And that's you acknowledging receipt of the

4  Departmental Regulation 6-2 Article 82.1 regarding

5  recording devices?

6      A.    That's correct.

7      Q.    Now, also in discovery you produced a couple

8  audiotapes; isn't that correct?

9      A.    I did.

10     Q.    And one of the audiotapes is a recording of you

11  and Sergeant Rodriguez; isn't that correct?

12     A.    That's correct.

13     Q.    And the date at least stamped on the recording

14  is December 20th, 2014; is that correct?

15     A.    That's correct.

16     Q.    That's a correct date?

17     A.    That's a correct date.

18     Q.    And Sergeant Rodriguez did not know she was

19  being recorded on that date, did she?

20     A.    No.   She did not.

21     Q.    And that would have been three days after this

22  policy you signed the receipt acknowledging the policy of

23  not recording, surreptiously recording other officers;

24  isn't that true?

25     A.    That's true.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

38

1      Q.    And I'm correct in saying if you remember that

2   the conversation that you and Sergeant Rodriguez took

3   place was over an hour long; wasn't it?

4      A.    It was.

5      Q.    While you were a Gretna police officer, you've

6   had some instances where you've been the subject of some

7   disciplinary action; isn't that correct?

8      A.    That's correct.

9      Q.    And, in fact, several months or a few months

10  before this December 2014 meeting that you've been

11  talking about, you were disciplined because of an

12  occurrence on June 24, 2014; isn't that correct?

13     A.    (No response.)

14     Q.    Yes?  No?

15     A.    If that's what it says on the exhibit, then

16  yes, sir, I'll agree to that.

17     Q.    I'm going to show you.  This is Exhibit 6.  It

18  is also Bates numbered Gretna 0085 entitled Rights

19  Relative to Administrative Proceedings.  Do you see that?

20     A.    I do.

21     Q.    And it lists seven statutory rights on the

22  first page that's Bates number 0085; doesn't it?

23     A.    Yes, sir.

24     Q.    And your signature is contained on that

25  document, 0085, correct?

DONEGAN, BARTELL & HENRY
1-800-259-6519
POST OFFICE BOX 1293           FAX (985) 447-8895          POST OFFICE BOX 3498
100 WEST FIFTH STREET          www.dbhdepo.com             7910 MAIN STREET
THIBODAUX, LA. 70302       Conference Rooms Available      HOUMA, LA. 70361
PHONE: (985) 447-6519                                      PHONE: (985) 868-2265

1      A.   Yes, sir.

2      Q.   And on the second page 0086, it talks about the

3  violation was instructions from authoritative source and

4  unsatisfactory performance by a member.  Do you see that?

5      A.   Yes, sir.

6      Q.   And your signature exists on that page as well?

7      A.   Yes, sir.

8      Q.   You received a three-day suspension without pay

9  for that violation; isn't that correct?

10      A.   I believe so.  Yes, sir.

11      Q.   I'm going to show you what I've marked as

12  Exhibit 7.  It is an August 6th, 2014 letter to you from

13  Deputy Chief Anthony Christiana.  Do you see that?

14      A.   Yes, sir.

15      Q.   It says on there that July 25th, 2014, they

16  received a complaint and that based on the violation of

17  departmental regulations you were receiving a three-day

18  suspension, correct?

19      A.   Correct.

20      Q.   And you acknowledge receipt of a disciplinary

21  action, a letter of disciplinary action; isn't that

22  correct?

23      A.   Yes, sir.

24      Q.   I'll show you what I marked as Exhibit 8.  It

25  is also Bates number Gretna 0079.  That's an August 6th,

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   2014 letter saying:   I, Daniel Swear, am in receipt of a

2   letter of disciplinary action dated August 6, 2014.   Is

3   that your signature?

4        A.   Yes, sir.  It is.

5        Q.   You were also counseled by Sergeant Rodriguez

6   in January of 2015; were you not?

7        A.   I was.

8        Q.   And the basis of that counseling was that you

9   did not write any tickets or enforce any traffic laws of

10  the City of Gretna during December of 2014; isn't that

11  correct?

12       A.   I don't remember specifically what the verbiage

13  was in it.

14       Q.   You recall advising Sergeant Rodriguez that you

15  felt that you shouldn't have to write tickets in December

16  because it takes money away from people for

17  Christmastime, right?

18       A.   That was a personal choice of mine where I only

19  wrote tickets when they were blatantly obvious during the

20  month of December because I didn't want people to not buy

21  their kid a Christmas present because they got a ticket

22  because they had a brake light out.

23       Q.   And can you tell me when Arthur Lawson advised

24  you that in the month of December you did not have to

25  enforce the traffic laws of the City of Gretna or the

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    State of Louisiana?

2        A.    Arthur Lawson never informed me of that.

3    However, we were given discretion when to write tickets.

4        Q.    And similarly, please tell me when Deputy Chief

5    Christiana told you that you did not have to enforce the

6    traffic laws of the City of Gretna or State of Louisiana

7    during December?

8        A.    Again, Deputy Chief Christiana never told me

9    that.   However, we did have discretion when to and not

10   write tickets.

11       Q.    I'm going to show you what I'm marking as

12   Exhibit 9.   Do you recognize this document?

13       A.    I do.

14       Q.    This is a memorialization of the oral reprimand

15   you received from Sergeant Rodriguez for unsatisfactory

16   performance; is it not?

17       A.    Correct.

18       Q.    And it is signed by you at the bottom?

19       A.    Correct.

20       Q.    Does it state anywhere in this document and if

21   so please point it to me where it says you received an

22   oral reprimand for not following the quota policy?

23       A.    It does not say that.

24       Q.    When you become a police officer, you do take

25   an oath to follow and enforce the laws of municipality in

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

42

1  which you're employed; do you not?

2      A.    Yes, sir.

3      Q.    And you do take an oath to follow and enforce

4  the laws of the State of Louisiana; do you not?

5      A.    Yes, sir.

6      Q.    Now, you were also the subject of some

7  disciplinary proceedings in January of 2015; were you

8  not?

9      A.    Yes, sir.

10     Q.    And that stemmed from an act where you brought

11 a supervisor some knee pads at a roll call meeting; isn't

12 that true?

13     A.    Yes, sir.  It is.

14     Q.    I'll show you Exhibit 10.  This is Gretna 0279

15 through Gretna 0281.  And the synopsis on the first Page

16 0279 says:  By attending a roll call on January 27, 2015

17 with a gift of knee pads, Vaseline and other items for a

18 sergeant that was not chosen for a promotion which

19 standard translation infers sexual favors would need to

20 be performed in order to be promoted, impressing a

21 derogatory view of the department and its supervisory

22 structure on a recently hired officer, who he personally

23 trained, just released from training, as well as his

24 teammates which could foreseeably effect their view of

25 the department, as well as their work ethic by the above

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   listed act.

2       That's a fair reading of the synopsis of the

3   complaint; isn't that correct?

4       A.   That was word for word.  Yes, sir.

5       Q.   You did, in fact, bring knee pads and Vaseline

6   to the roll call meeting?

7       A.   I did.

8       Q.   And there were new recruits and trainees

9   present at that roll call?

10      A.   There was one recruit who had just been

11  released from training.  However, he was not a new

12  policeman.  He had worked at a previous agency and was a

13  transfer officer.

14      Q.   And there were other non-rank patrol officers?

15  Do you understand what I'm saying?  No sergeants?  No

16  lieutenants?  There were other patrol --

17      A.   There were sergeants in the room, yes.  There

18  were other patrol officers as well.

19      Q.   And then there were sergeants as well in the

20  room?

21      A.   Correct.

22      Q.   In connection with that act, you were the

23  subject of some administrative proceedings; were you not?

24      A.   I was.

25      Q.   I'll show you what I'm marking as Exhibit 11

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  which is entitled Rights Relative to Administrative
2  Proceedings.  You see it has the seven statutory rights?
3      A.   Correct.
4      Q.   And your signature exists on that document as
5  well, correct?
6      A.   Yes, sir.
7      Q.   And the second page which is Bates number 0278,
8  your signature exists on that page as well, correct?
9      A.   Yes, sir.
10     Q.   And the nature of the infraction is attending
11 roll call on January 27, 2015 with the gift of the knee
12 pads, correct?
13     A.   Correct.
14     Q.   I'll call your attention back to Exhibit #1,
15 Paragraph 18, Page 4:  Mr. Swear additionally informed a
16 special agent with the Federal Bureau of Investigation
17 stationed in New Orleans of the implementation and
18 administration of the quota system.  Do you see that?
19     A.   Yes, sir.
20     Q.   And would that have been FBI Agent Richard
21 Voyles?
22     A.   That's correct.
23     Q.   Do you remember when you spoke with FBI Agent
24 Richard Voyles?
25     A.   I don't remember specifically.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

45

1     Q.   Do you know where you were when you spoke with

2  FBI Agent Richard Voyles?

3     A.   Agent Voyles and I spoke on numerous occasions

4  via telephone.  However, the first time we met I believe

5  was at a PJ's Coffee Shop.

6     Q.   Do you remember where the PJ's Coffee Shop was?

7     A.   I believe it was the one on the corner of

8  Manhattan Boulevard and Lapalco Boulevard.

9     Q.   Were you still employed by the Gretna Police

10  Department when you met with Agent Voyles?

11     A.   I still, I believe I still held the commission,

12  yes, sir.

13     Q.   Were you still actively employed doing work for

14  Gretna Police Department when you met with Agent Voyles?

15     A.   When I met with him, no.  I was not.

16     Q.   This was after you resigned but still retained

17  your reserve commission, correct?

18     A.   Yes.

19     Q.   And you originally responded in response to

20  discovery that two other unknown FBI agents were with

21  Mr. Voyles.  As we sit here today, do you recall who they

22  were?

23     A.   No.  I do not.  At that first meeting with

24  Agent Voyles, he didn't have anybody else with him.  On a

25  different occasion there was another agent there.  I

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   don't know for what purpose.  I don't remember.  He
2   credited me, but didn't give me a card.  I don't remember
3   what his name was.  And then on another occasion from
4   that there was a third FBI agent with him.  So a total of
5   three FBI agents that I've come into contact with only as
6   a result of speaking with Agent Voyles.
7        Q.   And one of the meetings was at a PJ's Coffee
8   Shop?
9        A.   Correct.
10        Q.   Can you tell us where any of these other
11   meetings took place?
12        A.   One meeting was at the Chick-fil-A on Manhattan
13   Boulevard.  And we've had at least two other meetings at
14   a PJ's Coffee Shop just inside of Belle Chasse right past
15   Barriere Road.
16        Q.   I want to make sure I understand.  All of these
17   meetings, did they take place prior to you becoming
18   employed with the Plaquemines Parish Sheriff's Office?
19        A.   Not all of them, no.
20        Q.   The first one at the PJ's Coffee Shop did,
21   correct?
22        A.   Yes.
23        Q.   The next meeting, did that occur before or
24   after you became employed with Plaquemines Parish
25   Sheriff's Office?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1          A.    I don't remember.

2          Q.    Obviously, the third one you don't remember

3     before or after, correct?

4          A.    Correct.

5          Q.    When was the last time you met with or spoke

6     with an FBI agent regarding an alleged quota system at

7     Gretna Police Department?

8          A.    I believe about two months ago when I called

9     Agent Voyles to let him know that his name would be used

10    during this case.  I wanted to give him a courtesy call

11    to let him know that.  But as far as speaking about the

12    system and the allegation at hand, we didn't discuss any

13    of that.  It was merely a courtesy call so that he didn't

14    get blindsided by his name coming up.

15         Q.    Do you remember anything about what Agent

16    Voyles said to you during that conversation?

17         A.    No.  I don't.  It was brief.  It was a courtesy

18    call.  That was it.

19         Q.    Are you aware of any people that FBI Agent

20    Voyles or any other FBI agent has interviewed other than

21    yourself?

22         A.    I'm not.

23         Q.    You said you spoke to Lee Zurik, correct?

24         A.    I did.

25         Q.    Do you remember when you spoke to Lee Zurik?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    A.    I don't remember what month, no.

2    Q.    Was it before or after you became employed with

3  the Plaquemines Parish Sheriff's Office?

4    A.    I don't remember.

5    Q.    Was it more -- was it one time?

6    A.    One time.

7    Q.    Was it in person?

8    A.    It was.

9    Q.    Where was that meeting?

10    A.    I believe that street is South Jeff Davis.

11    Q.    Was it at the news studio or was it another

12  coffee shop?

13    A.    I don't know if that's where they film the news

14  at, but it was definitely a building owned by that

15  company.

16    Q.    Owned by the news studio?

17    A.    The news, correct.

18    Q.    And has Mr. Zurik contacted you after that

19  meeting regarding a follow-up story of any sort regarding

20  this claim?

21    A.    No.  He did not.

22    Q.    And you spoke to an unknown member of the

23  attorney general's office.  Was that by a telephone call?

24    A.    No.  Initially, it was an online typed-out

25  petition to have someone call you.  And then I did speak

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   to them on telephone.  A follow-up.  I do not remember.

2   It was a male subject, but I do not remember what his

3   name was.

4       Q.   Did you retain a copy of the typed-up Internet

5   request?

6       A.   I did not.

7       Q.   Has the attorney general's office ever sent you

8   an e-mail, fax, letter that contained --

9       A.   No.  They haven't.  The conversation, follow-up

10  conversation with the member of that office indicated

11  that that office would not take part in the matter.

12      Q.   Do you remember when that telephone

13  conversation took place where the representative of the

14  attorney general's office conveyed that to you?

15      A.   I do not.

16      Q.   You also say in response to Interrogatory #4

17  and others.  Do you know who the and others are that you

18  spoke to about this alleged quota system?

19      A.   After the meeting that we had in December,

20  anyone and everyone that would listen.  Like I said, I

21  lost all knowledge of why I was doing, what I was doing,

22  if I wanted to continue to do what I was doing.  I had,

23  you have a lot of people that look up to you as a

24  policeman.  And by this issue coming up, I felt it

25  necessary to just say as much as I could.  I didn't agree

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  with it.

2      I went as far as I had a license, an assembly line

3  license plate made on my personal car with the statute

4  that prohibited quotas in Louisiana.  I mean I was so

5  openly troubled by that that I told anyone and everyone

6  that I could.

7      Q.  Let's try to drill down a little bit on the

8  anyone and everyone.  Would it be a fair statement to say

9  that you spoke with other members of your team about it?

10     A.  Yes.

11     Q.  And what team was that at that time?

12     A.  C-Team.

13     Q.  Did you speak to Arthur Lawson about it?

14     A.  I did not.

15     Q.  Did you speak to Deputy Chief Christiana about

16  it?

17     A.  I did not.

18     Q.  Did you speak to the Metropolitan Crime

19  Commission about it?

20     A.  I did not.

21     Q.  Did you speak to your dad about it?

22     A.  I did.

23     Q.  Did you speak to any other family members?

24     A.  But my grandma, when I visited her, I told her

25  I was in a tough spot, but she doesn't really understand

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1 police work.  And it was kind of a just a means of

2 conversation.

3      Q.    Other than dad and grandma, did you talk to

4 your mom?

5      A.    At the time, I wasn't really speaking to my

6 mom.

7      Q.    Cousins?

8      A.    I only had one first cousin.  And I don't talk

9 to her.

10     Q.    Do you have any brothers or sisters?

11     A.    I'm an only child.

12     Q.    Did you talk to Robin Christiana about it?

13     A.    I did not.

14     Q.    Did you talk to Patsy Klees about it?

15     A.    I did talk to Patsy about it.

16     Q.    You were living with Patsy Klees for awhile?

17     A.    For a very long time.

18     Q.    And what did you tell Patsy Klees about?

19     A.    I told her what the situation was.  I don't

20 remember the conversation specifically, but.

21     Q.    As you remember it.

22     A.    Well, I can tell you the facts of it don't

23 change.  I just don't remember what I specified in the

24 conversation.  But I mean she reached out to me after I

25 put in my letter of resignation because she wanted to

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

52

1    make sure that I was okay.  I mean I lived with her.
2    That's been Aunt Patsy to me since day one.  I mean she's
3    very close with my father, so she reached out I guess to
4    check on my well-being.  And I told her that I couldn't
5    do it.
6          Q.    Has Patsy Klees ever acknowledged to you that
7    she was aware that there was a quota policy at the Gretna
8    Police Department?
9          A.    No.  She did not.
10         Q.    Since you brought it up, I'll talk about it
11   right now.  I'll mark as Exhibit 12, it is also Bates
12   numbered Gretna 0096.  Is this your resignation letter
13   dated February 2nd, 2015?
14         A.    That is correct.
15         Q.    It says you're resigning, but you'll end your
16   employment officially as of the pay period of Thursday,
17   February 12, 2015, correct?
18         A.    That's correct.  That was standard procedure.
19   If you were going to sever yourself whether it be police
20   department or private entity to at least afford them the
21   opportunity to set them up to replace you or move
22   personnel around.
23         Q.    In the last sentence you ask to retain your
24   commission as a reserve officer; isn't that correct?
25         A.    I did.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

53

1      Q.    Paragraph 24 of your complaint, that's Exhibit

2  #1, Page 25, you talk about attending a meeting with

3  Captain Vinson on February 9, 2015.

4      A.    Yes, sir.

5      Q.    And you say:  During the meeting, Mr. Swear was

6  informed that he was being written up for making

7  defamatory statements concerning the ethics of the Gretna

8  Police Department.  Do you see that?

9      A.    That's correct.

10      Q.    And the next paragraph, Paragraph 25 says:  At

11  the February 9, 2015, meeting Mr. Swear was urged to

12  resign immediately.  Do you see that?

13      A.    That is correct.

14      Q.    I'm confused.  You resigned February 2nd, 2015

15  according to Exhibit 12.

16      A.    Correct.

17      Q.    So how were you going to resign again on

18  February 9th, 2015?

19      A.    When I entered my resignation letter on

20  February, on the 2nd of February, I was still a member of

21  the Gretna Police Department.  And for the purposes of I

22  lived with within a 4.4 square mile city and I did not

23  have a concealed weapons permit.  I was openly known in

24  my apartment complex as a police officer.  Not everybody

25  like the police.  I needed my reserve commission to make

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

54

1  sure I could have a gun for the time being until I could

2  get a commission somewhere else or file the paperwork to

3  get a concealed weapons permit.

4       Actually, on February 2nd, 2015, I did the courtesy

5  of asking for my or offering two weeks after I tendered

6  my letter of resignation and I was not allowed to work my

7  two weeks.  And I was told to come in I believe a half

8  day, the following day and then turn my, turn my, the

9  full-time property back in.

10      On the February 9th meeting, I was called in and

11  during this meeting it was Captain Vinson behind his

12  desk, it occurred in his office, Captain Vinson behind

13  his desk.  I sat in the chair to the left and I believe

14  lieutenant was his rank Jim Price sat in the chair to the

15  right of me.  It was a closed door meeting.  We sat down.

16  It was tense from my perspective.  I don't -- all he did

17  was he slid a single piece of paper across the table with

18  a sticky note on it and said I'm giving you the

19  opportunity to resign before we initiate this

20  investigation regarding you making defamatory statements

21  to the Gretna Police Department.

22      We briefly spoke about that.  And I asked Lieutenant

23  Jim Price if he wouldn't mind out of no disrespect, if he

24  would excuse himself.  He had no problem with that.  I

25  wanted to speak to Captain Vinson alone.  When he excused

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  himself and closed the door, I told Scott, Captain

2  Vinson, that I wasn't going to, I wasn't going to say

3  openly in front of another supervisor about the million

4  dollar speech and everything that he had said.

5      And I asked him, I said the defamatory statements

6  that you're alleging that I made were all as a result of

7  the speech that you gave me in, that you gave us in

8  December.  And Captain Vinson's eyes were -- he almost

9  was shocked that of the words that were coming out of my

10 mouth and he took the paper right back and said you don't

11 have to worry about that.  Obviously, I overspoke.  And

12 he told me in his words and I quote, I'm going to go

13 across the street and fall on my sword.  I'm going to go

14 make this right.  You don't have to worry about it.

15     So, like I said, out of respect for Captain Vinson,

16 I mean December was the first time that anything had

17 really come out of his mouth to shatter it.  And now that

18 we were I don't want to say past it, but now that we were

19 in a situation where we were talking, I didn't know how

20 much another supervisor knew of what was going on and

21 that's why I asked him to leave, so I didn't want to say

22 it in front of the other supervisor.

23     Q.   If part of the transmission of the quota policy

24 was conveyed because of the RedFlex million dollar

25 deficit, why wouldn't another supervisor know that?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1     A.   I don't know if that other supervisor was privy

2  to that information.  Scott was the captain.  The other

3  supervisor was a lieutenant.  He didn't call in the

4  entire patrol division to give the same speech to

5  everyone at the same time.  I don't know what was uttered

6  in the other speeches given to the other teams.  I only

7  know what was uttered to my team and the supervisors that

8  were in that meeting.

9     If that is where the wound bled, there was no need

10 for it to go in the ear of this other person.  Scott said

11 I'm going to go across the street and fall on my sword

12 and our meeting stopped.  He pulled the paper back and

13 said you don't have to worry about because I obviously

14 overspoke.

15    Q.   So you don't know then if this speech that you

16 conveyed to us that you received was actually duplicated

17 with any of the other teams, do you?

18    A.   I do know that a speech that day or based on

19 the rotation within a certain amount of days because

20 there were some teams that were off, I do know that

21 Captain Vinson addressed each team.  However, he wasn't

22 reading from a script.  I don't know if the same speech

23 was conveyed to the other team.  I don't know if it

24 included a speech about a million dollars.  I don't know

25 any of that.  I just know that he did address the other

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    teams.

2        Q.    You don't know what sergeants knew about this

3    million dollar issue, do you?

4        A.    I don't know if they knew about the million

5    dollar issue.

6        Q.    You don't know what lieutenants knew about this

7    million dollar issue, do you?

8        A.    I don't.

9        Q.    There are other captains other than Captain

10   Vinson at that time, weren't there?

11       A.    Yes.  Captain Vinson, Captain Jackson, Captain

12   Lloyd and Captain -- he's over at the courthouse.  I

13   never see him.  I don't remember his name.  First name is

14   Jerry.  I don't know the last name.

15       Q.    You don't know if any of those captains knew

16   about this million dollar issue in instituting a quota

17   policy to take care of it, do you?

18           MR. HEBERT:  Object to the form.

19           THE WITNESS:  I don't know that.  I was not on

20   that level of the administration.

21   BY MR. MAUTERER:

22       Q.    And as we sit here today, is it your

23   understanding that a captain is a member of the

24   administration of the Gretna Police Department?

25       A.    Yes, sir.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Q.   That's your belief?

2    A.   Yes, sir.

3    Q.   Is it your brief that a lieutenant is a member

4 of the administration of the Gretna Police Department?

5    A.   No, sir.

6    Q.   Is it your belief that a sergeant is a member

7 of the administration?

8    A.   No, sir.

9    Q.   So as we sit here today, someone captain or

10 above is a member of the administration of the Gretna

11 Police Department as you understand it?

12    A.   As I understood it that once they got to the

13 level of having white uniform shirts, there were meetings

14 conducted on that level that lieutenants and shift

15 supervisors were not privy to.

16    Q.   And you did not discuss your concerns regarding

17 this alleged quota problem with any of the captains that

18 you just identified other than Scott Vinson?

19    A.   No.  I did not.  Captain Lacour.  I remember

20 his last name now.

21    Q.   That's the security guy?

22    A.   He's a captain.

23    Q.   But he's over Gretna security at the

24 courthouse, right?

25    A.   Correct.  I barely ever saw him.  Captain Lloyd

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  was over the I believe the detective bureau.  And Captain

2  Jackson just handled I believe administrative.  He used

3  to be the captain of the patrol division.

4      Q.   You said a few minutes ago after you tendered

5  your resignation on February 2nd, 2015, I believe you

6  said you went the next day and turned in some property?

7      A.   Correct.

8      Q.   What did you turn in the next day?

9      A.   My car.  I don't know if there's anything

10  associated with full-time versus part-time, but once you

11  go to reserve, you don't have a car any more.  You have

12  to turn your car in.

13      Q.   So after February 3rd, the next day, you were

14  no longer a full-time officer with the Gretna Police

15  Department because you resigned the day before, correct?

16      MR. HEBERT:  Object to the form.

17      MR. DORNIER:  Object to the form.

18  BY MR. MAUTERER:

19      Q.   That's correct, isn't it?

20      A.   I still held a reserve commission.  However, I

21  did not work on a shift any more after August 3rd.

22      Q.   February.

23      A.   February 3rd.  Excuse me.

24      Q.   A reserve officer is not a full-time officer;

25  isn't that correct?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

60

```
 1        A.    As far as employment is concerned.  However,
 2   the reserve officer still has the same abilities in the
 3   eyes of the State of Louisiana to effect arrest.  For the
 4   purposes of the department, no, they don't work at the
 5   department full-time.
 6        Q.    But a reserve officer or when you transitioned
 7   into the reserve position, you retained your commission?
 8        A.    That is true.
 9        Q.    If Scott Vinson told you on February 9, 2015
10   that he overspoke and he was going to walk across the
11   street and fall on his sword, what makes you think that
12   that is an official policy of the Gretna Police
13   Department, this quota system?
14        MR. HEBERT:  Object to the form.
15        THE WITNESS:  Ask the question again please.
16   BY MR. MAUTERER:
17        Q.    You said that on February 9, 2015, Scott Vinson
18   advised you that he overspoke and that he was going to
19   walk across the street and fall on his sword.  If Captain
20   Vinson overspoke, what makes you believe that anything he
21   told you regarding an alleged quota system was an
22   official policy of the Gretna Police Department?
23        MR. HEBERT:  Object to the form.
24        THE WITNESS:  Captain Vinson was the top of the
25   food chain of the patrol division.  So anything that came
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   from him would have been disseminated down through the

2   rank.  This particular instance it came from his mouth

3   itself.  It was not put on paper.

4        The fact that he made the admission at the end of

5   overspeaking because he was shocked that I regurgitated a

6   million dollars and RedFlex that the -- the fact that he

7   acknowledged that he overspoke and that he felt the need

8   to go across the street and fall on his sword, and I

9   don't know what that means other than I assume he was

10  going to tell someone that I probably said something that

11  I shouldn't have said.  But because of his acknowledgment

12  of that and his feeling that he needed to make it a point

13  to inform someone else that something that he said had a

14  detrimental effect that that was a formal, whether

15  written or not written, that was a policy coming from his

16  mouth.

17  BY MR. MAUTERER:

18       Q.   As you understood it?

19       A.   As I understood it.

20       Q.   And you didn't go back and confirm with Captain

21  Vinson why he was going across the street to do anything,

22  did you?

23       A.   No.  I didn't go back and speak to him again

24  after that at all.  But there was no question as to why

25  he was going because the comment of I'm going to go

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  across the street and fall on the sword and taking the

2  paper back and you don't have to worry about the

3  investigation to the defamatory statements, all of that

4  happened simulataneously.  So I didn't follow-up with him

5  to see if he fell on his sword.  That's not my -- that's

6  above what I would do.  I'm not going to call him back

7  and ask if he went and did that.

8       Q.   Did you watch him get up and walk across the

9  street?

10      A.   No.  I did not.

11      Q.   Do you know if he actually went across the

12  street?

13      A.   I don't.

14      Q.   You never received and took possession of any

15  disciplinary action or complaint regarding defamatory

16  statements, did you?

17      A.   I did not.  He pulled it back on his desk.

18      (A SHORT RECESS IS TAKEN)

19  BY MR. MAUTERER:

20      Q.   Mr. Swear, are you aware of any officers that

21  have been disciplined for failing to follow this quota

22  system as you've described it this morning?

23      A.   There were officers disciplined.  I believe

24  Paul Pichoff was one of them.  Paige Brouillette.  That's

25  all I can think of off the top of my head right now.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

63

```
 1        Q.   How do you know Paul Pichoff was disciplined
 2   for not complying a within an alleged quota system?
 3        A.   Paul worked at the department the same time
 4   that I did.  Same thing with Paige.  Everyone talked.
 5        Q.   Were you present during any administrative
 6   proceedings with Mr. Pichoff?
 7        A.   I was not.
 8        Q.   Did you come into possession or review any
 9   disciplinary write up forms for Mr. Pichoff?
10        A.   I did not.
11        Q.   Did Mr. Pichoff ever tell you I've been
12   disciplined because I didn't follow the quota?
13        A.   Not those words exactly, no, sir.
14        Q.   What were the words that he said?
15        A.   Mr. Pichoff was verbally counseled by his
16   supervisors for not meeting with the quota.  He said that
17   he was brought in and spoken to behind closed doors and
18   spoken to behind closed doors and counseled as a result
19   of not meeting the quota.
20        Q.   And would this counseling be memorialized in an
21   audiotape that you turned over to us in discovery?
22        A.   Yes.
23        Q.   Is that the counseling session that you're
24   talking about right now?
25        A.   Yes.  That's the one that he memorialized with
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

64

1    the audio recording.  However, based on what he's told
2    me, that wasn't the first time that he had been counseled
3    on the quota or failing to meet the quota.
4         Q.    And do you know what the result of that
5    counseling session as you describe it was?
6         A.    I do not.
7         Q.    Mr. Pichoff was not terminated from the Gretna
8    Police Department as a result of that counseling session,
9    was he?
10        A.    I don't know.
11        Q.    Do you know if Mr. Pichoff is still employed by
12   the Gretna Police Department?
13        A.    I don't believe he's there full-time.  If he
14   does have a commission, it would be in a reserve
15   capacity.
16        Q.    Do you know that for a fact or are you
17   speculating?
18        A.    To him working there?
19        Q.    To him being a full-time officer or in the
20   reserve capacity, which one of those do you know as a
21   fact?
22        A.    He's not a full-time officer.
23        Q.    How do you know that?
24        A.    Because he left the department I believe while
25   I was still there.  And he went and worked for his father

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   I believe on Engineers Road.

2      Q.   So if he was resworn in as a Gretna police

3 officer when the new counsel administration took the oath

4 of office last month, would he not be working for the

5 Gretna Police Department?

6         MR. DORNIER:  Object to the form of the question.

7         THE WITNESS:  He may be.  I believe he, I believe

8 if he is still a member, like I said before, it's in a

9 reserve capacity.  I believe he has another full-time

10 job.

11 BY MR. MAUTERER:

12      Q.   Let's try and make it a simpler so we can get

13 to it.  When was the last time you spoke to him regarding

14 his employment with the Gretna Police Department?

15      A.   Two, three months ago.  And it wasn't in

16 reference to his employment with the department.  He

17 called and I believe he told me he was still reserve at

18 the time.

19      Q.   Was that the most recent time that you've

20 spoken to him at all?

21      A.   Yes.

22      Q.   You described your understanding that Paige

23 Brouillette was disciplined because of not following the

24 alleged quota system.  What evidence of that do you have?

25      A.   Paige was given a write up with specific

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    numbers on it very similar to the one that I was given

2    from I believe the same supervisor.  That's the only

3    evidence.  If she was on the same team as I was, so she

4    would have been privy to the same conversations that I

5    was present at and subjected to the same disciplinary

6    action that I was.

7        Q.   Have you seen a copy of that write up or stat

8    sheet that you were just talking about regarding

9    Miss Brouillette?

10       A.   I have.  The night that she got it, I remember

11   her showing it the me.  She was, I think we were right at

12   the corner of Whitney and Burmaster when she showed it to

13   me.

14       Q.   Do you have an actual copy of it?

15       A.   I don't believe I do.

16       Q.   And any members of any other teams that you are

17   aware of being disciplined for not following the alleged

18   quota system?

19       A.   Not that I'm aware of.

20       Q.   And in the form that you saw, the write up that

21   you saw from Miss Brouillette, it did not state that she

22   was being written up or disciplined for failing to follow

23   the quota system, does it?

24       A.   No.  It did not.

25       Q.   You don't know that Mr. Pichoff or

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1    Miss Brouillette were being counseled or written up just
 2    because they were lazy at that job, do you?
 3              MR. HEBERT:  Object to the form.
 4              MR. DORNIER:  Object to the form of the question.
 5    BY MR. MAUTERER:
 6         Q.   Do you?
 7         A.   No.  I don't know that.
 8         Q.   Since you have left the Gretna Police
 9    Department, what former or current Gretna police officers
10    have you been in contact with?
11         A.   Craig Dougherty, Paul Pichoff, Cody Arabie,
12    Brandon LeBlanc, Ryan Makdessi, Marcus Dubuclet.
13              MR. DORNIER:  Can you spell that last name?
14              THE WITNESS:  I think it's D-U-B-U-C-L-E-T.
15    BY MR. MAUTERER:
16         Q.   Anybody else?
17         A.   David Heintz, Scott Brown, Paige Brouillette.
18    That's all I can remember.
19         Q.   Did you discuss with Mr. Dougherty the alleged
20    quota system or this lawsuit?
21         A.   Yes, I did.
22         Q.   And what do you remember discussing with
23    Mr. Dougherty?
24         A.   Mr. Dougherty contacted me on numerous
25    occasions frustrated in his own capacity because he's
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

68

1  still employed there for the pressure that he's subjected

2  to over there.

3      Q.    Regarding the quota policy?

4      A.    Correct.

5      Q.    Has Mr. Dougherty conveyed to you that he's

6  been disciplined in any manner for not following a quota

7  policy?

8      A.    Not disciplined, no, sir.  The last thing he

9  made reference to regarding his citation numbers was that

10 it reflected poorly on his last evaluation.  But as far

11 as discipline, write-ups, suspension, anything else, no.

12     Q.    We've already discussed Mr. Pichoff.  What

13 about Cody Arabie, have you discussed the quota system or

14 this lawsuit with Cody Arabie?

15     A.    No.  My contact with Cody for the first time

16 was because he broke down on the side of the road in

17 Plaquemines Parish and called because he knew I worked

18 there and asked if I had a ratchet strap and some tools

19 to help them secure a piece of machinery they were trying

20 to move.

21     Q.    What about --

22     A.    And on that note, there was an officer with

23 him.  He went to the academy with me.  Jace Pellegrin was

24 with him at the time that I went over there and gave him

25 tools.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      Q.   So you didn't discuss a quota system or this
2  lawsuit with Mr. Pellegrin or Mr. Arabie?
3      A.   No.
4      Q.   They just happened to be in the same car to
5  help you out or you to help them out?
6      A.   Correct.
7      Q.   What about Brandon LeBlanc, did you discuss the
8  quota system or lawsuit with Brandon LeBlanc?
9      A.   In brief because Brandon transferred from the
10 Gretna Police Department recently to Plaquemine Sheriff's
11 Office.  He calls me on numerous occasions to ask for how
12 to do things on the computer.  The only thing that I
13 really expressed to him regarding this is that I wished I
14 could sit down with Scott in a non-hostile environment
15 and talk to him and I think if he had the opportunity to
16 hear what I had to say and that throughout the years this
17 has been the only instance that, you know, what came out
18 of his mouth shattered my world.
19     Because I'm going to assume that he has a great I
20 don't want to say hate, but he may have a great hate for
21 me which upsets me because we had a great relationship
22 for a very long type.
23     Q.   You haven't had any conversations with Mr.
24 Vinson since you sued him; isn't that correct?
25     A.   No.  I haven't.  And the only thing that I

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  received from him was a text message that said Danny, I

2  forgive you.

3       Q.   After you sued him?

4       A.   Correct.

5       Q.   Ryan Makdessi, did you have a conversation with

6  Mr. Makdessi regarding the alleged quota system and/or

7  this lawsuit?

8       A.   No.  Again, that's another officer that

9  transferred to where I'm currently employed.  And he

10 stopped by to say hello.  And that was really it.  I

11 asked him how he was doing in his transition.  And he

12 said he liked it.  That was all.

13      Q.   Marcus Dubuclet, have you discussed an alleged

14 quota system and/or this lawsuit with Mr. Dubuclet?

15      A.   I discussed the quota system with Mr. Dubuclet.

16 His situation I think with the police department is very

17 different.  He no longer works there.  He works for a

18 different agency now.  But Marcus and I have, we have

19 kept in touch really since he left.  Marcus was on the

20 patrol shift that I started out as a dispatcher on.  So

21 he was one of my first people that I saw everyday for a

22 long time.

23      Q.   Well, specifically regarding the alleged quota

24 system, what did you and Mr. Dubuclet discuss?

25      A.   He knows that -- everyone knows that I filed a

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  lawsuit.  He asked me what, he asked me what happened.  I

2  explained to him about the million dollar speech and that

3  the three tickets a day.  Other than that, you know, that

4  was really it.

5       Q.  Was Mr. Dubuclet present during the million

6  dollar speech?

7       A.  Mr. Dubuclet was not at the department at that

8  time.

9       Q.  Had he already left or had he not started there

10  yet at that time?  Do you understand my question?

11       A.  Already left.

12       Q.  Did Mr. Dubuclet provide any comment to you

13  regarding that the quota system that may or may not have

14  existed prior to the December 2014 speech by Mr. Vinson?

15       A.  He did not.

16       Q.  Mr. Heintz was your sergeant that was present

17  during the December 2014 speech, wasn't he?

18       A.  That is correct.

19       Q.  He's no longer with the department either,

20  correct?

21       A.  He's not.

22       Q.  What discussions if any have you had with Mr.

23  Heintz regarding this alleged quota system?

24       A.  I had a discussion with Mr. Heintz while he was

25  still at the department.  And I went to him and confided

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    in him and asked how serious is this, are they really
2    going to write us up.  And he informed me that during a
3    supervisor meeting just as was said in the meeting with
4    Scott Vinson and my team that they were threatened
5    disciplinary action for not disciplining us regarding the
6    quota system.
7        He expressed to me he felt like he was put in a bad
8    spot because the supervisors were expected to discipline
9    people for this and he didn't agree with it.
10       Q.   Did he tell you or identify for you which
11   supervisors attended that supervisor meeting where that
12   alleged discussion took place?
13       A.   He did not.
14       Q.   Did he tell you who was in charge of the
15   supervisor meeting?
16       A.   Scott Vinson.
17       Q.   He told you that?
18       A.   Yes.  And the basis of Sergeant Heintz's, the
19   basis of Sergeant Heintz's disagreement with the system
20   was that he informed me when he was a patrolman, a
21   regular patrolman and didn't have any rank that he was
22   written up for being a certain number of tickets shy of
23   whatever a goal was or the quota was when he was on the
24   shift.
25       Q.   That's something that you have no personal

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available
POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519
POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    knowledge of, just what Mr. Heintz has conveyed to you,

2    am I correct?

3        A.    That's correct.

4        Q.    And during this supervisor meeting in which Mr.

5    Heintz was describing to you, did he advise you that

6    Chief Lawson or Deputy Chief Christiana were present

7    during that supervisory meeting?

8        A.    He did not advise me, so I'm unaware whether

9    they were or were not present.

10       Q.    Did Mr. Heintz tell you anything else other

11   than what you just shared with us this morning?

12       A.    I don't believe so, no.

13       Q.    Scott Brown, have you discussed this alleged

14   quota system or your lawsuit with him?

15       A.    I have not.  Just to clarify on that list of

16   people, your original question was who I spoke to since I

17   left, correct?

18       Q.    Correct.

19       A.    I just wanted to make sure.  Because there were

20   people present in that meeting, the people that were on

21   the C-Team that was outlined in the original.  I want to

22   make sure that that wasn't the question.

23       Q.    That was not the question.  But in bringing it

24   up, I want to make sure that your response in discovery

25   was correct too.  The people that were present during the

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1   meeting according to your response to Interrogatory #1
 2   and this is Exhibit #2, Vincent Paz, Brock Frisch,
 3   Matthew Chiasson, Crystal Hirschmann, Paige Brouillette,
 4   Colby Arabie, not Cody but Colby Arabie, and Steven
 5   Verret.
 6           A.   Correct.
 7           Q.   Nobody else was present other than yourself and
 8   Scott Vinson and the two sergeants?
 9           A.   Correct.  Those are the patrolmen.
10           Q.   I'll show you what I marked as Exhibit 13.
11   This is what's been produced by your attorneys in
12   response to discovery.  And I want to go through some of
13   them and ask you some questions about them.  You see the
14   first eight pages is really the pleading response to the
15   request.  The next page is the January 13, 2015
16   memorialization of the oral reprimand that we've already
17   talked about, right?
18           A.   Correct.
19           Q.   The next series of pages, department team
20   statics December 2014.  Then it follows with Team A
21   statistics and what have you.  You see those?
22           A.   I do.
23           Q.   First of all, we'll start page by page so the
24   court reporter know what's go on and I just want to ask
25   you a few questions.  The first is going to be the
```

DONEGAN, BARTELL & HENRY
1-800-259-6519

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1   department team statics December 2014.  You see that one?
 2        A.   Yes, sir.
 3        Q.   Where did you obtain this document?
 4        A.   This is given out to the supervisors and they
 5   would address this at the end of each month.  And it was
 6   passed around the room, left on the roll call table.
 7   Each team addressed at the end of each month.
 8        Q.   So this was handed out to the officers at the
 9   roll call meeting?
10        A.   They didn't make multiple copies of it.  They
11   said we got the stats from last month.  And they would
12   pass it around and usually leave it on the table and the
13   next team would address it in their own way.  But yes, it
14   was given out in roll call.
15        Q.   So this document, a copy of this document you
16   personally obtained from the roll call?
17        A.   Is this -- were the annotations removed or is
18   this not the annotated document?
19        Q.   This is an exact copy of what was produced by
20   your attorneys.
21        A.   Then yes, I believe so.  I would have gotten it
22   from roll call.
23        Q.   On this document that we're referring to, do
24   you see anything that has the word quota on it?
25        A.   I do not.
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1       Q.    And you asked about whether or not annotations

2   were taken off or not.   But there's no annotations on

3   this document, correct?

4       A.    Not on this one, no, sir.

5       Q.    Go to the next page.   This is the December 2014

6   Team A statics.   Do you see it?

7       A.    I do.

8       Q.    Were you ever on Team A?

9       A.    I was not.

10      Q.    How did you obtain this document?

11      A.    I believe this was given to me by Craig

12  Dougherty.

13      Q.    On this document, does it say anything on it

14  regarding a quota?

15      A.    It does not.

16      Q.    Does it have anything on this document

17  regarding any disciplinary action taken against any

18  officer?

19      A.    It does not.

20      Q.    The next document has January 2015 handwritten

21  on it and then the word mid handwritten, but it is

22  Monthly Team Statistics Team A.   Do you see that

23  document?

24      A.    I do.

25      Q.    Do you know who wrote January 2015 or the word

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   mid on this document?

2       A.   I do not.

3       Q.   How did you come into possession of this

4   document?

5       A.   I don't remember.  It was either Craig

6   Dougherty or Bo Bryson.

7       Q.   This document doesn't have the word quota

8   anywhere on it, correct?

9       A.   Correct.

10      Q.   And it doesn't describe or identify any

11  officers that were disciplined because of the team

12  statics of January 2015, does it?

13      A.   No.  It does not.

14      Q.   The next document is August 2014 Monthly Team

15  Statics Team A.  Where did you get this document?

16      A.   I don't remember.  However, it was either from

17  Bo Bryson or Craig Dougherty.

18      Q.   And again, this document doesn't have the word

19  quota written on it, does it?

20      A.   No.  It does not.

21      Q.   And it doesn't identify or describe any

22  disciplinary action taken against any of the officers

23  named on this document, does it?

24      A.   No.  It does not.

25      Q.   This is another document that says Monthly Team

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   Statistics and I'll represent to you before I put the

2   hole punch through it it said Bryson in the right corner.

3   Do you know where you obtained this document?

4        A.   I don't remember.  It was either from Bo Bryson

5   or Craig Dougherty.

6        Q.   This document looks a little bit different from

7   the ones we just discussed.  Was this document handed out

8   at roll call meetings if you know?

9        A.   I do not know.

10       Q.   There's handwritten notations:  Reports, felony

11   misdemeanor, radar, 10 adam something.

12       A.   It says 10 a day.

13       Q.   Do you know who wrote those words on the side

14   of this document?

15       A.   To a certainty, no.  I do not.

16       Q.   Do you have a guess?

17       A.   JR Rogers.

18       Q.   And what's the basis of your assumption that JR

19   Rogers' handwriting exists on this document?

20       A.   When this document was provided to me, I

21   believe that's what was indicated.  I don't remember if

22   it was Bo Bryson or Craig Dougherty who gave me this

23   document, but I believe they indicated that this was

24   something addressed with one of those officers

25   specifically and that it was annotated by JR.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Q.    It doesn't say the word quota on here, does it?

2    A.    No.  It does not.

3    Q.    And I'm looking at the line that has you see

4  where it says 20 and then the line down 10 a day?

5    A.    Yes.

6    Q.    The ultimate right-hand column for the line

7  that has 20 says 14, doesn't it?

8    A.    Yes, it does.

9    Q.    It doesn't say 10 a day.  I mean 14 is not 20,

10  is it?

11    A.    No.  14 is not 20.

12    Q.    And I'm looking at one, two, three, four days.

13  I'm trying to figure out so you have the fourth is 1.

14  The 12th is 3.  14th is 1.  And then the 17th is 9.  That

15  totals 14.  How does that equal 10 a day if you know?

16    A.    I don't know.

17    Q.    It doesn't show that Mr. Bryson was disciplined

18  as a result of these statistics, does it?

19    A.    No.  It doesn't.

20    Q.    The next page in this packet we all know what

21  you say this is, but please tell us what this is.

22    A.    It is a photograph of a dry erase board within

23  Captain Vinson's office that you were given a green star,

24  a green check, a red check or red X based on your, based

25  on the officer's standing with their arrests and

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    citations.

2        Q.    Who provided this document to you or this

3    picture to you?

4        A.    I believe this one was provided by Sergeant

5    David Heintz.

6        Q.    Your name isn't listed as one of the officers

7    in the left column, correct?

8        A.    That is correct.

9        Q.    Do you know what year this picture was taken?

10       A.    I believe 2015.

11       Q.    Is that something that you know or something

12   you believe?  I just want to understand for the record.

13       A.    It's going to have to be later than that.  It

14   is not 2015.  I was at the department in January of 2015.

15   Therefore, it could not have been taken in 2015.

16       Q.    Is it your belief as we sit here today this was

17   taken after you resigned on February 2nd, 2015?

18       A.    I'm really unsure.  Potentially, it could have

19   been taken after I resigned in 2015.

20       Q.    A board existed in Captain Vinson's office,

21   correct, while you were there?

22       A.    Correct.

23       Q.    And you said there were green checks, green

24   stars, red checks, red stars, correct?

25       A.    No red stars.  Red X's.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

81

1      Q.   Did you ever ask Captain Vinson what those
2 specific symbols and colors represented?

3      A.   No.  I did not.  He openly proclaimed that that
4 was his board and it was for him to understand and not
5 for anyone else to understand.

6      Q.   But did you ask him to explain it to you?

7      A.   No.  I did not.

8      Q.   Do you have personal knowledge of any officer
9 that did ask Captain Vinson to explain this chart to him?

10     A.   I don't have any personal knowledge of that.

11     Q.   The next page in the document it appears to be
12 a text message from Danielle Rodriguez to you; is that
13 correct?

14     A.   That's correct.

15     Q.   And that consists of three pages, correct?

16     A.   That's correct.

17     Q.   And just confirm for me if you will that in
18 those three pages the word quota does not exist.

19     A.   That's correct.

20     Q.   And please confirm for me if you will the word
21 suspension does not exist.

22     A.   That's correct.

23     Q.   Or the word termination does not exist.

24     A.   That's correct.

25     Q.   Is this, when I say is this, these three pages,

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    is this all of the text messages that you possess between

2    you and Danielle Rodriguez?

3         A.    If this is what was produced in discovery, then

4    yes.

5         Q.    The next page looks like a screenshot or

6    picture of a C-Team stat sheet.  Do you agree with me

7    with that?

8         A.    Yes, sir.

9         Q.    Who took that picture?

10        A.    I did.

11        Q.    And do you know when it was taken?

12        A.    I believe December 15th of '14.

13        Q.    And did you add that typewritten, those

14   typewritten words stat sheet to go with 12, 15, 14 info

15   one image?

16        A.    Yes.

17        Q.    And do you know who circled the numbers on this

18   stat sheet?

19        A.    I didn't observe anyone circle the numbers on

20   the stat sheet, nor my handwriting expert.  However, the

21   person who presented the stat sheet to us and whose

22   handwriting it appears to be from her being my supervisor

23   for that period of time was Danielle Rodriguez.

24        Q.    As we sit here today, you believe that Danielle

25   Rodriguez circled the numbers that are on this stat

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   sheet?

2       A.   The numbers and handwrote the numbers to the

3   side of the circles.

4       Q.   On this document that we're talking about, does

5   it have the word quota on it?

6       A.   No.  It does not.

7       Q.   Does it have any indication that any of these

8   officers, including yourself is going to be disciplined

9   for the numbers contained on this stat sheet?

10      A.   No indication of that on this paper.

11      Q.   The next three pages we've already discussed.

12  And for the record, those are articles regarding the

13  recording devices.  So the next one I want to talk to you

14  about, Mr. Swear, is a Rights Relative to Administrative

15  Proceedings for Thomas Bryson.  Did you see that?

16      A.   Yes, sir.

17      Q.   How did you obtain that document?

18      A.   Thomas "Bo" Bryson gave me this document.

19      Q.   And what is your belief, what do you think this

20  document represents?

21      A.   It's his rights relative to administrative

22  proceedings.

23      Q.   Do you have any idea why it was produced to us

24  in discovery?

25      A.   It makes reference to a quote-unquote

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

84

1    department standard and that he had been counseled by his

2    supervisors for not meeting such standard.

3        Q.    Were you present during the administrative

4    proceedings in which Officer Bryson signed the rights

5    form?

6        A.    I was not.

7        Q.    Have you reviewed or are you in possession of

8    any of the complaints regarding Officer Bryson that led

9    up to this administrative proceeding?

10       A.    I am not.

11       Q.    Have you reviewed any of Officer Bryson's time

12   sheets?

13       A.    I have not.   I don't believe so.

14       Q.    The following one page appears to be the

15   Administrative & Personnel Management Report Gretna

16   Police Department for Officer Bryson that goes along with

17   the administrative rights form; is that correct?

18       A.    That's correct.

19       Q.    The next sheet looks to be a computer printout

20   of some sort.   Can you tell us and to be accurate it goes

21   for seven --

22       A.    Seven pages.

23       Q.    Seven, eight pages.

24       A.    It is marked at the top seven of seven.

25       Q.    What is this?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1       A.    This is a printout for December 1st to
2   January 1st of 2015 with the incidents involved in
3   Timberlane Subdivision which I was patrolling during that
4   time.
5       Q.    Was your badge number or ID #731?
6       A.    731?
7       Q.    Yes.
8       A.    Not that I'm aware.  My badge number was 127.
9       Q.    Was your car #731?
10      A.    No, sir.
11      Q.    I'm trying to understand there's something that
12  says output for GO731 on the top of this page.  Do you
13  know what that is?
14      A.    I don't.
15      Q.    Does this document Page 1 through 7 have any
16  reference to you that you can identify for us?
17      A.    The incidents outlined on this document based
18  on the times that I would have been working, some of
19  these incidents would have been my calls for service
20  during December of 2015.
21      Q.    So all this is is the calls for service in the
22  Timberlane area?
23      A.    Correct.
24      Q.    It doesn't say on here which officers responded
25  to the calls for service, does it?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      A.   It does.  Unfortunately, the way the system is

2  setup, everyone who works the Timberlane area is 21.

3  There's no way to differentiate who is 21 at the time.

4      Q.   So as we sit here today, you cannot identify

5  for us which one of these, which dates you were

6  responsible for these calls, can you?

7      A.   Not as we sit here right now, no.

8      Q.   Next two sheets seem to be repetitive of the

9  recording device, right?

10      A.   Yes.

11      Q.   The next page is Gretna Police Department

12  Performance Appraisal Semi-Annual Evaluation for

13  yourself, is that correct, or of yourself?

14      A.   Correct.  You say of yourself.  I didn't do it

15  myself.  It was for me though.

16      Q.   Correct.  Sergeant Heintz and Sergeant

17  Rodriguez --

18      A.   Correct.

19      Q.   And it is Section 1 for the record is five

20  pages.  Sorry.  Seven pages.  And then there's a Gretna

21  Police Department Performance Appraisal cover sheet

22  Section 2 Patrol Division.  That's eight pages, right?

23      A.   Correct.

24      Q.   And then it looks like that exact Section 2

25  Patrol Division is again repeated with another seven

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    pages, right?  So we have duplicate copies, right?

2        A.    Correct.

3        Q.    If you know, what is the basis of you producing

4    your evaluation in response to discovery, if you know?

5        A.    So on evaluation, we produced it for a

6    corresponding to the time period in which these events

7    took place.  The work initiative portion.  The officer

8    has feel to an average workload during this period after

9    receiving disciplinary action.  Fully capable of

10   exceeding standards easily.

11       Q.    But for the record, you're talking about Page 3

12   under Section 5 work initiative that says meet standards.

13   But then there's a comment that you just read, right?

14       A.    That's correct.  And I don't believe we need to

15   analyze the paragraphs on there.  I'll draw your

16   attention of Page 7 of the first section --

17       Q.    Of your comments?

18       A.    Right, to my comments is that I was verbally

19   counseled in reference to December citation count and

20   then it indicates that I explained on the following

21   pages.  And I was assigned Timberlane.  The focus was

22   preventing neighborhood break-ins.

23       Timberlane is the highest class subdivision that we

24   have in the City of Gretna.  And if every time kids

25   decide to pull on door handles, it seems that is where

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

88

```
 1    they choose to do so.  So being that it was December and

 2    that's elevated time when kids are out of school,

 3    opportunists that crimes happen, that was the general

 4    focus for my work in December.

 5         Q.   Would you agree with me, Mr. Swear, that in

 6    reviewing Section 1 and Section 2 of the evaluation that

 7    you produced there's not an instance where the block

 8    fails to meet standards is checked?

 9         A.   I disagree.

10         Q.   Which one?  Where did I miss it?

11         A.   #3, acceptance of feedback.  That appears to be

12    the only indication.  The only fails to meet standard box

13    checked in the two sections.

14         Q.   The next page in here is a memo to Brian Rico

15    from Officer Bryson regarding a disciplinary write up.

16    Where did you obtain this document?

17         A.   Bo Bryson gave it to me.

18         Q.   And what if any significance do you attribute

19    to this document?

20         A.   Bo believed he was disciplined for failing to

21    meet a quota in that he got written up for that and

22    attempted gain a copy of it and could not.

23         Q.   Of what?  I'm sorry.

24         A.   His disciplinary write up.

25         Q.   And the disciplinary write up he references
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    dated according to him October 2014, two months before

2    the meeting that Captain Vinson came and talked to you

3    about, right?

4        A.    That's correct.  Also ten months after the

5    initial reference of getting a three-percent pay increase

6    and having to possibly pay for health insurance increases

7    if we didn't maintain that average.

8        Q.    When was the last time you spoke with Mr.

9    Bryson?  You didn't name him as an officer that you've

10   spoken to.  When was the last time?

11       A.    Years.  Probably 2015.  Early 2015.  I believe

12   he lives in Colorado now.

13       Q.    The next page is January 13, 2015, another copy

14   of that oral reprimand.  Next page --

15       A.    I think this is all copies.

16       Q.    This is a memo where you resigned your reserve

17   status with the Gretna Police Department effective

18   April 20th, 2015, correct?

19       A.    That's correct.

20       Q.    And, in fact, you started working for

21   Plaquemines Parish Sheriff's Office April 27th, 2015;

22   isn't that correct?

23       A.    That's correct.  However, I did receive my

24   commission on April 20th.

25       Q.    You received your Plaquemines Parish commission

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    on April 20th?

2         A.    Correct.

3         Q.    And, therefore, you didn't need the Gretna

4    commission any longer, correct?

5         A.    Correct.

6         Q.    The next page is another copy of the Department

7    Team Statics 2014.   Where did you obtain that?

8         A.    I believe this is a copy of what we had in the

9    beginning.

10         Q.    They weren't produced Bates numbered, so I'm

11    just going with what I have.   Is that the same thing?

12         A.    Yes.   The first page after the repeat, the

13    eleven pages you just told us to set aside.

14         Q.    Then we have another.   This one I can identify.

15    This is repeat of the picture you took December 15, 2014

16    time sheet, right?

17         A.    Correct.

18         Q.    We have another copy of the departmental

19    regulation regarding surreptitious recordings, right?

20         A.    Correct.

21         Q.    This next one is C-Team January 2015 sheet.

22    Where did you obtain this?

23         A.    This was given out at roll call.

24         Q.    And it appears that a copy was highlighted?

25         A.    Correct.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      Q.    Do you know who highlighted it?

2      A.    I did not observe anyone highlight it.

3  However, it was produced by Sergeant Rodriguez.

4      Q.    Highlighted already?

5      A.    Highlighted already.

6      Q.    And this document doesn't have anything

7  regarding the word quota on it, does it?

8      A.    No.  It does not.

9      Q.    Or that any officer identified on this

10  document, including yourself is the subject of any

11  disciplinary proceeding, correct?

12      A.    No, sir.  It does not.

13      Q.    The next document appears to be a duplicate.

14  Can you confirm that that's true?  December 2014 Team A

15  Statistics.  It appears to be a duplicate of what we

16  discussed early on?

17      A.    Yes, sir.  I think the next four pages are

18  actually duplicates.

19      Q.    So the next thing that's not a duplicate is an

20  Officer Daily Activity Report for yourself that's dated

21  December 1st, 2014, correct?

22      A.    Correct.

23      Q.    And there's some highlighting on that document.

24  Do you know who highlighted those entries?

25      A.    I did.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      Q.    You did?

2      A.    Yes.

3      Q.    What is the significance of the highlighting on

4    December 1st, 2014?

5      A.    These highlights are going to correspond to the

6    write up given to me by Sergeant Rodriguez where she

7    explained certain number of citations and traffic

8    enforcement.   I went back and looked at the numbers that

9    she was alleging that I gave and they weren't accurate.

10     Q.    Meaning you believe you issued more citations

11   or checked motor vehicles or issued more reports than

12   what she said you did?

13     A.    I don't remember what the breakdown was of the

14   where the discrepancies were.   But the hours, I do

15   remember the hours of patrol time.   That was a

16   discrepancy.   She's not taking into consideration how

17   late or an early day that we had which would have

18   subtracted from that.

19     Q.    Did you highlight these before or after the

20   oral reprimand she gave you?

21     A.    It was after.   Because that was the only

22   purpose of me going back to see if what she had put in

23   the write up was, in fact, what was here.   That was the

24   only purpose of the production during the discovery of

25   this was directly in reference to --

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

93

1      Q.   To dispute the oral reprimand?

2      A.   Correct.

3      Q.   Now, you've brought a lawsuit and naming

4  several causes of action against Arthur Lawson and Gretna

5  Police Department and Scott Vinson.   The first one you

6  brought is a Fourth Amendment due process claim regarding

7  police officer's bill of rights.   You say in Paragraph 28

8  of your complaint Page 6:   The defendant's failure to

9  adhere to the minimum statutory requirement prior to

10 notifying Mr. Swear of his pending termination is

11 violative of Revised Statute 40:2531(C).   Do you see

12 that?

13     A.   I'm trying to get there.

14     Q.   Sure.   It is Exhibit #1.   Page 6.   Paragraph

15 28.

16     A.   Okay.

17     Q.   Which defendant's?   It's defendant apostrophe

18 S.   Not defendant plural.   So which defendant's failed to

19 adhere to the statutory requirements?

20     A.   Are you indicating that that makes it plural?

21 That's a singular possessive.

22     Q.   Correct.

23     A.   Right.

24     Q.   So which defendant?

25     A.   I want to make sure I understood your question.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1     Q.   Sure.  And I'm just trying to get the identity.

2     A.   Yes.  It is going to be Captain Scott Vinson.

3     Q.   And how did Captain Scott Vinson fail to adhere

4 to the minimum statutory requirements?

5     A.   I think that's beyond my level of expertise.

6     Q.   I understand.  You alleged it.  I'm trying to

7 see if you have an actual factual basis that you're aware

8 of.  You don't have one?  You relied to counsel for that

9 conclusion?

10    A.   I can't recite to you what's included in 2531.

11    Q.   We've gone through several examples of where

12 you've been the subject of disciplinary proceedings in

13 this deposition, haven't we?

14    A.   We have.

15    Q.   And on two occasions when there was an the

16 actual complaint issued or filed, you went through

17 administrative proceedings and signed a rights, statutory

18 rights form.  We've gone through them, remember?

19    A.   I do.

20    Q.   Is there any other step that you're aware of

21 that Captain Scott Vinson was expected to take to afford

22 you due process rights if you know?

23    A.   I don't understand.

24    Q.   Fair answer.  You're not saying as we sit here

25 today that Chief Lawson failed to adhere to the minimum

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  statutory requirements, are you?

2      A.   The specific defendant's failure, that singular

3  possessive defendant --

4      Q.   Is Scott?

5      A.   Correct.

6      Q.   Paragraph 31, you say the defendant's, is that

7  Scott Vinson again since it is in the same cause of

8  action?  The defendant's wholesale failure to follow any

9  mandatory provision of such statutory scheme, is that

10 Scott Vinson as well?

11     A.   Correct.

12     Q.   How did Scott Vinson wholesale, what was the

13 wholesale failure of his, do you know?

14     A.   If I interpret it correctly, it is going to be

15 regarding my bringing the illegal quota system to light

16 and then not -- instead of addressing it at that

17 particular time with me, I was then pressured into

18 resigning as a result of calling him out on what he was

19 preaching.

20     Q.   So as you sit here, do you, you don't know, do

21 you, what mandatory provision of the statute Mr. Vinson

22 violated, do you?

23     MR. HEBERT:  I object.  It calls for a legal

24 conclusion.  It is outlined in it.

25

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1   BY MR. MAUTERER:
 2        Q.    You don't know, do you?
 3        A.    That is beyond my expertise.
 4        Q.    The next paragraph, defendants'.  Now this time
 5   it is plural possessive.  Which defendants' or was that a
 6   typo?  Arbitrary and capricious conduct regarding its
 7   intention to terminate Mr. Swear.  My first question is
 8   is that a typo or are you referring to multiple
 9   defendants?
10        A.    I would say in this case is not a typo based on
11   the conversation that Captain Vinson and I had where he
12   indicated that he was going to go and fall on his sword.
13   That at that point in time there was an implication that
14   he had to go report to higher authority because of some
15   shortfall that he made or some overspeaking that he made.
16        Q.    How do you think or what is your basis for
17   Scott Vinson's arbitrary and capricious contact?  What
18   arbitrary and capricious conduct do you allege that Scott
19   Vinson engaged in regarding as this paragraph says the
20   newly instituted quota policy?
21        A.    Can I get a definition?
22        Q.    If you don't know, you don't know.
23        MR. HEBERT:  He's asking for a definition.
24   Exactly which portion of it?
25        MR. MAUTERER:  Of arbitrary and capricious?
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

 1          THE WITNESS:  Yes.  Can I get a synonym?

 2          MR. DORNIER:  Arbitrary is contrary to law.

 3    Capricious is failure to follow fact.

 4          MR. HEBERT:  And again, it is legal terminology

 5    that's used in the complaint.

 6          MR. MAUTERER:  I understand and I understand the

 7    objection.  I just want to know if he understands or he

 8    knows.

 9          THE WITNESS:  Scott's words in the meeting that

10    occurred when he -- he advised me that he was going to

11    recommend that I be terminated.  And if it didn't happen

12    this time, that every time a piece of paper came across

13    his desk with my name on it that he was going to

14    recommend it.  And he said I may not get it this time,

15    but after it happening on multiple occasions, that he'll

16    get what he wants.

17    BY MR. MAUTERER:

18        Q.   So this meeting is the one that happened on

19    February 9, 2015, the one where he said I'll jump up and

20    fall on my sword?

21        A.   No.

22        Q.   Which meeting is this now that you're talking

23    about?

24        A.   That meeting occurred the day of my

25    resignation.  That meeting was conducted, I was present,

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

98

1    Captain Vinson was present, Captain Lloyd was present and
2    I don't know what rank they were at the time, but Phillip
3    Saladino and Christopher Tapie.  I was initially yelled
4    at for breaking chain of command in an attempt to have a
5    meeting with Deputy Chief Christiana.  Scott said,
6    Captain Vinson said you broke the chain of command.
7    You're not going to talk to the Chief.  I'll decide when
8    you go talk to the Chief.
9        He then went on to discuss that he was going to take
10   my FTO, my FTO status away from me because I was
11   spreading poison of an illegal quota system and that he
12   couldn't risk having that spread to new people coming in.
13   And that he was going to write me up for insubordination
14   and breaking the chain of commend in order to try and
15   have a meeting with Deputy Chief Christiana.
16       And again, going back to what I said to begin that.
17   That if he didn't get it this time, that on subsequent
18   occasions he would eventually get it.
19       Q.   So in this paragraph, you're describing this
20   meeting and acts and comments by Scott Vinson, correct?
21       A.   Captain Scott Vinson, yes.
22       Q.   During that meeting, again, Arthur Lawson was
23   not present?
24       A.   He was not.
25       Q.   And neither was Deputy Chief Christiana, was

DONEGAN, BARTELL & HENRY
1-800-259-6519

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  he?

2      A.    He was not.  Because that was part of what I

3  got reprimanded for was trying to speak to Deputy Chief

4  Christiana.

5      Q.    What evidence do you have that Arthur Lawson

6  even knew that Scott Vinson addressed your team on

7  December 14 and December 17, 2014 regarding the RedFlex

8  million dollars?

9      A.    The only implication that I have where the

10  Chief, and again, that wouldn't be a specific term, it

11  could refer to either Deputy Chief Christiana or Chief

12  Lawson, the only time that that was implicated was by

13  Captain Vinson in the meeting.  That's when the word

14  chief came out of his mouth.  I may have seen Chief

15  Lawson six times and got to shake his hand at a Christmas

16  party.  And Deputy Chief Christiana, I saw him a lot more

17  often because he would walk the halls and come to the

18  radio room and visit.

19      But the first time that that was ever associated

20  with this complaint was when it came out of Scott

21  Vinson's mouth.

22      Q.    What evidence do you have that Chief Lawson or

23  Deputy Chief Christiana committed deliberate indifference

24  regarding your constitutional rights?

25      MR. HEBERT:  I'll object to the form of the

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1   question.
 2   BY MR. MAUTERER:
 3        Q.   If you know.
 4        A.   That's above my --
 5        Q.   Do you have any evidence to prove that Arthur
 6   Lawson or Deputy Chief Christiana knew about anything as
 7   you allege it in your complaint?
 8        A.   No.  I do not.
 9        Q.   Your next cause of action is the First
10   Amendment Discrimination and Retaliation.  What free
11   speech did Arthur Lawson squelch or prevent you from
12   exercising?
13        A.   Again, I said that.  I've never spoken outside
14   of a cordial handshake at a Christmas party to the Chief.
15   As far as the freedom of speech portion of it is when
16   that meeting happened and I began voicing my concern to
17   whoever would listen, at that point in time it wasn't --
18   this had to do with not only policemen, but it had to do
19   with the people who we were policing.  It wasn't just the
20   policemen who were potentially effected by it.  It was
21   the citizens of Gretna who were potentially effected by
22   it.  That's why I took the steps to voice it to whoever I
23   could hoping that somebody else would raise an eyebrow to
24   it and speak up as well.
25        Q.   When did Scott Vinson stop you from speaking
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    about the alleged quota system?

2        A.    He made it very clear in the meeting the day

3    that I resigned that he had a very serious problem with

4    the quote-unquote poison that I was spreading.  And that

5    that was based on that that he was going to take me off

6    of being a field training officer because of how I felt

7    about what we were doing.

8        Q.    Prior to that date, you had been talking to

9    other officers regarding your feelings, regarding the

10   quota, alleged quota policy, hadn't you?

11       A.    I had.

12       Q.    You had talked to your mom, your dad, grandma,

13   hadn't you?

14       A.    I don't believe I talked to my mom.  I don't

15   think we were talking at the time.

16       Q.    Your dad?

17       A.    I did.

18       Q.    And you talked to grandma about it?

19       A.    (The witness nods his head.)

20       Q.    Scott Vinson didn't stop you from talking to

21   those officers or your family members, did he?

22       A.    No.  He couldn't stop me from talking to anyone

23   because he couldn't be -- he didn't know who and when I

24   was talking to anyone.  I mean I went as far as, like I

25   said earlier, I went as far as to get a license plate

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  made to put on the front of my personal car with the
2  statute against quotas.  As absurd as that sounds, that's
3  how publicly opposed to what was going on I was.  I
4  didn't know if policemen were what policemen were at that
5  point.
6      Q.  How long did you drive around your car with the
7  license plate on it?
8      A.  I don't remember.  Sometime after, sometime
9  before I finished -- while I still had my Gretna
10 commission.  Lieutenant DeMarco called me about a
11 training class to ask me if I had or had not attended it.
12 And Lieutenant DeMarco and I had a very good
13 relationship.  We wouldn't talk everyday, but I have a
14 great respect for him.  And I didn't call him at the time
15 that all this happened because I didn't want to put him
16 in a bad spot.  In fact, to this day, I haven't reach out
17 to him because I didn't want to put him in a bad spot
18 because he was still a member of the department.
19      But before we got off the phone that day, he advised
20 me that someone above the rank of captain told him to
21 inform me that if I don't remove the license plate from
22 my personal -- if I wanted to remain a member of the
23 Gretna Police Department that I needed to remove that
24 license plate from the front of my personal car.
25      And I let him know, I said look, it doesn't say

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   Gretna on it.  I don't have a sticker that says Gretna on

2   the back.  I don't drive a marked unit any more that

3   would be parked next to that car that would identify me

4   as a Gretna policeman and I mean kept it on there.

5        Q.   So notwithstanding what you saying you were

6   told, you kept the license plate on your vehicle; is that

7   correct?

8        A.   Right.

9        Q.   How did Arthur Lawson arbitrarily or

10  capriciously or with reckless disregard and deliberate

11  indifference violate your First Amendment right?

12            MR. HEBERT:   Objection.

13            MR. DORNIER:   Objection.

14  BY MR. MAUTERER:

15       Q.   How do you believe Arthur Lawson impacted your

16  First Amendment rights in any way?

17       A.   I'm unsure of which particular facts would fall

18  into this specific category.

19       Q.   Well, did Arthur Lawson ever tell you anything

20  about you not being able to express your opinions?

21       A.   No.   I have only shaken his hand at a Christmas

22  party.

23       Q.   Now, you've raised a State Whistleblower Claim

24  as well.  I'm assuming, correct me if I'm wrong, that in

25  Paragraph 40 you say that Mr. Swear immediately notified

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    his supervisor that just quota system violated the state

2    law, Scott Vinson, correct?

3         A.    No, sir.

4         Q.    Who is it then?

5         A.    Danielle Rodriguez.

6         Q.    Did you advise anyone else other than Danielle

7    Rodriguez that a quota system as you believed it was in

8    place violated the state law?

9         A.    Sergeant Heintz.

10        Q.    Anyone else?

11        A.    No.

12        Q.    You didn't advise Scott Vinson, did you?

13        A.    No.  I was using a chain of command at that

14   point.

15        Q.    You didn't advise Scott Vinson, did you?

16        A.    No, sir.  I was using a chain of command at

17   that point.

18        Q.    You didn't advise Arthur Lawson, did you?

19        A.    I did not.  I didn't think that that was able

20   to be done since I had been denied a meeting with Deputy

21   Chief Christiana.

22        Q.    Just so I understand, when did you immediately

23   notify your supervisor that you did not intend to

24   participate in this alleged unlawful quota system?

25        A.    That's going to be the time that I spoke with

**DONEGAN, BARTELL & HENRY**
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Sergeant Rodriguez.

2         Q.    Was that December 20th, 2014 when you taped

3    her?

4         A.    Correct.   I verbalized it prior to that.   But

5    that's my only proof that I verbalized it.

6         Q.    What proof do you have that you were

7    disciplined and constructively discharged from your

8    employment speaking out against the quota system?

9         A.    Captain Vinson in that meeting where Captain

10   Lloyd and Sergeant Tapie and I believe at the time

11   Sergeant Saladino know were all present.   There was a

12   very heavy emphasis on me spreading poison of this quota

13   system.   That was the focus of it.   And when they cut me

14   off and I couldn't talk to Deputy Chief Christiana about

15   it, at that point in time, it was out of my mind that I

16   would have the opportunity to talk to Chief Lawson about

17   it.   But that was the focus was that Scott was trying to

18   accomplish this goal.   And by me voicing my opinion and

19   my concern for the legality of the issue, that that's

20   when he started speaking about being requesting that I be

21   fired and if he didn't get it this time that he would get

22   it in subsequent requests.

23        Q.    So based on your perception that a quota system

24   was in place and that that would have been illegal, the

25   Captains, Vinson, Lloyd that you discussed had a

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

106

```
 1   difference of opinion, didn't they?  They didn't think
 2   there was a quota system in place, did they?
 3            MR. HEBERT:  Object to the form of the question.
 4            MR. DORNIER:  Object to the form.  If you could
 5   rephrase it.
 6   BY MR. MAUTERER:
 7       Q.   Do you know if Captain Vinson or Captain Lloyd
 8   agreed with you that there was a quota system in place at
 9   the Gretna Police Department?
10       A.   I don't know what they were thinking, no.
11       Q.   Do you know if Captain Vinson or Captain Lloyd
12   agreed with your interpretation of the meeting of
13   December 14th or 17th of 2014 with Scott Vinson?
14       A.   I don't know what their interpretation is.
15       Q.   Are you seeing any mental health professionals
16   at this time?
17       A.   I see Dr. Mohnot for my attention deficit
18   disorder as well as a pill to calm my nerves.
19       Q.   Does it have anything to do with, are you
20   seeing any mental health professional regarding
21   humiliation, embarrassment from mental pain or anguish as
22   a result of --
23       A.   During my time at Gretna, I took advantage of
24   something that the Chief setup for us.  And we could go
25   free of charge to speak to Mr. Asevedo on Gretna
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Boulevard.  And I did go to quite a few sessions with

2    Mr. Asevedo to have a sounding board and blow off steam

3    about my concerns.  Mr. Asevedo is not someone who

4    prescribes medicine or anything.  He's just someone that

5    you talk to.  I don't know exactly what you call him.

6    But I did go on numerous occasions to speak to him.

7          Unfortunately, he passed away now.  And I went to

8    Dr. Peterson who is my primary care physician who

9    initially prescribed me a generic form of Lexapro.  I

10   took it, but it made me sweat profusely, so I stopped

11   taking that.  And then I got on this other medication

12   which is Wellbutrin.

13        Q.   Do you know who took over Dr. Asevedo's

14   practice or his medical records?

15        A.   I don't.  I mean I believe the company is still

16   called Asevedo & Associates.  I don't know if they still

17   give us the opportunity to go talk to him.  Not him.

18   He's deceased, but if we can still talk to his employees.

19        And another layer of this is in police work, you're

20   expected to be a team player.  And when you're the one

21   that goes against a team, that whole term the Thin Blue

22   Line, I mean we live by that.  And despite I guess

23   popular belief, I'm more pro police than you can think

24   of.

25        But when you're not a team player, that has a great

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

108

1   potential to hurt you down the line.  Even at the

2   department that I'm at now, I have been informed that

3   there are people who don't trust me because they think

4   that I'm out to get them.  That's not what it is.

5       When you are stigmatized as a non-team player, it

6   doesn't matter where you go.  Unless you leave and go to

7   another state, it is going to follow you.  It is going to

8   follow you.

9       Q.   Who is Jason Demarco?  Did you list him?  Who

10  is Jason Demarco?

11      A.   He's the Deputy Chief of the Westwego Police

12  Department.

13      Q.   And you identify Jason Demarco as a fact

14  witness in this case.  What is Jason Demarco going to say

15  in this case; do you know?

16      A.   The fact witness portion of that would be that

17  he was the one who called me on the phone and said that

18  someone higher than the rank of captain instructed him to

19  call me and tell me to remove my license plate from my

20  vehicle.

21      Q.   Is that the extent of his knowledge of this

22  case; do you know?

23      A.   I don't know.

24      Q.   He was a Gretna police officer?

25      A.   Correct.  He was a lieutenant I believe.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      Q.   Was he present in the roll call room on

2  December 14th?

3      A.   He was not.  He was a lieutenant assigned to

4  training.

5      Q.   How about Eric Stahl?  Who is Eric Stahl?

6      A.   Eric Stahl is a IT Lieutenant I believe.

7      Q.   And what if any knowledge does Eric Stahl have

8  regarding an alleged quota system?

9      A.   I'm unsure.

10      Q.   What if any knowledge does Eric Stahl have

11  regarding your disciplinary record?

12      A.   I'm unsure.

13      Q.   Do you know why he was identified as a fact

14  witness in this case?

15      A.   I don't.

16      Q.   What about Joseph Goodwin?

17      A.   He's another IT guy.

18      Q.   Do you know why he was identified as a fact

19  witness in this case?

20      A.   I don't.

21      Q.   Do you know if he has any knowledge of an

22  alleged quota system?

23      A.   I don't know if he knows.

24      Q.   Would you agree with me that employers in

25  exchange for pay expect their employees to perform work?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Would you agree with that general assumption, that

2    hypotheses there, would you agree with that?

3        A.   Yes.

4        Q.   And if I paid someone or if an employer paid

5    someone for eight hours of work, they would expect to get

6    eight hours of work in return; isn't that correct?

7        A.   Correct.

8        Q.   And if a police officer was employed for 12

9    hours, they'd expect, the employer would expect to get 12

10   hours worth of work, right?

11       MR. HEBERT:   Object to the form.

12   BY MR. MAUTERER:

13       Q.   Correct?

14       A.   Correct.

15       Q.   Would you agree with me that employers would

16   have the right to insure that their employees are

17   actually performing work in exchange for their paychecks?

18       MR. HEBERT:   Object to the form.

19       THE WITNESS:   I would agree with that.

20   BY MR. MAUTERER:

21       Q.   And would you agree with me that one part of

22   police work is insuring that reports are accurate; would

23   you agree with me?

24       A.   Yes.

25       Q.   In fact, if reports are not accurate, it could

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

111

1   affect the credibility of the officer; isn't that

2   correct?

3        A.   Correct.

4        Q.   That could have ramifications in prosecutions,

5   couldn't it?

6        A.   Correct.

7        Q.   When you swear to uphold the laws and

8   constitution of the State of Louisiana, an officer

9   through the academy is trained to put together complete

10  and accurate records, correct?

11       A.   We are taught to complete reports, yes.

12       Q.   Have you ever completed and submitted a time

13  sheet that did not have start and stop times for the

14  activities that you reported you were engaged in?

15       A.   Yes.

16       Q.   And if you don't have a start and stop time,

17  you would agree with me that the employer doesn't know

18  how long you actually took to perform that specific task,

19  correct?

20       A.   Based on the sheet, correct.

21       Q.   I'll show you what I marked as 14.  It's a

22  series of time sheets December 19 of 2014, December 20,

23  2014, 21st, 24th, 25th and 29th of 2014 for Field

24  Training Officer Daniel Swear.  Do you see that?

25       A.   Yes, sir.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

112

1      Q.    On the first one which is also Bates number
2    Gretna 0257, you see there's a business check on 1614
3    Belle Chasse Highway, do you see that?
4      A.    Correct.
5      Q.    And there's no time indicated for the received
6    or the completed, right?
7      A.    Right.
8      Q.    We don't know how long it took for you to
9    perform that task, do we?
10     A.    Not based on the paper, no, sir.
11     Q.    And we also have another business check 1888
12   Belle Chasse Highway.  We don't know when you did that
13   business check, when you started or completed that
14   business check, do we?
15     A.    Not based on the paper, no, sir.
16     Q.    We don't know if it took five minutes or an
17   hour, do we?
18     A.    No, sir.
19     Q.    We don't know if it took five minutes and then
20   you sat in your police car for a period of time, do we?
21     A.    No, sir.  Not based on the paper.
22     Q.    And on this there's several entries we don't
23   know how long it took you to do paperwork at the Gretna
24   Police Station, do we?
25     A.    No, sir.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

113

```
 1        Q.    Or how long you were on patrol, do we?

 2        A.    No, sir.

 3        Q.    Or where you were patrolling?

 4        A.    No, sir.

 5        Q.    Look at the next one, December 20th, 2014.  You

 6   have patrol.  You see it?  Fourth line down.

 7        A.    Correct.

 8        Q.    We don't know when you started or stopped that

 9   patrol by that line entry, correct?

10        A.    Correct.

11        Q.    You would agree with me, however, that we can,

12   there's a two-hour gap between when you completed the

13   vehicle check at 1955 hours and then you started your

14   UNF, what is that?

15        A.    That's a disposition for unfounded or

16   abbreviation for the disposition unfounded.

17        Q.    You would agree with me that there were two

18   hours between when you finished the vehicle check at

19   Timberlane in Belle Chasse at 1955 hours and you started

20   the unfounded at 2700 block of Gehring at 2152 hours,

21   right?

22        A.    Approximately.

23        Q.    And so there's approximately two hours that

24   you're on patrol, correct?

25        A.    Correct.
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Q.    Was it during this two hours that you recorded

2  Sergeant Rodriguez for over an hour?

3    A.    I don't remember what time.  I don't remember

4  what time that happened.

5    Q.    Well, you would agree with me it doesn't have

6  any indication on this time sheet meet up with Sergeant

7  Rodriguez, right?

8    A.    Correct.

9    Q.    So you've performed specific tasks in all of

10  these entries other than there's two patrols and one

11  paperwork, you agree with me that's what it says?

12    A.    And a lunch.

13    Q.    And a lunch?

14    A.    Correct.

15    Q.    You also did a patrol after you left 2040 Belle

16  Chasse Highway at 150, you did patrol and paperwork in

17  that hour and 27 minutes between the time you started

18  writing citations at Gretna and Belle Chasse, do you see

19  that?

20    A.    Correct.

21    Q.    How long did it take you to the do paperwork at

22  the police station?

23    A.    I don't remember.

24    Q.    How long were you on patrol?

25    A.    I don't remember.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1       Q.    In that hour and 27 minutes that you were on

2   patrol and doing paperwork, was that the time that you

3   were recording Sergeant Rodriguez?

4       A.    I don't remember.

5       Q.    You also have on here that you were at your

6   house at 405 20th Street for lunch, correct?

7       A.    No.   It is indicated -- at the bottom, yes.   I

8   had gone for a restroom use earlier.   But at the bottom,

9   yes, I did go to lunch.

10      Q.    We don't know what time it started or ended,

11  correct?

12      A.    Correct.

13      Q.    We don't know what time you got to 200 5th

14  Street which is Gretna Police Department for your end of

15  tour of duty either?

16      A.    Correct.

17      Q.    The next one shows it is December 21st, 2014.

18  We have again multiple instances where we don't have

19  start and stop times, correct?

20      A.    Correct.

21      Q.    Your supervisors don't know based on reviewing

22  your time sheets how long you were actually on patrol,

23  correct?

24      A.    Correct.

25      Q.    Or that you performed a business check at 1610

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

116

1  Belle Chasse Highway, correct?

2      A.   No.   They can see that's indicated that I

3  performed a business check.   But there is no time

4  specification, you're correct about that.

5      Q.   It could have taken five minutes.   It could

6  have taken two hours.   They don't know.

7      A.   They do not know.

8      Q.   Same thing for 480 Timberlane.   They don't know

9  what time you started that business check or ended the

10  business check, right?

11      A.   Correct.

12      Q.   Leaving these times open like that, it allows

13  for a bit of freedom for officers to sit in their patrol

14  cars and not perform work, doesn't it?

15          MR. HEBERT:   Object to the form.

16          THE WITNESS:   It allows time for you to sit in

17  your patrol car.   However, being stationary in your

18  patrol car doesn't necessarily mean you're not performing

19  the work.   You can be stationary on the side of the road

20  observing traffic.   You could be stationary inside of a

21  neighborhood waiting to see if kids are going to pull on

22  door handles.   So it doesn't necessarily indicate that

23  you aren't performing work.

24  BY MR. MAUTERER:

25      Q.   In the series of time sheets we have as Exhibit

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    14, they all note locations where specific activities

2    took place, correct?  Every single one of those pages has

3    a location on the left-hand column, right?

4        A.    Correct.

5        Q.    And that's where a specific activity took

6    place, whether it was a traffic citation, a business

7    check, you went to the bathroom, correct?

8        A.    Correct.

9        Q.    Would submitting a time sheet with incorrect

10   information in it, would you consider that wrong?

11           MR. DORNIER:  Object to the form of the question.

12           THE WITNESS:  Yes.

13   BY MR. MAUTERER:

14       Q.    If you weren't at 1614 Belle Chasse Highway,

15   but you noted it, that would be wrong, wouldn't it?

16       A.    If it was intentional, yes, sir.

17       Q.    And if you were noted you were at 326 Huey P

18   Long and you weren't, that would be wrong, wouldn't it?

19       A.    If it was intentional, yes, sir.

20       Q.    And if this occurred multiple times on time

21   sheets, that would be wrong, wouldn't it?

22       A.    If it was intentional, yes, sir.

23       Q.    And if one was doing homework while on duty,

24   that would be wrong, wouldn't it?

25           MR. HEBERT:  Object to the form.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    THE WITNESS:  The Gretna Police Department has

2  been historically supportive of education dating back to

3  the '80's when they used to pay for the officers to get

4  their associate's degrees.  There were other officers

5  actually in school in the same institutions that I was at

6  at the same time.

7    Gretna likes when people better themselves,

8  especially when they are bettering themselves in the same

9  field because when someone goes on to the FBI and someone

10  goes on to federal agency coming from Gretna, that makes

11  them look good.  They always, always were supportive of

12  education.

13  BY MR. MAUTERER:

14    Q.  What e-mail document, letter, anything suggests

15  that Gretna Police Department is okay with its officers

16  doing school work or attending online classes while

17  receiving a paycheck for the Gretna Police Department?

18    MR. DORNIER:  Object to the form of the question.

19    THE WITNESS:  There's no memo with that on there.

20  BY MR. MAUTERER:

21    Q.  And getting a paycheck to be a police officer

22  and perform police officer duties while someone is doing

23  homework or attending school would be wrong, wouldn't it?

24    MR. HEBERT:  Object.

25    MR. DORNIER:  Object to the form of the question.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1          THE WITNESS:  It depends on what extent you are

2     doing homework.  You can sit on the side of the road and

3     be observant while you were doing other things.  There

4     were people that read the bible in their spare time

5     ironically enough.  And other people who chose to do more

6     frivolous thing with their spare time.  Talk on the

7     phone.  Watch a YouTube video.

8          If I chose to read a textbook that was within the

9     field I was working in, I was not only bettering myself

10    for myself, I was bettering myself for the department

11    which I worked for and it was supported.

12    BY MR. MAUTERER:

13         Q.   And there is a policy or instruction or a

14    specific allowance for officers to attend online

15    universities while on duty as a Gretna police officer,

16    are you telling us that?

17         A.   There is no specific policy to be able to

18    attend online classes.  However, both of my supervisors,

19    including Captain Vinson were well aware -- before

20    Captain Vinson was a captain, he was aware that I was on

21    duty and would use my spare time to read a book or do

22    other things in my lull times.  And at no time did he

23    ever tell me that that was not allowed.

24         And additionally, while working for Sergeant Heintz

25    and Sergeant Rodriguez, I asked to be put in Timberlane

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   where it was a slower area in order to have the
2   opportunity to read.  But it didn't stop me from doing my
3   job.  Police work has a lot to do with observation just
4   as much as it has to do with jumping fences and running
5   after people.
6          Q.    If you were doing your job as a police officer,
7   if you were driving the streets of the City Gretna
8   looking for traffic violations, looking for drug dealers
9   on the side of road, checking businesses, checking
10  residences, how do you have spare time?
11         MR. HEBERT:  Objection.
12         MR. DORNIER:  Object to the form of the question.
13  BY MR. MAUTERER:
14         Q.    How do you have spare time if you're doing what
15  the police department is paying you to do?
16         MR. DORNIER:  That's assuming facts not in
17  evidence.
18  BY MR. MAUTERER:
19         Q.    You can answer it.
20         MR. DORNIER:  How do you answer that question?
21         MR. MAUTERER:  Counsel, we don't need you to
22  coach him.  If he can't answer it, he can't answer it.
23  But it is a fair question.
24         THE WITNESS:  Ask the question again.
25         MR. DORNIER:  How is it a fair question?

DONEGAN, BARTELL & HENRY
1-800-259-6519

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1   BY MR. MAUTERER:
 2        Q.   If you are being paid to be a police officer to
 3   patrol the streets of Gretna, to check the businesses,
 4   check residences, issue traffic citations to enforce the
 5   laws of the state, how do you have spare time?
 6        A.   I don't know.
 7           MR. MAUTERER:  Subject to redirect we'll rest.
 8        (A SHORT RECESS IS TAKEN)
 9   BY MR. HEBERT:
10        Q.   My name is Corey Hebert and I'm an attorney
11   that represents Mr. Swear and I'll ask you some
12   questions.  If talk too low, tell me.  You were asked
13   different questions about patrolling.  Were you required
14   to drive your patrol car at all times while you were on
15   duty?
16        A.   No.
17        Q.   Were you supervisors aware of the fact that
18   you-all would stop in patrol as you were sitting in your
19   patrol car?
20           MR. MAUTERER:  Object to the form.
21           THE WITNESS:  Yes.
22   BY MR. HEBERT:
23        Q.   Now, you were asked some questions too about if
24   your supervisors had knowledge that you were going to
25   school and I just want to make sure that it is clear for
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    the record, did.  Your supervisors know that you were

2    conducting online courses at the time that you were

3    working for Gretna?

4           MR. MAUTERER:  Object to the form.

5           THE WITNESS:  Yes.

6    BY MR. HEBERT:

7           Q.    And in reference to time sheets, and this is

8    Exhibit 14, at any point were these time sheets addressed

9    with you by any supervisor as being incorrect?

10          A.    No.

11          Q.    Now I'm looking through and you didn't receive

12    any reprimand in reference to the time sheets that we

13    have attached to Exhibit 14, did you?

14          A.    No.

15          Q.    Now, you were asked about different times.

16    What was the policy if an officer were to stop their

17    vehicle on the side of the road while they were

18    patrolling?  Just kind of explain how that would work.

19          MR. MAUTERER:  Object to the form.

20          THE WITNESS:  I don't understand the question.

21    BY MR. HEBERT:

22          Q.    Now, you could stop your vehicle on the side,

23    park your vehicle and still patrol, could you not?

24          A.    Correct.

25          Q.    And just kind of explain what that would mean

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   to you.

2       A.   A large, not a large majority, but police work

3   isn't always mobile.  There are times you have to sit and

4   watch.  There are times when it is more effective to sit

5   and watch, whether it be traffic or sit and watch a

6   neighborhood, sit and watch a business.  It is not all

7   mobile patrolling.

8       Q.   Now, you were asked some questions about a

9   meeting with Captain Vinson.  Just explain to us we were

10  looking at the resignation letter that you had.  I'll

11  show it to you.  It was marked as Exhibit 12.  Did you

12  submit that resignation letter in reference to a meeting

13  with Captain Vinson?

14      A.   Yes, I did.

15      Q.   Explain that to the Court, please.

16      A.   This resignation letter was hand delivered to

17  Sergeant Christopher Tapie after the meeting where

18  Captain Vinson, Captain Lloyd, Sergeant Tapie and

19  Sergeant Saladino were present as a result of Captain

20  Vinson harping on the poison that I was spreading that

21  was me voicing my opinion against the illegal quota

22  system.  At that point in time, and in addition to that,

23  my inability to have a meeting with the deputy chief.

24      At that point in time, I felt no other choice but to

25  submit my letter of resignation prior to the captain's

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

124

1   ability to approach the chief or deputy chief with a

2   recommendation of termination.

3        Q.   Now, did you ever request a transfer?

4        A.   I did.

5        Q.   Explain that to us please.

6        A.   I requested a transfer in I believe mid 2014.

7   Again, going back to the beginning of that year, that's

8   when we were told that because of the tickets and arrests

9   that we made that the city found it able to give us the

10  three percent raise.  And that if we didn't maintain or

11  exceed that that we would possibly have to pay for a

12  portion of our retirement or that they would stop paying

13  the city's health insurance.

14       That throughout the course, after that conversation,

15  I wanted to disengage myself from patrol in order to

16  attempt to address this issue in a safer environment.

17  With that being said, I attempted to transfer to the

18  courthouse.  That is not an exciting job.  That's not a

19  job that people want to go to.  But that's a job that I

20  felt that I would be away from the street and remove my

21  involvement with the illegal quota system and possibly

22  put me out of sight, out of mind enough to maybe get a

23  meeting with the chief or deputy chief.

24       The risk unfortunately like I said with the Thin

25  Blue Line thing, I'm very pro police.  But when you have

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   people who, when you have people who feel that you're not

2   a team player, that is potentially damaging not only to

3   your reputation, but to potentially your safety.  I

4   relied on these guys that I went to work with every night

5   to go home to my family at the end of the shift just like

6   they relied on me to do the same thing.

7        If I were to take steps to not be a team player,

8   take steps to raise concern against something that a guy

9   that we all admired said, I would have put myself in a

10  position to potentially if I needed help, they may not

11  respond as quickly as they would if I was 100 percent

12  with upholding the Thin Blue Line.

13       Q.   Now, it was at this meeting on -- what date was

14  the meeting with Scott Vinson?

15       A.   February 2nd.

16       Q.   And he discussed with you at that time that he

17  had heard that you were spreading rumors about the quota

18  system?

19       A.   Yes.  He did.  He specifically indicated that

20  he was going to take my field training officer status

21  away so that I could not spread any more poison about the

22  illegal quota system.

23       Q.   Now, we were discussing some of the meetings

24  that you-all had.  I just want you to explain to us the

25  December of 2014 meeting.  What was your understanding of

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   how the quota system worked and where it came from?

2        A.    As I previously stated, Captain Vinson

3   indicated that the Chief informed him that the patrol

4   division needed to become financially independent of

5   RedFlex and that financial independence came at an

6   expense of $1 million that the division used per year.

7        The supervisors, the immediate patrol supervisors

8   were then tasked with making sure that we met our three

9   citations a day and an average of one arrest every two

10  days according to Danielle Rodriguez.  And if we didn't

11  do that then not only would those supervisors be

12  punished, not only would they -- those supervisors would

13  be punished for any of their patrolmen having a shortfall

14  from that.

15       Q.    Now, you were asked questions about text

16  messages from Sergeant Rodriguez.  Am I saying that

17  correctly?

18       A.    I believe so.

19       Q.    And whether or not they mentioned quotas.  But

20  can you just explain to the Court what was your

21  understanding of the discussion that you were having with

22  Sergeant Rodriguez at this time?

23       A.    She said you have eight with nine days work.

24  And I questioned whether she was referring to tickets or

25  arrests.  She said tickets.  She said you're fine there.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   I asked how much of the gap we were talking about.  And

2   she said that I had a hover somewhere around where I'm

3   supposed to be.  Based on days worked, I had to get from

4   8 to 27 which would have been 19 tickets.  And she said

5   don't worry about the exact number, just do traffic with

6   him tonight.  And that with him was this particular month

7   I was training Officer Colby Arabie.

8       Q.   I want to go through a few of the documents

9   that we looked at and get you to explain in these charts

10  what you feel is the significance about them.  I'll show

11  you first.  And this is it was from the request of

12  production that had been produced.  Just kind of explain.

13      A.   It is a picture of a stat sheet for the whole

14  team.  And the number of citations were highlighted and

15  circled.  And if your category was sufficient, there was

16  just a check.  It was circled if it was deficient it

17  appears in some of these.  And she circled specifically

18  citations on Steven Verret, me, arrests for Vincent Paz

19  and arrests and citations for Paige Brouillette.

20      Q.   And just explain the significance if any.

21      A.   Mathematically it falls perfectly in line with

22  her statement of three tickets a day and one arrest every

23  two days.  For example, Steven Verret has indicated on

24  the sheet that he worked seven days.  If he was supposed

25  to write three tickets a day that would equate to 21

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

128

1    which was the number that was handwritten next to that

2    which supersedes the number that he had which was 13 at

3    the time.

4         Let me get another.  So arrests, under Vincent Paz,

5    if you were to arrest one person every -- an average of

6    one person every other day, the math on that was between

7    two and three people.  Obviously, you can't arrest half

8    of a person, but two or three would have been the number

9    that would have been sufficient for Vincent Paz on

10   arrest.  Two dash three is written under his.  Beside

11   his.  Excuse me.

12        Q.   And you had provided also some team statics for

13   Team A.  I just want to show you that again and get you

14   to explain what significance if any do you feel this has.

15        MR. MAUTERER:  Which one are we looking at?

16        MR. HEBERT:  We're looking at --

17        MR. MAUTERER:  And if I could for the record the

18   last line of questions you were talking about the stat

19   sheet of December 15th, 2014, correct?

20        MR. HEBERT:  Yes, sir.  I apologize.  I thought

21   about writing numbers at the bottom as we were going

22   through and I didn't.

23   BY MR. HEBERT:

24        Q.   We were looking at December 14, monthly team

25   statics.  There's Team A in the top corner.  If you would

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    identify for the record.

2         A.   December 2014, top left-hand corner.  Monthly

3    Team Statistics in the middle.  And A-Team is indicated

4    on the top right-hand corner.

5         Q.   Just explain in the record your understanding

6    of the significance.

7         A.   Being this came from the A-Team, it is going to

8    correspond to either the information provided to me by Bo

9    Bryson or by Craig Dougherty.  It's the statics from that

10   month's team.  There's nothing annotated on it other it

11   corresponding to their paperwork.  That's it.

12        Q.   And I'm going to show you 2015, January 2015

13   Team C.

14        A.   This particular one was passed out.  This is

15   C-Team indicated in top left-hand corner.  Page 1 is in

16   the middle of the top of the page.  C-Team at the bottom

17   and indicates January 2015 on the bottom right-hand

18   corner.  This was a highlighted piece of paper where

19   felony and misdemeanor arrests were highlighted.  Also

20   citations, radar citations and MIC's were also

21   highlighted.

22        This is an example of the supervisor passing it out

23   to indicate exactly which fields that they were concerned

24   with.  I don't.  It was highlighted.  It is just grayed

25   out now.  It was passed out for you to observe your

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    current numbers.  I don't know whether this was a mid

2    month or end of month stat sheet.  But it was passed out

3    for the purposes of the listed policemen to observe their

4    numbers for that month and make their necessary

5    adjustments.

6         Q.    In reference to what?

7         A.    In reference to the quota that was put in

8    place.

9         Q.    Now, you were asked some questions about the

10   board.  And just explain to us again what was the

11   significance of the board?  This is the photograph that

12   was provided in discovery.

13        A.    Right.  It is easier to understand it in color.

14   They have it is broken down by teams.  And it is broken

15   down by months across.  You got a green star, a green

16   check, a red check or red X.  And that corresponded to

17   your numbers at the end of the month for citations and

18   for arrests.

19        Q.    And that was something that you had seen while

20   you were actually an officer there, the board?

21        A.    Yes.  I observed the board.  There were other

22   notations made on this board.  These dots to the side.

23   These numbers next to it.  No one was ever told what

24   those meant.  We were never expressly told what the green

25   stars, green checks, red checks and red X's meant.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    However, when you discuss what you had on your stat

2  sheets at the end of the month between your other

3  teammates and you discuss which sticker or which check

4  that you got for the month, it was clear that it had to

5  do with your arrests and your citations.

6    Q.   And why would that be significant to you?

7    A.   It would be significant because after you

8  receive a series of bad marks, you were walking yourself

9  into getting written up and/or terminated for your

10  citations and arrests.

11    Q.   What was your understanding of what would be

12  the ramifications of not meeting the quota system?

13    A.   Based on the conversation that we had in the

14  past, it started with being written up.  And when you get

15  written up, there's a recommendation of disciplinary

16  action.  You could be suspended as a result of that.  And

17  ultimately, if we didn't want to comply, we could go and

18  be fired.

19    Q.   Now, we had discussions about the date on the

20  resignation letter.  If I'm understanding this correctly,

21  your employment was supposed to go through February 12th

22  of 2015; is that correct?

23    A.   Correct.  I believe so.

24    Q.   Now, prior to you leaving, prior to

25  February 12th of 2015, did you discuss your feelings

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    about a quota outside of the Gretna Police Department?

2        A.    Yes, I did.

3        Q.    Explain that to us please.

4        A.    I spoke to my father about it.  I spoke to

5    anyone who could -- anyone who would listen to what I was

6    going through and to give me advice on how to handle it.

7        Q.    How did you get in contact with Mr. Voyles?

8        A.    I reached out to a harbor policeman who was

9    assigned to the JTTF at the time and asked him if he

10   could put me in contact with an FBI agent.  That's how I

11   ultimately got in touch with Mr. Voyles.

12       Q.    You mentioned a meeting with Mr. Voyles, but

13   you had spoken to Mr. Voyles prior to that meeting, did

14   you not?

15       A.    I did.

16       Q.    About how many times did you speak to

17   Mr. Voyles prior to that meeting?

18       A.    Two to three times I believe.

19       Q.    Were you initially directed to him by the

20   gentleman with the harbor patrol that you spoke to or did

21   it go further down before you actually got to Mr. Voyles?

22       A.    I spoke to the harbor policeman.  He said that

23   he knew a female agent at the FBI.  I spoke to the female

24   agent, gave her a brief, very brief rundown of my concern

25   and she said this is going to be something that agent,

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

133

1   she said Agent Voyles will contact you and he ultimately

2   called me.

3        Q.   Now, you were asked some questions about did

4   you speak to not necessarily your immediate supervisors,

5   but anyone above your immediate supervisors about the

6   quota system.  Was there a reason you didn't do that?

7        A.   Well, I attempted to have a meeting with Deputy

8   Chief Christiana and Captain Vinson denied me.

9        Q.   When did that happen?

10        A.   I believe the request was made on the morning

11   of the 2nd of February.  Then we had the meeting where I

12   was yelled at for the spreading poison and was told that

13   Captain Vinson said that he would be the one to decide

14   whether I was going to meet with the Chief or not.

15        Q.   What was your understanding how widespread the

16   quota system was at Gretna?

17        MR. MAUTERER:  Object to the form.

18   BY MR. HEBERT:

19        Q.   Just kind of explain that to us.  You've been

20   asked a lot of questions about Captain Vinson, the

21   meeting that you-all had in December.  What was your

22   understanding of the quota system as you believe

23   occurred?

24        A.   What I said in the meeting is what it was.  I

25   have, I can only testify to what I heard come out of

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Captain Vinson's mouth.  And though I was told that even

2    prior to me becoming a member of the department that

3    there were officers disciplined for failing to meet a

4    predetermined amount of citations, I don't have anything

5    to produce that to you.  I was told that we had to write

6    three tickets a day and put an average of one person in

7    jail every two days.

8         Q.   Why did you record Sergeant Rodriguez?

9         A.   I knew that there was a departmental policy

10   against having recording devices and surreptitiously

11   recording.  I felt it oddly coincidental that the day

12   after we were given a speech regarding a million dollar

13   gap that we had to close and how we were going to close

14   it through a quota system that we were given this

15   departmental policy to sign.

16        I knew at that point in time that though it was

17   against policy, it wasn't illegal and that I needed to

18   protect myself because I didn't agree with what was going

19   on.  And I didn't think that anyone would believe me

20   unless I had hard proof.  It is very hard to get

21   policemen -- it is very hard for a policeman to go

22   against another policeman, period.  But it is very hard

23   to get policemen to be frank about people that they

24   really respected.  That was my turmoil with this from the

25   very beginning is Captain Vinson's involvement in it.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

135

1      Q.   Now, as an officer, you're expected to follow

2  orders, aren't you?

3      A.   I am.

4      Q.   Do all of those orders have to be in writing?

5      A.   No.

6      Q.   Is there a specific policy that says you don't

7  follow oral orders that are given to you?

8      A.   Ask the question again.

9      Q.   Was there a specific policy at Gretna that you

10  were not to follow orders that were given to you unless

11  they were written?

12      A.   No.

13      Q.   Was it common for you-all to get oral orders

14  from superiors?

15          MR. MAUTERER:  Object to the form.

16          THE WITNESS:  Yes.

17  BY MR. HEBERT:

18      Q.   Now, you've mentioned the license plate that

19  you had.  What did you have on the front of that license

20  plate again?

21      A.   It was a black license plate.  In blue like the

22  Thin Blue Line it says 40:2401.1 which is the Louisiana

23  Revised Statute prohibiting quotas.

24      Q.   Why did you have that on the front of your

25  vehicle?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

136

1      A.    I was very openly opposed to what was going on

2   and I wanted everyone to know.

3      (A SHORT RECESS IS TAKEN)

4   BY MR. HEBERT:

5      Q.    Mr. Swear, if you would have been discharged,

6   could that have had an effect on future employment if you

7   would have been fired for following this quota?

8          MR. MAUTERER:   Object to the form.

9          THE WITNESS:   Yes.

10  BY MR. HEBERT:

11     Q.    Just kind of explain that to us please.

12     A.    With any job, including police work, if you are

13  physically fired, given a piece of paper that says you

14  are fired, everyone else after that is going to hesitate

15  in hiring you.   By resigning, regardless of the

16  circumstances, that was my ability to know that I could

17  get another job and continue to support myself and

18  ultimately now my family.

19         MR. HEBERT:   I have no questions for right now.

20  I'll reserve if there's any other questions you'll be

21  asking.

22  BY MR. MAUTERER:

23     Q.    I have some redirect.   You would agree with me,

24  Mr. Swear, that Gretna Police Department is a proactive

25  police department, isn't it?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1           MR. HEBERT:  Objection.  Vague.

2           MR. DORNIER:  Object to the form.  Vague.

3    BY MR. MAUTERER:

4        Q.   Can you answer the question?

5        A.   Different people operate at different speeds.

6        Q.   Gretna Police Department isn't a responsive

7    police department, meaning they don't sit around waiting

8    for calls to be of action, do they?

9           MR. HEBERT:  Objection to form.

10          THE WITNESS:  Sometimes we do.

11   BY MR. MAUTERER:

12       Q.   During academy, you received instructions

13   regarding the expectations of the Gretna Police

14   Department, didn't you?

15       A.   I believe so.

16       Q.   And those expectations included, but not

17   limited to the patrolling of the four, little over four

18    miles of the City of the Gretna; isn't that correct?

19          MR. HEBERT:  Object to the form.

20          THE WITNESS:  To your area.  But yes, patrolling,

21   you drive a billboard around.  Your job is to have a

22   presence.  Whether that presence is mobile or parked,

23   people need to see you.

24   BY MR. MAUTERER:

25       Q.   Now, you stated in response to questions by

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  your attorney that after meeting with Captain Vinson, you

2  expected to be terminated.  Do you have any evidence, any

3  document, any witness that you can identify that Captain

4  Vinson was going to terminate you that day?

5      A.   The people present in that meeting were Captain

6  Russell Lloyd, Sergeant Chris Tapie and Sergeant Phillip

7  Saladino.  They would have been witnesses to that

8  statement being made.

9      Q.   Is there anybody else other than those persons

10  you just identified that would corroborate your statement

11  that you believed you were going to be terminated that

12  day?

13      MR. HEBERT:  I'm going object to the form of the

14  question.

15  BY MR. MAUTERER:

16      Q.   Was there anybody else?

17      A.   They were the only ones present in the room.

18      MR. DORNIER:  Mischaracterizes his answer.

19  BY MR. MAUTERER:

20      Q.   You don't have any knowledge, personal

21  knowledge, do you that Captain Vinson gave the same

22  speech that he gave to your team to any other team, do

23  you?

24      A.   The same speech, no.  He was not reading from a

25  piece of paper.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      Q.   Now, you said in response to your counsel's

2  questions regarding the chart that was in Captain

3  Vinson's office what you believed all the symbols and

4  colors meant, correct?

5      A.   Correct.

6      Q.   It could have meant nothing, could it?

7           MR. HEBERT:  Object to the form of the question.

8           THE WITNESS:  No.

9  BY MR. MAUTERER:

10      Q.   It could have been a motivational prop,

11  couldn't it?

12           MR. HEBERT:  Object to the form of the question.

13           THE WITNESS:  I believe it was a prop in any

14  sense you look at it, whether motivational or -- a trip

15  sheet and a stat sheet is a prop in a way.

16  BY MR. MAUTERER:

17      Q.   What evidence do you have that that chart was

18  in Captain Vinson's office meant anything whatsoever?

19      A.   I can't specify.

20      Q.   You don't have any other than your

21  interpretation of that chart; is that a fair statement?

22      A.   It wasn't my sole interpretation.  However,

23  yes, you're correct I don't have anything written.

24      Q.   I think I know the answer to this, but you keep

25  saying this phrase over and over again and I want to make

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1   sure the record is clear.  You keep saying that you would

2   talk to anyone who would listen about the quota system,

3   but you've only identified certain people.  Your fellow

4   off team members, your dad, your grandma.  Is that it as

5   we sit here today that you remember?  Because you keep

6   saying anyone who will listen and I'm trying to find out

7   if there were anyone else other than these people.

8           MR. HEBERT:  Specific names of people is what you

9   mean?

10  BY MR. MAUTERER:

11      Q.   Yes.  Is there anybody else?

12      A.   I don't remember.  That would listen portion of

13  that is there were some policemen who wanted no part of

14  discussing this topic at all with me.

15      Q.   Were there other police officers that did not

16  have the same interpretation of Captain Vinson's speech

17  as you?

18      A.   I don't know what other people interpreted it

19  as.

20      Q.   Do you have any knowledge as you sit here today

21  of any action that the FBI will or will not take based on

22  your meetings with them?

23          MR. DORNIER:  Objection to the form of the

24  question.  I don't know if that's an appropriate

25  question.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

141

1   BY MR. MAUTERER:

2        Q.   Do you know?

3        A.   I don't know.

4        Q.   Who was the harbor police officer you spoke to?

5        A.   Glenn Smith.

6        Q.   Is he still with the harbor police department

7   as far as you know?

8        A.   He is.  He's assigned to the JTTF though.

9        Q.   Who is the female FBI agent that you spoke to?

10       A.   I don't remember.

11       Q.   Now, you said you made a request to talk to

12   Deputy Chief Christiana on February 2nd.  How was that

13   request made?

14       A.   Via telephone.

15       Q.   To Captain Vinson?

16       A.   No sir.  Via telephone to the Deputy Chief's

17   secretary.

18       Q.   I kind of misunderstood.  You were describing

19   be your meeting with Captain Vinson on February 2nd where

20   you made a request of Captain Vinson to talk to the Chief

21   and he told you no.  That's the way I understand it.  Is

22   that incorrect?

23       A.   That's incorrect.  When I showed up to work on

24   the 2nd, once I knew the administration and the

25   secretaries were there, I called first thing and spoke to

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1    Miss Haas and asked if I could setup a meeting with the

2    Deputy Chief.  She said she would get back to me.

3        A few hours later in that morning is when the

4    meeting occurred and Captain Vinson knew that I was

5    trying to setup a meeting with the Deputy Chief and I was

6    told by him that he would control whether I had a meeting

7    with the Deputy Chief or not.

8        Q.   Did Miss Haas return your call at all?

9        A.   No.  She didn't.  I had the meeting and that

10    was enough of an indication that the meeting was not

11    going to happen.

12        Q.   But she didn't return your call and tell you it

13    wasn't going to happen, correct?

14        A.   Correct.

15        Q.   Did you ever see the Deputy Chief at Wal-Mart

16    and ask him or any other place and ask to talk to him?

17        A.   I did not.

18        Q.   Did you ever see the Chief anywhere in the City

19    of Gretna and ask to talk to him?

20        A.   I did not.

21        Q.   Meetings of the Gretna administration where

22    they would discuss and implement policy decisions, you

23    weren't involved in any of those meetings, were you?

24        A.   No, sir.

25        Q.   So you had no involvement in what an ultimate

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

143

1   policy was implemented, correct?

2      A.   Correct.

3      Q.   You had no involvement in the reason or basis

4   for a policy to be implemented, correct?

5      A.   Correct.

6      Q.   So when you explained to us in your words the

7   irony of the timing of the policy regarding the recording

8   of other officers, you don't know what the

9   administration's basis for that policy was, do you?

10     A.   No.   I don't know.

11     Q.   You don't know how long the administration had

12  been discussing whether or not they were going to

13  institute such a policy?

14         MR. HEBERT:   Objection to the form of the

15  question.

16         MR. DORNIER:   Object to the form of the question.

17         THE WITNESS:   I didn't hear the end of it.

18  BY MR. MAUTERER:

19     Q.   You don't know do you how long the

20  administration had been discussing whether or not it was

21  going to institute that policy, do you?

22         MR. HEBERT:   Object to the form of the question.

23         THE WITNESS:   I do not.

24  BY MR. MAUTERER:

25     Q.   In our discussions this morning you appear very

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1  motivated and strong in your beliefs and opinions

2  regarding the alleged quota system.  Since your departure

3  from the Gretna Police Department, have you ever

4  attempted to discuss with Arthur Lawson or Anthony

5  Christiana the alleged quota system?

6      A.   I did not.

7      Q.   When you were seeking employment with the

8  Gretna Police Department and going through the academy,

9  isn't it a fact that you had your father call Arthur

10  Lawson and Anthony Christiana regarding hiring you as a

11  police officer?

12      A.   I believe so.

13      Q.   Did you ask your father to setup a meeting with

14  Arthur Lawson or Anthony Christiana regarding your

15  concerns regarding an alleged quota system?

16      A.   I did not.

17      MR. MAUTERER:  No further questions.

18

19

20

21

22

23

24

25

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1                  C E R T I F I C A T E

 2

 3         This certification is valid only for a transcript

 4   accompanied by my original signature and original

 5   required seal on this page.

 6              I, DIANNE C. WININGER, CCR, in and for the State

 7   of Louisiana, as the officer before whom this testimony

 8   was taken do hereby certify that to foregoing witness to

 9   whom oath was administered, after having been duly sworn

10   by me upon authority of R. S. 37:2554, did testify as

11   herein before set forth in the foregoing pages; that the

12   testimony was reported by me in the stenotype reporting

13   method, was prepared and transcribed by me or under my

14   personal direction and supervision, and is a true and

15   correct transcript to the best of my ability and

16   understanding;

17              That the transcript has been prepared in

18   compliance with transcript format guidelines required by

19   statute or by rules of the board, that I am informed

20   about the complete arrangement, financial or otherwise

21   with the person or entity making arrangements for

22   deposition services; that I have acted in compliance of

23   the prohibition on contractual relationships, as defined

24   by Louisiana Code of Civil Procedure, Article 1434 and in

25   rules and advisory opinions of the board.
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

1      That I have no actual knowledge of any prohibited

2    employment or contractual relationship, direct or

3    indirect, between a court reporting firm and any party

4    litigant in this matter, nor is there any such

5    relationship between myself and a party litigant in this

6    matter.

7       I am not related to counsel or to the parties

8    herein, nor am I otherwise interested in the outcome of

9    this case.

10

11

12

13          Dianne C. Wininger, CCR

14          Certified Court Reporter

             State of Louisiana

15

16

17

18

19

20

21

22

23

24

25

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

DANIEL SWEAR    :  CIVIL ACTION NUMBER:
           :
           :
VERSUS       :
           :
           :
           :
ARTHUR LAWSON, IN HIS  :
INDIVIDUAL CAPACITY AND :
OFFICIAL CAPACITY AS THE :
CHIEF OF THE GRETNA POLICE :
DEPARTMENT; SCOTT VINSON :
IN HIS INDIVIDUAL AND  :
OFFICIAL CAPACITY AS A  :
CAPTAIN IN THE GRETNA  :
POLICE DEPARTMENT AND THE :
CITY OF GRETNA    :

---

## COMPLAINT FOR DECLARATORY, INJUNCTIVE RELIEF AND DAMAGES

  NOW INTO COURT, through undersigned counsels, comes the Plaintiff, Daniel Swear,

who respectfully submits:

1.

  Plaintiff, Daniel Swear (hereinafter Complainant or Swear), is the full age of majority,

and a resident domiciliary of the Parish of Plaquemines, Louisiana.

2.

Made Defendants herein are:

A.  The City of Gretna, municipality of the State of Louisiana, located in the
   Parish of Jefferson, State of Louisiana;

1



B.    Arthur Lawson, in his individual capacity, as well as his official capacity as the Chief of the Gretna Police Department, located within the municipality of Gretna, State of Louisiana, located in the Parish of Jefferson; and

C.    Scott Vinson, in his individual capacity, as well as his official capacity as the Captain of the Patrol Division of the Gretna Police Department.

3.

This action is brought pursuant to 42 U.S.C. § 1983 and La. R.S. 23:967. Jurisdiction is proper pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343 and, 28 U.S.C. 1367.

4.

This action for injunctive relief is brought pursuant to Rule 65 of the Federal Rules of Civil Procedure (hereafter "F.R.C.P."); 42 U.S.C. §1983; 42 U.S.C. §1331; and, 42 U.S.C. §1343 for violation of Complainant's constitutional rights. This action for declaratory judgment has been brought pursuant to the provisions of 28 U.S.C. § 2201 and 28 U.S.C. § 2202, as well as F.R.C.P. 57 and 58. This action for damages is brought pursuant to the provisions of 42 U.S.C. 1983 and La. R.S. 23:967.

5.

Venue is proper in the Eastern District of Louisiana under 28 U.S.C. § 1391, as the named Defendants are domiciled in the Parish of Jefferson.

6.

At all relevant times hereto, the Complainant was a full time commissioned police officer with the Gretna Police Department and employed by the City of Gretna.

2

7.

Mr. Swear began employment with the City of Gretna on or about December 10, 2010, as a commissioned police officer.

8.

Mr. Swear subsequently obtained the position of Field Training Officer, granting him an increased salary for training newly hired police officers.

9.

On or about December 17, 2014 and/or December 19, 2014, Mr. Swear attended a mandatory meeting of the Gretna Police Department. During the meeting, Mr. Swear was informed that the Gretna Police Department was instituting a quota policy.

10.

The quota policy mandated that each Gretna Police Officer issue three (3) traffic citations and or summons per day and an average of one arrest every two days worked. The quota policy further subjected the police officers, as well as their supervisors, to mandatory disciplinary action for any non-compliance with the quota policy.

11.

The quota policy was implemented on December 17 and/or 19, 2014 and administered by the supervisory officials and overseen by the Captain of the Gretna Police Department.

12.

Pursuant to La. R.S. 40:2401.1, entitled: *Quotas Prohibited*, Louisiana law expressly prohibits quotas to be employed by law enforcement agencies.

3

13.

Mr. Swear was aware that state law prohibited the employment, administration and enforcement of a quota system for law enforcement officials.

14.

On December 20, 2014, Mr. Swear informed his supervisor, Sergeant Danielle Rodriguez, that implementation of the quota policy was expressly prohibited by state law, and that he did not intend to participate in the unlawful activity.

15.

During the conversation between Mr. Swear and Sgt. Rodriguez on December 20, 2014, Sgt. Rodriguez twice confirmed that the mandatory minimum quota of ticket to be issued by patrol officers was three (3) per day.

16.

In addition to informing his supervisor, as identified in paragraph fourteen (14) hereinabove, Mr. Swear spoke out against the quota system to fellow law enforcement officers of the Gretna Police Department.

17.

Mr. Swear also spoke out against the prohibited quota system to members of the public, including but not limited to friends and family members.

18.

Mr. Swear additionally informed a special agent with the Federal Bureau of Investigation, stationed in the New Orleans office, of the implementation and administration of the quota system.

4

19.

Mr. Swear met with the special agent with the Federal Bureau of Investigations on several occasions regarding the implementation of the quota system.

20.

Mr. Swear additionally notified the Louisiana Office of the Inspector General regarding the implementation of the quota system.

21.

On February 2, 2015, Mr. Swear attended a meeting in the office of Captain Scott Vinson. Also, present in the meeting were Captain Russell Lloyd and two Sergeants.

22.

At the meeting Mr. Swear was threatened with termination if he failed to participate in and meet the assigned quota.

23.

Immediately after the February 2, 2015 meeting, Mr. Swear tendered a written letter containing a two week notice of resignation from the Gretna Police Department.

24.

Thereafter on February 9, 2015, Mr. Swear attended a second meeting at the request of Captain Scott Vinson. During the meeting, Mr. Swear was informed that he was being written up for making defamatory statements concerning the ethics of the Gretna Police Department.

25.

At the February 9, 2015 meeting Mr. Swear was urged to resign immediately.

5

26.

On or about February 20, 2015, Mr. Swear received his last pay check from the City of Gretna, compensation for his earned and accrued benefits in accordance with the terms and conditions of his employment and received written notice of his separation from the Gretna Police Department.

27.

## CAUSES OF ACTION

### Fourteenth Amendment Due Process

La. R.S. 40:2531 *et seq.,* the Police Officers Bill of Rights, sets forth the mandatory minimum procedures and substantive prerequisite to discipline, suspension and/or termination of law enforcement officials

28.

The Defendant's failure to adhere to the minimum statutory requirements prior to notifying Mr. Swear of his pending termination is violative of La. R.S. 40:2531(C).

29.

The Plaintiff possessed a legitimate claim of entitlement to the statutory provisions of La. R.S. 40:2531 *et seq.,* the Louisiana Police Officers Bill of Rights.

30.

The Plaintiff's statutory entitlement to disciplinary and pre-termination substantive procedures give rise to a protected due process interest under the Fourteenth Amendment.

6

31.

The Defendant's wholesale failure to follow any mandatory provision of such statutory scheme violates Mr. Swears procedural due process rights under the Fourteenth Amendment.

32.

The Defendants' arbitrary and capricious conduct regarding its intention to terminate of Mr. Swear if he did participate in, and comply with the quota system newly instituted by the Gretna Police Department violates his substantive due process guarantees under the Fourteenth Amendment.

33.

The conduct of the Defendants was committed with deliberate indifference and reckless disregard for Mr. Swears federal constitutional rights, entitling him to punitive damages under 42 U.S.C. 1983.

34.

**First Amendment Discrimination and Retaliation**

Mr. Swear speech regarding the statutorily prohibited quota system, implemented and administered by the Defendants, is of significant public import.

35.

Such speech is protected by the First Amendment.

36.

The Defendants disciplining of Mr. Swear and constructively discharging him from the Gretna Police Department is an act of reprisal for engaging in protected speech.

7

37.

The Defendants arbitrary and capricious conduct was reckless, malicious and done with deliberate indifference to Mr. Swears First Amendment rights and protections.

38.

Such conduct of the Defendants further entitle Mr. Swear to an award of punitive damages pursuant to 42 U.S.C. 1983.

39.

**State Law Whistleblower Claim, La. R.S. 23:967**

Mr. Swear, in his capacity as a police officer for the City of Gretna, was subject to a mandatory quota policy expressly prohibited by Louisiana law.

40.

Mr. Swear immediately notified his supervisor that such quota system violated state law.

41.

Mr. Swear further immediately notified his supervisor that he did not intend to participate in the unlawful quota system.

42.

Mr. Swear reported the implementation of the quota system to law enforcement officials.

43.

Mr. Swear was disciplined and constructively discharged from his employment for speaking out against the quota system and refusal to participate therein.

8

44.

As a result of the conduct of the Defendants, Mr. Swear has suffered humiliation, embarrassment, mental pain and anguish which required medical treatment, in addition to lost wages and earnings.

45.

Mr. Daniel Swear further requests all costs, fees and attorney fees associated with the disposition of this matter pursuant to 42 U.S.C. 1988 and/or La. R.S. 23:967, as well as judicial interest from the date of the filing of this complaint or as otherwise provided by law.

46.

Mr. Daniel Swear respectfully request a trial by jury of the merits of this matter.

**WHEREFORE**, Complainant, Daniel Swear, prays that after due proceedings and consideration:

1. The Defendants named herein be duly cited for service of process of this complaint;

2. A permanent injunction issue herein enjoining and prohibiting the continued implementation and administration of the quota system;

3. A declaratory judgment issue herein declaring that the Police Officer's Bill of Rights creates a due process property interest protected by the Fourteenth Amendment; that the Plaintiff's due process rights were violated; that the Plaintiff's rights under the First Amendment were violated; and that the conduct of the Defendants violated La. R.S. 23:967, the Louisiana Whistleblower Protection Act;

4.  A judgment issue herein for damages resulting from the Defendants violation of his due process rights under the First Amendment and the Fourteenth Amendment;

5.  A judgment issue herein for damages resulting from the Defendants violation of rights under the La. R.S. 23:967;

6.  The Defendants in their individual capacities be cast in judgment for punitive damages;

8.  The court issue all legal and equitable relief just as proper under the premise; and,

9.  Mr. Swear be deemed a prevailing party in this matter and be granted all costs, fees and attorney fees pursuant to 42 U.S.C. 1988 and/or La. R.S. 23:967, as well as judicial interest as provided by law.

**RESPECTFULLY SUBMITTED:**

/s/ Seth M. Dornier
**SETH M. DORNIER (La. Bar. #32804)**
**DORNIER LAW FIRM, LLC**
351 Saint Ferdinand Street; Suite B
Baton Rouge, Louisiana 70802
Telephone:  (225) 389-6664
Facsimile:  (225) 372-2430
    Email:  Seth@DornierLaw.com

**AND**

/s/ Corey J. Hebert
**CHARLES R. MOORE (La. Bar No. 9604)**
**COREY J. HEBERT (La. Bar No. 31773)**
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone:  (225) 766-1100
Facsimile:  (225) 767-4486
    Email:  Moore@Moorethompson.com
           Hebert@Moorethompson.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **DANIEL SWEAR** | **SUIT NUMBER: 15-6591** |
| | **A CIVIL ACTION** |
| | **SECTION: " G "** |
| **VERSUS** | **MAGISTRATE "1"** |
| | **NANETTE JOLIVETTE BROWN** |
| **ARTHUR LAWSON**, *et al.* | **THE HONORABLE JANIS VAN MEERVELD PRESIDING** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S RESPONSE TO INTERROGATORIES

TO:   **Arthur Lawson, et al.**
      Through their attorney of record:
      Steven M. Mauterer
      Beevers & Beevers, LLP
      210 Huey P. Long Ave.
      Gretna, LA 70053-5816

**NOW INTO COURT,** through undersigned counsels, comes Daniel Swear who, reserving his right to amend and/or supplement his responses as necessary, answers the interrogatories propounded by defendants, Arthur Lawson, *et al*, as follows:

## INTERROGATORY NO. 1:

Identify with specificity the physical location of the mandatory meeting of the Gretna Police Department as alleged in paragraph 9 of your Complaint, the identity of the person(s) who advised you of the requirement of your attendance at the meeting, and identify each person in attendance at said meeting.

1



**RESPONSE:**

The meeting was at the Gretna Police Department, located at 200 5th Street, Gretna, LA, 70053, specifically in an area commonly referred to as "the palace." That location consisted of an open area where the secretaries for both the Chief and Deputy Chief operated. Connected to the secretary area are separate offices for the Chief, Deputy Chief, and one other official. The office was used as a location for roll call that evening, presumably due to the normal conference room location being utilized. Chairs were set up facing the desk of Tracy Haas where patrolmen sat and awaited their normal nightly instruction. In the area of Tracy's desk were Scott Vinson, Danielle Rodriguez, and David Heintz. Requirement in this meeting was not specified due to roll call being a normal part of the patrol shift.

The persons present in this meeting, in addition to the ones mentioned above, were as follows:

1. Vincent Paz

2. Brock Frisch

3. Matthew Chiasson

4. Crystal Hirschmann

5. Paige Brouillette

6. Colby Arabie

7. Steven Verret

**INTERROGATORY NO. 2:**

Identify the person(s) who informed you that the Gretna Police Department was instituting a quota policy as alleged in Paragraph 9 of your Complaint.

2

**RESPONSE:**

Mr. Swear objects to the interrogatory as written. The interrogatory inappropriately states that the illegal quota policy was implemented by the Gretna Police Department on the date of the meeting. The Gretna Police Department's quota policy was in place prior to this time.

Subject to and not waiving those objections, prior to this meeting, then Captain Scott Vinson put enormous pressure on the shift supervisors to illicit tickets and arrests from their shifts. Dating back to before Mr. Swear was a member of the Gretna Police Department, there was a quota that Scott Vinson proclaimed he invented, the 10-2-2 system. The 10-2-2 system referred to a daily activity of ten items, two tickets, and two arrests per shift.

The meeting began with Sergeant David Heintz stating that he wanted us to strive to increase our productivity by 10%. Sergeant Danielle Rodriguez stated that we were mandated to issue three citations per day. Scott Vinson then explained that the Chief approached him at or around the time of December 2013 and advised him that he needed to find a way to make the patrol division financially independent of the RedFlex Camera Ticket profits. Scott Vinson then elaborated that the patrol division was going to write enough tickets and make enough arrests to generate 1 million dollars of additional revenue, the number needed to "close the gap" between the division's operating budget and what was borrowed from the RedFlex proceeds each year. Furthermore, Scott Vinson stated that the administration was concerned that RedFlex would eventually "go away" due to the numerous constitutionality conflicts that were being brought to light. Scott Vinson stated that our supervisors have been feeding us a bunch of sugar and that he isn't in the business of "asking" us to accomplish these tasks. Scott Vinson stated that failure to

3

generate the revenue necessary would result in the money being taken from the insurance fund and/or the retirement fund. The additional possibility of layoffs was noted by Scott Vinson as well.

It should be noted that prior to the meeting described above, Scott Vinson attended the D-Team Roll Call in January 2014 and informed the team that because of the revenue that the officers created through their tickets and arrests, the City found the ability to give Police Department employees a 3% raise. On a separate occasion in that same month, Russell Lloyd addressed the D-Team roll call and stated that if we, the officers, did not maintain our ticket and arrest numbers (heavy emphasis on tickets), we would be forced to pay for our own health insurance. Both of the aforementioned meetings were conducted at 200 5th Street in the Large conference room used for nightly roll call. Mr. Swear does not have a specified list of persons present during these two January 2014 meetings.

Based on the information provided by Scott Vinson, the quota policy was passed down to him from "the Chief." Scott Vinson then passed it to the shift supervisors, who subsequently passed it to their respective shifts. Mr. Swear was ordered by Sergeant Danielle Rodrigues, on one occasion, to issue three citations per day and make an average of 1 arrest every 2 days.

**INTERROGATORY NO. 3:**

Identify the supervisory officials that administered the quota policy you allege was implemented by the Gretna Police Department on December 17 and/or 19, 2014.

**RESPONSE:**

Mr. Swear objects to the interrogatory as written. The interrogatory inappropriately states that the illegal quota policy was implemented by the Gretna Police Department on December 17

4

and/or 19, 2014. The Gretna Police Department's quota policy was in place prior to the dates identified by defendants in there interrogatory.

Subject to and not waiving those objections, Mr. Swear responds as follows:

Scott Vinson stated that the "Chief" approached him with the task of having the patrol division generate the necessary funds to become financially independent of RedFlex. Scott Vinson was the person who ordered the quota system to the subordinate shift supervisors. Ultimately, Scott Vinsons' successful implementation of this quota resulted in his promotion to the Captain of the Patrol Division. Though Mr. Swear had two shift supervisors at the time of this incident, only Danielle Rodriguez chose to make mandatory demands regarding the quota system. Sergeant Heintz did not agree with the quota policy; however, he knew that open opposition to the quota policy would cause major problems for him within the department. Sergeant Heintz chose to use a general "10% statement" when addressing his team, because that was the only way he saw able to satisfy the demands of Scott Vinson without crossing a legal, moral, or ethical line.

**INTERROGATORY NO. 4:**

Identify the fellow law enforcement officers, members of the public, friends and family with whom you spoke out against the quota system as alleged in Paragraphs 16 and 17 of your Complaint.

**RESPONSE:**

Mr. Swear objects as the interrogatory is overly broad as it requests the names of an innumerable amount of people to whom he spoke out to, against the illegal quota system/policy that was enforced by the Gretna Police Department.

5

Subject to and not waiving those objections, Mr. Swear states that he spoke out against the Gretna Police Department's illegal quota system to an unknown amount of people. This would be impossible to list due to him being extremely open about his situation with whomever asked. He does recall that he spoke to all members of the C-Team patrol, many other members of the Gretna Police Department, FBI Agent Richard Voyles, two other unknown FBI agents, Lee Zurik, an unknown member of the Attorney General's Office, and others.

**INTERROGATORY NO. 5:**

Identify all special agents with the Federal Bureau of Investigation with whom you spoke regarding the alleged quota system and identify each "several occasion" in which you met with the special agents as alleged in Paragraph 19 of your Complaint.

**RESPONSE:**

Mr. Swear objects as the interrogatory is overly broad as it requests him to identify with specificity each of the "several occasions" which he met with those agents.

Subject to and not waiving those objections, Mr. Swear responds as follows: He met with agent Richard Voyles. Agent Voyles was accompanied by additional agents on two occasions; however, I do not have the names of those agents.

**INTERROGATORY NO. 6:**

Since being employed with the Plaquemines Parish Sheriff's Office, identify all of your supervisors.

**RESPONSE:**

Mr. Swear objects as the interrogatory requests information that is not relevant to these proceedings.

6

Subject to and not waiving that objection, Mr. Swear responses as follows:

1.     Johnathan McDaniel

2.     Michael Boudreaux

3.     Scott Lott

4.     Jacob Susor


Respectfully submitted,

**MOORE & HEBERT, APLC**


s/Corey J. Hebert
Charles R. Moore, La. Bar Roll No. 9604
Corey J. Hebert, La. Bar Roll No. 31773
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: (225) 766 1100
Fax: (225) 767-4486
*Attorneys for the Plaintiff*

AND

Seth M. Dornier (La. Bar. #32804)
DORNIER LAW FIRM, LLC
16851 Jefferson Highway; Suit B-6
Baton Rouge, Louisiana 70817
Telephone: (225) 389-6664
Facsimile: (225) 372-2430
Email: Seth@DornierLaw.com
*Attorney for the Plaintiff*

7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Responses to Interrogatories have

been served via electronic mail and US mail to the following counsel of record:

> Steven M. Mauterer
> Beevers & Beevers, LLP
> 210 Huey P. Long Ave.
> Gretna, LA 70053-5816
>
> smauterer@beeverslaw.com

Done and signed in Baton Rouge, Louisiana, on this 6th day of June, 2017.


 s/Corey J. Hebert
 Corey J. Hebert

8

# TABLE OF CONTENTS

Mission Statement
Fundamental Values

**Chapter I**          **Departmental Regulations**
           1-1       Description of the Operations Manual
           1-2       Department Regulations
           1-3       Department Standard Operational Procedure
           1-4       Recommending Changes in Department Regulations
           1-5       Document Control Dissemination Procedures

**Chapter II**         **General Policy**
           2-1       Policy Matters
           2-2       Equal Opportunity Employment Plan

**Chapter III**        **Legal Matters regarding the Department and Employees**
           3-1       Duty to Inform Chief of Police of Legal Action Concerning the Department
           3-2       Duty to Inform Chief of Police of Third Party Liability
           3-3       Civil Rights Investigation Involving Members
           3-4       Answering Request for Statements or Interviews & Honoring Deposition Subpoenas
           3-5       Duty Related to Gretna Police Department Accident Investigations
           3-6       Answering Subpoena Duces Tecum

**Chapter IV**         **Policy on Employee Conduct**
           4-1       Potential Conflicts of Interest
           4-2       Reporting Use of Law Enforcement Authority Off-Duty
           4-3       Harassment
           4-4       Consumption of Alcoholic Beverages on Duty
           4-5       Rewards, Gifts, and Gratuities
           4-6       Reporting Late for Duty
           4-7       Policy on Arrests

**Chapter V**          **Departmental Orders, Procedures & Correspondence**
           5-1       General Orders (GO)
           5-2       Personnel Orders (PO)
           5-3       Operational Orders (OO)
           5-4       Special Orders (SO)
           5-5       Divisional Orders (DO)
           5-6       Interoffice Correspondence (IO)
           5-7       Departmental Memorandum (DM)
           5-8       Memorandums, Orders, Announcements, Posted Notices
           5-9       Official Department Correspondence
           5-10      Information Bulletins (IB)
           5-11      Assignments/Transfers



EXHIBIT
3

PENGAD 800-631-6989

Gretna:0073

# TABLE OF CONTENTS

**Chapter VI**      **Employee Discipline**
      6-1      Law Enforcement Code of Ethics
      6-2      Rules for the Administration of the Department of Police
      6-3      Rights of Law Enforcement Officers While Under Investigation
      6-4      Unsatisfactory Performance by Members
      6-5      Facilities, Equipment and Personal Physical Inspection & Searches
      6-6      Supervisor Personnel Counseling Record
      6-7      Oral & Written Reprimand
      6-8      Disciplinary Investigations

**Chapter VII**     **Policy on Use of Force**
      7-1      Policy on Use of Force
      7-2      Investigation/Review of Firearms Discharge

**Chapter VIII**    **Gretna Police Department Command & Organization**
      8-1      Chain of Command
      8-2      Duties and Responsibilities of Supervisors
      8-3      Commander at the Scene of Incidents

**Chapter IX**      **Court Appearances**
      9-1      Court Attendance
      9-2      Court Pay
      9-3      Witness Fees in Civil Proceedings
      9-4      Witness Fees for Federal Court & LA Public Safety Hearings

**Chapter X**       **Public Information**
      10-1     Release of Crime Information to Media

**Chapter XI**      **Purchasing & Fiscal Policy**
      11-1     Budget & Fiscal Affairs Officer
      11-2     Budget Control Clerk
      11-3     Purchasing Procedures
      11-4     Reimbursement of Petty Expenses
      11-5     Travel Expenses
      11-6     Discrepancies in Payroll Checks

**Chapter XII**     **Community Relations**
      12-1     Community Relations/Crime Prevention Officer
      12-2     Drug Abuse Resistance Education Program

**Chapter XIII**    **Patrol Division**
      13-1     Organization & Function of Patrol Division
      13-2     Police Zones Defined
      13-3     Police Beats Defined

## TABLE OF CONTENTS

13-4   Duties & Responsibilities of Team Commander
13-5   Duties & Responsibilities of Assistant Team Commander
13-6   Duties of Patrol Officer
13-7   Patrol Division Investigative Responsibility
13-8   Roll Call Inspection & Field Inspections
13-9   Traffic Enforcement Officer - Duties & Responsibilities

**Chapter XIV**      **Employee Health Standards**
14-1   Biological Contaminations/Exposure Control Plan

**Chapter XV**       **Criminal Investigations**
15-1   Organization & Function of Criminal Investigations Division
15-2   Criminal Investigations Division Authority & Responsibility
15-3   Narcotics/Vice Crimes/Intelligence Section
15-4   Crime Scene Section
15-5   Function of Crime Analysis Officer

**Chapter XVI**      **Records Management**
16-1   Responding to Subpoena Duces Tecum for Investigative Reports
16-2   Public Records - Copies of Reports for the Public

**Chapter XVII**     **Communications**
17-1   Functions of the Communications Section

**Chapter XVIII**    **Leave of Absences**
18-1   Absences
18-2   Administrative Leave With Pay (ALWP)
18-3   Leave Without Pay (LWOP)
18-4   Military Leave
18-5   Maternity Leave
18-6   Bereavement Leave
18-7   Emergency Absence With/Without Pay
18-8   Annual Leave
18-9   Civil Leave
18-10  Swapping of Working Hours
18-11  Administrative Leave Without Pay (ALWOP)

**Chapter XIX**      **Required Employee Information**
19-1   Driver's License Requirement
19-2   Photographs of Members
19-3   Duty to Report Change of Personal Information
19-4   Employee List

# TABLE OF CONTENTS

**Chapter XX**       **Reporting Requirements for Sick/Medical Leave**
    20-1   Sick Leave, Up to 7 Days Duration
    20-2   Sick Leave, Injured on Duty, Disability Leave In Excess of 7 Days
    20-3   Residence Checks
    20-4   Limited Duty Status
    20-5   Paid Details/Overtime/Swap/Outside Employment During & After Sick Leave
    20-6   Medical Reports Required for Special Situations
    20-7   Medical Examination Required
    20-8   Medical Documentation Defined
    20-9   Inability to Resume Duties
    20-10  Conduct While on Sick Leave
    20-11  Reporting an Injury on Duty
    20-12  Confidentiality on Medical Reports

**Chapter XXI**      **Compensation Policy**
    21-1   Compensation General Provisions
    21-2   Overtime
    21-3   Compensatory Time
    21-4   Reporting Duty Hours, Holiday Pay, Absences, Leaves & Overtime

**Chapter XXII**     **Outside Employment**
    22-1   Outside Employment Defined
    22-2   Paid Details

**Chapter XXIII**    **Personal Evaluations**
    23-1   Member Status Recommendation Report
    23-2   Probationary Member Evaluation

**Chapter XXIV**     **Property & Equipment Management**
    24-1   Property Management
    24-2   Return of Department Property/Equipment
    24-3   Uniform Allotment & Replacement
    24-4   Equipment Specifications
    24-5   Damage or Loss of Department Property

**Chapter XXV**      **Departmental Vehicles**
    25-1   Motor Maintenance

**Chapter XXVI**     **Documents, Manuals, Publications**
    26-1   Comprehensive Report Writing Manual
    26-2   Uniform Traffic Accident Report Manual
    26-3   Louisiana Criminal Law & Motor Vehicle Handbook

# TABLE OF CONTENTS

**Chapter XXVII**     **Training**
                      27-1    Applicant Investigations
                      27-2    Office of Training & Development/Training Request

**Chapter XXVIII**    **Personnel Equipment Standards, Uniforms & Insignias**
                      28-1    Uniform Hats
                      28-2    Protective Armor
                      28-3    Carrying of Personal Equipment
                      28-4    Issuance of Departmental Equipment
                      28-5    Personal Appearance
                      28-6    Wearing of Jewelry on Duty
                      28-7    Uniform Specifications

**Chapter XXIX**      **Administrative Officers Sections**
                      29-1    Internal Affairs Section
                      29-2    Administrative Inspections

**Chapter XXX**       **Operation of Department Vehicles**
                      30-1    Emergency Operation of Department Vehicles
                      30-2    Policy on Pursuit Driving



*City of Gretna Police Department*
*Arthur S. Lawson, Jr., Chief of Police*



**Date:** December 17, 2014

**To:** All Commanders

**From:** Anthony H. Christiana Jr.
Deputy Chief of Police

**Re:** **Departmental Regulation 6-2 Article 82.1**

All Commanders please ensure that all personnel obtain a copy of DR 6-2 Rules for Administration for Departmental of Police Article 82.1 Recording Devices.

This Departmental Regulation is effective as of December 15, 2014 and should be considered a permanent part of the Operations Manual. This page should be inserted into the hard copy manual between pages 20 and 21.

In an electronic format DR 6-2 Article 82.1 should be copied and pasted beneath Article 82 Section of Operations and Article 83 Section of Records.

All Commanders are to obtain a copy of the attached written receipt of deliverance of 6-2 Article 82.1 from each member under their command.

These receipts shall be collected and returned to the Administration office for placement in personnel jackets.

Any questions, please contact my office.

Attachments
AHC/th

*200 Fifth Street, Gretna, Louisiana 70053  *  (504) 362-1300  *  Fax (504) 362-1725*

**EXHIBIT**

_4_

PENGAD 800-631-6989

Policy to go with 12-19-14 Info (3 images)

**Gretna Police Department**
**Departmental Regulations**

<u>Issued 12/15/2014</u>

### DR 6-2  ARTICLE 82.1

### Recording Devices:

The use of any recording device by any employee or member of the Department for the purpose of surreptitiously recording any conversation relating in any way, directly or indirectly, to the Department, or business of the Department, with a tape recorder, whether digital or otherwise, or other recording device (including cell phone or any electronic device) except with the prior approval of the Chief, or Deputy Chief of Police shall be deemed a violation of the Code of Conduct.

The purpose of this policy is to ensure effective, open, and honest communication and discord among members of the Department, regarding the Department and its operations, investigations, policies, actions, and/or personnel, and to eliminate a chilling or detrimental effect on any of the foregoing which may exist when any person is concerned that his, or her, conversation is being recorded which would prevent, or inhibit, the honest and spontaneous dialogues when foregoing are discussed.

The policy shall equally apply when either party of the conversation is a member of the Department who is "on" or "off" duty, if the conversation relates directly, or indirectly, to the business of the Department.

Violation of this policy will result in corrective or disciplinary action as may be appropriate, including suspension and/or termination of employment.

### ARTICLE 82.1
### Recording Devices:

The use of any recording device by any member of the department for the purpose of surreptitiously recording any conversation relating to any business between members of the department while on or off duty shall be deemed a violation of the Code of Conduct except as follows:

1. In a criminal investigation subject to the approval of the Bureau Commander having responsibility of the investigation.

2. In an internal investigation subject to the approval of the Chief of Police of his designee.

All usage is subject to applicable laws.



# City of Gretna Police Department
## Arthur S. Lawson, Jr., Chief of Police



December 17, 2014

I, _Daniel Swear_____, am in receipt of a
Departmental Regulation 6-2 Article 82.1 Recording Devices dated
December 17, 2014.

_____
Signature

AHC/th



EXHIBIT

5

100 Fifth Street, Gretna, Louisiana 70053  •  (504) 363-1700  •  Fax (504) 363-1725

Gretna:0282

RIGHTS RELATIVE TO ADMINISTRATIVE PROCEEDINGS
(STATUTORY)

| NAME: DANIEL SWEAR | RANK: OFC | BADGE #: 127 | ASSIGNMENT: PATOL DIVISION |
|---|---|---|---|

DATE:  7-24-2014                    TIME: 1800 HOURS

The law provides that you are to be advised of the following:

1.  Any admission made in the course of this hearing, interrogation, or examination may be used as the basis for charges seeking your suspension in excess of thirty (30) days, or removal and / or discharge from this agency.

2.  You have the right to counsel of your own choosing to be present with you at this hearing, interrogation, or examination.

3.  You have the right to be given a reasonable amount of time to obtain counsel of your own choosing.

4.  You have no right to remain silent.  You have an obligation to truthfully answer questions put to you. You are also advised that your statements or responses constitute an official police report.

5.  If you refuse to answer questions put to you, you will be ordered by a superior officer to answer those questions.

6.  If you persist in your refusal to answer questions, after the order has been given to you, you are hereby advised that such refusal constitutes a violation of rules and regulations of the Gretna Police Department, which will serve as a basis for which your discharge will be sought.

7.  You are further advised that by law, any admission made by you during the course of this hearing, interrogation, or examination cannot be used against you in a subsequent criminal proceeding.

The undersigned hereby acknowledges being informed of the above rights

Witness: _____          Signature: _____

Witness: _____          Complainant #: _____

Form: IAD6-3.1 (revised 10/01/00)



Gretna:0085

NOTIFICATION OF CHARGES AND / OR ALLEGATIONS

| ACCUSED:<br>DANIEL SWEAR | RANK:<br>OFC | BADGE #:<br>127 | ASSIGNMENT:<br>PATROL DIVISION |
|---|---|---|---|

      The law provides that if you are to be charged with a criminal offense or if your separation from the Department will be sought, you are to be advised in writing of the specific illegal or improper actions alleged against or attributed to you.

      Furthermore, Departmental Policy provides that you have a right to be advised in writing of the allegation against you, prior to any questioning of you concerning the allegation, regardless of the nature of the allegation and even if the allegation is such that it will not result in the filing of Criminal Charges or Separation Charges against you.

      Accordingly, you are hereby advised that the following illegal or improper acts and / or allegations have been attributed to you:

6-2 INSTRUCTIONS FROM AUTHORITATIVE SOURCE
6-4 UNSATISFACTORY PERFORMANCE BY MEMBER

The undersigned hereby acknowledges receipt in writing of the charges and / or allegations.

Witnesses: _____   Signature: _____

          _____   Complaint #: _____

Form: IAD6-3.2   (revised 11-07-93)



*City of Gretna Police Department*

*Arthur S. Lawson, Jr., Chief of Police*



**Date:**      August 6, 2014

**To:**        OFC Daniel Swear

**From:**      Anthony H. Christiana Jr.
               Deputy Chief of Police

**Re:**        Disciplinary Action

On July 25, 2014 a review of a Complaint and Administrative Personnel Management Report was reviewed and hereby found you in violation of the following Departmental Regulation:

> DR    6-2    Article 54    Disobedience of Orders

Based upon the violations of the above Departmental Regulation you will receive a three (3) days suspension without pay.

Disrespect to a Sergeant on a shift and any rank is unacceptable and unprofessional, although not displayed to the Administration, it is felt all the way to the top.  Your behavior and bad attitude reflects poorly upon you and this department as a whole.

Any further violations of departmental regulations will result in disciplinary action, up to and including termination.

Should you have any questions or concerns, please feel free to contact my office.

AHC/th



EXHIBIT
7



## *City of Gretna Police Department*

### *Arthur S. Lawson, Jr., Chief of Police*



August 6, 2014

I,     Daniel Swear    , am in receipt of a letter of disciplinary
action dated August 6, 2014.

_____
Signature

AHC/th



EXHIBIT

9

_____




# City of Gretna Police Department

## Arthur S. Lawson, Jr., Chief of Police

To      : Captain Scott Vinson
From  : Sgt Danielle Rodriguez
Date   : 01-13-15
Re      : FTO Daniel Swear – Oral Reprimand for DR 6-4 (Unsatisfactory Performance By Members)

In the month of December with a total of 11 days worked, all of which were in Beat 21 (Timberlane) which is heavily associated with traffic enforcement and patrol, FTO Swear delivered an unsatisfactory performance.

With approximately 132 hours of patrol time, 3 ARMMS reports were written, 2 ARMMS supplements, 1 crash report, 2 JAR misdemeanor arrests, 1 attachment/warrant, 23 MIC's, and 15 citations were written, 7 of which were on the last day after the deficiency was more aggressively addressed. Standard business and residence checks were completed as well as patrols of his beat, but do not sustain a justifiable excuse for lack of daily traffic enforcement.

I spoke with FTO Swear on December 30th in regards to the deficiency and he felt he successfully argued his viewpoint on not issuing citations during the holidays which is the reason 8 out of 11 days did not include any type of traffic enforcement. It was explained to FTO Swear that although his viewpoint is appreciated, his duties still include daily and regular traffic enforcement despite the holiday season. After this conversation with FTO Swear, he assured me that in January he would return to normal enforcement activities and attempted to close the gap acquiring 7 citations during that tour of duty.

I waited to submit this counseling session to provide a report of his current activities and can confirm that he is indeed back to normal duties. I feel that this verbal counseling will suffice to prevent this from occurring again.

Respectfully Submitted,

Sgt D. Rodriguez

Received By :

FTO D. Swear

**EXHIBIT**
9
PENGAD 800-631-6989

200 Fifth Street, Gretna, Louisiana  70053
(504)363-1700   •   Fax(504)363-1725

# ADMINISTRATIVE & PERSONNEL MANAGEMENT REPORT
## GRETNA POLICE DEPARTMENT

GPD FORM

IAD #

GPD ITEM # (RELATED TO COMPLAINT)

| MEMBER(S) INVOLVED | |
|---|---|
| FTO DANIEL SWEAR | ☐ UNIDENTIFIED<br>☐ UNIT # _____ |

**ALLEGED VIOLATION** (Cite Article, Regulations, Order Violated. or General Description of Complaint.)
DR 6-2 ART. 33 CRITICISM
DR 6-4 UNSATISFACTORY PERFORMANCE BY MEMBERSR

| INCIDENT DATE | INCIDENT TIME | INCIDENT LOCATION | |
|---|---|---|---|
| 01-27-15 | 1845  Hours | 200 5TH ST, GRETNA | |
| COMPLAINT DATE | COMPLAINT TIME | METHOD  ☐ PHONE  ☐ LETTER | |
| 01-27-15 | 1845  Hours | ☐ IN-PERSON  ☒ INTERNAL | |

| ORIGIN OF COMPLAINT<br>(Check One) | COMPLAINT CLASSIFICATION<br>(Indicate Primary Complaint) |
|---|---|
| ☐ CITIZEN COMPLAINT<br>☐ INFORMATION RECEIVED<br>☒ VIOLATION OBSERVED<br>☒ INITIATED BY SUPERVISOR<br>☐ COMPLAINT BY CO-MEMBER<br>☐ RESULT OF INSPECTION/AUDIT<br><br>☐ TRAFFIC CITATION INVOLVED | ☐ EXCESSIVE FORCE ALLEGED<br>☐ UNAUTHORIZED ENTRY/SEARCH/ARREST<br>☒ UNSATISFACTORY PERFORMANCE<br>☐ HARASSMENT/INTIMIDATION<br>☐ COURTESY/PERSONAL CONDUCT<br>☒ POLICY/REGULATION VIOLATION<br>☐ OFF-DUTY MISCONDUCT ALLEGED<br>☐ ILLEGAL ACTIVITY ALLEGED |

| COMPLAINANT  ☐ ANONYMOUS  ☒ MEMBER | RACE/SEX | DOB | ADDRESS | PHONE |
|---|---|---|---|---|
| NAME  SGT D. RODRIGUEZ | W/F | 10-18-74 | 200 5TH ST, GRETNA | 504-366-4374 |
| PERSON INTERVIEWED<br>NAME | | | | |
| PERSON INTERVIEWED<br>NAME | | | | |

| MEMBER INTERVIEWED<br>NAME | DATE | TIME | RIGHTS  GIVEN<br>YES ☐ NO ☐ |
|---|---|---|---|

**SYNOPSIS** (Provide A Brief Description Of Type of Complaint. Include Details Of Complaint, And Any Inquiry/Investigation On A Supplemental Report.)

By attending roll call on 1/27/15 with a "gift" of knee pads, vaseline, and other items for a Sergeant that was not chosen for a promotion, which standard translation infers sexual favors would need to be performed in order to be promoted. Impressing a derogatory view of the department and its supervisory structure on a recently hired officer, who he personally trained, just released from training, as well as his team mates, which could foreseeably effect their view of the department as well their work ethic by the above listed act.

## SUPERVISOR'S ACTIONS AND FINDINGS (Check At Least  One Block in Each Column)

| | |
|---|---|
| ☒ INVESTIGATION COMPLETED BY SUPERVISOR<br>☐ INVESTIGATION ON-GOING (SUPPLEMENT TO FOLLOW)<br>☐ COUNSELING RECORD (COMPLETE REAR)<br>☐ FORMAL REPRIMAND (COMPLETE REAR)<br>☐ IMMEDIATE SUSPENSION REQUIRED<br>☐ REQUIRES IAD INVESTIGATION | ☐ NON-SUSTAINED (PROVIDE INVESTIGATIVE REPORT)<br>☐ UNFOUNDED (PROVIDE INVESTIGATIVE REPORT)<br>☐ EXONERATED (PROVIDE INVESTIGATIVE REPORT)<br>☒ SUSTAINED (PROVIDE INVESTIGATIVE REPORT & FILL IN REAR)<br>☐ RESOLVED (EXPLAIN IN DETAIL ON REAR)<br>☐ VIOLATION OTHER THAN COMPLAINED OF (CITE) |

## INTERNAL AFFAIRS DISPOSITION / FINAL DISPOSITION

| | | |
|---|---|---|
| ☐ IAD INVESTIGATION INITIATED<br>☐ VIOLATION OTHER THAN COMPLAINED OF<br>☐ COUNSELING/REPRIMAND<br>☐ REVIEW BOARD | ☐ DISCIPLINARY ACTION<br>☐ FINE _____<br>☐ SUSPENSION _____ DAYS | ☐ SUSTAINED<br>☐ UNFOUNDED<br>☐ NON-SUSTAINED<br>☐ EXONERATED |
| ☐ SUBMIT TO SUPERVISOR NAME: :  DATE: | | ☐ RESOLVED<br>☐ NO ACTION TAKEN |

| INVESTIGATING SUPERVISOR | DATE | IAD REVIEWING OFFICER | DATE |
|---|---|---|---|
| SGT D. RODRIGUEZ | 02-02-15 | | |

MEMBER'S COPY



PENGAD 800-631-6989

**EXHIBIT**

10

Gretna:6279

## FOLLOW-UP INVESTIGATION INSTRUCTIONS

On minor complaints requiring only a resolution or corrective action, the investigating supervisor will list what resolution was made. If counseling or reprimand is involved, complete the below Counseling Record Section. A detailed narrative report of the supervisor's investigation must accompany this report. This report must be forwarded to the Internal Affairs Division within 5 days of receipt by a supervisor for follow-up. A sustained complaint requires a description of what action was taken by the supervisor.

### ☒ RESOLUTION REPORT/CORRECTIVE ACTION

☒ MATTER RESOLVED BY: SGT D. RODRIGUEZ
☐ REMEDIAL TRAINING ORDERED
☐ MEDICAL REEVALUATION ORDERED
☐ SUBSTANCE ABUSE SCREENING ORDERED

### ☐ DISCIPLINARY ACTION

☐ FINE _____
☐ SUSPENSION ___ DAYS
☐ OTHER: _____

☐ SUBMIT FOR REVIEW (SIGNATURE OF MEMBER  NOT REQUIRED)

### ☒ COUNSELING/REPRIMAND RECORD

On this date, 02-02-15 was ☐ Counseled ☐ Reprimanded for:
    (MEMBER)

☒ Violations of Regulations DR 6-2 ART 33 CRITICISM
                         (CITE RULE REGULATION, ORDER)
☒ Unsatisfactory Performance

Concerning:

☐ Reporting Procedures      ☐ Neatness of Reports      ☐ Uniform Compliance

☒ Accepting Direction/Attitude      ☐ Care/Use of Equipment      ☐ Dealing with Public

☐ Knowledge of Police Procedure/Regulations      ☐ Knowledge of Law

☐ Handling Complaint/Investigation      ☐ Handling Property/Evidence

☐ Radio Procedure      ☐ Vehicle Maintenance

☐ Other: _____

Comments:

### MEMBERS REVIEW/RECEIPT OF ADMINISTRATIVE ACTION    ☐ REFUSED TO SIGN

| SIGNATURE | DATE | TIME |
|---|---|---|

| SUPERVISOR'S SIGNATURE | RANK | DATE |
|---|---|---|
| #13 | Sgt | 2-2-15 |

# INSTRUCTIONS

This form is to be completed by ranking officers of the grade of Sergeant, Supervisor, or higher, including Civilian Supervisors, immediately upon receipt of a citizen's complaint (including prisoners), information of alleged personnel misconduct, or upon observing personnel misconduct.

When a complaint is taken or reported by a supervisor, he shall complete the information on the front of the form. The supervisor will always attach a detailed narrative report concerning the complaint on a supplement sheet. He will detail his investigation and his findings. He will mark his findings on the front of the form upon completion of his Investigation. If he determines the matter is non-serious and can be resolved on his level of command, he shall indicate what action he has taken on the rear of the form. He will list Resolution/Corrective Action taken; Disciplinary Action taken; or Counseling/Reprimand given. Copies marked "**IAD ORIGINAL**", "**FOLLOW-UP**", "**REVIEW BOARD/CHIEF**", **and** "**MEMBER**" will always be submitted through the chain of command to the Internal Affairs Division. Supervisors will complete Investigations as soon as possible, and will report progress in all investigations no later than five (5) days past the filing of the initial report. **FOLLOW-UP REPORTS** will include a detailed narrative of the investigation, persons interviewed and a final determination and findings of the Investigating supervisor.

The copy marked "**COMMANDER**" will be submitted to Commander of Operations.

Ranking supervisors may be required to initiate the follow-up investigation of complaints received by another or through the Internal Affairs Division. They shall complete the copy marked "**FOLLOW-UP**" and return it along with their narrative report of their investigation no later than five (5) days after receipt, through the chain of command to IAD.

## FINDINGS CLASSIFICATIONS

**UNFOUNDED** - There is evidence that the matter complained of/incident complained of DID NOT OCCUR.

**EXONERATED** - There is evidence that the matter/incident did take place, but the officers actions were proper and within regulation.

**NON-SUSTAINED** - There is not enough evidence to support whether the matter/incident complained of did or did not occur.

**SUSTAINED** - There is evidence that the accused is in violation of regulation/policy/orders.

**VIOLATION OTHER THAN COMPLAINED OF** - There is evidence that the accused is in violation of a regulation/policy/order not originally cited as violated.

RIGHTS RELATIVE TO ADMINISTRATIVE PROCEEDINGS
(STATUTORY)

| NAME: | RANK: | BADGE #: | ASSIGNMENT: |
|-------|-------|----------|-------------|
| FTO DANIEL SWEAR | FTO | 127 | B-TEAM/PATROL |

DATE: 02/02/15                    TIME: 0800

The law provides that you are to be advised of the following:

1.  Any admission made in the course of this hearing, interrogation, or examination may be used as the basis for charges seeking your suspension in excess of thirty (30) days, or removal and / or discharge from this agency.

2.  You have the right to counsel of your own choosing to be present with you at this hearing, interrogation, or examination.

3.  You have the right to be given a reasonable amount of time to obtain counsel of your own choosing.

4.  You have no right to remain silent. You have an obligation to truthfully answer questions put to you. You are also advised that your statements or responses constitute an official police report.

5.  If you refuse to answer questions put to you, you will be ordered by a superior officer to answer those questions.

6.  If you persist in your refusal to answer questions, after the order has been given to you, you are hereby advised that such refusal constitutes a violation of rules and regulations of the Gretna Police Department, which will serve as a basis for which your discharge will be sought.

7.  You are further advised that by law, any admission made by you during the course of this hearing, interrogation, or examination cannot be used against you in a subsequent criminal proceeding.

_____

The undersigned hereby acknowledges being informed of the above rights.

Witness: _____ #3  Signature: _____

Witness: _____          Complainant #: _____

Form: IAD6-3.1 (revised 10/01/00)



EXHIBIT
11

Gretna:0277

## NOTIFICATION OF CHARGES AND / OR ALLEGATIONS

| ACCUSED:<br>FTO DANIEL SWEAR | RANK:<br>FTO | BADGE #:<br>127 | ASSIGNMENT:<br>B-TEAM/PATROL |
|---|---|---|---|

The law provides that if you are to be charged with a criminal offense or if your separation from the Department will be sought, you are to be advised in writing of the specific illegal or improper actions alleged against or attributed to you.

Furthermore, Departmental Policy provides that you have a right to be advised in writing of the allegation against you, prior to any questioning of you concerning the allegation, regardless of the nature of the allegation and even if the allegation is such that it will not result in the filing of Criminal Charges or Separation Charges against you.

Accordingly, you are hereby advised that the following illegal or improper acts and / or allegations have been attributed to you:

DR 6-2 ART. 33 CRITICISM - expression considered defamatory to the department as well as considered impressionable to the point that it is foreseeable that it would damage morale and effect the efficiency of the team.

-by attending roll call on 1/27/15 with a "gift" of knee pads, vaseline, and other items for a Sergeant that was not chosen for promotion, which standard translation infers sexual favors would need to be performed in order to be promoted.

DR 6-4 UNSATISFACTORY PERFORMANCE BY MEMBERS

- by impressing a derogatory view of the department and its supervisory structure on a recently hired officer just released from training which could foreseeably effect his view of the department as well his work ethic by the above listed act.

The undersigned hereby acknowledges receipt in writing of the charges and / or allegations.

Witnesses: _____ #13     Signature: _____

Complaint #: _____

Form: IAD6-3.2  (revised 11-07-93)

 **MO**

**To:** Sergeant Christopher Tapie

**From:** FTO Daniel Swear

**CC:** Sergeant Philip Saladino; Captain Scott Vinson

**Date:** 2 February 2015

RECEIVED
FEB 02 2014

I am respectfully submitting this letter of resignation. Personal circumstances have lead me to this decision in separating from full time employment with the Gretna Police Department. I am willing to work two additional weeks in order to provide the opportunity to make the necessary moves to prevent a personnel shortage; therefore, I will end my employment at the end of this pay period on Thursday, February 12, 2015.

In closing, I respectfully request to retain my commission in a reserve capacity. Thank you in advance for your consideration.

Respectfully,

Daniel W. Swear

"B"
Team
Approved
2 Weeks
Comp Time
Off

EXHIBIT

12

Received By: _____

UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **DANIEL SWEAR** | \* | **SUIT NUMBER: 15-6591** |
| | \* | |
| | \* | **A CIVIL ACTION** |
| | \* | |
| | \* | **SECTION: " G "** |
| **VERSUS** | \* | |
| | \* | **MAGISTRATE "1"** |
| | \* | **NANETTE JOLIVETTE BROWN** |
| **ARTHUR LAWSON,** *et al.* | \* | |
| | \* | **THE HONORABLE JANIS VAN** |
| | \* | **MEERVELD PRESIDING** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSES TO REQUESTS FOR PRODUCTION

TO:    **Arthur Lawson, et al.**
       Through their attorney of record:
       Steven M. Mauterer
       Beevers & Beevers, LLP
       210 Huey P. Long Ave.
       Gretna, LA 70053-5816

    **NOW INTO COURT,** through undersigned counsels, comes Daniel Swear who,

reserving his right to amend and/or supplement his responses as necessary, answers the requests

for production propounded by defendants, Arthur Lawson, et al, as follows:

## REQUEST FOR PRODUCTION NO. 1:

    Produce copies of the quota policy you were informed that the Gretna Police

Department instituted during the December 17, 2014 and/or December 19, 2014 mandatory

meeting.

1



**RESPONSE:**

Mr. Swear objects to the request for production as written. The request for production inappropriately states that the illegal quota policy was implemented by the Gretna Police Department on December 17 and/or 19, 2014. The Gretna Police Department's quota policy was in place prior to the dates identified by defendants in their request for production of documents. Mr. Swear further objects as this request is premature as discovery has only just commenced.

Subject to and not waiving those objections, Mr. Swear states that he was not provided with a written copy of the policy in question, however, that the following documents and/or things in possession are evidence of the Gretna Police Department's illegal quota policy:

1. Audio of Recordings, 12/20/14 – Danielle Rodriguez and Daniel Swear

2. Audio of Recordings, 02/03/15 – Philip Salvino

3. Audio of Recordings, 01/07/14 – Paul Pichoff, Philip Salvino and J R Rogers

4. Documented Oral Reprimand, 01/13/15

5. Individual Stat Sheet Team C, 12/15/14

6. Individual Stat Sheet Team C, 01/2015

7. Photograph of Scott Vinson's Board in his Office

**REQUEST FOR PRODUCTION NO. 2:**

Produce copies of the mandatory disciplinary action for non-compliance with the quota policy.

**RESPONSE:**

Mr. Swear objects as this request is premature as discovery has only just commenced.

2

Subject to and not waiving that objection, that the following documents and/or things in his possession evidence mandatory disciplinary action for non-compliance with the Greta Police Departments' illegal quota policy.

1. Audio of Recordings, 12/20/14 – Danielle Rodriguez and Daniel Swear

2. Audio of Recordings, 01/07/14 – Paul Pichoff, Philip Salvino and J R Rogers

3. Documented Oral Reprimand, 01/13/15 .

## REQUEST FOR PRODUCTION NO. 3:

Produce copies of all affidavits, depositions, statements, emails, texts, and audio or video recordings (whether recorded surreptitiously or otherwise), of, from, or to, any individual who may have any information relating to any allegations set forth in the Complaint, who may have had some knowledge pertaining to any of the issues set forth in the Complaint, or pertain in any way to the allegations set forth in the Complaint.

## RESPONSE:

Mr. Swear objects to the extent that `interrogatory seeks information subject to attorney/client privilege and/or attorney work or opinion product. Mr. Swear further objects to the extent that interrogatory requests information that is not discoverable in accordance with Federal Rule of Civil Procedure 26.

Subject to and not waiving those objections, please see the following:

1. Audio of Recordings, 12/20/14 – Danielle Rodriguez and Daniel Swear

2. Audio of Recordings, 02/03/15 – Philip Salvino

3. Audio of Recordings, 01/07/14 – Paul Pichoff, Philip Salvino and J R Rogers

4. Text Messages with Danielle Rodriguez.

3

**REQUEST FOR PRODUCTION NO. 4:**

Produce copies of any and all documents or reports produced by investigators of any type, including, but not limited to, any private investigators in any way concerning this litigation.

**RESPONSE:**

Mr. Swear objects to the extent that interrogatory seeks information subject to attorney/client privilege and/or attorney work or opinion product. Mr. Swear further objects to the extent that interrogatory requests information that is not discoverable in accordance with Federal Rule of Civil Procedure 26.

Subject to and not waiving those objections, Mr. Swear is not in possession of responsive documents at this time.

**REQUEST FOR PRODUCTION NO. 5:**

Produce copies of any and all video surveillance tapes and/or audio tapes produced by investigators of any type, including, but not limited to, any private investigators in any way concerning this litigation.

**RESPONSE:**

Mr. Swear objects to the extent that interrogatory seeks information subject to attorney/client privilege and/or attorney work or opinion product. Mr. Swear further objects to the extent that interrogatory requests information that is not discoverable in accordance with Federal Rule of Civil Procedure 26.

Subject to and not waiving those objections, Mr. Swear is not in possession of responsive documents at this time.

4

**REQUEST FOR PRODUCTION NO. 6:**

Produce copies of all photographs that in any way pertain to the allegations set forth in the Complaint.

**RESPONSE:**

Mr. Swear objects to the extent that interrogatory seeks information subject to attorney/client privilege and/or attorney work or opinion product. Mr. Swear further objects to the extent that interrogatory requests information that is not discoverable in accordance with Federal Rule of Civil Procedure 26.

Subject to and not waiving those objections, please see the following:

1. Individual Stat Sheet Team C, 12/15/14

2. Individual Stat Sheet Team C, 01/215

3. Photograph of Scott Vinson's Board in his office.

**REQUEST FOR PRODUCTION NO. 7:**

Produce copies of all medical records documenting the diagnosis and treatment of humiliation, embarrassment, and mental pain and anguish as alleged in Paragraph 44 of your Complaint.

**RESPONSE:**

Mr. Swear is not in possession of responsive documents at this time.

**REQUEST FOR PRODUCTION NO. 8:**

Produce copies of all documents establishing your claim for lost wages and earnings as alleged in Paragraph 44 of your Complaint.

**RESPONSE:**

Mr. Swear's income was based exclusively upon his salary and duty work as a commissioned officer. Any documents evidencing loss of wages would be in the care, custody and control of his former employer the Gretna Police Department. Further, his forced resignation terminated all income until his subsequent employment.

**REQUEST FOR PRODUCTION NO. 9:**

If not produced in response to Request for Production 1-9, produce copies of the audio recordings identified in Section III A of your Rule 26 Disclosures.

**RESPONSE:**

Please see responses to defendants' request for production numbers 1-8.

**REQUEST FOR PRODUCTION NO. 10:**

If not produced in response to Request for Production 1-10, produce copies of the Documents identified in Section III B of your Rule 26 Disclosures.

**RESPONSE:**

Please see responses to defendants' request for production numbers 1-9.

**REQUEST FOR PRODUCTION NO. 11:**

Produce copies of any and all documents physical or documentary evidence whose production has not been requested pursuant to any other item of this request which you may offer into evidence at the trial of this matter.

**RESPONSE:**

Mr. Swear objects as defendants' request is premature. Subject to and not waiving

that objections please see responses to defendants' request for production numbers 1-9.

Respectfully submitted,

**MOORE & HEBERT, APLC**


s/Corey J. Hebert
Charles R. Moore, La. Bar Roll No. 9604
Corey J. Hebert, La. Bar Roll No. 31773
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: (225) 766 1100
Fax: (225) 767-4486
*Attorneys for the Plaintiff*

AND

Seth M. Dornier (La. Bar. #32804)
DORNIER LAW FIRM, LLC
16851 Jefferson Highway; Suit B-6
Baton Rouge, Louisiana 70817
Telephone: (225) 389-6664
Facsimile: (225) 372-2430
Email: Seth@DornierLaw.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Responses to Requests for Production has been served via electronic mail and US mail to the following counsel of record:

Steven M. Mauterer
Beevers & Beevers, LLP
210 Huey P. Long Ave.
Gretna, LA 70053-5816

smauterer@beeverslaw.com

Done and signed in Baton Rouge, Louisiana, on this 6th day of June, 2017.


s/Corey J. Hebert
Corey J. Hebert

8



# City of Gretna Police Department



## Arthur S. Lawson, Jr., Chief of Police

To     : Captain Scott Vinson
From   : Sgt Danielle Rodriguez
Date   : 01-13-15
Re     : FTO Daniel Swear – Oral Reprimand for DR 6-4 (Unsatisfactory Performance By Members)

In the month of December with a total of 11 days worked, all of which were in Beat 21 (Timberlane) which is heavily associated with traffic enforcement and patrol, FTO Swear delivered an unsatisfactory performance.

With approximately 132 hours of patrol time, 3 ARMMS reports were written, 2 ARMMS supplements, 1 crash report, 2 JAR misdemeanor arrests, 1 attachment/warrant, 23 MIC's, and 15 citations were written, 7 of which were on the last day after the deficiency was more aggressively addressed. Standard business and residence checks were completed as well as patrols of his beat, but do not sustain a justifiable excuse for lack of daily traffic enforcement.

I spoke with FTO Swear on December 30th in regards to the deficiency and he felt he successfully argued his viewpoint on not issuing citations during the holidays which is the reason 8 out of 11 days did not include any type of traffic enforcement. It was explained to FTO Swear that although his viewpoint is appreciated, his duties still include daily and regular traffic enforcement despite the holiday season. After this conversation with FTO Swear, he assured me that in January he would return to normal enforcement activities and attempted to close the gap acquiring 7 citations during that tour of duty.

I waited to submit this counseling session to provide a report of his current activities and can confirm that he is indeed back to normal duties. I feel that this verbal counseling will suffice to prevent this from occurring again.

Respectfully Submitted,

Sgt D. Rodriguez

Received By :

FTO D. Swear

200 Fifth Street, Gretna, Louisiana   70053
(504)363-1700   ☎   Fax(504)363-1725

DEPARTMENT TEAM STATISTICS
DECEMBER
2014

| | "A" TEAM | "B" TEAM | "C" TEAM | "D" TEAM | | TOTALS |
|---|---|---|---|---|---|---|
| 1. TOTAL COMPLAINTS | 931 | 786 | 597 | 507 | | 2821 |
| 2. NON-RTF'S | 687 | 501 | 382 | 309 | | 1879 |
| 3. OLD COMPLAINTS | 49 | 56 | 50 | 25 | | 180 |
| 4. ASSISTS | 376 | 428 | 360 | 380 | | 1544 |
| 5. ARMMS | 95 | 96 | 57 | 60 | | 308 |
| 6. SUPPLEMENT | 12 | 14 | 8 | 9 | | 43 |
| 7. VEH. STOLEN | | 1 | | | | 1 |
| 8. VEH. RECOVERED | 2 | | | 1 | | 3 |
| 9. ACCIDENT | 26 | 16 | 7 | 4 | | 53 |
| 10. SUMMONS | 4 | 4 | 2 | 2 | | 12 |
| 11. WARRANT/ATTACHMENT | 119 | 157 | 143 | 123 | | 542 |
| 12. FELONY ARREST | 10 | 4 | 6 | 10 | | 30 |
| 13. MISDEMEANOR ARREST | 64 | 46 | 44 | 37 | | 191 |
| 14. DWI ARREST | | | | | | |
| 15. JAR FELONY | 2 | | | 2 | | 4 |
| 16. JAR MISDEMEANOR | 4 | 6 | 2 | 4 | | 16 |
| 17. CITATIONS | 409 | 278 | 247 | 255 | | 1189 |
| 18. RADAR CITATIONS | 38 | 74 | 12 | 24 | | 148 |
| 19. PARKING CITATIONS | 5 | 1 | 1 | 3 | | 10 |
| 20. WARNING CITATIONS | | | | | | |
| 21. LICENSE PLATES | 22 | 10 | 18 | 13 | | 63 |
| 22. BUSINESS CHECKS | 603 | 533 | 590 | 247 | | 1973 |
| 23. RESIDENCE CHECKS | 51 | 307 | 142 | 16 | | 516 |
| 24. VEHICLE CHECKS | 40 | 49 | 75 | 43 | | 207 |
| 25. VEHICLE TAGGED | 3 | 1 | | | | 4 |
| 26. VEHICLE TOWED | 7 | 5 | 15 | 12 | | 39 |
| 27. PEDESTRIAN CHECKS | 24 | 21 | 25 | 16 | | 86 |
| 28. FIC/MIC | 280 | 103 | 124 | 97 | | 604 |
| 29. LITTERING | | | | | | |
| 30. REFERRALS | | | | | | |
| | | | | | | |
| DAYS WORKED | 16 | 15 | 16 | 15 | | 31 |

DECEMBER 2014                    MONTHLY TEAM STATISTICS                    "A" TEAM

| | ALFARO | BRYSON | MILLER | BARTLETT | MATTE | DOUGHERTY | BOUDREAUX | COMM | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. TOTAL ITEMS | 132 | 159 | 119 | 117 | 80 | 125 | 146 | 38 | 15 | 931 |
| 2. NON-RTF'S | 105 | 125 | 65 | 89 | 56 | 124 | 109 | 0 | 14 | 687 |
| 3. OLD COMPLAINTS | 2 | 11 | 8 | 4 | 0 | 0 | 2 | 22 | 0 | 49 |
| 4. ASSISTS | 39 | 17 | 56 | 56 | 41 | 22 | 40 | 0 | 105 | 376 |
| 5. ARMMS | 14 | 15 | 18 | 13 | 13 | 1 | 20 | 0 | 1 | 95 |
| 6. SUPPLEMENT | 1 | 4 | 6 | 0 | 0 | 0 | 1 | 0 | 0 | 12 |
| 7. VEH. STOLEN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8. VEH. RECOVERED | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| 9. ACCIDENT | 4 | 11 | 3 | 3 | 4 | 0 | 1 | 0 | 0 | 26 |
| 10. SUMMONS | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 4 |
| 11. WARRANT/ATTACHMENT | 11 | 12 | 27 | 9 | 6 | 0 | 16 | 38 | 0 | 119 |
| 12. FELONY ARREST | 0 | 0 | 0 | 4 | 4 | 0 | 2 | 0 | 0 | 10 |
| 13. MISDEMEANOR ARREST | 9 | 6 | 20 | 7 | 7 | 0 | 15 | 0 | 0 | 64 |
| 14. DWI ARREST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15. JAR FELONY | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| 16. JAR MISDEMEANOR | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 4 |
| 17. CITATIONS | 26 | 39 | 62 | 13 | 22 | 146 | 90 | 0 | 11 | 409 |
| 18. RADAR CITATIONS | 11 | 3 | 7 | 6 | 2 | 6 | 3 | 0 | 0 | 38 |
| 19. PARKING CITATIONS | 0 | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 5 |
| 20. WARNING CITATIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21. LICENSE PLATES | 0 | 0 | 8 | 2 | 4 | 0 | 8 | 0 | 0 | 22 |
| 22. BUSINESS CHECKS | 36 | 104 | 23 | 15 | 17 | 86 | 26 | 0 | 296 | 603 |
| 23. RESIDENCE CHECKS | 1 | 5 | 2 | 0 | 2 | 34 | 6 | 0 | 1 | 51 |
| 24. VEHICLE CHECKS | 2 | 6 | 2 | 5 | 3 | 5 | 17 | 0 | 0 | 40 |
| 25. VEHICLE TAGGED | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |
| 26. VEHICLE TOWED | 0 | 0 | 1 | 1 | 4 | 0 | 1 | 0 | 0 | 7 |
| 27. PEDESTRIAN CHECKS | 3 | 0 | 4 | 4 | 6 | 0 | 7 | 0 | 0 | 24 |
| 28. FIC/MIC | 40 | 45 | 29 | 32 | 28 | 56 | 44 | 0 | 6 | 280 |
| 29. LITTERING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30. REFERRALS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DAYS WORKED | 12.5 | 13.5 | 14.5 | 13 | 13.5 | 15 | 13.5 | 16 | 16 | 16 |

~~AUGUST 2014~~
~~January~~ 2015

MID MONTHLY TEAM STATISTICS                                        "A" TEAM

| | ALFARO | BRYSON | MILLER | BARTLETT | MATTE | DOUGHERTY | BOUDREAUX | COMM | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. TOTAL ITEMS | 87 | 71 | 61 | 53 | | 69 | 82 | | | 423 |
| 2. NON-RTF'S | 72 | 56 | 40 | 37 | | 67 | 48 | | | 320 |
| 3. OLD COMPLAINTS | 0 | 1 | 3 | 2 | | 1 | 0 | | | 7 |
| 4. ASSISTS | 21 | 11 | 29 | 17 | | 16 | 22 | | | 116 |
| 5. ARMMS | 10 | 9 | 16 | 11 | | 1 | 17 | | | 64 |
| 6. SUPPLEMENT | 0 | 0 | 2 | 2 | | 0 | 0 | | | 4 |
| 7. VEH. STOLEN | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 8. VEH. RECOVERED | 0 | 0 | 1 | | | 0 | 1 | | | 2 |
| 9. ACCIDENT | 1 | 0 | 0 | 1 | | 0 | 1 | | | 3 |
| 10. SUMMONS | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 11. WARRANT/ATTACHMENT | 3 | 6 | 1 | 3 | | 0 | 17 | | | 30 |
| 12. FELONY ARREST | 0 | 0 | 1 | | | 0 | 2 | | | 3 |
| 13. MISDEMEANOR ARREST | 5 | 1 | 7 | 8 | | 0 | 11 | | | 32 |
| 14. DWI ARREST | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 15. JAR FELONY | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 16. JAR MISDEMEANOR | 0 | 0 | 0 | 1 | | 0 | 0 | | | 1 |
| 17. CITATIONS | 18 | 20 | 43 | 26 | | 109 | 37 | | | 253 |
| 18. RADAR CITATIONS | 10 | 0 | 7 | 6 | | 5 | 5 | | | 33 |
| 19. PARKING CITATIONS | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 20. WARNING CITATIONS | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 21. LICENSE PLATES | 1 | 1 | 5 | 2 | | 0 | 2 | | | 11 |
| 22. BUSINESS CHECKS | 16 | 19 | 6 | | | 38 | 8 | | | 87 |
| 23. RESIDENCE CHECKS | 0 | 0 | 8 | | | 18 | 6 | | | 32 |
| 24. VEHICLE CHECKS | 2 | 3 | 2 | 2 | | 1 | 7 | | | 17 |
| 25. VEHICLE TAGGED | 0 | 0 | 2 | | | 1 | 0 | | | 3 |
| 26. VEHICLE TOWED | 0 | 0 | 2 | | | 0 | 2 | | | 4 |
| 27. PEDESTRIAN CHECKS | 1 | 0 | 0 | 1 | | 0 | 2 | | | 4 |
| 28. FIC/MIC | 36 | 22 | 25 | 22 | | 43 | 20 | | | 168 |
| 29. LITTERING | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 30. REFERRALS | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| DAYS WORKED | 8.5 | 8 | 9 | 5 | | 8.5 | 7.5 | | | 46.5 |

AUGUST 2014                          MONTHLY TEAM STATISTICS                          "A" TEAM

| | MEKDESSIE | ALFARO | BRYSON | MILLER | BARTLETT | MATTE | DOUGHERTY | BOUDREAUX | COMM | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. TOTAL ITEMS | 65 | 94 | 158 | 182 | I | 141 | 118 | 187 | 80 | 12 | 1037 |
| 2. NON-RTF'S | 60 | 71 | 122 | 104 | O | 101 | 111 | 89 | 0 | 10 | 668 |
| 3. OLD COMPLAINTS | 0 | 0 | 5 | 11 | D | 9 | 2 | 12 | 43 | 1 | 83 |
| 4. ASSISTS | 19 | 33 | 29 | 90 | | 58 | 21 | 55 | 0 | 143 | 448 |
| 5. ARMMS | 0 | 7 | 15 | 25 | | 16 | 2 | 21 | 0 | 1 | 87 |
| 6. SUPPLEMENT | 1 | 0 | 1 | 6 | | 0 | 0 | 2 | 0 | 1 | 11 |
| 7. VEH. STOLEN | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 8. VEH. RECOVERED | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 9. ACCIDENT | 1 | 3 | 8 | 4 | | 5 | 1 | 2 | 0 | 0 | 24 |
| 10. SUMMONS | 0 | 0 | 4 | 4 | | 1 | 0 | 4 | 0 | 0 | 13 |
| 11. WARRANT/ATTACHMENT | 3 | 12 | 9 | 38 | | 18 | 3 | 72 | 80 | 1 | 236 |
| 12. FELONY ARREST | 0 | 1 | 0 | 2 | | 0 | 0 | 2 | 0 | 0 | 5 |
| 13. MISDEMEANOR ARREST | 0 | 1 | 6 | 12 | | 10 | 0 | 13 | 0 | 2 | 44 |
| 14. DWI ARREST | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15. JAR FELONY | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16. JAR MISDEMEANOR | 0 | 0 | 0 | 0 | | 1 | 0 | 0 | 0 | 0 | 1 |
| 17. CITATIONS | 79 | 27 | 65 | 59 | | 53 | 117 | 105 | 0 | 0 | 505 |
| 18. RADAR CITATIONS | 21 | 11 | 2 | 19 | | 10 | 21 | 1 | 0 | 0 | 85 |
| 19. PARKING CITATIONS | 0 | 0 | 1 | 0 | | 0 | 0 | 0 | 0 | 0 | 1 |
| 20. WARNING CITATIONS | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21. LICENSE PLATES | 6 | 0 | 0 | 5 | | 3 | 0 | 12 | 0 | 0 | 26 |
| 22. BUSINESS CHECKS | 67 | 1 | 43 | 13 | | 0 | 60 | 2 | 0 | 107 | 293 |
| 23. RESIDENCE CHECKS | 0 | 6 | 4 | 20 | | 0 | 51 | 5 | 0 | 0 | 86 |
| 24. VEHICLE CHECKS | 11 | 5 | 6 | 6 | | 10 | 0 | 18 | 0 | 0 | 56 |
| 25. VEHICLE TAGGED | 0 | 1 | 1 | 1 | | 0 | 0 | 0 | 0 | 0 | 3 |
| 26. VEHICLE TOWED | 0 | 0 | 1 | 4 | | 1 | 0 | 4 | 0 | 0 | 10 |
| 27. PEDESTRIAN CHECKS | 0 | 0 | 1 | 3 | | 8 | 0 | 6 | 0 | 0 | 18 |
| 28. FIC/MIC | 47 | 40 | 89 | 56 | | 59 | 52 | 55 | 0 | 4 | 402 |
| 29. LITTERING | 0 | 0 | 2 | 0 | | 0 | 0 | 0 | 0 | 0 | 2 |
| 30. REFERRALS | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| DAYS WORKED | 11 | 9 | 17 | 17 | | 13 | 17 | 14 | 17 | 17 | 17 |

# MONTHLY TEAM STATISTICS

| T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|--------|
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
| | 6 | 7 | | | | 7 | 5 | | | 13 | 13 | 14 | | | 12 | 5 | | | | | | | | | | | | | | 82 |
| | 3 | 5 | | | | 6 | 3 | | | 12 | 9 | 8 | | | 9 | 4 | | | | | | | | | | | | | | 59 |
| | | 1 | | | | | 1 | | | | 4 | | | | 1 | | | | | | | | | | | | | | | 7 |
| | | 5 | | | | | 2 | | | 1 | | 1 | | | 2 | 3 | | | | | | | | | | | | | | 14 |
| | 1 | 1 | | | | | 1 | | | 1 | | 2 | | | 2 | 1 | | | | | | | | | | | | | | 9 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| | | 3 | | | | 1 | 1 | | | | 4 | 4 | | | | | | | | | | | | | | | | | | 13 |
| | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| | | 1 | | | | | 1 | | | | | 2 | | | 1 | 1 | | | | | | | | | | | 10 10 | | | 6 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | 1 | | | | | | | | 3 | | 1 | | | 9 | | | | | | | | | | | | 10 | | | 14 |
| | | | | | | | | | | | | 1 | | | 4 | | | | | | | | | | | | | | | 5 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | 1 | 2 | | | | 2 | 2 | | | 3 | 2 | 1 | | | | | | | | | | | | | | | | | | 13 |
| | | | | | | | 2 | | | | 2 | | | | | | | | | | | | | | | | | | | 4 |
| | | | | | | | | | | 1 | | | | | 1 | | | | | | | | | | | | | | | 2 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | 1 |
| | 1 | 1 | | | | 2 | 3 | | | 6 | 6 | 6 | | | 6 | 2 | | | | | | | | | | | | | | 33 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | 1 | 1 | | | | 1 | 1 | | | 1 | 1 | 1 | | | 1 | 1 | | | | | | | | | | | | | | 9 |

Handwritten annotations (right margin): Reports · Felony · misd · cits · Radar · 10 adar

| | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| C. DOUGHERTY | ★ | ★ | ★ | ★ | ★ | ★ |
| D. BARTLETT | ✓ | ✓ | ★ | ★ | ★ | ★ |
| B. MILLER | ★ | ★ | ★ | ★ | ★ | ✓ |
| T. HENRY 21 | N/A | N/A | N/A | N/A | N/A | ✓ |
| D. ALFARO | ★ | ✓ | ★ | ✓ | ★ | ★ |
| C. BOUDREAUX | ★ | ★ | ★ | ★ | ✓ | ✓ |
| R. FAISON | N/A | N/A | ★ | ★ | ✓ | ✓ |
| C. ARABIE | ✓ | ★ | ✓ | ✓ | ✓ | ★ |
| M. STACY | ★ | ✓ | ✓ | ★ | ★ | ★ |
| C. FREENEY | ✓ | ✓ | ★ | ★ | ★ | ✗ |
| D. COSTA | ★ | ★ | ★ | ✓ | ★ | ✓ |
| R. LLOYD II | ✓ | ★ | ★ | ✓ | ★ | ✓ |
| B. LEGNON | ★ | ★ | ★ | ★ | ★ | ✓ |
| J. LOUIS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| S. VERRETT | ★ | ✓ | ★ | ★ | ✓ | ★ |
| B. CHERAMIE | ★ | ★ | ★ | ★ | ★ | ★ |
| J. DUFRENE 110 | N/A | N/A | N/A | N/A | N/A | N/A |
| V. PAZ | ★ | ★ | ★ | ★ | ★ | ★ |
| J. MATTE | ✓ | N/A | N/A | ✓ | ✓ | ✓ |
| A. NEVEAUX 49 | N/A | N/A | N/A | N/A | N/A | ✓ |
| K. ARABIE | ✓ | ★ | ★ | ★ | ★ | ★ |
| M. KRALY 38 | N/A | N/A | N/A | N/A | N/A | ★ |
| R. WALLOW | N/A | N/A | ✓ | ★ | ★ | ★ |
| R. MEKDESSIE | ✓ | ★ | ★ | ★ | ★ | ★ |
| A. FERNANDEZ | ✓ | ★ | ★ | ★ | ★ | ★ |
| C. MAYNARD | ✓ | ★ | ★ | ★ | ★ | ★ |
| C. NEWBY | ★ | ★ | ★ | ★ | ★ | ★ |
| A. CHOPIN 100 | N/A | N/A | N/A | N/A | N/A | ★ |

| | |
|---|---|
| **From:** | Daniel Swear |
| **To:** | Corey Hebert; |
| **Subject:** | Gretna Picture Att. 2 |
| **Date:** | Tuesday, March 24, 2015 6:53:33 PM |
| **Attachments:** | Danielle Text 1.PNG |
| | Danielle Text 2.PNG |
| | Danielle Text 3.PNG |

The following 3 texts correspond to the information under 12-30-14

 •• ○○○ Verizon  LTE          21:43          @ ✳ 77% ▬▬

‹ Messages   **Danielle Rodriguez**          Details

iMessage
Today 21:35

You have 8 with 9
days worked

Tickets or arrests

Tickets

How far off am I on
attests

It's Timberlane u r
fine there

So how big of a gap

**So how big of a gap do I need to close to not get written up. We are writing a few now bc this lady doesn't**



•••○○ Verizon LTE          21:43          77% ⬛

‹ Messages   **Danielle Rodriguez**          Details

bc this lady doesn't have anything correct.

You have to hover around somewhere you are suppose to be

**I can't get from 8 to 27 in one night. That's 19 tickets**

**Unless everyone with something wrong with their car comes to 20**

Delivered

Don't worry about that exact number just do traffic with him tonight. I will do




●●··· Verizon LTE          21:43          ⓐ ⚡ 77% ▉▉·

‹ Messages  **Danielle Rodriguez**      Details

27 in one night. That's
19 tickets

Unless everyone with
something wrong with
their car comes to 20

Delivered

Don't worry about
that exact number
just do traffic with
him tonight. I will do
what I can do.

It's the last night. I
should have had this
conversation with you
in the middle if the
month. I will take the
brunt of that, but
work tonight.

iMessage

**From:** Daniel Swear
**To:** Corey Hebert;
**Subject:** Gretna Picture Att. 1
**Date:** Tuesday, March 24, 2015 6:53:15 PM

Stat sheet to go with 12-15-14 Info (1 image)



C-TEAM                                                                 Page 1

| | Overall | Swear | Chiasson | Put | Frisch | Brouillette | Vacant |
|---|---|---|---|---|---|---|---|
| 1. TOTAL COMPLAINTS | 28 | 21 | 45 | 25 | 50 | 37 | |
| 2. NON-RTF'S | 18 | 18 | 26 | 21 | 4 | 25 | |
| 3. OLD COMPLAINTS | 18 | 18 | 26 | 21 | 4 | 5 | |
| 4. ASSISTS | 15 | 4 | 34 | 5 | 22 | 16 | |
| 5. ARMMS | 5 | 0 | 4 | 2 | 9 | 0 | |
| 6. SUPPLEMENT | 1 | 2 | 0 | 0 | 2 | 0 | |
| 7. VEHICLE STOLEN | 0 | 0 | 0 | 3 | 0 | 0 | |
| 8. VEHICLE RECOVERY | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9. ACCIDENT | 2 | 0 | 0 | 0 | 0 | 1 | |
| 10. SUMMONS | 0 | 0 | 1 | 0 | 12 | 11 | |
| 11. WARRANT/ATTACHMENT | 3 | 1 | 14 | 0 | 5 | 0 | |
| 12. FELONY ARREST | 0 | 0 | 0 | 0 | 3 | 0 | |
| 13. MISD. ARREST | 4 | 0 | 5 | 1 | 6 | 0 | |
| 14. DWI ARREST | 0 | 0 | 0 | 0 | 0 | 0 | |
| 15. JAR FELONY | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16. JAR MISDEMEANOR | 6 | 0 | 0 | 0 | 0 | 8 | |
| 17. CITATIONS | 13 | 3 | 20 | 24 | 35 | 0 | |
| 18. RADAR CITATIONS | 0 | 0 | 0 | 4 | 2 | 0 | |
| 19. PARKING CITATIONS | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20. WARNING CITATIONS | 0 | 0 | 0 | 0 | 2 | 0 | |
| 21. PLATES | 2 | 1 | 1 | 2 | 0 | 29 | |
| 22. BUSINESS CHECKS | 57 | 21 | 20 | 28 | 32 | 2 | |
| 23. RESIDENCE CHECKS | 33 | 5 | 22 | 12 | 0 | 2 | |
| 24. VEHICLE CHECKS | 4 | 8 | 9 | 2 | 14 | 0 | |
| 25. VEHICLE TAG | 0 | 0 | 0 | 0 | 0 | 0 | |
| 26. VEHICLE TOW | 2 | 0 | 3 | 3 | 0 | 1 | |
| 27. PEDESTRIAN CHECKS | 0 | 0 | 0 | 0 | 0 | 10 | |
| 28. MIC | 4 | 11 | 4 | 3 | 7 | 0 | |
| 29. LITTERING | 0 | 0 | 0 | 0 | 0 | 0 | |
| 30. REFERRALS | 0 | 0 | 0 | 0 | 0 | 0 | |
| DAYS WORKED | 7 | 4 | 7 | 5 | 7 | 4 | |

Policy to go with 12-19-14 Info (3 images)

**Gretna Police Department**
**Departmental Regulations**

Issued 12/15/2014

**DR 6-2  ARTICLE 82.1**

**Recording Devices:**

The use of any recording device by any employee or member of the Department for the purpose of surreptitiously recording any conversation relating in any way, directly or indirectly, to the Department, or business of the Department, with a tape recorder, whether digital or otherwise, or other recording device (including cell phone or any electronic device) except with the prior approval of the Chief, or Deputy Chief of Police shall be deemed a violation of the Code of Conduct.

The purpose of this policy is to ensure effective, open, and honest communication and discord among members of the Department, regarding the Department and its operations, investigations, policies, actions, and/or personnel, and to eliminate a chilling or detrimental effect on any of the foregoing which may exist when any person is concerned that his, or her, conversation is being recorded which would prevent, or inhibit, the honest and spontaneous dialogues when foregoing are discussed.

The policy shall equally apply when either party of the conversation is a member of the Department who is "on" or "off" duty, if the conversation relates directly, or indirectly, to the business of the Department.

Violation of this policy will result in corrective or disciplinary action as may be appropriate, including suspension and/or termination of employment.

**ARTICLE 82.1**
**Recording Devices:**

The use of any recording device by any member of the department for the purpose of surreptitiously recording any conversation relating to any business between members of the department while on or off duty shall be deemed a violation of the Code of Conduct except as follows:

1. In a criminal investigation subject to the approval of the Bureau Commander having responsibility of the investigation.

2. In an internal investigation subject to the approval of the Chief of Police of his designee.

All usage is subject to applicable laws.

 *City of Gretna Police Department* 

*Arthur S. Lawson, Jr., Chief of Police*

**Date:**      December 17, 2014

**To:**        All Commanders

**From:**      Anthony H. Christiana Jr.
               Deputy Chief of Police

**Re:**        **Departmental Regulation 6-2 Article 82.1**

All Commanders please ensure that all personnel obtain a copy of DR 6-2 Rules for Administration for Departmental of Police Article 82.1 Recording Devices.

This Departmental Regulation is effective as of December 15, 2014 and should be considered a permanent part of the Operations Manual. This page should be inserted into the hard copy manual between pages 20 and 21.

In an electronic format DR 6-2 Article 82.1 should be copied and pasted beneath Article 82 Section of Operations and Article 83 Section of Records.

All Commanders are to obtain a copy of the attached written receipt of deliverance of 6-2 Article 82.1 from each member under their command.

These receipts shall be collected and returned to the Administration office for placement in personnel jackets.

Any questions, please contact my office.

Attachments
AHC/th

*200 Fifth Street, Gretna, Louisiana 70053  *  (504) 362-7100  *  Fax (504) 362-1725*



*City of Gretna Police Department*

*Arthur S. Lawson, Jr., Chief of Police*

December 17, 2014

I, _____, am in receipt of a
Departmental Regulation 6-2 Article 82.1 Recording Devices dated
December 17, 2014.

_____
Signature

AHC/bb

*200 Fifth Street, Gretna, Louisiana 70053  •  (504) 368-5700  •  Fax (504) 363-1725*

Daniel W. Swear

Cell    (504) 319-2718

RIGHTS RELATIVE TO ADMINISTRATIVE PROCEEDINGS
(STATUTORY)

| NAME: | RANK: | BADGE #: | ASSIGNMENT: |
|---|---|---|---|
| BRYSON,THOMAS "BO" | PO | 116 | PATROL "A" TEAM |

DATE:                    TIME:

The law provides that you are to be advised of the following:

1. Any admission made in the course of this hearing, interrogation, or examination may be used as the basis for charges seeking your suspension in excess of thirty (30) days, or removal and / or discharge from this agency.

2. You have the right to counsel of your own choosing to be present with you at this hearing, interrogation, or examination.

3. You have the right to be given a reasonable amount of time to obtain counsel of your own choosing.

4. You have no right to remain silent. You have an obligation to truthfully answer questions put to you. You are also advised that your statements or responses constitute an official police report.

5. If you refuse to answer questions put to you, you will be ordered by a superior officer to answer those questions.

6. If you persist in your refusal to answer questions, after the order has been given to you, you are hereby advised that such refusal constitutes a violation of rules and regulations of the Gretna Police Department, which will serve as a basis for which your discharge will be sought.

7. You are further advised that by law, any admission made by you during the course of this hearing, interrogation, or examination cannot be used against you in a subsequent criminal proceeding.

_____

The undersigned hereby acknowledges being informed of the above rights.

Witness: _____        Signature: _____

Witness: _____        Complainant #: _____

Form: IAD6-3.1 (revised 10/01/00)

NOTIFICATION OF CHARGES AND / OR ALLEGATIONS

| ACCUSED:<br>BRYSON, THOMAS "BO" | RANK:<br>PO | BADGE #:<br>116 | ASSIGNMENT:<br>PATROL "A" TEAM |
|---|---|---|---|

The law provides that if you are to be charged with a criminal offense or if your separation from the Department will be sought, you are to be advised in writing of the specific illegal or improper actions alleged against or attributed to you.

Furthermore, Departmental Policy provides that you have a right to be advised in writing of the allegation against you, prior to any questioning of you concerning the allegation, regardless of the nature of the allegation and even if the allegation is such that it will not result in the filing of Criminal Charges or Separation Charges against you.

Accordingly, you are hereby advised that the following illegal or improper acts and / or allegations have been attributed to you:

Officer Bryson has been empolyed by the City of Gretna Police Department since June 20, 2014. Since this time Officer Bryson has not met the department standard. He has been counseled by both of his immediate supervisors (Lieutenant J R Rogers, Sergeant Brian Rico) numerous times and was instructed to improve and meet such standard. Officer Bryson advised said supervisors that he would improve and meet the standard. As of this date no improvements have been made.

The undersigned hereby acknowledges receipt in writing of the charges and / or allegations.

Witnesses:  X _____     Signature:  X _____

X _____     Complaint #: _____

Form: IAD6-3.2  (revised 11-07-93)

| ADMINISTRATIVE & PERSONNEL MANAGEMENT REPORT GRETNA POLICE DEPARTMENT | | IAD # |
|---|---|---|
| | GPD FORM | GPD ITEM # (RELATED TO COMPLAINT) |

| EMBER(S) INVOLVED ___son, Thomas "Bo" | ☐ UNIDENTIFIED X UNIT # 116 |
|---|---|

**ALLEGED VIOLATION** (Cite Article, Regulations, Order Violated. or General Description of Complaint.)
DR 6-4 "Unsatisfactory Performance"

| INCIDENT DATE October 1, 2014 | INCIDENT TIME 0930   Hours | INCIDENT LOCATION 200 5th street Gretna, La | |
|---|---|---|---|
| COMPLAINT DATE October 1, 2014 | COMPLAINT TIME 0930   Hours | METHOD ☐ PHONE X IN-PERSON | ☐ LETTER ☐ INTERNAL |

| ORIGIN OF COMPLAINT (Check One) | COMPLINT CLASSIFICATION (Indicate Primary Complaint) |
|---|---|
| ☐ CITIZEN COMPLAINT | ☐ EXCESSIVE FORCE ALLEGED |
| ☐ INFORMATION RECEIVED | ☐ UNAUTHORIZED ENTRY/SEARCH/ARREST |
| ☐ VIOLATION OBSERVED | X UNSATISFACTORY PERFORMANCE |
| X INITIATED BY SUPERVISOR | ☐ HARASSMENT/INTIMIDATION |
| ☐ COMPLAINT BY CO-MEMBER | ☐ COURTESY/PERSONAL CONDUCT |
| ☐ RESULT OF INSPECTION/AUDIT | ☐ POLICY/REGULATION VIOLATION |
| | ☐ OFF-DUTY MISCONDUCT ALLEGED |
| ☐ TRAFFIC CITATION INVOLVED | ☐ ILLEGAL ACTIVITY ALLEGED |

| COMPLAINANT   ☐ ANONYMOUS   X MEMBER NAME | RACE/SEX | DOB | ADDRESS | PHONE |
|---|---|---|---|---|
| PERSON INTERVIEWED NAME | | | | |
| ___RSON INTERVIEWED __ME | | | | |

| MEMBER INTERVIEWED NAME | DATE | TIME | | RIGHTS  GIVEN YES ☐ NO ☐ |
|---|---|---|---|---|

**SYNOPSIS** *(Provide A Brief Description Of Type of Complaint. Include Details Of Complaint, And Any Inquiry/Investigation On A Supplemental Report.)*
Officer Bryson has been empolyed by the City of Gretna Police Department since June 20, 2014. Since this time Officer Bryson has not met the department standard. He has been counseled by both of his immediate supervisors (Lieutenant J R Rogers, Sergeant Brian Rico) numerous times and was instructed to improve and meet such standard. Officer Bryson advised said supervisors that he would improve and meet the standard. As of this date no improvements have been made.

**SUPERVISOR'S ACTIONS AND FINDINGS** *(Check At Least  One Block In Each Column)*

| | |
|---|---|
| ☐ INVESTIGATION COMPLETED BY SUPERVISOR | ☐ NON-SUSTAINED (PROVIDE INVESTIGATIVE REPORT) |
| ☐ INVESTIGATION ON-GOING (SUPPLEMENT TO FOLLOW) | ☐ UNFOUNDED (PROVIDE INVESTIGATIVE REPORT) |
| X COUNSELING RECORD (COMPLETE REAR) | ☐ EXONERATED (PROVIDE INVESTIGATIVE REPORT) |
| ☐ FORMAL REPRIMAND (COMPLETE REAR) | ☐ SUSTAINED (PROVIDE INVESTIGATIVE REPORT & FILL IN REAR) |
| ☐ IMMEDIATE SUSPENSION REQUIRED | X RESOLVED (EXPLAIN IN DETAIL ON REAR) |
| ☐ REQUIRES IAD INVESTIGATION | ☐ VIOLATION OTHER THAN COMPLAINED OF (CITE) |

**INTERNAL AFFAIRS DISPOSITION / FINAL DISPOSITION**

| | | |
|---|---|---|
| ☐ IAD INVESTIGATION INITIATED | ☐ DISCIPLINARY ACTION | ☐ SUSTAINED |
| ☐ VIOLATION OTHER THAN COMPLAINED OF | ☐ FINE ____ | ☐ UNFOUNDED |
| ☐ COUNSELING/REPRIMAND | ☐ SUSPENSION ____ DAYS | ☐ NON-SUSTAINED |
| ☐ REVIEW BOARD | | ☐ EXONERATED |
| | | ☐ RESOLVED |
| ☐ SUBMIT TO SUPERVISOR NAME: :____ DATE: ____ | | ☐ NO ACTION TAKEN |

| INVESTIGATING SUPERVISOR | DATE/ | IAD REVIEWING OFFICER | DATE |
|---|---|---|---|
| | 10/1/14 | | |

MEMBER'S COPY

Call summary for: 12/01/2014 - 01/01/2015

## Call summary for: 12/01/2014 - 01/01/2015

Output for: G0731

Click on heading to change sort order.

| Event IncName | Pri | Type | DAREA | Area | Unit | From | To | Location |
|---|---|---|---|---|---|---|---|---|
| #G143350068 | 2 | 1018 | G1 | 521 | G47 | 11:57 | 12:05 | 20 COLONY RD, GR |
| #G143350069 | 2 | 1018 | G1 | 521 | G47 | 12:05 | 12:14 | 448 FAIRFIELD AVE, GR |
| #G143350097 | 3 | 21 | G1 | 521 | G21 | 15:03 | 15:12 | 10 FERNWOOD ST, GR |
| #G143350112 | 3 | 21 | G1 | 521 | G21 | 17:20 | 17:31 | 4 WILDWOOD RD, GR |
| #G143350130 | 6 | TS | G1 | 521 | G21 | 22:00 | 22:03 | 1000 LAPALCO BLVD, GR |
| [12/02/14] | | | | | | | | |
| #G143360001 | 3 | 21 | G1 | 521 | G21 | 00:12 | 00:13 | 11 COLONY RD, GR |
| #G143360004 | 3 | 21 | G1 | 521 | G21 | 00:35 | 00:39 | 153 MEADOWBROOK DR, GR |
| #G143360007 | 6 | TS | G1 | 521 | G21 | 06:14 | 06:20 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143360091 | 6 | TS | G1 | 521 | G21 | 19:28 | 19:32 | 1000 LAPALCO BLVD, GR |
| #G143360093 | 6 | TS | G1 | 521 | G21 | 19:39 | 20:08 | 1000 LAPALCO BLVD, GR |
| #G143360097 | 4 | 62A | G1 | 521 | G21 | 20:41 | 20:49 | 305 HAWTHORNE ST, GR |
| #G143360101 | 6 | TS | G1 | 521 | G21 | 21:26 | 21:35 | 1000 LAPALCO BLVD, GR |
| #G143360102 | 1 | 17 | G1 | 521 | G21 | 21:31 | 21:35 | 1000 LAPALCO BLVD, GR |
| [12/03/14] | | | | | | | | |
| #G143370002 | 6 | TS | G1 | 521 | G21 | 01:42 | 01:47 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143370019 | 6 | TS | G1 | 521 | G21 | 09:00 | 09:07 | 800 LAPALCO BLVD, GR |
| #G143370021 | 3 | 21 | G1 | 521 | G21 | 09:26 | 10:09 | 14 FERNWOOD ST, GR |
| #G143370036 | 6 | TS | G1 | 521 | G21 | 11:35 | 11:45 | 800 LAPALCO BLVD, GR |
| #G143370062 | 6 | TS | G1 | 521 | G21 | 16:41 | 16:47 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| [12/04/14] | | | | | | | | |
| #G143380008 | 3 | 21 | G1 | 521 | G21 | 03:49 | 03:54 | 424 FAIRFIELD AVE, GR |
| #G143380017 | 6 | TS | G1 | 521 | G21 | 08:16 | 08:25 | 800 LAPALCO BLVD, GR |
| #G143380027 | 6 | TS | G1 | 521 | G21 | 08:57 | 09:02 | 800 LAPALCO BLVD, GR |
| #G143380032 | 6 | TS | G1 | 521 | G21 | 09:22 | 09:33 | 800 LAPALCO BLVD, GR |
| #G143380042 | 6 | TS | G1 | 521 | G21 | 10:22 | 10:29 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143380048 | 6 | TS | G1 | 521 | G25 | 10:42 | 10:54 | ENTERPRISE DR/BELLE CHASSE HWY, GR |
| #G143380070 | 6 | TS | G1 | 521 | G21 | 13:09 | 13:21 | 800 LAPALCO BLVD, GR |
| #G143380074 | 6 | TS | G1 | 521 | G21 | 13:45 | 14:02 | 800 LAPALCO BLVD, GR |
| #G143380087 | 6 | TS | G1 | 521 | G21 | 15:21 | 15:34 | 800 LAPALCO BLVD, GR |
| #G143380092 | 6 | TS | G1 | 521 | G21 | 16:08 | 16:29 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143380096 | 4 | 20 | G1 | 521 | G19 | 17:49 | 18:37 | LAPALCO BLVD/TIMBERLANE DR, GR |
| [12/05/14] | | | | | | | | |

| #G143390004 | 3 | 21 | G1 | 521 | G21 | 02:43 | 02:59 | 118 CIENA DR, GR |
|---|---|---|---|---|---|---|---|---|
| #G143390005 | 6 | TS | G1 | 521 | G21 | 03:33 | 03:48 | 480 TIMBERLANE DR, GR |
| #G143390033 | 3 | 21 | G1 | 521 | G21 | 10:28 | 11:19 | 413 FAIRFIELD AVE, GR |
| #G143390099 | 5 | 64A | G1 | 521 | G21 | 16:19 | 16:39 | 2 WILDWOOD RD, GR |
| #G143390127 | 6 | TS | G1 | 521 | G21 | 21:01 | 21:15 | 800 LAPALCO BLVD, GR |
| #G143390129 | 6 | TS | G1 | 521 | G21 | 21:33 | 21:52 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143390140 | 6 | TS | G1 | 521 | G21 | 23:29 | 00:00 | 800 LAPALCO BLVD, GR |
| [12/06/14] | | | | | | | | |
| #G143400027 | 6 | TS | G1 | 521 | G21 | 08:39 | 09:13 | FAIRFIELD AVE/LAPALCO BLVD, GR |
| #G143400053 | 6 | 911 | G1 | 521 | G21 | 14:53 | 15:09 | 33 COLONY RD, GR |
| #G143400060 | 6 | TS | G1 | 521 | G21 | 15:57 | 16:30 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #G143400078 | 6 | TS | G1 | 521 | G21 | 20:21 | 20:34 | 800 LAPALCO BLVD, GR |
| #G143400084 | 6 | TS | G1 | 521 | G21 | 21:32 | 21:54 | 800 LAPALCO BLVD, GR |
| [12/07/14] | | | | | | | | |
| #G143410010 | 6 | 107 | G1 | 521 | G21 | 02:29 | 02:42 | TIMBERLANE DR/LAPALCO BLVD, GR |
| #G143410033 | 4 | 62A | G1 | 521 | G21 | 15:02 | 15:04 | 305 HAWTHORNE ST, GR |
| [12/08/14] | | | | | | | | |
| #G143420013 | 3 | 21 | G1 | 521 | G21 | 08:14 | 09:04 | 480 TIMBERLANE DR, GR |
| #G143420041 | 6 | TS | G1 | 521 | G21 | 12:09 | 12:15 | 800 LAPALCO BLVD, GR |
| #G143420043 | 6 | TS | G1 | 521 | G21 | 12:36 | 12:48 | 700 LAPALCO BLVD, GR |
| #G143420051 | 6 | TS | G1 | 521 | G21 | 13:03 | 13:11 | 800 LAPALCO BLVD, GR |
| #G143420068 | 6 | TS | G1 | 521 | G21 | 15:00 | 15:06 | 800 LAPALCO BLVD, GR |
| #G143420074 | 6 | TS | G1 | 521 | G21 | 15:40 | 15:46 | 800 LAPALCO BLVD, GR |
| #G143420078 | 6 | TS | G1 | 521 | G21 | 16:57 | 17:17 | 800 LAPALCO BLVD, GR |
| #G143420093 | 6 | TS | G1 | 521 | G21 | 20:35 | 21:11 | 1000 LAPALCO BLVD, GR |
| [12/09/14] | | | | | | | | |
| #G143430026 | 6 | TS | G1 | 521 | G21 | 08:27 | 08:38 | 800 LAPALCO BLVD, GR |
| #G143430034 | 6 | TS | G1 | 521 | G21 | 09:29 | 09:42 | 800 LAPALCO BLVD, GR |
| #G143430051 | 6 | TS | G1 | 521 | G21 | 11:17 | 11:23 | 800 LAPALCO BLVD, GR |
| #G143430059 | 6 | TS | G1 | 521 | G21 | 12:14 | 12:21 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143430101 | 6 | TS | G1 | 521 | G21 | 15:40 | 15:47 | 800 LAPALCO BLVD, GR |
| #G143430110 | 6 | TS | G1 | 521 | G21 | 16:32 | 16:38 | 800 LAPALCO BLVD, GR |
| #G143430111 | 4 | 62A | G1 | 521 | G21 | 16:53 | 17:02 | 349 FAIRFIELD AVE, GR |
| #G143430127 | 4 | 62A | G1 | 521 | G17 | 20:32 | 20:40 | 505 FAIRFIELD AVE, GR |
| #G143430129 | 4 | 62A | G1 | 521 | G21 | 20:51 | 21:11 | 504 FAIRFIELD AVE, GR |
| #G143430144 | 6 | TS | G1 | 521 | G21 | 23:14 | 23:26 | 1000 LAPALCO BLVD, GR |
| #G143430145 | 6 | TS | G1 | 521 | G17 | 23:23 | 23:26 | BELLE CHASSE HWY/ENTERPRISE DR, GR |
| [12/10/14] | | | | | | | | |
| #G143440030 | 6 | TS | G1 | 521 | G21 | 10:25 | 10:44 | LAPALCO BLVD/FAIRFIELD AVE, GR |

|  | 6 | TS | G1 | 521 | G21 | 14:41 | 14:56 | BELLE CHASSE HWY/FAIRFIELD AVE, GR |
|---|---|---|---|---|---|---|---|---|
| #G143440065 | 3 | 21 | G1 | 521 | G21 | 16:04 | 16:16 | 41 COLONY RD, GR |
| #G143440089 | 1 | 24 | G1 | 521 | G21 | 20:29 | 20:35 | 180 COMMERCE ST, GR |
| #G143440098 | 6 | 107 | G1 | 521 | G21 | 23:56 | 00:14 | ENTERPRISE DR/BELLE CHASSE HWY, GR |
| [12/11/14] | | | | | | | | |
| #G143450004 | 1 | 24 | G1 | 521 | G21 | 01:33 | 01:51 | 356 TIMBERLANE DR, GR |
| [12/12/14] | | | | | | | | |
| #G143460031 | 6 | TS | G1 | 521 | G21 | 10:44 | 10:50 | 800 LAPALCO BLVD, GR |
| #G143460036 | 6 | TS | G1 | 521 | G21 | 11:46 | 11:53 | 800 LAPALCO BLVD, GR |
| #G143460054 | 3 | 21 | G1 | 521 | G21 | 15:29 | 16:38 | 480 TIMBERLANE DR, GR |
| #G143460092 | 6 | TS | G1 | 521 | G94 | 22:08 | 22:25 | ENTERPRISE DR/BELLE CHASSE HWY, GR |
| [12/13/14] | | | | | | | | |
| #G143470042 | 6 | TS | G1 | 521 | G21 | 11:11 | 11:17 | 800 LAPALCO BLVD, GR |
| #G143470052 | 6 | TS | G1 | 521 | G21 | 13:19 | 13:28 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143470054 | 6 | TS | G1 | 521 | G21 | 13:40 | 13:46 | 800 LAPALCO BLVD, GR |
| #G143470062 | 6 | TS | G1 | 521 | G21 | 14:48 | 14:59 | 800 LAPALCO BLVD, GR |
| #G143470070 | 6 | TS | G1 | 521 | G21 | 15:33 | 15:40 | 800 LAPALCO BLVD, GR |
| #G143470074 | 6 | TS | G1 | 521 | G21 | 16:05 | 16:12 | 800 LAPALCO BLVD, GR |
| #G143470081 | 6 | TS | G1 | 521 | G21 | 17:17 | 17:27 | 800 LAPALCO BLVD, GR |
| [12/14/14] | | | | | | | | |
| #G143480034 | 6 | TS | G1 | 521 | G21 | 09:47 | 09:58 | 800 LAPALCO BLVD, GR |
| #G143480036 | 6 | TS | G1 | 521 | G21 | 10:19 | 10:31 | 800 LAPALCO BLVD, GR |
| #G143480037 | 4 | 62A | G1 | 521 | G21 | 10:32 | 10:43 | 349 FAIRFIELD AVE, GR |
| #G143480046 | 6 | TS | G1 | 521 | G21 | 12:41 | 12:50 | 800 LAPALCO BLVD, GR |
| #G143480049 | 6 | TS | G1 | 521 | G21 | 13:19 | 13:29 | 800 LAPALCO BLVD, GR |
| #G143480063 | 6 | TS | G1 | 521 | G21 | 16:20 | 16:30 | 800 LAPALCO BLVD, GR |
| #G143480068 | 6 | TS | G1 | 521 | G21 | 17:44 | 17:50 | 800 LAPALCO BLVD, GR |
| #G143480081 | 6 | TS | G1 | 521 | G21 | 21:03 | 21:14 | 1000 LAPALCO BLVD, GR |
| #G143480093 | 6 | TS | G1 | 521 | G21 | 23:15 | 23:24 | 1000 LAPALCO BLVD, GR |
| [12/15/14] | | | | | | | | |
| #G143490006 | 5 | SUBJ | G1 | 521 | G21 | 02:59 | 03:12 | 480 TIMBERLANE DR, GR |
| #G143490023 | 6 | TS | G1 | 521 | G21 | 09:03 | 09:41 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #G143490038 | 6 | TS | G1 | 521 | G22 | 10:56 | 11:18 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143490047 | 6 | TS | G1 | 521 | G21 | 11:30 | 11:49 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #G143490082 | 4 | 62A | G1 | 521 | G21 | 16:58 | 17:11 | 123 ENTERPRISE DR, GR |
| [12/16/14] | | | | | | | | |
| #G143500069 | 6 | TS | G1 | 521 | G31 | 13:30 | 13:56 | FAIRFIELD AVE/BELLE CHASSE HWY, GR |
| #G143500078 | 6 | TS | G1 | 521 | G21 | 14:15 | 14:40 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #G143500086 | 3 | 21 | G1 | 521 | G21 | 15:00 | 16:33 | BELLE CHASSE HWY/FAIRFIELD AVE, GR |

Call summary for: 12/01/2014 - 01/01/2015

| | 7 | 20I | G1 | 521 | G470 | 15:29 | 16:09 | BELLE CHASSE HWY/FAIRFIELD AVE, GR |
|---|---|---|---|---|---|---|---|---|
| [12/17/14] | | | | | | | | |
| #G143510027 | 6 | TS | G1 | 521 | G21 | 09:17 | 09:28 | 800 LAPALCO BLVD, GR |
| #G143510029 | 3 | 21 | G1 | 521 | G21 | 09:40 | 10:02 | FAIRFIELD AVE/BELLE CHASSE HWY, GR |
| #G143510041 | 6 | TS | G1 | 521 | G21 | 11:51 | 12:01 | 800 LAPALCO BLVD, GR |
| #G143510046 | 6 | TS | G1 | 521 | G21 | 12:37 | 12:47 | 800 LAPALCO BLVD, GR |
| #G143510065 | 6 | TS | G1 | 521 | G21 | 14:55 | 15:03 | 700 LAPALCO BLVD, GR |
| #G143510069 | 2 | 18 | G1 | 521 | G21 | 15:19 | 15:41 | FAIRFIELD AVE/LAPALCO BLVD, GR |
| #G143510072 | 6 | TS | G1 | 521 | G21 | 16:13 | 16:25 | 800 LAPALCO BLVD, GR |
| #G143510073 | 4 | 20 | G1 | 521 | G21 | 16:31 | 17:37 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143510081 | 6 | TS | G1 | 521 | G21 | 20:48 | 20:58 | 1000 LAPALCO BLVD, GR |
| #G143510094 | 6 | TS | G1 | 521 | G21 | 23:40 | 23:46 | 1000 LAPALCO BLVD, GR |
| [12/18/14] | | | | | | | | |
| #G143520043 | 6 | TS | G1 | 521 | G21 | 10:37 | 10:53 | 800 LAPALCO BLVD, GR |
| #G143520060 | 6 | TS | G1 | 521 | G21 | 12:03 | 12:09 | TIMBERLANE RD/BELLE CHASSE HWY, GR |
| #G143520063 | 6 | TS | G1 | 521 | G21 | 12:19 | 12:25 | TIMBERLANE RD/BELLE CHASSE HWY, GR |
| #G143520066 | 6 | TS | G1 | 521 | G21 | 12:42 | 12:51 | TIMBERLANE RD/BELLE CHASSE HWY, GR |
| #G143520076 | 6 | TS | G1 | 521 | G21 | 13:40 | 13:47 | 800 LAPALCO BLVD, GR |
| #G143520079 | 6 | TS | G1 | 521 | G21 | 14:05 | 14:09 | 800 LAPALCO BLVD, GR |
| #G143520089 | 4 | 62A | G1 | 521 | G21 | 15:59 | 16:16 | 469 FAIRFIELD AVE, GR |
| #G143520093 | 6 | TS | G1 | 521 | G21 | 17:02 | 17:09 | 800 LAPALCO BLVD, GR |
| [12/19/14] | | | | | | | | |
| #G143530056 | 6 | TS | G1 | 521 | G21 | 11:37 | 12:00 | TIMBERLANE DR/COLONY RD, GR |
| #G143530093 | 6 | TS | G1 | 521 | G21 | 17:57 | 18:18 | BELLE CHASSE HWY/FAIRFIELD AVE, GR |
| #G143530109 | 5 | SUBJ | G1 | 521 | G21 | 20:56 | 20:58 | COMMERCE ST/FAIRFIELD AVE, GR |
| [12/20/14] | | | | | | | | |
| #G143540057 | 3 | 21 | G1 | 521 | G21 | 11:25 | 11:37 | 10 FERNWOOD ST, GR |
| #G143540068 | 4 | 62A | G1 | 521 | G21 | 14:27 | 14:38 | 424 TIMBERLANE DR, GR |
| #G143540071 | 6 | TS | G1 | 521 | G21 | 15:29 | 15:55 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #G143540091 | 6 | TS | G1 | 521 | G21 | 19:27 | 19:54 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143540106 | 6 | TS | G1 | 521 | G21 | 22:30 | 22:38 | 1000 LAPALCO BLVD, GR |
| #G143540108 | 2 | 18 | G1 | 521 | G17 | 22:48 | 22:55 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143540111 | 6 | TS | G1 | 521 | G21 | 23:39 | 00:04 | FAIRFIELD AVE/BELLE CHASSE HWY, GR |
| [12/21/14] | | | | | | | | |
| #G143550028 | 1 | 24 | G1 | 521 | G20 | 06:15 | 06:30 | 152 COMMERCE ST, GR |
| #G143550042 | 4 | 62A | G1 | 521 | G17 | 10:13 | 10:15 | 114 ENTERPRISE DR, GR |
| #G143550063 | 6 | TS | G1 | 521 | G21 | 15:09 | 15:32 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #J143550420 | 6 | TS | G1 | 521 | G21 | 16:21 | 16:38 | BELLE CHASSE HWY/TIMBERLANE DR, GR |
| #G143550084 | 3 | 21 | G1 | 521 | G21 | 22:06 | 22:09 | 356 TIMBERLANE DR, GR |

| #G143560001 | 3 | 21 | G1 | 521 | G21 | 00:17 | 00:19 | 3 FERNWOOD ST. GR |
| #G143560004 | 6 | TS | G1 | 521 | G21 | 00:34 | 00:38 | 300 FAIRFIELD AVE. GR |
| #G143560011 | 3 | 21 | G1 | 521 | G17 | 03:18 | 03:20 | 3 FERNWOOD ST. GR |
| #G143560038 | 6 | TS | G1 | 521 | G21 | 10:57 | 11:13 | 800 LAPALCO BLVD. GR |
| #G143560043 | 6 | TS | G1 | 521 | G21 | 11:27 | 11:39 | 800 LAPALCO BLVD. GR |
| #G143560054 | 4 | 62A | G1 | 521 | G21 | 12:05 | 12:22 | 40 COLONY RD. GR |
| #G143560061 | 6 | TS | G1 | 521 | G21 | 13:17 | 13:32 | 800 LAPALCO BLVD. GR |
| #G143560080 | 6 | TS | G1 | 521 | G21 | 15:49 | 15:59 | 800 LAPALCO BLVD. GR |
| #G143560087 | 6 | TS | G1 | 521 | G21 | 17:11 | 17:26 | 800 LAPALCO BLVD. GR |
| [12/23/14] | | | | | | | | |
| #G143570019 | 3 | 21 | G1 | 521 | G21 | 03:37 | 03:41 | TIMBERLANE DR/LAPALCO BLVD. GR |
| #G143570033 | 6 | TS | G1 | 521 | G21 | 08:28 | 08:36 | 800 LAPALCO BLVD. GR |
| #G143570054 | 6 | TS | G1 | 521 | G21 | 10:21 | 10:36 | 800 LAPALCO BLVD. GR |
| #G143570059 | 6 | TS | G1 | 521 | G21 | 10:51 | 10:56 | 700 LAPALCO BLVD. GR |
| #G143570068 | 4 | 62A | G1 | 521 | G21 | 11:46 | 11:55 | 1620 BELLE CHASSE HWY. GR |
| #G143570071 | 6 | TS | G1 | 521 | G21 | 12:00 | 12:13 | TIMBERLANE DR/BELLE CHASSE HWY. GR |
| #G143570084 | 6 | TS | G1 | 521 | G21 | 13:56 | 14:11 | 800 LAPALCO BLVD. GR |
| #G143570090 | 6 | TS | G1 | 521 | G21 | 15:08 | 15:14 | 800 LAPALCO BLVD. GR |
| #G143570101 | 6 | 911 | G1 | 521 | G21 | 17:27 | 17:37 | 231 TIMBERLANE RD. GR |
| [12/24/14] | | | | | | | | |
| #G143580036 | 3 | 21 | G1 | 521 | G21 | 11:40 | 14:03 | 2 COLONY RD. GR |
| #G143580050 | 4 | 67 | G1 | 521 | G21 | 15:38 | 16:42 | 1 FERNWOOD ST. GR |
| [12/26/14] | | | | | | | | |
| #G143600028 | 6 | TS | G1 | 521 | G21 | 11:42 | 11:48 | 800 LAPALCO BLVD. GR |
| #G143600031 | 6 | TS | G1 | 521 | G21 | 12:05 | 12:11 | 800 LAPALCO BLVD. GR |
| #G143600038 | 6 | TS | G1 | 521 | G21 | 12:56 | 13:03 | 800 LAPALCO BLVD. GR |
| #G143600040 | 6 | TS | G1 | 521 | G21 | 13:57 | 14:02 | 800 LAPALCO BLVD. GR |
| #G143600043 | 6 | TS | G1 | 521 | G21 | 14:24 | 14:28 | 800 LAPALCO BLVD. GR |
| #G143600052 | 6 | TS | G1 | 521 | G21 | 16:36 | 16:42 | 700 LAPALCO BLVD. GR |
| #G143600053 | 6 | TS | G1 | 521 | G21 | 16:49 | 17:01 | 700 LAPALCO BLVD. GR |
| #G143600054 | 1 | 24 | G1 | 521 | G146 | 18:15 | 18:36 | 316 HAWTHORNE ST. GR |
| #G143600066 | 6 | TS | G1 | 521 | G21 | 21:27 | 21:39 | 1000 LAPALCO BLVD. GR |
| #G143600071 | 6 | TS | G1 | 521 | G21 | 21:44 | 21:53 | 1000 LAPALCO BLVD. GR |
| #G143600080 | 6 | TS | G1 | 521 | G21 | 22:34 | 22:48 | 1000 LAPALCO BLVD. GR |
| #G143600081 | 6 | TS | G1 | 521 | G21 | 23:31 | 23:54 | 1000 LAPALCO BLVD. GR |
| [12/27/14] | | | | | | | | |
| #J143610006 | 6 | TS | G1 | 521 | G21 | 00:16 | 00:20 | 1000 LAPALCO BLVD. GR |
| #G143610029 | 6 | TS | G1 | 521 | G21 | 11:48 | 11:52 | 800 LAPALCO BLVD. GR |

| | 6 | TS | G1 | 521 | G21 | 12:26 | 12:31 | 800 LAPALCO BLVD, GR |
|---|---|---|---|---|---|---|---|---|
| #G143610032 | 6 | TS | G1 | 521 | G21 | 13:03 | 13:14 | 800 LAPALCO BLVD, GR |
| #G143610034 | 6 | TS | G1 | 521 | G19 | 13:27 | 13:47 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143610041 | 6 | TS | G1 | 521 | G21 | 15:14 | 15:30 | 700 LAPALCO BLVD, GR |
| #G143610048 | 4 | 62A | G1 | 521 | G21 | 15:43 | 16:12 | 245 FAIRFIELD AVE, GR |
| #G143610053 | 6 | TS | G1 | 521 | G21 | 16:53 | 17:01 | 800 LAPALCO BLVD, GR |
| #G143610054 | 6 | TS | G1 | 521 | G21 | 17:15 | 17:32 | 800 LAPALCO BLVD, GR |
| #G143610056 | 6 | TS | G1 | 521 | G21 | 17:55 | 18:05 | 800 LAPALCO BLVD, GR |
| #G143610074 | 6 | TS | G1 | 521 | G21 | 22:01 | 22:11 | WILDWOOD RD/FAIRFIELD AVE, GR |
| [12/28/14] | | | | | | | | |
| #G143620001 | 6 | TS | G1 | 521 | G21 | 00:10 | 00:25 | 1000 LAPALCO BLVD, GR |
| #G143620011 | 4 | 62A | G1 | 521 | | 04:19 | 04:22 | 312 HAWTHORNE ST, GR |
| #G143620018 | 1 | 24 | G1 | 521 | G21 | 08:00 | 08:22 | 489 FAIRFIELD AVE, GR |
| #G143620027 | 6 | TS | G1 | 521 | G21 | 11:02 | 11:16 | 800 LAPALCO BLVD, GR |
| #G143620028 | 4 | 62A | G1 | 521 | G21 | 11:19 | 11:25 | 119 ENTERPRISE DR, GR |
| #G143620036 | 6 | TS | G1 | 521 | G21 | 14:42 | 14:49 | 800 LAPALCO BLVD, GR |
| #J143620356 | 6 | TS | G1 | 521 | G21 | 15:09 | 15:19 | 800 LAPALCO BLVD, GR |
| #G143620042 | 6 | TS | G1 | 521 | G21 | 15:45 | 15:51 | 800 LAPALCO BLVD, GR |
| #G143620064 | 1 | 24 | G1 | 521 | G19 | 23:16 | 23:31 | 2 WILDWOOD RD, GR |
| [12/29/14] | | | | | | | | |
| #G143630035 | 3 | 21 | G1 | 521 | G21 | 08:24 | 08:48 | 141 COMMERCE ST, GR |
| #G143630066 | 4 | 62A | G1 | 521 | G21 | 12:22 | 12:26 | 12 COLONY RD, GR |
| #G143630092 | 3 | 21 | G1 | 521 | G21 | 16:47 | 17:56 | TIMBERLANE DR/LAPALCO BLVD, GR |
| #G143630098 | 1 | 18B | G1 | 521 | G21 | 18:20 | 18:34 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #G143630109 | 6 | TS | G1 | 521 | G21 | 21:23 | 22:12 | FAIRFIELD AVE/LAPALCO BLVD, GR |
| [12/30/14] | | | | | | | | |
| #G143640036 | 2 | 18 | G1 | 521 | G47 | 08:38 | 09:07 | 436 TIMBERLANE DR, GR |
| #G143640041 | 2 | 18 | G1 | 521 | G21 | 09:18 | 10:17 | LAPALCO BLVD/TIMBERLANE DR, GR |
| #G143640044 | 6 | TS | G1 | 521 | G21 | 09:53 | 10:17 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #G143640056 | 3 | 21 | G1 | 521 | G21 | 10:44 | 10:50 | 141 COMMERCE ST, GR |
| #G143640089 | 6 | TS | G1 | 521 | G21 | 15:58 | 16:20 | LAPALCO BLVD/FAIRFIELD AVE, GR |
| #G143640100 | 6 | TS | G1 | 521 | G21 | 19:51 | 20:17 | FAIRFIELD AVE/LAPALCO BLVD, GR |
| #G143640113 | 6 | TS | G1 | 521 | G21 | 22:20 | 22:30 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143640116 | 3 | 21 | G1 | 521 | G21 | 22:50 | 22:54 | 1800 BLK BELLE CHASSE HWY, GR |
| #G143640118 | 5 | SUBJ | G1 | 521 | G21 | 23:16 | 23:19 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| [12/31/14] | | | | | | | | |
| #G143650023 | 6 | TS | G1 | 521 | G21 | 09:43 | 09:48 | 800 LAPALCO BLVD, GR |
| #G143650027 | 6 | TS | G1 | 521 | G21 | 10:06 | 10:17 | 800 LAPALCO BLVD, GR |
| #G143650034 | 6 | TS | G1 | 521 | G21 | 12:59 | 13:04 | 800 LAPALCO BLVD, GR |

| | 6 | TS | G1 | 521 | G21 | 13:19 | 13:26 | 800 LAPALCO BLVD, GR |
|---|---|---|---|---|---|---|---|---|
| #G143650047 | 6 | TS | G1 | 521 | G21 | 15:32 | 15:41 | TIMBERLANE DR/BELLE CHASSE HWY, GR |
| #G143650056 | 6 | TS | G1 | 521 | G21 | 17:37 | 17:45 | 800 LAPALCO BLVD, GR |
| [1/01/15] | | | | | | | | |
| #G150010033 | 6 | TS | G1 | 521 | G21 | 09:50 | 09:55 | 800 LAPALCO BLVD, GR |
| #G150010042 | 6 | TS | G1 | 521 | G21 | 11:38 | 11:41 | 800 LAPALCO BLVD, GR |
| #G150010045 | 6 | TS | G1 | 521 | G21 | 11:53 | 11:59 | 800 LAPALCO BLVD, GR |
| #G150010052 | 6 | TS | G1 | 521 | G21 | 13:26 | 13:31 | 800 LAPALCO BLVD, GR |
| #G150010053 | 6 | TS | G1 | 521 | G21 | 13:48 | 14:03 | 800 LAPALCO BLVD, GR |
| #G150010061 | 6 | TS | G1 | 521 | G21 | 16:03 | 16:14 | 800 LAPALCO BLVD, GR |



# *City of Gretna Police Department*

## *Arthur S. Lawson, Jr., Chief of Police*



**Date:**   December 17, 2014

**To:**   All Commanders

**From:**   Anthony H. Christiana Jr.
Deputy Chief of Police

**Re:**   **Departmental Regulation 6-2 Article 82.1**

All Commanders please ensure that all personnel obtain a copy of DR 6-2 Rules for Administration for Departmental of Police Article 82.1 Recording Devices.

This Departmental Regulation is effective as of December 15, 2014 and should be considered a permanent part of the Operations Manual. This page should be inserted into the hard copy manual between pages 20 and 21.

In an electronic format DR 6-2 Article 82.1 should be copied and pasted beneath Article 82 Section of Operations and Article 83 Section of Records.

All Commanders are to obtain a copy of the attached written receipt of deliverance of 6-2 Article 82.1 from each member under their command.

These receipts shall be collected and returned to the Administration office for placement in personnel jackets.

Any questions, please contact my office.

Attachments
AHC/th

**Gretna Police Department**
**Departmental Regulations**

**Issued 12/15/2014**

### *DR 6-2  ARTICLE 82.1*

### Recording Devices:

The use of any recording device by any employee or member of the Department for the purpose of surreptitiously recording any conversation relating in any way, directly or indirectly, to the Department, or business of the Department, with a tape recorder, whether digital or otherwise, or other recording device (including cell phone or any electronic device) except with the prior approval of the Chief, or Deputy Chief of Police shall be deemed a violation of the Code of Conduct.

The purpose of this policy is to ensure effective, open, and honest communication and discord among members of the Department, regarding the Department and its operations, investigations, policies, actions, and/or personnel, and to eliminate a chilling or detrimental effect on any of the foregoing which may exist when any person is concerned that his, or her, conversation is being recorded which would prevent, or inhibit, the honest and spontaneous dialogues when foregoing are discussed.

The policy shall equally apply when either party of the conversation is a member of the Department who is "on" or "off" duty, if the conversation relates directly, or indirectly, to the business of the Department.

Violation of this policy will result in corrective or disciplinary action as may be appropriate, including suspension and/or termination of employment.

### *ARTICLE 82.1*
### Recording Devices:

The use of any recording device by any member of the department for the purpose of surreptitiously recording any conversation relating to any business between members of the department while on or off duty shall be deemed a violation of the Code of Conduct except as follows:

1. In a criminal investigation subject to the approval of the Bureau Commander having responsibility of the investigation.

2. In an internal investigation subject to the approval of the Chief of Police of his designee.

All usage is subject to applicable laws.

# CITY OF GRETNA POLICE DEPARTMENT
## ARTHUR S. LAWSON, JR., CHIEF

200 FIFTH STREET
GRETNA, LOUISIANA 70053

### GRETNA POLICE DEPARTMENT
### PERFORMANCE APPRAISAL
### SEMI – ANNUAL EVALUATION
### SECTION I

NAME: OFC Daniel Swear                    DATE: December 30, 2014

RATING PERIOD: July 1, 2014 TO December 31, 2014          RANK: OFC

DIVISION: PATROL DIVISION

ASSIGNMENT: C - Team

DATE OF EMPLOYMENT: December 6, 2010

EVALUATION CONSISTS OF SECTIONS: I & II

RATERS: Sgt David Heintz

Sgt Danielle Rodriguez

1

**GRETNA POLICE DEPARTMENT**
**PERFORMANCE APPRAISAL**
**SEMI – ANNUAL EVALUATION**
**SECTION  I  ALL EMPLOYEES**

1.     Appearance :

☒ a.   Exceeds Standards
☐ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

2.     Attendance :

A.     Tardiness :

☒ a.   Always on time, never tardy
☐ b.   Occasionally tardy
☐ c.   Tardy more than desirable
☐ d.   Consistently tardy

COMMENTS: Arrives early

B.     Sick Leave :

☐ a.   Never sick
☒ b.   Occasionally sick
☐ c.   Sick more than desirable
☐ d.   Consistently sick

COMMENTS: August 11th & 12th

3.     Attitude :

A.     Attitude Towards Agency

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

B.     Acceptance of Change

2

☐ a. Exceeds Standards
☒ b. Meets Standards
☐ c. Fails to meet Standards

COMMENTS:

C.   Acceptance of Feedback

☐ a. Exceeds Standards
☐ b. Meets Standards
☒ c. Fails to meet Standards

COMMENTS: Has difficulty following supervisors orders when he has a different viewpoint or opinion. Received disciplinary action during this period.

4.   Interpersonal Skills

A.   Communications, General

☐ a. Exceeds Standards
☒ b. Meets Standards
☐ c. Fails to meet Standards

COMMENTS: Communications with supervisors needs improvement.

B.   Oral Communications

☒ a. Exceeds Standards
☐ b. Meets Standards
☐ c. Fails to meet Standards

COMMENTS:

C.   Teamwork / Relationship with Fellow Workers

☒ a. Exceeds Standards
☐ b. Meets Standards
☐ c. Fails to meet Standards

COMMENTS:

5.   Initiative

A.   Work Initiative

☐ a. Exceeds Standards
☒ b. Meets Standards
☐ c. Fails to meet Standards

3

COMMENTS: Officer has fell to average workload during this period after receiving disciplinary action. Fully capable of exceeding standards easily.

    B.      Personal Development

- ☐ a.  Exceeds Standards
- ☒ b.  Meets Standards
- ☐ c.  Fails to meet Standards

COMMENTS:

6.    Use and Care of Equipment

    A.      Care of Vehicle and Related Equipment

- ☐ a.  Exceeds Standards
- ☒ b.  Meets Standards
- ☐ c.  Fails to meet Standards

COMMENTS:

    B.      Care of Other Equipment ( Job Related)

- ☐ a.  Exceeds Standards
- ☒ b.  Meets Standards
- ☐ c.  Fails to meet Standards

COMMENTS:

7.    Professional Conduct

    A.      Integrity

- ☒ a.  Exceeds Standards
- ☐ b.  Meets Standards
- ☐ c.  Fails to meet Standards

COMMENTS:

    B.      Compliance With Department Required Conduct

- ☐ a.  Exceeds Standards
- ☒ b.  Meets Standards
- ☐ c.  Fails to meet Standards

COMMENTS:

4

C.      Impartiality / Lack of Bias

☒ a.   Exceeds Standards
☐ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

8.     Responsibility

A.      Accepts Responsibility For Own Actions

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

B.      Supervision Required

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

C.      Confidentiality

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

**PERFORMANCE APPRAISAL**
**SEMI-ANNUAL EVALUATION**
**FINAL REVIEW SHEET**
**SECTION I**

OVERALL EVALUATION:

- ☐ 1. Excellent
- ☒ 2. Above Standard
- ☐ 3. Meets Standard
- ☐ 4. Needs Improvement
- ☐ 5. Unacceptable

JOB STRENGTHS: Intelligent, investigatory capabilities, desire to follow through with investigations.

AREAS NEEDING IMPROVEMENT: Communication with supervisors and following orders.

GOALS FOR NEXT EVALUATION: _____

_____

RATERS:
1. Sgt David Heintz

2. Sgt Danielle Rodriguez

RATERS COMMENTS: Received disciplinary action for DR 6-2 (Instructions from authority source) and DR 6-4 (Unsatisfactory performance) on 07-24-14 for actions on 07-22-14 to which (3) days suspension were given . Viewpoints and thoughts are always welcomed and appreciated, but problems arise when he disagrees with supervisors. On occasion has had difficulty submitting to supervisory authority when it doesn't match his thoughts or personal beliefs of how things should be done. Disciplinary action given for violations triggered a shut down in officer's performance preventing progression of learning. Officer has unlimited potential that is only inhibited by his own actions or, in the case of proactivity, the lack thereof. He has the qualities of an above standard officer, to which I feel the overall evaluations should and does reflect, even though the officer is working at a meets standard level for this period. Expressing your thoughts is perfectly acceptable and understandable, but not when done with arrogance or refusal to do what you are told to do by your supervisors.

This Performance Appraisal is based on my/our observations and knowledge of the employee's Performance.

_____
Signature

6

Signature

Employees Comments: _Was never given A Copy of write up by Sgt. Rico. Aside From The Documented write-up, the only ~~Discussed~~ Supervisory Attention I Received was A Counseling (verbal) in Reference to December's Chevron Court. (Explanation on order Eval)._

This Performance Appraisal has been discussed with me.

1-14-15
Date

FTO _(signature)_
Signature

Note: The employee's signature indicates that he/she has been read and understands the contents of this evaluation. It does not indicate their agreement or disagreement with its contents

7

# GRETNA POLICE DEPARTMENT
## PERFORMANCE APPRAISAL
### COVER SHEET

NAME: **Daniel Swear**     DATE :12-30-14

SECTION: II   PATROL DIVISION

**GRETNA POLICE DEPARTMENT**
**PERFORMANCE APPRAISAL**
**SEMI – ANNUAL EVALUATION**
**SECTION II**

1.   Job Knowledge

   A.   Knowledge of Department Policies, Procedures and Regulations

   ☐ a.   Exceeds Standards
   ☒ b.   Meets Standards
   ☐ c.   Fails to meet Standards

   COMMENTS:

   B.   Knowledge of Criminal Laws, Traffic Laws, and City Ordinances

   ☐ a.   Exceeds Standards
   ☒ b.   Meets Standards
   ☐ c.   Fails to meet Standards

   COMMENTS:

   C.   Knowledge of Community Events and Crime Patterns

   ☐ a.   Exceeds Standards
   ☒ b.   Meets Standards
   ☐ c.   Fails to meet Standards

   COMMENTS:

   D.   Knowledge of Department / Criminal Justice System

   ☐ a.   Exceeds Standards
   ☒ b.   Meets Standards
   ☐ c.   Fails to meet Standards

   COMMENTS:

   E.   Knowledge of City Geography

   ☒ a.   Exceeds Standards
   ☐ b.   Meets Standards
   ☐ c.   Fails to meet Standards

   COMMENTS:

2.    Job Skills

A.  Driving Skills – Normal Conditions

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

B.  Driving Skills – Stressful / Emergency Conditions

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

C.  Report Writing – Organization / Details

☒ a.   Exceeds Standards
☐ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

D.  Report writing – Grammar / Spelling / Neatness

☒ a.   Exceeds Standards
☐ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS: Very few mistakes

E.  Report Writing Appropriate Time Used

☒ a.   Exceeds Standards
☐ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

F.  Use of Radio

☒ a.   Exceeds Standards
☐ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

3

G.  Interview / Interrogation Skills

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

H.  Investigation Skills / Protecting Crime Scene

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS: Active interest in investigatory process

3.      Quantity of Work

A.      Timeliness of Work

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

B.      Self – Initiated Activity

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS: Disciplinary action triggered less pro-active work than usual for officer. Difference of opinion slowed pro-active work to a near halt in December which was addressed and received assurance from officer that this would change.

C.      Planning And Organizing Work

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

D.      Amount of Work Performed

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

4

4.   Quality of Work

    A.   Accuracy of Work

    ☒ a.   Exceeds Standards
    ☐ b.   Meets Standards
    ☐ c.   Fails to meet Standards

    COMMENTS:

5.   Self Control

    A.  Control of Conflict

    ☒ a.   Exceeds Standards
    ☐ b.   Meets Standards
    ☐ c.   Fails to meet Standards

    COMMENTS:

    B.  Performance Under Pressure

    ☐ a.   Exceeds Standards
    ☒ b.   Meets Standards
    ☐ c.   Fails to meet Standards

    COMMENTS:

6.   Safety

    A.   Officer Safety

    ☐ a.   Exceeds Standards
    ☒ b.   Meets Standards
    ☐ c.   Fails to meet Standards

    COMMENTS:

7.   Control of Conflict

    A.   Voice Command

    ☒ a.   Exceeds Standards
    ☐ b.   Meets Standards
    ☐ c.   Fails to meet Standards

    COMMENTS:

B.     Physical skill

☒ a.   Exceeds Standards
☐ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS: Stays active and physically fit

8.   Judgement / Decision Making

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

**PERFORMANCE APPRAISAL**
**SEMI-ANNUAL EVALUATION**
**FINAL REVIEW SHEET**
**SECTION II**

OVERALL EVALUATION:

☐ 1.   Excellent
☒ 2.   Above Standard
☐ 3.   Meets Standard
☐ 4.   Needs Improvement
☐ 5.   Unacceptable

JOB STRENGTHS: Intelligent, fast learner, accurate and well written reports, investigative skills.

AREAS NEEDING IMPROVEMENT: Increase pro-activity

GOALS FOR NEXT EVALUATION: _____

_____

RATERS:
1. Sgt David Heintz

2. Sgt Danielle Rodriguez

RATERS COMMENTS: I feel that an above average rating is correct despite the fall in pro-active work. A drop in self initiated activity occurred after receiving disciplinary action on 07-24-14 and again in December due to a difference of opinion in activity level which was addressed. Officer assured me that as of January he would return to being pro-active.

This Performance Appraisal is based on my/our observations and knowledge of the employee's Performance.

_____
Signature

_____
Signature

Employees Comments: _Was Assigned To timberlane in December. Pro-Active patrol was Conducted with A focus on preventing Neighborhood break-ins. Verbally Counselled in Ref. to ticket numbers And Advised that I would Assume normal patrol in January. December was A Community-related month for my Tour of Duty._

This Performance Appraisal has been discussed with me.

1-14-15
Date

_____
Signature

7

Note: The employee's signature indicates that he/she has been read and understands the contents of this evaluation. It does not indicate their agreement or disagreement with its contents

# GRETNA POLICE DEPARTMENT
## PERFORMANCE APPRAISAL
### COVER SHEET

NAME: **Daniel Swear**      **DATE :12-30-14**

**SECTION: II   PATROL DIVISION**

**GRETNA POLICE DEPARTMENT**
**PERFORMANCE APPRAISAL**
**SEMI – ANNUAL EVALUATION**
**SECTION II**

1.   Job Knowledge

    A.   Knowledge of Department Policies, Procedures and Regulations

       ☐ a.   Exceeds Standards
       ☒ b.   Meets Standards
       ☐ c.   Fails to meet Standards

COMMENTS:

    B.   Knowledge of Criminal Laws, Traffic Laws, and City Ordinances

       ☐ a.   Exceeds Standards
       ☒ b.   Meets Standards
       ☐ c.   Fails to meet Standards

COMMENTS:

    C.   Knowledge of Community Events and Crime Patterns

       ☐ a.   Exceeds Standards
       ☒ b.   Meets Standards
       ☐ c.   Fails to meet Standards

COMMENTS:

    D.   Knowledge of Department / Criminal Justice System

       ☐ a.   Exceeds Standards
       ☒ b.   Meets Standards
       ☐ c.   Fails to meet Standards

COMMENTS:

    E.   Knowledge of City Geography

       ☒ a.   Exceeds Standards
       ☐ b.   Meets Standards
       ☐ c.   Fails to meet Standards

COMMENTS:

2.      Job Skills

     A.  Driving Skills – Normal Conditions

       ☐ a.  Exceeds Standards
       ☒ b.  Meets Standards
       ☐ c.  Fails to meet Standards

     COMMENTS:

     B.  Driving Skills – Stressful / Emergency Conditions

       ☐ a.  Exceeds Standards
       ☒ b.  Meets Standards
       ☐ c.  Fails to meet Standards

     COMMENTS:

     C.  Report Writing – Organization / Details

       ☒ a.  Exceeds Standards
       ☐ b.  Meets Standards
       ☐ c.  Fails to meet Standards

     COMMENTS:

     D.  Report writing – Grammar / Spelling / Neatness

       ☒ a.  Exceeds Standards
       ☐ b.  Meets Standards
       ☐ c.  Fails to meet Standards

     COMMENTS: Very few mistakes

     E.  Report Writing Appropriate Time Used

       ☒ a.  Exceeds Standards
       ☐ b.  Meets Standards
       ☐ c.  Fails to meet Standards

     COMMENTS:

     F.  Use of Radio

       ☒ a.  Exceeds Standards
       ☐ b.  Meets Standards
       ☐ c.  Fails to meet Standards

     COMMENTS:

G.  Interview / Interrogation Skills

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

H.  Investigation Skills / Protecting Crime Scene

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS: Active interest in investigatory process

3.   Quantity of Work

A.   Timeliness of Work

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

B.   Self – Initiated Activity

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS: Disciplinary action triggered less pro-active work than usual for
officer. Difference of opinion slowed pro-active work to a near halt in December
which was addressed and received assurance from officer that this would change.

C.   Planning And Organizing Work

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

D.   Amount of Work Performed

☐ a.   Exceeds Standards
☒ b.   Meets Standards
☐ c.   Fails to meet Standards

COMMENTS:

4

4.    Quality of Work

    A.    Accuracy of Work

    ☒ a.  Exceeds Standards
    ☐ b.  Meets Standards
    ☐ c.  Fails to meet Standards

    COMMENTS:

5.    Self Control

    A.  Control of Conflict

    ☒ a.  Exceeds Standards
    ☐ b.  Meets Standards
    ☐ c.  Fails to meet Standards

    COMMENTS:

    B.  Performance Under Pressure

    ☐ a.  Exceeds Standards
    ☒ b.  Meets Standards
    ☐ c.  Fails to meet Standards

    COMMENTS:

6.    Safety

    A.    Officer Safety

    ☐ a.  Exceeds Standards
    ☒ b.  Meets Standards
    ☐ c.  Fails to meet Standards

    COMMENTS:

7.    Control of Conflict

    A.    Voice Command

    ☒ a.  Exceeds Standards
    ☐ b.  Meets Standards
    ☐ c.  Fails to meet Standards

    COMMENTS:

   B.   Physical skill

   ☒ a.   Exceeds Standards
   ☐ b.   Meets Standards
   ☐ c.   Fails to meet Standards

   COMMENTS: Stays active and physically fit

8.   Judgement / Decision Making

   ☐ a.   Exceeds Standards
   ☒ b.   Meets Standards
   ☐ c.   Fails to meet Standards

   COMMENTS:

6

**PERFORMANCE APPRAISAL**
**SEMI-ANNUAL EVALUATION**
**FINAL REVIEW SHEET**
**SECTION II**

OVERALL EVALUATION:

☐ 1.  Excellent
☒ 2.  Above Standard
☐ 3.  Meets Standard
☐ 4.  Needs Improvement
☐ 5.  Unacceptable

JOB STRENGTHS: Intelligent, fast learner, accurate and well written reports, investigative skills.

AREAS NEEDING IMPROVEMENT: Increase pro-activity

GOALS FOR NEXT EVALUATION: _____

_____

RATERS:
1. Sgt David Heintz

2. Sgt Danielle Rodriguez

RATERS COMMENTS: I feel that an above average rating is correct despite the fall in pro-active work. A drop in self initiated activity occurred after receiving disciplinary action on 07-24-14 and again in December due to a difference of opinion in activity level which was addressed. Officer assured me that as of January he would return to being pro-active.

This Performance Appraisal is based on my/our observations and knowledge of the employee's Performance.

_____
Signature

_____
Signature

Employees Comments: _Was Assigned To Timberlane in December. Pro-Active patrol was Conducted with A Focus on Preventing Neighborhood break-ins. Verbally Counselled in Ref. to ticket numbers And Advised that I would Assume normal patrol in January. December was A Community-Relation Month for My Tour of Duty._

This Performance Appraisal has been discussed with me.

_1-14-15_
Date

FTO _____
Signature

7

Note: The employee's signature indicates that he/she has been read and understands the contents of this evaluation. It does not indicate their agreement or disagreement with its contents

 **MEMO**

| | |
|---|---|
| **To:** | Sergeant Brian Rico |
| **From:** | Officer Thomas Bryson |
| **CC:** | Captain Scott Vinson, Lieutenant JR |

| | |
|---|---|
| **Date:** | 01/07/2015 |
| **Re:** | Request of disciplinary write up |

Dear Sir,

In October, 2014, I was given a disciplinary write up which I signed. On that day I was never given a copy of the paper I signed.

I have requested in numerous occasions the copy of the disciplinary write up. This is a written request for the disciplinary write up in which I signed.

Respectfully Submitted,

Officer Thomas Bryson




# City of Gretna Police Department

## Arthur S. Lawson, Jr., Chief of Police

To      : Captain Scott Vinson
From   : Sgt Danielle Rodriguez
Date   : 01-13-15
Re      : FTO Daniel Swear – Oral Reprimand for DR 6-4 (Unsatisfactory Performance By Members)

In the month of December with a total of 11 days worked, all of which were in Beat 21 (Timberlane) which is heavily associated with traffic enforcement and patrol, FTO Swear delivered an unsatisfactory performance.

With approximately 132 hours of patrol time, 3 ARMMS reports were written, 2 ARMMS supplements, 1 crash report, 2 JAR misdemeanor arrests, 1 attachment/warrant, 23 MIC's, and 15 citations were written, 7 of which were on the last day after the deficiency was more aggressively addressed. Standard business and residence checks were completed as well as patrols of his beat, but do not sustain a justifiable excuse for lack of daily traffic enforcement.

I spoke with FTO Swear on December 30th in regards to the deficiency and he felt he successfully argued his viewpoint on not issuing citations during the holidays which is the reason 8 out of 11 days did not include any type of traffic enforcement. It was explained to FTO Swear that although his viewpoint is appreciated, his duties still include daily and regular traffic enforcement despite the holiday season. After this conversation with FTO Swear, he assured me that in January he would return to normal enforcement activities and attempted to close the gap acquiring 7 citations during that tour of duty.

I waited to submit this counseling session to provide a report of his current activities and can confirm that he is indeed back to normal duties. I feel that this verbal counseling will suffice to prevent this from occurring again.

Respectfully Submitted,

Sgt D. Rodriguez

Received By :

FTO D. Swear

200 Fifth Street, Gretna, Louisiana   70053
(504)363-1700   •   Fax(504)363-1725



# MEMO

**To:**    Captain Burmaster

**From:**   Reserve Officer Daniel Swear

**CC:**    Chief Arthur Lawson

**Date:**   20 April 2015

Effective on today's date, 20 April 2015, I hereby resign from reserve status at the Gretna Police Department.

Sincerely,

Daniel W. Swear

Received By:_____

DEPARTMENT TEAM STATISTICS
DECEMBER
2014

| | "A" TEAM | "B" TEAM | "C" TEAM | "D" TEAM | | TOTALS |
|---|---|---|---|---|---|---|
| 1. TOTAL COMPLAINTS | 931 | 786 | 597 | 507 | | 2821 |
| 2. NON-RTF'S | 687 | 501 | 382 | 309 | | 1879 |
| 3. OLD COMPLAINTS | 49 | 56 | 50 | 25 | | 180 |
| 4. ASSISTS | 376 | 428 | 360 | 380 | | 1544 |
| 5. ARMMS | 95 | 96 | 57 | 60 | | 308 |
| 6. SUPPLEMENT | 12 | 14 | 8 | 9 | | 43 |
| 7. VEH. STOLEN | | 1 | | | | 1 |
| 8. VEH. RECOVERED | 2 | | | 1 | | 3 |
| 9. ACCIDENT | 26 | 16 | 7 | 4 | | 53 |
| 10. SUMMONS | 4 | 4 | 2 | 2 | | 12 |
| 11. WARRANT/ATTACHMENT | 119 | 157 | 143 | 123 | | 542 |
| 12. FELONY ARREST | 10 | 4 | 6 | 10 | | 30 |
| 13. MISDEMEANOR ARREST | 64 | 46 | 44 | 37 | | 191 |
| 14. DWI ARREST | | | | | | |
| 15. JAR FELONY | 2 | | | 2 | | 4 |
| 16. JAR MISDEMEANOR | 4 | 6 | 2 | 4 | | 16 |
| 17. CITATIONS | 409 | 278 | 247 | 255 | | 1189 |
| 18. RADAR CITATIONS | 38 | 74 | 12 | 24 | | 148 |
| 19. PARKING CITATIONS | 5 | 1 | 1 | 3 | | 10 |
| 20. WARNING CITATIONS | | | | | | |
| 21. LICENSE PLATES | 22 | 10 | 18 | 13 | | 63 |
| 22. BUSINESS CHECKS | 603 | 533 | 590 | 247 | | 1973 |
| 23. RESIDENCE CHECKS | 51 | 307 | 142 | 16 | | 516 |
| 24. VEHICLE CHECKS | 40 | 49 | 75 | 43 | | 207 |
| 25. VEHICLE TAGGED | 3 | 1 | | | | 4 |
| 26. VEHICLE TOWED | 7 | 5 | 15 | 12 | | 39 |
| 27. PEDESTRIAN CHECKS | 24 | 21 | 25 | 16 | | 86 |
| 28. FIC/MIC | 280 | 103 | 124 | 97 | | 604 |
| 29. LITTERING | | | | | | |
| 30. REFERRALS | | | | | | |
| | | | | | | |
| DAYS WORKED | 16 | 15 | 16 | 15 | | 31 |

From:     Daniel Swear
To:     Corey Hebert;
Subject:     Gretna Picture Att. 1
Date:     Tuesday, March 24, 2015 6:53:15 PM

Stat sheet to go with 12-15-14 Info (1 image)



| | Verrett | Sweer | Chiasson | Par | Frisch | Bobinaux | Vacant |
|---|---|---|---|---|---|---|---|
| 1. TOTAL COMPLAINTS | | | | | | | |
| 2. NON-RTF'S | 28 | 21 | 45 | 25 | 50 | 37 | |
| 3. OLD COMPLAINTS | 18 | 18 | 26 | 21 | 27 | 25 | |
| 4. ASSISTS | 2 | 2 | 3 | 0 | 4 | 5 | |
| 5. ARRESTS | 15 | 24 | 5 | 5 | 22 | 13 | |
| 6. SUPPLEMENT | 5 | 4 | 1 | 2 | 5 | 0 | |
| 7. VEHICLE STOLEN | 1 | 2 | 0 | 0 | 2 | 0 | |
| 8. VEHICLE RECOVERY | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9. ACCIDENT | 0 | 0 | 0 | 0 | 0 | 0 | |
| 10. SUMMONS | 2 | 0 | 0 | 0 | 0 | 0 | |
| 11. WARRANT/ATTACHMENT | 3 | 1 | 1 | 0 | 0 | 1 | |
| 12. FELONY ARREST | 3 | 1 | 14 | 2 | 12 | 11 | |
| 13. MISD. ARREST | 4 | 0 | 5 | 1 | 8 | 0 | |
| 14. DWI ARREST | 0 | 0 | 0 | 0 | 0 | 0 | |
| 15. JAR FELONY | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16. JAR MISDEMEANOR | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17. CITATIONS | 13 | 3 | 20 | 24 | 35 | 3 | |
| 18. RADAR CITATIONS | 0 | 0 | 0 | 4 | 2 | 0 | |
| 19. PARKING CITATIONS | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20. WARNING CITATIONS | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21. PLATES | 2 | 1 | 1 | 2 | 2 | 0 | |
| 22. BUSINESS CHECKS | 57 | 21 | 20 | 25 | 32 | 28 | |
| 23. RESIDENCE CHECKS | 33 | 5 | 22 | 12 | 0 | 2 | |
| 24. VEHICLE CHECKS | 4 | 6 | 8 | 2 | 14 | 0 | |
| 25. VEHICLE TAG | 0 | 0 | 0 | 0 | 0 | 0 | |
| 26. VEHICLE TOW | 2 | 0 | 3 | 3 | 1 | 0 | |
| 27. PEDESTRIAN CHECKS | 0 | 0 | 0 | 0 | 0 | 1 | |
| 28. MIC | 4 | 11 | 4 | 3 | 7 | 10 | |
| 29. LITTERING | 0 | 0 | 0 | 0 | 0 | 0 | |
| 30. REFERRALS | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | |
| DAYS WORKED | 7 | 4 | 7 | 5 | 7 | 4 | |

Policy to go with 12-19-14 Info (3 images)

**Gretna Police Department**
**Departmental Regulations**

Issued 12/15/2014

**DR 6-2  ARTICLE 82.1**

**Recording Devices:**

The use of any recording device by any employee or member of the Department for the purpose of surreptitiously recording any conversation relating in any way, directly or indirectly, to the Department, or business of the Department, with a tape recorder, whether digital or otherwise, or other recording device (including cell phone or any electronic device) except with the prior approval of the Chief, or Deputy Chief of Police shall be deemed a violation of the Code of Conduct.

The purpose of this policy is to ensure effective, open, and honest communication and discord among members of the Department, regarding the Department and its operations, investigations, policies, actions, and/or personnel, and to eliminate a chilling or detrimental effect on any of the foregoing which may exist when any person is concerned that his, or her, conversation is being recorded which would prevent, or inhibit, the honest and spontaneous dialogues when foregoing are discussed.

The policy shall equally apply when either party of the conversation is a member of the Department who is "on" or "off" duty, if the conversation relates directly, or indirectly, to the business of the Department.

Violation of this policy will result in corrective or disciplinary action as may be appropriate, including suspension and/or termination of employment.

**ARTICLE 82.1**
**Recording Devices:**

The use of any recording device by any member of the department for the purpose of surreptitiously recording any conversation relating to any business between members of the department while on or off duty shall be deemed a violation of the Code of Conduct except as follows:

1. In a criminal investigation subject to the approval of the Bureau Commander having responsibility of the investigation.

2. In an internal investigation subject to the approval of the Chief of Police of his designee.

All usage is subject to applicable laws.



# City of Gretna Police Department
## Arthur S. Lawson, Jr., Chief of Police



**Date:**      December 17, 2014

**To:**        All Commanders

**From:**      Anthony H. Christiana Jr.
               Deputy Chief of Police

**Re:**        **Departmental Regulation 6-2 Article 82.1**

All Commanders please ensure that all personnel obtain a copy of DR 6-2
Rules for Administration for Departmental of Police Article 82.1 Recording
Devices.

This Departmental Regulation is effective as of December 15, 2014 and should
be considered a permanent part of the Operations Manual. This page should
be inserted into the hard copy manual between pages 20 and 21.

In an electronic format DR 6-2 Article 82.1 should be copied and pasted
beneath Article 82 Section of Operations and Article 83 Section of Records.

All Commanders are to obtain a copy of the attached written receipt of
deliverance of 6-2 Article 82.1 from each member under their command.

These receipts shall be collected and returned to the Administration office for
placement in personnel jackets.

Any questions, please contact my office.


Attachments
AHC/th

200 Fifth Street, Gretna, Louisiana 70053   *   (504) 363-1700   *   Fax (504) 363-1725



*City of Gretna Police Department*

*Arthur S. Lawson, Jr., Chief of Police*

December 17, 2014

I, _____, am in receipt of a
Departmental Regulation 6-2 Article 82.1 Recording Devices dated
December 17, 2014.

_____
Signature

ARC/th

*260 Fifth Street, Gretna, Louisiana 70053 ⋆ (504) 363-1700 ⋆ Fax (504) 364-1725*

Daniel W. Swear

Cell    (504) 319-2718

C-TEAM                                                                                       Page 1

| | Verrett | Swear | Chiasson | Paz | Frisch | Brouillette | Vacant | Other | Ems | Comm | Rank | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.  TOTAL COMPLAINTS | 40 | 97 | 77 | 103 | 117 | 72 | | | | | | | | 506 | | |
| 2.  NON-RTF'S | 29 | 58 | 49 | 71 | 58 | 53 | | | | | | | | 318 | | |
| 3.  OLD COMPLAINTS | 1 | 6 | 3 | 2 | 10 | 5 | | | | | | | | 27 | | |
| 4.  ASSISTS | 14 | 42 | 29 | 37 | 22 | 75 | | | | | | | | 219 | | |
| 5.  ARRMS | 1 | 16 | 9 | 7 | 10 | 6 | | | | | | | | 49 | | |
| 6.  SUPLEMENT | 0 | 1 | 1 | 2 | 2 | 1 | | | | | | | | 7 | | |
| 7.  VEHICLE STOLEN | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| 8.  VEHICLE RECOVERY | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| 9.  ACCIDENT | 0 | 0 | 0 | 3 | 1 | 0 | | | | | | | | 4 | | |
| 10. SUMMONS | 0 | 0 | 0 | 1 | 0 | 0 | | | | | | | | 1 | | |
| 11. WARRANT/ATTACHMENT | 10 | 20 | 18 | 19 | 46 | 12 | | | | | | | | 125 | | |
| 12. FELONY ARREST | 0 | 3 | 1 | 0 | 0 | 0 | | | | | | | | 4 | | |
| 13. MISD. ARREST | 0 | 11 | 5 | 4 | 12 | 0 | | | | | | | | 32 | | |
| 14. DWI ARREST | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| 15. JAR FELONY | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| 16. JAR MISDEMEANOR | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| 17. CITATIONS | 10 | 38 | 38 | 32 | 44 | 36 | | | | | | | | 198 | | |
| 18. RADAR CITATIONS | 0 | 6 | 0 | 15 | 7 | 0 | | | | | | | | 28 | | |
| 19. PARKING CITATIONS | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| 20. WARNING CITATIONS | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| 21. PLATES | 0 | 6 | 0 | 3 | 2 | 4 | | | | | | | | 15 | | |
| 22. BUSINESS CHECKS | 40 | 9 | 105 | 23 | 44 | 118 | | | | | | | | 339 | | |
| 23. RESIDENCE CHECKS | 24 | 0 | 26 | 11 | 0 | 31 | | | | | | | | 92 | | |
| 24. VEHICLE CHECKS | 8 | 11 | 10 | 16 | 15 | 1 | | | | | | | | 61 | | |
| 25. VEHICLE TAG | 0 | 2 | 0 | 0 | 0 | 0 | | | | | | | | 2 | | |
| 26. VEHICLE TOW | 0 | 1 | 0 | 5 | 6 | 1 | | | | | | | | 13 | | |
| 27. PEDESTRIAN CHECKS | 2 | 1 | 4 | 11 | 3 | 3 | | | | | | | | 24 | | |
| 28. MISC | 10 | 25 | 12 | 20 | 15 | 20 | | | | | | | | 92 | | |
| 29. LITTERING | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| 30. REFERRALS | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | | |
|      DAYS  WORKED | 6 | 11 | 10 | 12 | 9 | 11 | | | | | | | | | | |

C-Team

DECEMBER 2014                              MONTHLY TEAM STATISTICS                                    "A" TEAM

| | ALFARO | BRYSON | MILLER | BARTLETT | MATTE | DOUGHERTY | BOUDREAUX | COMM | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. TOTAL ITEMS | 132 | 159 | 119 | 117 | 80 | 125 | 146 | 38 | 15 | 931 |
| 2. NON-RTF'S | 105 | 125 | 65 | 89 | 56 | 124 | 109 | 0 | 14 | 687 |
| 3. OLD COMPLAINTS | 2 | 11 | 8 | 4 | 0 | 2 | 22 | 0 | 49 |
| 4. ASSISTS | 39 | 17 | 56 | 56 | 41 | 22 | 40 | 0 | 105 | 376 |
| 5. ARMMS | 14 | 15 | 18 | 13 | 13 | 1 | 20 | 0 | 1 | 95 |
| 6. SUPPLEMENT | 1 | 4 | 6 | 0 | 0 | 0 | 1 | 0 | 0 | 12 |
| 7. VEH. STOLEN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8. VEH. RECOVERED | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| 9. ACCIDENT | 4 | 11 | 3 | 3 | 4 | 0 | 1 | 0 | 0 | 26 |
| 10. SUMMONS | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 4 |
| 11. WARRANT/ATTACHMENT | 11 | 12 | 27 | 9 | 6 | 0 | 16 | 38 | 0 | 119 |
| 12. FELONY ARREST | 0 | 0 | 0 | 4 | 4 | 0 | 2 | 0 | 0 | 10 |
| 13. MISDEMEANOR ARREST | 9 | 6 | 20 | 7 | 7 | 0 | 15 | 0 | 0 | 64 |
| 14. DWI ARREST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15. JAR FELONY | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| 16. JAR MISDEMEANOR | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 4 |
| 17. CITATIONS | 26 | 39 | 62 | 13 | 22 | 146 | 90 | 0 | 11 | 409 |
| 18. RADAR CITATIONS | 11 | 3 | 7 | 6 | 2 | 6 | 3 | 0 | 0 | 38 |
| 19. PARKING CITATIONS | 0 | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 5 |
| 20. WARNING CITATIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21. LICENSE PLATES | 0 | 0 | 8 | 2 | 4 | 0 | 8 | 0 | 0 | 22 |
| 22. BUSINESS CHECKS | 36 | 104 | 23 | 15 | 17 | 86 | 26 | 0 | 296 | 603 |
| 23. RESIDENCE CHECKS | 1 | 5 | 2 | 0 | 2 | 34 | 6 | 0 | 1 | 51 |
| 24. VEHICLE CHECKS | 2 | 6 | 2 | 5 | 3 | 5 | 17 | 0 | 0 | 40 |
| 25. VEHICLE TAGGED | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |
| 26. VEHICLE TOWED | 0 | 0 | 1 | 1 | 4 | 0 | 1 | 0 | 0 | 7 |
| 27. PEDESTRIAN CHECKS | 3 | 0 | 4 | 4 | 6 | 0 | 7 | 0 | 0 | 24 |
| 28. FIC/MIC | 40 | 45 | 29 | 32 | 28 | 56 | 44 | 0 | 6 | 280 |
| 29. LITTERING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30. REFERRALS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DAYS WORKED | 12.5 | 13.5 | 14.5 | 13 | 13.5 | 15 | 13.5 | 16 | 16 | 16 |

AUGUST 2014
February 2015

MID MONTHLY TEAM STATISTICS

"A" TEAM

| | ALFARO | BRYSON | MILLER | BARTLETT | MATTE | DOUGHERTY | BOUDREAUX | COMM | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. TOTAL ITEMS | 87 | 71 | 61 | 53 | | 69 | 82 | | | 423 |
| 2. NON-RTF'S | 72 | 56 | 40 | 37 | | 67 | 48 | | | 320 |
| 3. OLD COMPLAINTS | 0 | 1 | 3 | 2 | | 1 | 0 | | | 7 |
| 4. ASSISTS | 21 | 11 | 29 | 17 | | 16 | 22 | | | 116 |
| 5. ARMMS | 10 | 9 | 16 | 11 | | 1 | 17 | | | 64 |
| 6. SUPPLEMENT | 0 | 0 | 2 | 2 | | 0 | 0 | | | 4 |
| 7. VEH. STOLEN | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 8. VEH. RECOVERED | 0 | 0 | 1 | | | 0 | 1 | | | 2 |
| 9. ACCIDENT | 1 | 0 | 0 | 1 | | 0 | 1 | | | 3 |
| 10. SUMMONS | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 11. WARRANT/ATTACHMENT | 3 | 6 | 1 | 3 | | 0 | 17 | | | 30 |
| 12. FELONY ARREST | 0 | 0 | 1 | | | 0 | 2 | | | 3 |
| 13. MISDEMEANOR ARREST | 5 | 1 | 7 | 8 | | 0 | 11 | | | 32 |
| 14. DWI ARREST | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 15. JAR FELONY | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 16. JAR MISDEMEANOR | 0 | 0 | 0 | 1 | | 0 | 0 | | | 1 |
| 17. CITATIONS | 18 | 20 | 43 | 26 | | 109 | 37 | | | 253 |
| 18. RADAR CITATIONS | 10 | 0 | 7 | 6 | | 5 | 5 | | | 33 |
| 19. PARKING CITATIONS | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 20. WARNING CITATIONS | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 21. LICENSE PLATES | 1 | 1 | 5 | 2 | | 0 | 2 | | | 11 |
| 22. BUSINESS CHECKS | 16 | 19 | 6 | | | 38 | 8 | | | 87 |
| 23. RESIDENCE CHECKS | 0 | 0 | 8 | | | 18 | 6 | | | 32 |
| 24. VEHICLE CHECKS | 2 | 3 | 2 | 2 | | 1 | 7 | | | 17 |
| 25. VEHICLE TAGGED | 0 | 0 | 2 | | | 1 | 0 | | | 3 |
| 26. VEHICLE TOWED | 0 | 0 | 2 | | | 0 | 2 | | | 4 |
| 27. PEDESTRIAN CHECKS | 1 | 0 | 0 | 1 | | 0 | 2 | | | 4 |
| 28. FIC/MIC | 36 | 22 | 25 | 22 | | 43 | 20 | | | 168 |
| 29. LITTERING | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| 30. REFERRALS | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| DAYS WORKED | 8.5 | 8 | 9 | 5 | | 8.5 | 7.5 | | | 46.5 |

AUGUST 2014  MONTHLY TEAM STATISTICS  "A" TEAM

| | MEKDESSIE | ALFARO | BRYSON | MILLER | BARTLETT | MATTE | DOUGHERTY | BOUDREAUX | COMM | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. TOTAL ITEMS | 65 | 94 | 158 | 182 | I | 141 | 118 | 187 | 80 | 12 | 1037 |
| 2. NON-RTF'S | 60 | 71 | 122 | 104 | O | 101 | 111 | 89 | 0 | 10 | 668 |
| 3. OLD COMPLAINTS | 0 | 0 | 5 | 11 | D | 9 | 2 | 12 | 43 | 1 | 83 |
| 4. ASSISTS | 19 | 33 | 29 | 90 | | 58 | 21 | 55 | 0 | 143 | 448 |
| 5. ARMMS | 0 | 7 | 15 | 25 | | 16 | 2 | 21 | 0 | 1 | 87 |
| 6. SUPPLEMENT | 1 | 0 | 1 | 6 | | 0 | 0 | 2 | 0 | 1 | 11 |
| 7. VEH. STOLEN | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 8. VEH. RECOVERED | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 9. ACCIDENT | 1 | 3 | 8 | 4 | | 5 | 1 | 2 | 0 | 0 | 24 |
| 10. SUMMONS | 0 | 0 | 4 | 4 | | 1 | 0 | 4 | 0 | 0 | 13 |
| 11. WARRANT/ATTACHMENT | 3 | 12 | 9 | 38 | | 18 | 3 | 72 | 80 | 1 | 236 |
| 12. FELONY ARREST | 0 | 1 | 0 | 2 | | 0 | 0 | 2 | 0 | 0 | 5 |
| 13. MISDEMEANOR ARREST | 0 | 1 | 6 | 12 | | 10 | 0 | 13 | 0 | 2 | 44 |
| 14. DWI ARREST | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15. JAR FELONY | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16. JAR MISDEMEANOR | 0 | 0 | 0 | 0 | | 1 | 0 | 0 | 0 | 0 | 1 |
| 17. CITATIONS | 79 | 27 | 65 | 59 | | 53 | 117 | 105 | 0 | 0 | 505 |
| 18. RADAR CITATIONS | 21 | 11 | 2 | 19 | | 10 | 21 | 1 | 0 | 0 | 85 |
| 19. PARKING CITATIONS | 0 | 0 | 1 | 0 | | 0 | 0 | 0 | 0 | 0 | 1 |
| 20. WARNING CITATIONS | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21. LICENSE PLATES | 6 | 0 | 0 | 5 | | 3 | 0 | 12 | 0 | 0 | 26 |
| 22. BUSINESS CHECKS | 67 | 1 | 43 | 13 | | 0 | 60 | 2 | 0 | 107 | 293 |
| 23. RESIDENCE CHECKS | 0 | 6 | 4 | 20 | | 0 | 51 | 5 | 0 | 0 | 86 |
| 24. VEHICLE CHECKS | 11 | 5 | 6 | 6 | | 10 | 0 | 18 | 0 | 0 | 56 |
| 25. VEHICLE TAGGED | 0 | 1 | 1 | 1 | | 0 | 0 | 0 | 0 | 0 | 3 |
| 26. VEHICLE TOWED | 0 | 0 | 1 | 4 | | 1 | 0 | 4 | 0 | 0 | 10 |
| 27. PEDESTRIAN CHECKS | 0 | 0 | 1 | 3 | | 8 | 0 | 6 | 0 | 0 | 18 |
| 28. FIC/MIC | 47 | 40 | 89 | 56 | | 59 | 52 | 55 | 0 | 4 | 402 |
| 29. LITTERING | 0 | 0 | 2 | 0 | | 0 | 0 | 0 | 0 | 0 | 2 |
| 30. REFERRALS | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| DAYS WORKED | 11 | 9 | 17 | 17 | | 13 | 17 | 14 | 17 | 17 | 17 |

## MONTHLY TEAM STATISTICS

| | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
| | 6 | 7 | | | | 7 | 5 | | | 13 | 13 | 14 | | | 12 | 5 | | | | | | | | | | | | | | 82 |
| | 3 | 5 | | | | 6 | 3 | | | 12 | 9 | 8 | | | 9 | 4 | | | | | | | | | | | | | | 59 |
| | | 1 | | | | | 1 | | | | 4 | | | | 1 | | | | | | | | | | | | | | | 7 |
| | | 5 | | | | | 2 | | | 1 | | 1 | | | 2 | 3 | | | | | | | | | | | | | | 14 |
| | 1 | 1 | | | | | 1 | | | 1 | | 2 | | | 2 | 1 | | | | | | | | | | | | | | 9 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| | | 3 | | | | 1 | 1 | | | | 4 | 4 | | | | | | | | | | | | | | | | | | 13 |
| | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| | | 1 | | | | | 1 | | | | | 2 | | | 1 | 1 | | | | | | | | | | | | 10/12 | | 6 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | 1 | | | | | | | | 3 | | 1 | | | 9 | | | | | | | | | | | | | 20 | | 14 |
| | | | | | | | | | | | | 1 | | | 4 | | | | | | | | | | | | | | | 5 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | 1 | 2 | | | | 2 | 2 | | | 3 | 2 | 1 | | | | | | | | | | | | | | | | | | 13 |
| | | | | | | | 2 | | | | 2 | | | | | | | | | | | | | | | | | | | 4 |
| | | | | | | | | | | 1 | | | | | 1 | | | | | | | | | | | | | | | 2 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | 1 |
| | 1 | 1 | | | | 2 | 3 | | | 6 | 6 | 6 | | | 6 | 2 | | | | | | | | | | | | | | 33 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | 1 | 1 | | | | 1 | 1 | | | 1 | 1 | 1 | | | 1 | 1 | | | | | | | | | | | | | | 9 |

*Reports*

*Felony*

*Misc*

*cits*

*Radar*

*10 aday*




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1) __FTO DANIEL SWEAR #127 (G5293)__          OFFICER (2) _____

| Division: | Patrol | Platoon: | C-Team | Beat: | | Date: | 12/1/14 | | Hours: | 1900 to 0700 |
|---|---|---|---|---|---|---|---|---|---|---|

| Unit No. | 16 | 1. Total Items | 6 | 9. Accident | | 17. Citations | | 25. Veh Tag | |
|---|---|---|---|---|---|---|---|---|---|
| Equip No. | 303 | 2. Non RTF's | 6 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | |
| Mile In | 25813.9 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | |
| Mile Out | 35745.0 | 4. Assists | 2 | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards | 5 |
| Total Mile | 69.9 | 5. ARMMS | | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering | |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 6 | 30. Referrals | |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | 2 | | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | 2 | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 3200 BLK WHITNEY | 21 | 60090 | 1902 | 1910 | NAT |
| 3200 BLK WHITNEY | 18 | A | 2014 | 2049 | A-19 |
| 1000 BLK LAPALCO | 18 | 60100 | 2200 | 2203 | MIC VEH CHK |
| 1620 BELLE CHASSE | 10-10 | - | - | - | 2 BUS CHK |
| 11 COLONY | 21 | 60106 | 0012 | 0015 | MIC |
| 925 CHRISTIANA | 21 | 60108 | 0025 | 0029 | MIC |
| 153 MEADOWBROOK | 21 | 60109 | 0035 | 0039 | MIC |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| 2300 BLK BELLE CHASSE | 18 | A | 0159 | 0215 | A-19 |
| PATROL | - | - | - | - | PATROL |
| 1820 BELLE CHASSE | 10-10 | - | - | - | 3 BUS CHK |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 2300 BLK BELLE CHASSE | 18 | 60112 | 0614 | 0620 | MIC VEH CHK |
| 200 5TH | 10-7 | - | - | 0700 | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____          SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____



# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT



OFFICER (1)  FTO DANIEL SWEAR #127 (G5293)            OFFICER (2) _____

| Division: | Patrol | Platoon: | C-Team | Beat: | | Date: | 12/2/14 | | Hours: | 1900 to 0700 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit No. | 16 | 1. Total Items | 6 | 9. Accident | | 17. Citations | 3 | 25. Veh Tag | |
| Equip No. | 303 | 2. Non RTF's | 5 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | |
| Mile In | 35870.4 | 3. Old Comp | | 11. Warr/Att | 1 | 19. Park Cts | | 27. Ped Cks | |
| Mile Out | 35813.9 | 4. Assists | | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards | 2 |
| Total Mile | 56.4 | 5. ARMMS | | 13. Misd Arrst | | 21. Plate(s) | 1 | 29. Littering | |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 3 | 30. Referrals | |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | | | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | 3 | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 1000 BLK LAPALCO | 18 | 60183 | 1928 | 1931 | MIC, VEH CHK |
| 1000 BLK LAPALCO | 18 | 60185 | 1939 | 2005 | MIC, 3 CITS (256285C), NOV, PLATE |
| 305 HAWTHORNE | 62A | 60189 | 2042 | 2050 | NAT |
| 1000 BLK LAPALCO | 18 | 60193 | 2126 | - | NAT, VEH CHK |
| " | 17 | 60194 | - | 2135 | RTF, 1-A |
| PATROL | - | - | - | - | PATROL |
| 1620 BELLE CHASSE | 10-10 | - | - | - | 2 BUS CHK |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| PATROL | - | - | - | - | PATROL |
| TIMBERLANE @ BELLE CHASE | 18 | 60218 | 0142 | 0145 | NAT, VEH CHK |
| 1614 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| PATROL | - | - | - | - | PATROL |
| 200 5TH | 10-10 | - | - | - | PAPERWORK/VEHICLE MAINT |
| 405 20TH | 10-40 | - | - | - | LUNCH |
| 200 5TH | 10-7 | - | - | 0600 | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____        SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1)   FTO DANIEL SWEAR #127 (G5293)            OFFICER (2) _____

| Division: | Patrol | Platoon: | C-Team | Beat: | Date: | 12/10/14 | Hours: | 1900 to 0700 |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit No. | 21 | 1. Total Items | 5 | 9. Accident | | 17. Citations | | 25. Veh Tag | |
| Equip No. | 303 | 2. Non RTF's | 4 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | |
| Mile In | 36012.4 | 3. Old Comp | 1 | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | |
| Mile Out | 35949.4 | 4. Assists | 2 | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards | 2 |
| Total Mile | 63 | 5. ARMMS | | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering | |
| | | 6. Supplmnt | 1 | 14. DWI Arrst | | 22. Bus Cks | 5 | 30. Referrals | |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | 1 | | |
| | | 8. Veh Recv | | 16. JAR Misd | 1 | 24. Veh Cks | 1 | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 480 TIMBERLANE | 10-10 | - | 1920 | 2000 | BUS CHK |
| 1620 BELLE CHASSE | 10-10 | - | 2005 | 2025 | BUS CHK |
| 180 COMMERCE | 24 | 61035 | 2030 | 2035 | NAT |
| MARLENE @ LAPALCO | 18 | 61036 | 2049 | 2053 | MIC, VEH CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 1620 BELLE CHASSE | 10-10 | A | 2300 | 2302 | A-17 |
| 633 ADEE | 21 | 61043 | 2325 | 2327 | MIC |
| 901 GRETNA BLVD | 1018 | L-61010-14 | 2356 | 0013 | RTF (SUPPLEMENT), 1-A JAR |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| 356 TIMBERLANE | 24 | 61049 | 0133 | 0151 | NAT |
| PATROL | 10-10 | - | - | - | PATROL |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| 1614 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| 1620 BELLE CHASSE | 107 | A | 0437 | 0440 | A-17 |
| 1820 BELLE CHASSE | 10-10 | - | - | - | 2 BUS CHK |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| 200 5TH | 10-7 | - | - | 0700 | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____    SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____



# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT



OFFICER (1)  FTO DANIEL SWEAR #127 (G5293)          OFFICER (2) _____

| Division: Patrol | Platoon: C-Team | Beat: | Date: 12/11/14 | Hours: 1900 to 0700 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Unit No. 21 | 1. Total Items 4 | 9. Accident | 17. Citations | 25. Veh Tag |
| Equip No. 303 | 2. Non RTF's 3 | 10. Summs | 18. Radar Cts | 26. Veh Tow |
| Mile In 36081.4 | 3. Old Comp 1 | 11. Warr/Att | 19. Park Cts | 27. Ped Cks |
| Mile Out 36011.9 | 4. Assists | 12. Felony Arrst | 20. Warn Cts | 28. Fic Cards 2 |
| Total Mile 69.5 | 5. ARMMS | 13. Misd Arrst | 21. Plate(s) | 29. Littering |
| | 6. Supplmnt 1 | 14. DWI Arrst | 22. Bus Cks 7 | 30. Referrals |
| | 7. Veh Stln | 15. JAR Fel | 23. Resd Cks 2 | |
| | 8. Veh Recv | 16. JAR Misd 1 | 24. Veh Cks 2 | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 501 WESTBANK | 10-10 | - | - | - | BUS CHK |
| 1820 BELLE CHASSE | 21 | 61114 | 2005 | 2009 | MIC (PATROL REQUEST) |
| 2305 ROSE DR | 10-18 | L-61062-14 | 2043 | 2100 | RTF, 1-A (JAR) |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 1000 BLK LAPALCO | 18 | 61125 | 2234 | 2239 | NAT, VEH CHK |
| MARLENE @ LAPALCO | 18 | 61127 | 2325 | 2328 | MIC, VEH CHK |
| 405 20TH STREET | 10-42 | - | - | - | RESTROOM USE |
| 2301 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 1820 BELLE CHASSE | 10-10 | - | - | - | 4 BUS CHK |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| 200 5TH | 10-7 | - | - | 0700 | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____          SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1)   FTO DANIEL SWEAR #127 (G5293)     OFFICER (2) _____

| Division: | Patrol | Platoon: | C-Team | Beat: | Date: | 12/16/14 | Hours: | 1900 to 0100 |
|---|---|---|---|---|---|---|---|---|

| Unit No. | 22 | | | | |
|---|---|---|---|---|---|
| Equip No. | 303 | | | | |
| Mile In | 36179.4 | | | | |
| Mile Out | 36147.1 | | | | |
| Total Mile | 32.3 | | | | |

| | | | |
|---|---|---|---|
| 1. Total Items | 1 | 9. Accident | |
| 2. Non RTF's | 1 | 10. Summs | |
| 3. Old Comp | | 11. Warr/Att | |
| 4. Assists | 7 | 12. Felony Arrst | |
| 5. ARMMS | | 13. Misd Arrst | |
| 6. Supplmnt | | 14. DWI Arrst | |
| 7. Veh Stln | | 15. JAR Fel | |
| 8. Veh Recv | | 16. JAR Misd | |
| 17. Citations | | 25. Veh Tag | |
| 18. Radar Cts | | 26. Veh Tow | |
| 19. Park Cts | | 27. Ped Cks | |
| 20. Warn Cts | | 28. Fic Cards | 1 |
| 21. Plate(s) | | 29. Littering | |
| 22. Bus Cks | 3 | 30. Referrals | |
| 23. Resd Cks | | | |
| 24. Veh Cks | 1 | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 800 BLK MARLENE | 18 | A | 2009 | 2017 | A-93 |
| 1620 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 17 WBX | 103 | A | 2050 | 2102 | A-22 |
| 1801 LAFAYETTE | 107 | A | 2102 | 2107 | A-97 |
| 87 WESTBANK | 10-10 | - | - | - | BUS CHK |
| 17 WBX | 1018 | A | - | - | A-20 |
| CHILO @ WBX | 107 | A | 2140 | 2145 | A-17 |
| 1400 BLK STUMPF | 18 | A | 2152 | 2008 | A-97 |
| STUMPF @ WBX | 18 | 61692 | 2208 | 2213 | MIC; VEH CHK |
| STUMPF @ WBX | 99 | A | 2237 | 2335 | A-9 |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____     SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____



# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT



OFFICER (1)  FTO DANIEL SWEAR #127 (G5293)       OFFICER (2) _____

| Division: Patrol | Platoon: C-Team | Beat: | Date: 12/19/14 | Hours:  1900 to 0700 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit No. | 21 | 1. Total Items | 2 | 9. Accident | 1 | 17. Citations | 1 | 25. Veh Tag |
| Equip No. | 303 | 2. Non RTF's | 1 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow |
| Mile In | 36290.0 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks |
| Mile Out | 36215.4 | 4. Assists | 1 | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards |
| Total Mile | 74.6 | 5. ARMMS | | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 11 | 30. Referrals |
| | | 7. Veh  Stln | | 15. JAR Fel | | 23. Resd Cks | 2 | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| WHITNEY @ BELLE CHASSE | 20 | 62044 | 1841 | 1915 | RTF, 1 CIT (256286C) |
| 1614 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| BELLE CHASSE @ GRETNA | 18 | A | 2036 | 2050 | A-13 |
| FAIRFIELD @ COMMERCE | 107 | 62058 | 2056 | 2057 | NAT |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 100 BLK ENTERPRISE DRIVE | 10-10 | - | - | - | 2 BUS CHK |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| PATROL | 10-10 | - | - | - | PATROL |
| 326 HUEY P LONG | 103 | A | 0138 | 0150 | A-93 |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| 1620 BELLE CHASSE | 10-10 | - | - | - | 2 BUS CHK |
| PATROL | - | - | - | - | PATROL |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 1820 BELLE CHASSE | 10-10 | - | - | - | 4 BUS CHK |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____        SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1)   FTO DANIEL SWEAR #127 (G5293)                OFFICER (2) _____

| Division: Patrol | Platoon: C-Team | Beat: | Date: 12/20/14 | Hours: 1800 to 0600 |
|---|---|---|---|---|

| Unit No. | 16 | | | | |
|---|---|---|---|---|---|
| Equip No. | 303 | | | | |
| Mile In | 36358.0 | | | | |
| Mile Out | 36297.2 | | | | |
| Total Mile | 60.8 | | | | |

| | | | |
|---|---|---|---|
| 1. Total Items | 7 | 9. Accident | |
| 2. Non RTF's | 6 | 10. Summs | |
| 3. Old Comp | | 11. Warr/Att | |
| 4. Assists | 3 | 12. Felony Arrst | |
| 5. ARMMS | 1 | 13. Misd Arrst | 1 |
| 6. Supplmnt | | 14. DWI Arrst | |
| 7. Veh Stln | | 15. JAR Fel | |
| 8. Veh Recv | | 16. JAR Misd | |
| 17. Citations | 4 | 25. Veh Tag | |
| 18. Radar Cts | | 26. Veh Tow | |
| 19. Park Cts | | 27. Ped Cks | |
| 20. Warn Cts | | 28. Fic Cards | 3 |
| 21. Plate(s) | | 29. Littering | |
| 22. Bus Cks | 1 | 30. Referrals | |
| 23. Resd Cks | | | |
| 24. Veh Cks | 2 | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 1900 LAFAYETTE | 67 | 62153 | 1822 | 1900 | RTF, 1-A |
| TIMBERLANE @ BELLE CHASSE | 18 | 62158 | 1927 | 1955 | MIC, VEH CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| 2700 BLK GEHRING | 103 | 62170 | 2152 | 2158 | UNF |
| 1000 BLK LAPALCO | 18 | 62173 | 2230 | 2238 | MIC, VEH CHK |
| TIMBERLANE @ BELLE CHASSE | 18 | A | 2248 | 2255 | A-17 |
| FAIRFIELD @ BELLE CHASSE | 18 | 62178 | 2339 | 0001 | 1 CIT (256287C) |
| 2040 BELLE CHASSE | 107 | 62183 | 0041 | 0055 | MIC, PED CHK |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| 2040 BELLE CHASSE | 107 | A | 0132 | 0150 | A-17 |
| PATROL | - | - | - | - | PATROL |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| GRETNA @ BELLE CHASSE | 18 | 62196 | 0317 | 0332 | 3 CITS (256288C) |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 515 5TH | 62A | A | 0445 | 0455 | A-97 |
| 405 20TH | 10-40 | - | - | - | LUNCH |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____   SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1)  FTO DANIEL SWEAR #127 (G5293)        OFFICER (2) _____

| Division: | Patrol | Platoon: | C-Team | Beat: | | Date: | 12/21/14 | | Hours: | 1900 to 0700 |
|---|---|---|---|---|---|---|---|---|---|---|

| Unit No. | 16 | | | 9. Accident | | 17. Citations | | 25. Veh Tag | |
|---|---|---|---|---|---|---|---|---|---|
| Equip No. | 303 | 1. Total Items | 3 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | |
| Mile In | 36407.3 | 2. Non RTF's | 3 | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | |
| Mile Out | 36363.7 | 3. Old Comp | | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards | 2 |
| Total Mile | 43.6 | 4. Assists | | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering | |
| | | 5. ARMMS | | 14. DWI Arrst | | 22. Bus Cks | 5 | 30. Referrals | |
| | | 6. Supplmnt | | 15. JAR Fel | | 23. Resd Cks | 1 | | |
| | | 7. Veh Stln | | 16. JAR Misd | | 24. Veh Cks | 1 | | |
| | | 8. Veh Recv | | | | | | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| PATROL | 10-10 | - | - | - | PATROL |
| 1610 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 356 TIMBERLANE | 21 | 62263 | 2206 | 2209 | MIC |
| 1620 BELLE CHASSE | 10-10 | - | - | - | 2 BUS CHK |
| PATROL | - | - | - | - | PATROL |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 3 FERNWOOD | 21 | 62272 | 0017 | 0020 | MIC |
| 300 BLK FAIRFIELD | 18 | 62275 | 0034 | 0038 | NAT, VEH CHK |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| 405 20TH | 10-40 | - | - | - | LUNCH |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____        SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____



# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT



OFFICER (1)   FTO DANIEL SWEAR #127 (G5293)          OFFICER (2)

| Division: Patrol | Platoon: C-Team | Beat: | Date: 12/24/14 | Hours: 1700 to 0700 |
|---|---|---|---|---|

| Unit No. 16 | | |
|---|---|---|
| Equip No. 303 | | |
| Mile In 36516.2 | | |
| Mile Out 36471.1 | | |
| Total Mile 45.1 | | |

| | | | |
|---|---|---|---|
| 1. Total Items | 1 | 9. Accident | 17. Citations |
| 2. Non RTF's | 1 | 10. Summs | 18. Radar Cts |
| 3. Old Comp | | 11. Warr/Att | 19. Park Cts |
| 4. Assists | | 12. Felony Arrst | 20. Warn Cts |
| 5. ARMMS | | 13. Misd Arrst | 21. Plate(s) |
| 6. Supplmnt | | 14. DWI Arrst | 22. Bus Cks   7 |
| 7. Veh Stln | | 15. JAR Fel | 23. Resd Cks   4 |
| 8. Veh Recv | | 16. JAR Misd | 24. Veh Cks |
| | | | 25. Veh Tag |
| | | | 26. Veh Tow |
| | | | 27. Ped Cks |
| | | | 28. Fic Cards   1 |
| | | | 29. Littering |
| | | | 30. Referrals |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1700 | - | BTOD |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| PATROL | 10-10 | - | - | - | PATROL |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 911 MARLENE | 10-10 | - | - | - | RES CHK |
| 712 MARLENE | 21 | 62850 | 2332 | 2333 | MIC |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 335 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 3600 CLAIRE | 10-40 | - | 0000 | 0100 | LUNCH |
| 1620 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| MANHATTAN @ LAPALCO | 10-10 | - | - | - | JPSO |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| PATROL | 10-10 | - | - | - | PATROL |
| 1614 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 1820 BELLE CHASSE | 10-10 | - | - | - | 3 BUS CHK |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1)                          SIGNATURE OF OFFICER (2)

SIGNATURE OF SUPERVISOR



# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT



OFFICER (1) __FTO DANIEL SWEAR #127 (G5293)__     OFFICER (2) _____

| Division: Patrol | Platoon: C-Team | Beat: | Date: 12/25/14 | Hours: 1900 to 0700 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit No. __16__ | 1. Total Items ____ | 9. Accident ____ | 17. Citations ____ | 25. Veh Tag ____ |
| Equip No. __303__ | 2. Non RTF's ____ | 10. Summs ____ | 18. Radar Cts ____ | 26. Veh Tow ____ |
| Mile In __36573.1__ | 3. Old Comp ____ | 11. Warr/Att ____ | 19. Park Cts ____ | 27. Ped Cks ____ |
| Mile Out __36529.7__ | 4. Assists ____ | 12. Felony Arrst ____ | 20. Warn Cts ____ | 28. Fic Cards ____ |
| Total Mile __43.4__ | 5. ARMMS ____ | 13. Misd Arrst ____ | 21. Plate(s) ____ | 29. Littering ____ |
| | 6. Supplmnt ____ | 14. DWI Arrst ____ | 22. Bus Cks 5 | 30. Referrals ____ |
| | 7. Veh Stln ____ | 15. JAR Fel ____ | 23. Resd Cks 2 | |
| | 8. Veh Recv ____ | 16. JAR Misd ____ | 24. Veh Cks ____ | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| PATROL | 10-10 | - | - | - | PATROL |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 1620 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 1820 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 1614 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____     SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____



# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT



OFFICER (1)  FTO DANIEL SWEAR #127 (G5293)          OFFICER (2)  PO KOLBY ARABIE #119

| Division: | Patrol | Platoon: | C-Team | Beat: | | Date: | 12/29/14 | | Hours: | 1800 to 0600 |

| Unit No. | 19 | 1. Total Items | 2 | 9. Accident | | 17. Citations | | 25. Veh Tag | |
|---|---|---|---|---|---|---|---|---|---|
| Equip No. | 303 | 2. Non RTF's | | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | |
| Mile In | 36637.4 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | |
| Mile Out | 36586.1 | 4. Assists | | 12. Felony Arrst | 1 | 20. Warn Cts | | 28. Fic Cards | |
| Total Mile | 51.3 | 5. ARMMS | 2 | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering | |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 1 | 30. Referrals | |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | | | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 28 ASHTON COX APT#2 | A29S | 62986 | 1759 | 1845 | RTF |
| 70 WBX | 93 | 62988 | 1845 | 0030 | RTF 1-A |
| 200 5TH ST | 10-10 | - | - | - | PAPERWORK |
| 1625 LAFAYETTE | 10-10 | - | - | - | BUS CHK |
| 405 20TH ST | 10-42 | - | - | - | RESTROOM USE |
| 200 5TH ST | 10-10 | - | - | - | REPORT WRITING/CORRECTIONS |
| 405 20TH ST | 10-40 | - | 0500 | 0600 | LUNCH |
| 200 5TH ST | 10-7 | - | - | 0600 | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____          SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1) __FTO DANIEL SWEAR #127 (G5293)__     OFFICER (2) __PO KOLBY ARABIE #119__

| Division: | Patrol | Platoon: | C-Team | Beat: | 2 | Date: | 12/30/14 | | Hours: | 1900 to 0700 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit No. | 20 | 1. Total Items | 12 | 9. Accident | | 17. Citations | 7 | 25. Veh Tag | | |
| Equip No. | 303 | 2. Non RTF's | 12 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | | |
| Mile In | 366722 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | | |
| Mile Out | 36643.3 | 4. Assists | 3 | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards | 5 | |
| Total Mile | 78.6 | 5. ARMMS | | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering | | |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 9 | 30. Referrals | | |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | | | | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | 5 | | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 STH | 10-8 | - | 1900 | - | BTOD |
| WIEDMEN/ MADISON | TS | 63112 | 1913 | 1920 | NAT/VEH CHK |
| FRANKLIN/ANSON | TS | 63116 | 1942 | 1950 | NAT/VEH CHK |
| FRANKLIN/ MCDONOUGH | TS | 63120 | 2022 | 2029 | MIC/VEH CHK |
| 4 WBX | 62A | A | 2037 | 2043 | A-13 |
| FRANKLIN/ MADISON | TS | A | 2104 | 2120 | A-16 |
| HANCOCK/ KEPLER | TS | 63128 | 2125 | 2140 | MIC/ 3 CITES (256289C) |
| 1001 STUMPF | 10-10 | - | 2200 | 2205 | BUS CHK |
| FRANKLIN/ BURMASTER | TS | 63131 | 2215 | 2221 | NAT/VEH CHK |
| STUMPF/ WBX | TS | 63134 | 2235 | 2253 | MIC/ 2 CITES (256290C) |
| 1625 LAFAYETTE | 10-10 | - | 2310 | 2315 | BUS CHK |
| HANCOCK/ CHILO | TS | 63138 | 2318 | 2330 | MIC/VEH CHK |
| HANCOCK/ STUMPF | TS | A | 2332 | 0000 | A-16 |
| MILTON/ WBX | TS | 63146 | 0057 | 0117 | 1 CITE (256291G) |
| 18TH/ LAFAYETTE | TS | 63149 | 0149 | 0203 | 1 CITE (256292C) |
| 1425 COOK | 107 | 63151 | 0236 | 0238 | NAT/ BUS CHK |
| ROMAIN/ HANCOCK | 10-10 | - | 0240 | 0242 | BUS CHK |
| 7 WBX | 10-10 | - | 0243 | 0245 | BUS CHK |
| 17 WBX | 10-10 | - | 0246 | 0248 | BUS CHK |
| CHILO/ O CONNOR | 10-10 | - | 0249 | 0251 | BUS CHK |
| 77 WBX | 10-10 | - | 0252 | 0254 | BUS CHK |
| 87 WBX | 10-10 | - | 0256 | 0259 | BUS CHK |
| 50 WBX ROOM 123 | 103 | 63146 | 0417 | 0436 | MIC |

SIGNATURE OF OFFICER (1) _____     SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1)   FTO DANIEL SWEAR #127 (G5293)          OFFICER (2) _____

| Division: Patrol | Platoon: C-Team | Beat: 5 | Date: 12/19/14 | Hours: 1900 to 0700 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit No. | 21 | 1. Total Items | 2 | 9. Accident | 1 | 17. Citations | 1 | 25. Veh Tag | |
| Equip No. | 303 | 2. Non RTF's | 1 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | |
| Mile In | 36290.0 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | |
| Mile Out | 36215.4 | 4. Assists | 2 | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards | |
| Total Mile | 74.6 | 5. ARMMS | | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering | |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 11 | 30. Referrals | |
| | | 7. Veh  Stln | | 15. JAR Fel | | 23. Resd Cks | 2 | | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| WHITNEY @ BELLE CHASSE | 20 | 62044 | 1841 | 1915 | RTF, 1 CIT (256286C) |
| 1614 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| BELLE CHASSE @ GRETNA | 18 | A | 2036 | 2050 | A-13 |
| FAIRFIELD @ COMMERCE | 107 | 62058 | 2056 | 2057 | NAT |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 100 BLK ENTERPRISE DRIVE | 10-10 | - | - | - | 2 BUS CHK |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| PATROL | 10-10 | - | - | - | PATROL |
| 326 HUEY P LONG | 103 | A | 0138 | 0150 | A-93 |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| 1620 BELLE CHASSE | 10-10 | - | - | - | 2 BUS CHK |
| PATROL | - | - | - | - | PATROL |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 1820 BELLE CHASSE | 10-10 | - | - | - | 4 BUS CHK |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____     SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____

EXHIBIT 14

Gretna:0257




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1) __FTO DANIEL SWEAR #127 (G5293)__     OFFICER (2) _____

| Division: | Patrol | Platoon: | C-Team | Beat: | | Date: | 12/20/14 | | Hours: | 1800 to 0600 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit No. | 16 | 1. Total Items | 7 | 9. Accident | | 17. Citations | 4 | 25. Veh Tag | | |
| Equip No. | 303 | 2. Non RTF's | 6 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | | |
| Mile In | 36358.0 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | 1 | |
| Mile Out | 36297.2 | 4. Assists | 3 | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards | 3 | |
| Total Mile | 60.8 | 5. ARMMS | 1 | 13. Misd Arrst | 1 | 21. Plate(s) | | 29. Littering | | |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 1 | 30. Referrals | | |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | | | | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | 2 | | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 1900 LAFAYETTE | 67 | 62153 | 1822 | 1900 | RTF, 1-A |
| TIMBERLANE @ BELLE CHASSE | 18 | 62158 | 1927 | 1955 | MIC, VEH CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| 2700 BLK GEHRING | 103 | 62170 | 2152 | 2158 | UNF |
| 1000 BLK LAPALCO | 18 | 62173 | 2230 | 2238 | MIC, VEH CHK |
| TIMBERLANE @ BELLE CHASSE | 18 | A | 2248 | 2255 | A-17 |
| FAIRFIELD @ BELLE CHASSE | 18 | 62178 | 2339 | 0001 | 1 CIT (256287C) |
| 2040 BELLE CHASSE | 107 | 62183 | 0041 | 0055 | MIC, PED CHK |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| 2040 BELLE CHASSE | 107 | A | 0132 | 0150 | A-17 |
| PATROL | - | - | - | - | PATROL |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| GRETNA @ BELLE CHASSE | 18 | 62196 | 0317 | 0332 | 3 CITS (256288C) |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 515 5TH | 62A | A | 0445 | 0455 | A-97 |
| 405 20TH | 10-40 | - | - | - | LUNCH |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____     SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____

Gretna:0258



# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT



OFFICER (1) __FTO DANIEL SWEAR #127 (G5293)__          OFFICER (2) _____

| Division: Patrol | Platoon: C-Team | Beat: | Date: 12/21/14 | Hours: 1900 to 0700 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Unit No. | 24 | 1. Total Items | 3 | 9. Accident | 17. Citations | 25. Veh Tag |
| Equip No. | 303 | 2. Non RTF's | 3 | 10. Summs | 18. Radar Cts | 26. Veh Tow |
| Mile In | 36407.3 | 3. Old Comp | | 11. Warr/Att | 19. Park Cts | 27. Ped Cks |
| Mile Out | 36363.7 | 4. Assists | | 12. Felony Arrst | 20. Warn Cts | 28. Fic Cards | 2 |
| Total Mile | 43.6 | 5. ARMMS | | 13. Misd Arrst | 21. Plate(s) | 29. Littering |
| | | 6. Supplmnt | | 14. DWI Arrst | 22. Bus Cks 5 | 30. Referrals |
| | | 7. Veh Stln | | 15. JAR Fel | 23. Resd Cks 1 | |
| | | 8. Veh Recv | | 16. JAR Misd | 24. Veh Cks 1 | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| PATROL | 10-10 | - | - | - | PATROL |
| 1610 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 356 TIMBERLANE | 21 | 62263 | 2206 | 2209 | MIC |
| 1620 BELLE CHASSE | 10-10 | - | - | - | 2 BUS CHK |
| PATROL | - | - | - | - | PATROL |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 3 FERNWOOD | 21 | 62272 | 0017 | 0020 | MIC |
| 300 BLK FAIRFIELD | 18 | 62275 | 0034 | 0038 | NAT, VEH CHK |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| 405 20TH | 10-40 | - | - | - | LUNCH |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____          SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____

Gretna:0259




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1) ___FTO DANIEL SWEAR #127 (G5293)___   OFFICER (2) _____

| Division: | Patrol | Platoon: | C-Team | Beat: | | Date: | 12/24/14 | | Hours: | 1700 to 0700 |
|---|---|---|---|---|---|---|---|---|---|---|

| Unit No. | 16 | 1. Total Items | 1 | 9. Accident | | 17. Citations | | 25. Veh Tag | |
|---|---|---|---|---|---|---|---|---|---|
| Equip No. | 303 | 2. Non RTF's | 1 | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | |
| Mile In | 36516.2 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | |
| Mile Out | 36471.1 | 4. Assists | | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards | 1 |
| Total Mile | 45.1 | 5. ARMMS | | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering | |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 7 | 30. Referrals | |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | 4 | | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1700 | - | BTOD |
| 200 5TH | 10-10 | - | - | - | PAPERWORK |
| PATROL | 10-10 | - | - | - | PATROL |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 941 MARLENE | 10-10 | - | - | - | RES CHK |
| 712 MARLENE | 21 | 62850 | 2332 | 2333 | MIC |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| 335 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 3600 CLAIRE | 10-40 | - | 0000 | 0100 | LUNCH |
| 1620 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| MANHATTAN @ LAPALCO | 10-10 | - | - | - | JPSO |
| 405 20TH | 10-42 | - | - | - | RESTROOM USE |
| PATROL | 10-10 | - | - | - | PATROL |
| 1614 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 1820 BELLE CHASSE | 10-10 | - | - | - | 3 BUS CHK |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 200 5TH | 10-7 | - | - | - | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____   SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____ #13

Gretna:0260




# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT

OFFICER (1)   FTO DANIEL SWEAR #127 (G5293)            OFFICER (2) _____

| Division: Patrol | Platoon: C-Team | Beat: | Date: 12/25/14 | Hours: 1900 to 0700 |
|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Unit No. | 16 | 1. Total Items | | 9. Accident | | 17. Citations | | 25. Veh Tag |
| Equip No. | 303 | 2. Non RTF's | | 10. Summs | | 18. Radar Cts | | 26. Veh Tow |
| Mile In | 36573.1 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks |
| Mile Out | 36529.7 | 4. Assists | | 12. Felony Arrst | | 20. Warn Cts | | 28. Fic Cards |
| Total Mile | 43.4 | 5. ARMMS | | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 5 | 30. Referrals |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | 2 | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| PATROL | 10-10 | - | - | - | PATROL |
| 524 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 449 FAIRFIELD | 10-10 | - | - | - | RES CHK |
| 480 TIMBERLANE | 10-10 | - | - | - | BUS CHK |
| PATROL | 10-10 | - | - | - | PATROL |
| 1888 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 1620 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 1820 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 1614 BELLE CHASSE | 10-10 | - | - | - | BUS CHK |
| 200 5TH | 10-7 | - | - | - | ETOD |

SIGNATURE OF OFFICER (1) _____   SIGNATURE OF OFFICER (2) _____

SIGNATURE OF SUPERVISOR _____

Gretna:0261



# CITY OF GRETNA POLICE DEPARTMENT
## OFFICERS DAILY ACTIVITY REPORT



OFFICER (1)  FTO DANIEL SWEAR #127 (G5293)          OFFICER (2)  PO KOLBY ARABIE #119

| Division: | Patrol | Platoon: | C-Team | Beat: | | Date: | 12/29/14 | | Hours: | 1800 to 0600 |
|---|---|---|---|---|---|---|---|---|---|---|

| Unit No. | 19 | 1. Total Items | 2 | 9. Accident | | 17. Citations | | 25. Veh Tag | |
|---|---|---|---|---|---|---|---|---|---|
| Equip No. | 303 | 2. Non RTF's | | 10. Summs | | 18. Radar Cts | | 26. Veh Tow | |
| Mile In | 36637.4 | 3. Old Comp | | 11. Warr/Att | | 19. Park Cts | | 27. Ped Cks | |
| Mile Out | 36586.1 | 4. Assists | | 12. Felony Arrst | 1 | 20. Warn Cts | | 28. Fic Cards | |
| Total Mile | 51.3 | 5. ARMMS | 2 | 13. Misd Arrst | | 21. Plate(s) | | 29. Littering | |
| | | 6. Supplmnt | | 14. DWI Arrst | | 22. Bus Cks | 1 | 30. Referrals | |
| | | 7. Veh Stln | | 15. JAR Fel | | 23. Resd Cks | | | |
| | | 8. Veh Recv | | 16. JAR Misd | | 24. Veh Cks | | | |

| LOCATION | ACTIVITY | ITEM | RECEIVED | COMPLETED | DISPOSITION |
|---|---|---|---|---|---|
| 200 5TH | 10-8 | - | 1900 | - | BTOD |
| 28 ASHTON COX APT#2 | A29S | 62986 | 1759 | 1845 | RTF |
| 70 WBX | 93 | 62988 | 1845 | 0030 | RTF 1-A |
| 200 5TH ST | 10-10 | - | - | - | PAPERWORK |
| 1625 LAFAYETTE | 10-10 | - | - | - | BUS CHK |
| 405 20TH ST | 10-42 | - | - | - | RESTROOM USE |
| 200 5TH ST | 10-10 | - | - | - | REPORT WRITING/CORRECTIONS |
| 405 20TH ST | 10-40 | - | 0500 | 0600 | LUNCH |
| 200 5TH ST | 10-7 | - | - | 0600 | ETOD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE OF OFFICER (1) _____     SIGNATURE OF OFFICER (2)  PO MK #119

SIGNATURE OF SUPERVISOR _____

Gretna:0262

**BY MR. HEBERT:**
**[9]**   121/8 121/21
122/5 122/20
128/22 133/17
135/16 136/3
136/9
**BY MR. MAUTERER:**
**[45]**   5/5 15/22
18/25 19/9 20/7
23/19 24/1 26/11
26/19 31/7 57/20
59/17 60/15
61/16 62/16
65/10 67/4 67/14
95/24 97/16
100/1 103/13
106/5 110/11
110/19 116/23
117/12 118/12
118/19 119/11
120/12 120/17
120/25 136/21
137/2 137/10
137/23 138/14
138/18 139/8
139/15 140/9
140/25 143/17
143/23
**MR. DORNIER:**
**[19]**   30/18 59/16
65/5 67/3 67/12
97/1 103/12
106/3 117/10
118/17 118/24
120/11 120/15
120/19 120/24
137/1 138/17
140/22 143/15
**MR. HEBERT:**
**[38]**   15/21 18/23
19/7 20/6 23/17
23/23 26/9 26/17
30/17 57/17
59/15 60/13
60/22 67/2 95/22
96/22 97/3 99/24
103/11 106/2
110/10 110/17
116/14 117/24
118/23 120/10
128/15 128/19
136/18 136/25
137/8 137/18
138/12 139/6
139/11 140/7
143/13 143/21
**MR. MAUTERER:**
**[14]**   18/24 96/24
97/5 120/20
121/6 121/19
122/3 122/18
128/14 128/16
133/16 135/14
136/7 144/16
**THE WITNESS:**
**[31]**   19/8 23/18
23/24 26/10
26/18 30/19

**$**

**$1 [3]**   21/15
32/2 126/6
**$1 million [3]**
21/15 32/2 126/6

**'**

**'14 [2]**   28/20
82/12
**'80's [1]**   118/3

**0**

**0073 [1]**   35/6
**0077 [1]**   35/6
**0079 [1]**   39/25
**0085 [3]**   38/18
38/22 38/25
**0086 [1]**   39/2
**0096 [1]**   52/12
**0257 [1]**   112/2
**0278 [1]**   44/7
**0279 [2]**   42/14
42/16
**0281 [1]**   42/15
**0282 [1]**   36/25

**1**

**10 [11]**   3/17
20/18 21/1 21/4
34/1 42/14 78/11
78/12 79/4 79/9
79/15
**10 percent [4]**
23/4 23/6 33/10
33/24
**10-2-2 [9]**   16/1
16/6 17/14 20/15
26/25 27/6 33/8
33/17 33/18
**100 percent [1]**
125/11
**11 [2]**   3/18
43/25
**110 [1]**   1/14
**111 [1]**   3/21
**12 [8]**   3/19
52/11 52/17
53/15 82/14
110/8 110/9
123/11
**12-hour [5]**   23/9
23/14 23/21
23/22 30/16
**121 [1]**   3/5
**127 [1]**   85/8
**12th [3]**   79/14

**57/18** 60/14
60/23 65/6 67/13
96/25 97/8
110/18 116/15
117/11 117/25
118/18 118/25
120/23 121/20
122/4 122/19
135/15 136/8
137/9 137/19
139/7 139/12
143/16 143/22

**131/21** 131/25
**13 [6]**   3/8 3/20
74/10 74/15
89/13 128/2
**14 [13]**   3/9 3/21
79/7 79/9 79/11
79/15 82/14 99/7
111/21 117/1
122/8 122/13
128/24
**1434 [1]**   145/24
**1443 [1]**   4/14
**14th [3]**   79/14
106/13 109/2
**15 [3]**   36/16
82/14 90/15
**15-6591 [1]**   1/6
**150 [1]**   114/16
**15th [3]**   36/11
82/12 128/19
**1610 [1]**   115/25
**1614 [2]**   112/2
117/14
**16851 [1]**   2/8
**17 [2]**   24/22
99/7
**17th [14]**   15/12
15/19 16/10
16/15 16/21 17/8
18/23 20/5 27/23
28/13 34/6 36/6
79/14 106/13
**18 [1]**   44/15
**1888 [1]**   112/11
127/4
**19 [2]**   111/22
127/4
**1955 [2]**   113/3
113/19
**19th [10]**   15/13
15/19 16/11
16/15 16/22
18/23 24/22
27/24 28/14 34/6
**1:00 p.m [1]**
12/12
**1st [4]**   85/1
85/2 91/21 92/4

**2**

**20 [6]**   36/19
79/4 79/7 79/9
79/11 111/22
**200 [1]**   115/13
**2010 [2]**   7/19
28/1
**2012 [4]**   7/20
7/21 8/1 17/8
**2013 [2]**   26/3
26/15
**2014 [57]**   9/12
15/12 15/13
15/19 16/11
16/15 16/22 17/8
18/23 19/22 20/5
20/12 23/8 24/22
27/23 27/24 28/2
28/6 28/14 28/18
34/6 34/7 36/6
36/11 36/16

**37/14** 38/10
38/12 39/12
39/15 40/1 40/2
40/10 71/14
71/17 74/20 75/1
76/5 77/14 89/1
90/7 90/15 91/14
91/21 92/4 99/7
105/2 106/13
111/22 111/23
111/23 113/5
115/17 124/6
125/25 128/19
129/2
**2015 [39]**   13/14
40/6 42/7 42/16
44/11 52/13
52/17 53/3 53/11
53/14 53/18 54/4
59/5 60/9 60/17
74/15 76/20
76/25 77/12
80/10 80/14
80/14 80/15
80/17 80/19 85/2
85/20 89/11
89/11 89/13
89/18 89/21
90/21 97/19
129/12 129/12
129/17 131/22
131/25
**2017 [3]**   1/15
5/2 15/6
**2040 [1]**   114/15
**20th [7]**   37/14
89/18 89/24 90/1
105/2 113/5
115/6
**21 [4]**   36/19
86/2 86/3 127/25
**210 [1]**   2/13
**2152 [1]**   113/20
**21st [2]**   111/23
115/17
**24 [2]**   38/12
53/1
**24th [1]**   111/23
**25 [2]**   53/2
53/10
**2531 [1]**   94/10
**25th [2]**   39/15
111/23
**27 [5]**   42/16
44/11 114/17
115/1 127/4
**2700 [1]**   113/20
**27th [1]**   89/21
**28 [2]**   93/7
93/15
**29th [1]**   111/23
**2nd [11]**   52/13
53/14 53/22 54/4
59/5 80/17
125/15 133/11
141/12 141/19
141/24

**3**

**3-1-1 [2]**   33/19
33/23
**31 [1]**   95/6
**326 [1]**   117/17
**35 [1]**   3/17
**36 [2]**   3/11 3/12
**37:2554 [1]**
145/10
**38 [1]**   3/13
**39 [2]**   3/14 3/15
**3913 [2]**   5/1 5/9
**3rd [3]**   59/13
59/21 59/23

**4**

**4.4 [1]**   53/22
**40 [1]**   103/25
**405 [1]**   115/6
**40:2401.1 [1]**
135/22
**40:2531 [1]**
93/11
**41 [1]**   3/16
**42 [1]**   3/17
**43 [1]**   3/18
**480 [1]**   116/8

**5**

**52 [1]**   3/19
**5th [1]**   115/13

**6**

**6-2 [1]**   37/4
**6513 [1]**   2/5
**6591 [1]**   1/6
**6th [2]**   39/12
39/25

**7**

**70053 [1]**   2/13
**70072 [2]**   5/2
5/10
**70087 [1]**   1/15
**70808 [1]**   2/5
**70817 [1]**   2/9
**731 [3]**   85/5
85/6 85/9
**74 [1]**   3/20

**8**

**82.1 [1]**   37/4

**9**

**9th [2]**   53/18
54/10

**A**

**A-Team [2]**   129/3
129/7
**abbreviation [1]**
113/16
**abilities [1]**
60/2
**ability [3]**
124/1 136/16
145/15
**able [5]**   19/25
103/20 104/19

**A**

able... [2]
119/17 124/9
about [93]    5/15
6/14 10/5 10/12
13/10 15/12
15/12 17/3 17/6
19/12 20/12 22/9
25/7 27/6 34/2
38/11 39/2 47/8
47/11 47/15
49/18 50/9 50/13
50/15 50/19
50/21 51/15
51/14 51/15
51/18 52/10 53/2
54/22 55/3 55/11
55/14 56/13
56/24 57/2 57/4
57/6 57/16 62/2
63/24 66/8 68/13
68/21 69/7 71/2
74/13 74/17 76/1
83/4 83/14 87/11
89/3 97/23 100/6
101/18 102/10
101/18 102/10
103/20 105/14
105/16 105/20
107/3 109/5
109/16 116/4
121/13 121/23
122/15 123/8
125/17 125/21
126/15 127/1
127/5 127/10
128/18 128/21
130/9 131/19
132/1 132/4
132/16 133/3
133/5 133/20
134/23 140/2
145/20
above [6]    42/25
58/10 62/6 100/4
102/20 133/5
absurd [1]    102/2
academy [9]    7/1
7/3 7/6 22/16
24/16 68/23
111/9 137/12
144/8
acceptance [1]
88/11
accompanied [1]
145/4
accomplish [1]
105/18
according [5]
19/17 53/15 74/1
89/1 126/10
accurate [5]
84/20 92/9
110/22 110/25
111/10
acknowledge [2]
36/21 39/20
acknowledged [2]
52/6 61/7

acknowledging [2]
37/3 37/22
acknowledgment
[1]    61/11
across [12]
54/17 55/13
56/11 60/10
60/19 61/8 61/21
62/1 62/8 62/11
97/12 130/15
act [3]    42/10
43/1 43/22
acted [1]    145/22
action [24]    1/5
20/25 34/12
34/13 34/15
34/18 34/21
34/24 38/7 39/21
39/21 40/2 62/15
66/6 72/5 76/17
77/22 87/9 93/4
95/8 100/9
131/16 137/8
140/21
actively [1]
45/13
activities [2]
111/14 117/1
activity [2]
91/20 117/5
acts [1]    98/20
actual [4]    66/14
94/7 94/16 146/1
actually [13]
10/1 11/21 32/12
54/4 56/16 62/11
91/18 110/17
111/18 115/22
118/5 130/20
132/21
adam [1]    78/11
add [1]    82/13
addition [1]
123/22
additionally [2]
44/15 119/24
address [6]    5/8
22/21 56/25 75/5
75/13 124/16
addressed [9]
23/1 23/2 23/3
25/22 56/21 75/7
78/24 99/6 122/8
addressing [2]
21/12 95/16
adhere [4]    93/9
93/19 94/3 94/25
adhering [1]
28/9
adjustments [1]
130/5
administered [1]
145/9
administering [1]
4/21
administration
[11]    44/18 57/20
57/24 58/4 58/7
58/10 65/3

141/24 142/21
143/11 143/20
administration's
[1]    143/9
administrative
[12]    38/19 43/23
44/1 59/2 63/5
83/14 83/21 84/3
84/9 84/15 84/17
94/17
admired [1]
125/9
admission [1]
61/4
adult [1]    22/13
advantage [1]
106/23
advice [1]    132/6
advise [6]    73/5
73/8 104/6
104/12 104/15
104/18
advised [12]
17/9 18/22 19/13
19/17 19/23 20/4
27/23 34/9 40/23
60/18 97/10
102/19
advising [1]
40/14
advisory [1]
145/25
affect [1]    111/1
afford [2]    52/20
94/21
after [39]    5/2
6/18 6/23 9/13
14/25 16/7 24/23
37/21 45/16
46/24 47/3 48/2
48/18 49/19
51/24 54/5 59/4
59/13 59/21
61/24 70/3 80/17
80/19 87/8 89/4
90/12 92/19
92/21 97/15
102/8 114/15
120/5 123/17
124/14 131/7
134/12 136/14
138/1 145/9
again [24]    26/11
33/1 34/4 41/8
53/17 60/15
61/23 70/8 77/18
86/25 95/7 97/4
98/16 98/22
99/10 100/13
115/18 120/24
124/7 128/13
130/10 135/8
135/20 139/25
against [17]
12/17 34/12
34/14 34/15
34/16 34/19
76/17 77/22 93/4
102/2 105/8

107/21 123/21
125/8 134/10
134/17 134/22
agency [3]    43/12
70/18 118/10
agent [22]    44/16
44/20 44/23 45/2
45/3 45/10 45/14
45/24 45/25 46/4
46/6 47/6 47/9
47/15 47/19
47/20 132/10
132/23 132/24
132/25 133/1
141/9
agents [2]    45/20
46/5
ago [4]    27/21
47/8 59/4 65/15
agree [20]    13/15
38/16 49/25 79/2
82/6 88/5 109/24
110/1 110/2
110/15 110/19
110/21 110/23
111/17 113/11
113/17 114/5
114/11 134/18
136/23
agreed [3]    4/3
106/8 106/12
Airport [1]    1/14
AL [1]    1/7
Alexandria [6]
8/23 8/24 9/14
9/20 10/1 10/2
allegation [2]
20/15 47/12
allegations [2]
13/21 14/5
allege [4]    34/1
34/6 96/18 100/7
alleged [29]
15/20 20/18 27/3
28/2 28/9 28/12
47/6 49/18 58/17
60/21 63/2 65/24
66/17 67/19 70/6
70/13 70/23
71/23 72/12
73/13 94/6 101/1
101/10 104/24
109/8 109/22
144/2 144/5
144/15
allegedly [2]
26/8 26/17
alleging [2]
55/6 92/9
allowance [1]
119/14
allowed [3]    8/5
54/6 119/23
allows [2]
116/12 116/16
almost [1]    55/8
alone [1]    54/25
along [1]    84/16
already [8]

12/13 68/12 71/9
71/11 74/16
83/11 91/4 91/5
although [1]
27/22
always [4]    21/9
118/11 118/11
123/3
amending [1]
24/25
Amendment [4]
93/6 100/10
103/11 103/16
amount [4]    10/12
11/15 56/19
134/4
analyze [1]
87/15
and/or [8]    4/11
15/13 16/15
30/24 34/17 70/6
70/14 131/9
anguish [1]
106/21
annotated [7]
28/17 29/6 33/15
33/22 75/18
78/25 129/10
annotations [4]
29/11 75/17 76/1
76/2
Annual [1]    86/12
another [25]
6/23 8/4 18/19
23/6 42/25 46/3
48/11 55/3 55/20
55/25 65/9 70/8
77/25 86/25
89/3 90/6 90/14
90/18 107/19
108/7 109/17
112/11 128/4
134/22 136/17
answer [18]    4/11
5/17 6/1 6/10
15/24 20/9 26/13
28/19 28/20
28/22 94/24
120/19 120/20
120/22 120/22
137/4 138/18
139/24
answers [1]
14/22
ANTHONY [6]    2/16
24/7 39/13 144/4
144/10 144/14
any [99]    6/8
6/11 6/17 7/6
8/16 8/17 10/18
12/2 19/20 20/25
22/20 24/24
25/12 26/7 26/15
26/19 28/11 30/6
31/9 31/13 33/1
34/4 40/9 40/9
46/10 47/12
47/19 47/20
48/19 50/23

## A

any... [69]
51/10 56/17
56/25 57/15
58/17 59/11
59/21 62/14
62/20 63/5 63/8
66/16 66/16 68/6
69/23 71/12
71/22 72/21
76/17 76/17
77/10 77/21
77/22 81/8 81/10
83/7 83/7 83/23
84/8 84/11 85/15
88/18 90/4 91/9
91/10 94/20 95/8
100/5 103/2
103/16 106/15
106/20 109/7
109/10 109/21
114/6 122/8
122/9 122/12
125/21 126/13
127/20 128/14
136/12 136/20
138/2 138/2
138/3 138/20
138/22 139/13
139/20 140/20
140/21 142/16
142/23 146/1
146/3 146/4
anybody [7]    22/9
22/12 45/24
67/16 138/9
138/16 140/11
anyone [18]
31/24 49/20 50/5
50/8 81/5 82/19
91/2 101/22
101/24 104/6
104/10 132/5
132/5 133/5
134/19 140/2
140/6 140/7
anything [20]
47/15 55/16 59/9
60/20 60/25
61/21 68/11
73/10 75/24
76/13 76/16 91/6
100/6 103/19
106/19 107/4
118/14 134/4
139/18 139/23
anywhere [3]
41/20 77/8
142/18
apartment [1]
53/24
APLC [1]    2/4
apologize [1]
128/20
apostrophe [1]
93/17
appear [1]
143/25
appeared [1]

31/17
appears [11]
13/13 16/11
16/17 81/11
82/22 84/14
88/11 90/24
91/13 91/15
127/17
Appraisal [2]
86/12 86/21
approach [1]
124/1
approached [2]
25/7 26/2
appropriate [1]
140/24
approve [1]    15/2
approximately [2]
113/22 113/23
April [4]    89/18
89/21 89/24 90/1
April 20th [3]
89/18 89/24 90/1
April 27th [1]
89/21
Arabie [7]    67/11
68/13 68/14 69/2
74/4 74/4 127/7
arbitrarily [1]
103/9
arbitrary [5]
96/6 96/17 96/18
96/25 97/2
area [4]    85/22
86/2 120/1
137/20
aren't [2]
116/23 135/2
around [8]    26/3
52/22 75/6 75/12
102/6 127/2
137/7 137/21
arrangement [1]
145/20
arrangements [1]
145/21
arrest [14]
20/20 21/25
29/10 29/16
29/17 32/19
33/10 33/14 60/3
126/9 127/22
128/5 128/7
128/10
arrests [16]
16/3 16/25 17/15
19/24 22/5 30/1
79/25 124/8
126/25 127/18
127/19 128/4
129/19 130/18
131/5 131/10
ARTHUR [24]    1/7
12/17 18/9 24/4
25/16 25/18
25/21 27/9 27/15
40/23 41/2 50/13
93/4 98/22 99/5
100/5 100/11

103/9 103/15
103/19 104/18
144/4 144/9
144/14
Article [3]    4/13
37/4 145/24
articles [3]
11/4 11/11 83/12
Asevedo [4]
106/25 107/2
107/3 107/16
Asevedo's [1]
107/13
aside [2]    33/21
90/13
ask [21]    5/17
10/11 13/10
26/11 52/23
60/15 62/7 69/11
74/13 74/24 81/1
81/6 81/9 102/11
120/24 121/11
135/8 142/16
142/16 142/19
144/13
asked [7]    67/11
35/2 54/22 55/5
55/21 68/18
70/11 71/1 71/1
72/1 76/1 119/25
121/12 121/23
122/15 123/8
126/15 127/1
130/9 132/9
133/3 133/20
142/1
asking [4]    12/23
54/5 96/23
136/21
assembly [1]
50/2
assigned [7]
7/12 8/7 17/13
87/21 109/3
132/9 141/8
assignment [1]
22/11
assist [2]    14/21
24/7
associate's [4]
8/24 9/8 9/14
118/4
associated [3]
16/13 59/10
99/19
Associates [1]
107/16
assume [3]    6/2
61/9 69/19
assuming [2]
103/24 120/16
assumption [2]
78/18 110/1
attached [1]
122/13
attempt [2]    98/4
124/16
attempted [4]
88/22 124/17

133/7 144/4
attend [9]    6/17
6/21 7/6 8/17
9/23 10/6 10/18
119/14 119/18
attended [4]
9/20 15/13 72/11
102/11
attending [7]
7/5 9/7 42/16
44/10 53/2
118/16 118/23
attention [3]
44/14 87/16
106/17
attorney [8]    6/9
6/11 13/22 48/23
49/7 49/14
121/10 138/1
attorneys [5]
12/24 12/25
14/14 74/11
75/20
attribute [1]
88/18
audio [1]    64/1
audiotape [1]
63/21
audiotapes [1]
37/8 37/10
August [7]    1/15
5/2 39/12 39/25
40/2 59/21 77/14
August 2014 [1]
77/14
August 3rd [1]
59/21
August 6 [1]
40/2
August 6th [1]
39/12
Aunt [1]    52/2
authoritative [1]
39/3
authority [2]
96/14 145/10
availability [1]
12/12
available [5]
10/9 10/19 12/10
12/14 24/14
Avenue [1]    2/13
average [9]
20/20 21/25
32/18 33/13 87/8
89/7 126/9 128/5
134/6
aware [15]    5/14
15/20 15/25
24/18 47/19 52/7
62/20 66/17
66/19 85/8 94/7
94/20 119/19
119/20 121/17
away [7]    21/18
31/4 40/16 98/10
107/7 124/20
125/21
awhile [1]    51/16

## B

B-6 [1]    2/8
B-R-I-A-N-T [1]
5/9
bachelor's [3]
8/25 9/1 9/21
back [18]    13/9
26/22 44/14 54/9
55/10 56/12
61/20 61/23 62/2
62/6 62/17 92/8
92/22 98/16
103/2 118/2
124/7 142/2
bad [4]    72/7
102/16 102/17
131/8
badge [2]    85/5
85/8
barely [1]    58/25
Barriere [1]
46/15
based [22]    12/10
29/18 30/12
33/14 34/5 39/16
56/18 64/1 79/24
79/24 85/17
96/10 101/5
105/23 111/20
112/10 112/15
112/21 115/21
127/3 131/13
140/21
basis [9]    40/8
72/18 72/19
78/18 87/3 94/7
96/16 143/3
143/9
Bates [9]    35/5
36/25 38/18
38/22 39/25 44/7
52/11 90/10
112/1
bathroom [2]    6/5
117/7
Baton [2]    2/5
2/9
became [6]    7/9
8/11 24/11 24/17
46/24 48/2
because [49]
12/23 16/14 21/8
21/18 25/18
29/11 30/21
38/11 40/16
40/20 40/21
40/22 51/25
55/24 56/13
56/19 59/15 61/5
61/11 61/25
63/12 64/24
65/23 67/2 67/25
68/16 68/17 69/9
69/19 69/21 72/8
73/19 77/11
92/21 96/14
98/10 99/2 99/17
101/6 101/23
102/15 102/17

**B**

because... [7]
102/18 108/3
118/9 124/8
131/7 134/18
140/5
become [2]   41/24
126/4
becoming [2]
46/17 134/2
BEEVERS [2]   2/12
2/12
before [22]   5/11
8/5 14/2 26/22
30/3 31/17 38/10
46/23 47/3 48/2
54/19 59/15 65/8
78/1 89/1 92/19
102/9 102/19
119/19 132/21
145/7 145/11
began [2]   6/25
100/16
begin [1]   98/16
beginning [3]
90/9 124/7
134/25
behalf [1]   15/3
behind [5]   22/18
54/11 54/12
63/17 63/18
being [26]   4/5
16/13 17/7 18/18
34/16 37/19 52/4
53/6 54/1 64/19
66/17 66/22 67/1
72/22 82/22 88/1
101/6 103/20
105/20 116/17
121/2 122/9
124/17 129/7
131/14 138/8
belief [5]   58/1
58/6 80/16 83/19
107/23
beliefs [1]
144/1
believe [61]
7/19 9/12 15/4
18/8 21/11 28/4
30/20 35/18
39/10 45/4 45/7
45/11 47/8 48/10
54/7 54/13 59/1
59/2 59/5 60/20
62/23 64/13
64/24 65/1 65/7
65/7 65/9 65/17
66/2 66/15 73/12
75/21 76/11
78/21 78/23 80/4
80/10 80/12
82/12 82/24
84/13 87/14
89/11 90/8 92/10
101/14 103/15
105/14 107/15
108/25 109/6
124/6 126/18

131/23 132/18
133/10 133/22
134/19 137/15
139/13 144/12
believed [4]
88/20 104/7
138/11 139/3
Belle [8]   46/14
112/3 112/12
113/19 114/15
114/18 116/1
117/14
Beside [1]
128/10
best [2]   13/18
145/15
better [1]   118/7
bettering [3]
118/8 119/9
119/10
between [15]   4/3
22/4 25/12 26/14
28/1 32/8 36/18
82/1 113/12
113/18 114/17
128/6 131/2
146/3 146/5
beyond [2]   94/5
96/3
bible [1]   119/4
bill [1]   93/7
billboard [1]
137/21
bit [5]   6/14
10/5 50/7 78/6
116/13
black [1]   135/21
blatantly [2]
22/4 40/19
bled [1]   56/9
blindsided [1]
47/14
block [2]   88/7
113/20
blocks [1]   29/15
blow [1]   107/2
blue [5]   107/21
124/25 125/12
135/21 135/22
Bo [8]   77/6
77/17 78/4 78/22
83/18 88/17
88/20 128/9
board [11]   79/22
80/20 81/4 107/2
130/10 130/11
130/20 130/21
130/22 145/19
145/25
book [1]   119/21
books [1]   10/24
119/18
both [2]   29/1
119/16
bottom [8]   29/12
29/18 41/18
115/7 115/8
128/21 129/16
129/17
Boulevard [4]

45/8 45/9 46/13
107/1
box [1]   88/12
brake [1]   40/22
Brandon [5]   18/8
67/12 69/7 69/8
69/9
break [1]   87/22
break-ins [1]
87/22
breakdown [1]
92/13
breaking [2]
98/4 98/14
Brian [1]   88/14
BRIANT [2]   5/1
5/9
brief [5]   47/17
58/3 69/9 132/24
132/24
briefly [1]
54/22
bring [1]   43/5
bringing [2]
73/23 95/15
Brock [1]   74/2
broke [2]   68/16
98/6
broken [3]   11/12
130/14 130/14
brothers [1]
51/10
brought [5]
42/10 52/10
63/17 93/3 93/6
Brouillette [8]
62/24 65/23 66/9
66/21 67/1 67/17
74/3 127/19
BROWN [3]   1/8
67/17 73/13
Bryson [15]   77/6
77/17 78/2 78/4
78/22 79/17
83/15 83/18 84/4
84/8 84/16 88/15
88/17 89/9 129/9
Bryson's [1]
84/11
budget [4]   31/10
31/14 31/18
31/21
building [1]
48/14
bureau [2]   44/16
59/1
Burmaster [1]
66/12
business [10]
112/2 112/11
112/13 112/14
115/25 116/3
116/9 116/10
117/6 123/6
businesses [2]
120/9 121/3
buy [1]   40/20
by I [1]   29/17

**C**

C-Team [6]   50/12
73/21 82/6 90/21
129/15 129/16
C.C.P [1]   4/13
call [36]   14/8
17/25 19/23 21/5
21/9 21/12 22/21
23/13 29/24
42/11 42/16 43/6
43/9 44/11 44/14
47/10 47/13
47/18 48/23
48/25 56/3 62/6
75/6 75/9 75/14
75/16 75/22 78/8
90/23 102/14
107/5 108/19
109/1 142/8
142/12 144/9
called [10]
25/19 47/8 54/10
65/17 68/17
102/10 107/16
108/17 133/2
141/25
calling [1]
95/18
calls [7]   69/11
85/19 85/21
85/25 86/6 95/23
137/8
calm [1]   106/18
came [10]   60/25
61/2 69/7 89/2
97/12 99/14
99/20 126/1
126/5 129/7
camera [3]   21/16
25/8 25/24
can [40]   5/7 9/6
9/10 13/7 13/9
14/17 15/24
18/23 19/2 19/7
19/22 20/9 29/7
30/20 35/7 40/23
46/10 51/22
62/25 65/12
67/13 67/18
84/20 85/16 86/6
90/14 91/14
96/21 97/1
107/18 107/23
113/11 116/2
116/19 119/2
120/19 126/20
133/25 137/4
138/3
can't [11]   5/21
11/7 18/10 18/21
19/2 19/4 94/10
120/22 120/22
128/7 139/19
cannot [1]   86/4
capable [1]   87/9
capacity [7]
12/18 12/18
12/20 64/15
64/20 65/9 67/25

capricious [5]
96/6 96/17 96/18
96/25 97/3
capriciously [1]
103/10
captain [80]
12/20 14/7 20/4
21/11 22/7 23/2
27/8 30/22 34/8
53/3 54/11 54/12
54/25 55/1 55/8
55/15 56/2 56/21
57/9 57/11 57/11
57/11 57/12
57/23 58/9 58/19
58/22 58/25 59/1
59/3 60/19 60/24
61/20 79/23
80/20 81/1 81/9
89/2 94/2 94/3
94/21 96/11 98/1
98/1 98/6 98/21
99/13 102/20
105/9 105/9
106/7 106/7
106/11 106/11
108/18 119/19
119/20 119/20
123/9 123/13
123/18 123/18
123/19 126/2
133/8 133/13
133/20 134/1
134/25 138/1
138/3 138/5
138/21 139/2
139/18 140/16
141/15 141/19
141/20 142/4
captain's [1]
123/25
captains [4]
57/9 57/15 58/17
105/25
car [15]   50/3
59/9 59/11 59/12
69/4 85/9 102/1
102/6 102/24
103/3 112/20
116/17 116/18
121/14 121/19
card [1]   46/2
care [2]   57/17
107/8
carry [1]   32/22
cars [2]   21/16
116/14
case [12]   4/12
13/12 14/6 28/23
47/10 96/10
108/14 108/15
108/22 109/14
109/19 146/9
category [2]
103/18 127/15
cause [2]   95/7
100/9
causes [1]   93/4
CCR [4]   1/20

**C**

CCR... [3]   4/20
145/6 146/13
certain [8]   5/14
10/11 11/15 12/9
56/19 72/22 92/7
140/3
certainty [1]
78/15
certification [2]
4/8 145/3
Certified [2]
1/20 146/14
certify [1]
145/8
chain [6]   60/25
98/4 98/6 98/14
104/13 104/16
chair [2]   54/13
54/14
chairs [1]   21/9
challenging [1]
21/18
chance [1]   12/13
change [6]   35/16
35/20 35/24 36/6
36/21 51/23
chapters [1]
11/5
charge [2]   72/14
106/25
chart [4]   81/9
139/2 139/17
139/21
charts [1]   127/9
Chasse [8]   46/14
112/3 112/12
113/19 114/16
114/18 116/1
117/14
check [20]   52/4
79/24 79/24
112/2 112/11
112/13 112/14
113/13 113/18
115/25 116/3
116/9 116/10
117/7 121/3
121/4 127/16
130/16 130/16
131/3
checked [3]   88/8
88/13 92/11
checking [2]
120/9 120/9
checks [4]   80/23
80/24 130/25
130/25
Chiasson [1]
74/3
Chick [1]   46/12
Chick-fil-A [1]
46/12
chief [68]   12/18
14/7 21/14 24/4
24/7 24/7 25/7
25/13 25/16
25/17 25/18
25/18 25/19

25/21 25/22 26/2
26/14 27/9 27/12
27/15 27/18 31/9
31/13 34/20
34/23 39/13 41/4
41/8 50/15 73/6
73/6 94/25 98/5
98/7 98/8 98/15
98/25 99/3 99/10
99/11 99/11
99/14 99/14
99/16 99/22
99/23 100/6
100/14 104/21
105/14 105/16
106/24 108/11
123/23 124/1
124/1 124/23
124/23 126/3
133/8 133/14
141/12 141/20
142/2 142/5
142/7 142/15
142/18
Chief's [1]
141/16
chiefs [1]   25/21
child [1]   51/11
choice [2]   40/18
123/24
choose [2]   12/14
88/1
chose [2]   119/5
119/8
chosen [1]   42/18
Chris [1]   138/6
CHRISTIANA [29]
2/16 24/8 25/18
25/22 27/12
27/18 31/14
34/23 39/13 41/5
41/8 50/15 51/12
73/6 98/5 98/15
98/25 99/4 99/11
99/16 99/23
100/6 104/21
105/14 133/8
141/12 144/5
144/10 144/14
Christmas [4]
40/21 99/15
100/14 103/21
Christmastime [1]
40/17
Christopher [2]
98/3 123/17
circle [1]   82/19
circled [5]
82/17 82/25
127/15 127/16
127/17
circles [1]   83/3
circumstances [2]
30/13 136/16
citation [4]
29/14 68/19 87/19
117/6
citations [25]
16/3 16/25 19/24

20/19 21/24
29/10 30/1 32/18
33/9 33/13 80/1
92/7 92/10
114/18 121/4
126/9 127/14
127/18 127/19
129/20 129/20
130/17 131/5
131/10 134/4
citizens [1]
100/21
city [12]   12/21
19/25 32/9 40/10
40/25 41/6 53/22
87/24 120/7
124/9 137/18
142/18
city's [1]
124/13
CIVIL [3]   1/5
4/6 145/24
claim [3]   48/20
93/6 103/23
clarify [1]
73/15
class [8]   10/15
10/18 11/12
11/14 11/16
11/17 87/23
102/11
classes [7]   9/23
10/2 10/7 10/9
10/11 118/16
119/18
Claus [1]   22/14
clear [4]   101/2
121/25 131/4
140/1
close [4]   30/25
52/3 134/13
134/13
closed [4]   54/15
55/1 63/17 63/18
coach [1]   120/22
Code [2]   4/5
145/24
Cody [5]   67/11
68/13 68/14
68/15 74/4
coffee [6]   45/5
45/6 46/7 46/14
46/20 48/12
coincidental [1]
134/11
Colby [3]   74/4
74/4 127/7
college [1]   6/17
color [1]   130/13
Colorado [1]
89/12
colors [2]   81/2
139/4
column [3]   79/6
80/7 117/3
come [11]   22/11
26/8 26/16 29/25
46/5 54/7 55/17
63/8 77/3 99/17

133/25
coming [10]   22/6
22/6 22/18 30/22
47/14 49/24 55/9
61/15 98/12
118/10
command [4]   98/4
98/6 104/13
104/16
commend [1]
98/14
comment [3]
61/25 71/12
87/13
comments [3]
87/17 87/18
98/20
commission [13]
45/11 45/17
50/19 52/24
53/25 54/2 59/20
60/7 64/14 89/24
89/25 90/4
102/10
commissioned [2]
7/10 24/11
committed [1]
99/23
common [2]   25/19
135/13
communications
[4]   7/14 7/15
8/2 16/8
company [2]
48/15 107/15
complaint [22]
12/25 13/12
13/22 14/5 15/11
15/12 16/11 20/6
20/13 20/16 22/3
27/22 33/6 39/16
43/3 53/1 62/15
93/8 94/16 97/5
99/20 100/7
complaints [1]
84/8
complete [7]   7/2
8/3 10/8 11/15
111/9 111/11
145/20
completed [5]
9/1 111/12 112/6
112/13 113/12
completing [1]
10/13
complex [1]
53/24
compliance [2]
145/18 145/22
comply [2]   17/11
131/17
complying [1]
63/2
computer [3]
10/23 69/12
84/19
concealed [2]
53/23 54/3
concern [5]

21/17 100/16
105/19 125/8
132/24
concerned [2]
60/1 129/23
concerning [1]
53/7
concerns [3]
58/16 107/3
144/15
conclusion [2]
94/9 95/24
conduct [2]   96/6
96/18
conducted [3]
21/10 58/14
97/25
conducting [1]
122/2
confided [1]
71/25
confirm [4]
61/20 81/17
81/20 91/14
confused [2]
33/5 53/14
connection [2]
10/22 43/22
consider [1]
117/10
consideration [1]
92/16
considered [2]
4/13 36/11
consists [1]
81/15
constantly [1]
21/18
constitution [1]
111/8
constitutional
[1]   99/24
constitutionality
[1]   21/19
construction [1]
21/8
constructively
[1]   105/7
consult [2]   6/8
6/11
contact [7]   46/5
67/10 68/15
96/17 132/7
132/10 133/7
contacted [2]
48/18 67/24
contained [5]
13/17 13/21
38/24 49/8 83/9
content [1]
36/10
contents [3]
35/3 35/7 35/13
continue [2]
49/22 136/17
contract [1]
32/8
contractual [2]
145/23 146/2

**C**

contrary [1]
97/2
contribute [1]
31/5
control [1]
142/6
conversation [17]
21/23 24/1 24/3
26/14 34/5 38/2
47/16 49/9 49/10
49/13 51/2 51/20
51/24 70/5 96/11
124/14 131/13
conversations [2]
66/4 69/23
conveyed [11]
13/22 17/21
17/24 20/11
23/16 49/14
55/24 56/16
56/23 68/5 73/1
copies [4] 28/23
75/10 87/1 89/15
copy [15] 13/12
35/3 36/3 36/18
49/4 66/7 66/14
75/15 75/19
88/22 89/13 90/6
90/8 90/18 90/24
cordial [1]
100/14
COREY [2] 2/4
121/10
corner [8] 45/7
66/12 78/2
128/25 129/2
129/4 129/15
129/18
correct [191]
15/17 95/14
correctly [4]
15/17 95/14
126/17 131/20
correlate [1]
30/20
correlated [1]
22/5
correlates [1]
29/7
correspond [2]
92/5 129/8
corresponded [3]
11/13 16/2
130/16
corresponding [2]
87/6 129/11
corroborate [1]
138/10
could [42] 10/18
11/4 11/21 12/2
12/8 13/23 14/23
25/17 30/15 35/6
42/24 49/25 50/6
54/1 54/1 69/14
80/15 80/18
88/22 99/11
100/23 106/4
106/24 110/25
111/4 116/5

116/5 116/20
122/22 122/23
125/21 128/17
131/16 131/17
132/5 132/10
136/6 136/16
139/6 139/6
139/10 142/1
couldn't [8]
30/17 52/4 98/12
101/22 101/23
105/14 111/5
139/11
Council [1]
31/18
counsel [7] 4/4
12/16 14/21 65/3
94/8 120/21
146/7
counsel's [1]
139/1
counseled [7]
40/5 63/15 63/18
64/2 67/1 84/1
87/19
counseling [5]
40/8 63/20 63/23
64/5 64/8
count [1] 87/19
couple [1] 37/7
course [3] 10/13
14/6 124/14
courses [1]
122/2
court [8] 1/1
1/20 5/21 74/24
123/15 126/20
146/3 146/14
courtesy [4]
47/10 47/13
47/17 54/4
courthouse [3]
57/12 58/24
124/18
cousin [1] 51/8
Cousins [1] 51/7
cover [1] 86/21
Craig [7] 67/11
76/11 77/5 77/17
78/5 78/22 129/9
credibility [1]
111/1
credited [1]
46/2
Crime [1] 50/18
crimes [1] 88/3
Criminal [1] 9/5
Crystal [1] 74/3
current [2] 67/9
130/1
currently [1]
70/9
cut [3] 12/9
32/12 105/13
cycle [1] 8/3

**D**

D-Team [7] 16/8
16/23 17/13

17/15 18/5 18/6
18/17
D-U-B-U-C-L-E-T
[1] 67/14
dad [5] 50/21
51/3 101/12
101/16 140/4
Daily [1] 91/20
damaging [1]
125/2
DANIEL [7] 1/5
1/12 4/4 5/1 5/9
40/1 111/24
Danielle [11]
21/23 29/23
32/17 32/24
81/12 82/2 82/23
82/24 104/5
104/6 126/10
Danny [1] 70/1
dash [1] 128/10
date [10] 13/15
17/9 18/24 37/13
37/16 37/17
37/19 101/8
125/13 131/19
dated [5] 36/6
40/2 52/13 89/1
91/20
dates [3] 28/15
28/17 86/5
dating [2] 26/22
118/2
David [3] 22/25
67/17 80/5
Davis [1] 48/10
day [43] 10/7
18/21 19/13
19/18 19/20
20/20 21/25
22/18 23/14
29/10 30/16
32/18 32/21 33/9
33/13 39/8 39/17
52/2 54/8 54/8
56/18 59/6 59/8
59/13 59/15 71/3
78/12 79/4 79/9
79/15 92/17
97/24 101/2
102/16 102/19
126/9 127/22
127/25 128/6
134/6 134/11
138/4 138/12
day's [1] 29/18
days [17] 19/18
20/21 21/25
29/11 29/12
29/17 32/19
33/14 37/21
56/19 79/12
126/10 126/23
127/3 127/23
127/24 134/7
dealers [1]
120/8
deceased [1]
107/18

December [72]
7/19 13/14 15/12
15/13 15/19
15/19 16/10
16/11 16/15
16/15 16/21
16/22 17/8 18/23
20/5 23/8 24/22
24/22 26/3 26/15
27/23 27/24 28/2
28/6 28/13 28/14
28/18 28/19 34/6
34/6 36/6 36/11
36/16 37/14
38/10 40/10
40/15 40/20
40/24 41/7 49/19
55/8 55/16 71/14
71/17 74/20 75/1
76/5 82/12 85/1
85/20 87/19 88/1
88/4 90/15 91/14
91/21 92/4 99/7
99/7 105/2
106/13 109/2
111/22 111/22
113/5 115/17
125/25 128/19
128/24 129/2
133/21
December 14 [2]
99/7 128/24
December 14th [2]
106/13 109/2
December 15 [2]
36/16 90/15
December 15th [3]
36/11 82/12
128/19
December 17 [2]
24/22 99/7
December 17th
[12] 15/12 15/19
16/10 16/15
16/21 17/8 18/23
20/5 27/23 28/13
34/6 36/6
December 19th [9]
15/13 15/19
16/11 16/15
16/22 24/22
27/24 28/14 34/6
December 1st [3]
85/1 91/21 92/4
December 2013 [2]
26/3 26/15
December 2014
[10] 23/8 28/2
28/18 38/10
71/14 71/17
74/20 75/1 76/5
129/2
December 20th [3]
37/14 105/2
113/5
December 21st [1]
115/17
December 8 [1]
13/14

decide [3] 87/25
98/7 133/13
decisions [1]
142/22
defamatory [5]
53/7 54/20 55/5
62/3 62/15
defendant [5]
2/11 93/17 93/18
93/24 95/3
defendant's [6]
93/8 93/17 93/18
95/2 95/6 95/8
defendants [1]
96/9
defendants' [2]
96/4 96/5
deficient [1]
127/16
deficit [2]
55/25 106/17
defined [1]
145/23
definitely [1]
48/14
definition [2]
96/21 96/23
degree [8] 8/24
8/25 9/1 9/8
9/11 9/14 9/21
10/8
degrees [1]
118/4
deliberate [2]
99/23 103/10
delivered [2]
16/14 123/16
DeMarco [6]
102/10 102/12
108/9 108/10
108/13 108/14
denied [2]
104/20 133/8
department [90]
7/13 8/17 12/19
12/21 14/7 15/14
15/16 15/21
16/19 16/20 17/9
17/22 23/21
24/20 26/23
28/14 31/5 31/11
31/15 31/19
31/22 31/25 32/5
32/12 33/12 35/2
35/16 36/7 42/21
42/25 45/10
52/20 53/8 53/21
54/21 57/24 58/4
58/11 59/15 60/4
60/5 60/13 60/22
63/3 64/8 64/12
64/24 65/5 65/14
65/16 67/9 69/10
70/16 71/7 71/19
71/25 74/19 75/1
80/14 84/1 84/16
86/11 86/21
89/11 90/6 93/5

**D**

department...
[21]   102/18
 102/23 106/9
 108/2 108/12
 115/14 118/1
 118/15 118/17
 119/10 120/15
 132/1 134/2
 136/24 136/25
 137/6 137/7
 137/14 141/6
 144/3 144/8
departmental [6]
 36/15 37/4 39/17
 90/18 134/9
 134/15
departure [1]
 144/2
depending [1]
 11/14
depends [1]
 119/1
deposed [1]   5/11
deposition [6]
 1/12 4/4 6/9
 25/9 94/13
 145/22
depositions [1]
 5/15
deputy [35]   24/7
 24/7 25/18 25/19
 25/22 27/12
 27/18 31/13
 34/23 39/13 41/4
 41/8 50/15 73/6
 98/5 98/15 98/25
 99/3 99/11 99/16
 99/23 100/6
 104/20 105/14
 124/1 124/23
 133/7 141/12
 141/16 142/2
 142/5 142/7
 142/15
derogatory [1]
 42/21
describe [6]
 24/25 34/13
 34/18 64/5 77/10
 77/21
described [3]
 25/3 62/22 65/22
describes [1]
 28/12
describing [4]
 30/9 73/5 98/19
 141/18
designated [3]
 10/15 12/4 12/6
desk [4]   54/12
 54/13 62/17
 97/13
despite [1]
 107/22
detective [1]
 59/1
determined [1]

30/14
detrimental [1]
 61/14
devastating [1]
 22/4
developed [2]
 27/9 27/13
device [1]   86/9
devices [3]   37/5
 83/13 134/10
devised [1]   27/6
DIANNE [4]   1/20
 4/20 145/6
 146/13
didn't [66]
 10/14 11/2 11/6
 11/18 14/1 21/19
 24/20 27/11
 27/12 27/14
 27/15 27/17
 27/18 27/20 31/3
 31/7 40/20 45/24
 46/2 47/12 47/13
 49/25 55/19
 55/21 56/3 61/20
 61/23 62/4 63/12
 69/1 72/9 72/21
 75/10 82/19
 86/14 89/7 89/9
 90/3 97/11 98/7
 101/20 101/23
 102/4 102/14
 102/15 102/17
 104/12 104/15
 104/18 104/19
 105/21 106/1
 106/1 120/2
 122/11 124/10
 126/10 128/22
 131/17 133/6
 134/18 134/19
 137/14 142/9
 142/12 143/17
difference [2]
 22/17 106/1
different [10]
 10/10 10/10
 45/25 70/17
 70/18 78/6
 121/13 122/15
 137/5 137/5
differentiate [1]
 86/3
direct [1]   146/2
directed [1]
 132/19
direction [1]
 145/14
directly [1]
 92/25
disagree [1]
 88/9
disagreement [1]
 72/19
discharged [2]
 105/7 136/5
disciplinary [20]
 20/25 38/7 39/20
 39/21 40/2 42/7

62/15 63/9 66/5
 72/5 76/17 77/22
 87/9 88/15 88/24
 88/25 91/11
 94/12 109/11
 131/15
discipline [3]
 34/3 68/11 72/8
disciplined [17]
 28/1 38/11 62/21
 62/23 63/1 63/12
 65/23 66/17
 66/22 68/6 68/8
 77/11 79/17 83/8
 88/20 105/7
 134/3
disciplining [1]
 72/5
discovery [16]
 14/8 14/9 14/11
 25/5 30/7 35/1
 37/7 45/20 63/21
 73/24 74/12 82/3
 83/24 87/4 92/24
 130/12
discrepancies [1]
 92/14
discrepancy [1]
 92/16
discretion [2]
 41/3 41/9
Discrimination
[1]   100/10
discuss [12]
 47/12 58/16
 67/19 69/1 69/7
 70/24 98/9 131/1
 131/3 131/25
 142/22 144/4
discussed [13]
 12/24 17/7 31/17
 68/12 68/13
 70/13 70/15
 73/18 78/7 83/11
 91/16 105/25
 125/16
discussing [5]
 67/22 125/23
 140/14 143/12
 143/20
discussion [4]
 24/23 71/24
 72/12 126/21
discussions [3]
 71/22 131/19
 143/25
disengage [1]
 124/15
disorder [1]
 106/18
dispatcher [5]
 7/17 7/18 7/22
 17/7 70/20
disposition [2]
 113/15 113/16
dispute [1]   93/1
disregard [1]
 103/10
disrespect [1]

54/23
disseminated [1]
 61/1
DISTRICT [2]   1/1
 1/2
division [15]
 7/14 7/16 7/23
 21/15 21/22 26/4
 26/17 32/3 56/4
 59/3 60/25 86/22
 86/25 126/4
 126/6
document [55]
 13/11 13/17
 14/19 14/22 15/5
 33/17 33/18
 33/19 33/24
 38/25 41/12
 41/20 44/4 75/3
 75/15 75/15
 75/18 75/23 76/3
 76/10 76/13
 76/16 76/20
 76/23 77/1 77/4
 77/7 77/14 77/15
 77/18 77/23
 77/25 78/3 78/6
 78/7 78/14 78/19
 78/20 78/23 80/2
 81/11 83/4 83/17
 83/18 83/20
 85/15 85/17
 88/16 88/19 91/6
 91/10 91/13
 91/23 118/14
 138/3
documentation [1]
 24/24
documented [2]
 23/15 23/23
documents [2]
 28/23 127/8
doesn't [23]
 25/10 36/11
 36/14 38/22
 50/25 77/7 77/10
 77/18 77/21 79/1
 79/7 79/9 79/17
 79/19 85/24 91/6
 102/25 108/6
 111/17 114/5
 116/14 116/18
 116/22
dollar [11]   17/4
 31/1 55/4 55/24
 57/3 57/5 57/7
 57/16 71/2 71/6
 134/12
dollars [3]
 56/24 61/6 99/8
don't [141]   7/20
 8/15 9/9 17/17
 17/18 18/2 18/11
 19/15 19/19 21/7
 23/19 23/25
 25/15 26/19 28/4
 28/15 28/17 30/4
 30/20 32/4 32/11
 32/14 40/12

44/25 46/1 46/1
 46/2 47/1 47/2
 47/17 48/1 48/4
 48/13 51/8 51/19
 51/22 51/23
 54/16 55/10
 55/14 55/18 56/1
 56/5 56/13 56/15
 56/22 56/23
 56/24 57/2 57/4
 57/6 57/8 57/13
 57/14 57/15
 57/19 59/9 59/11
 60/4 61/9 62/2
 62/13 64/10
 64/13 66/15
 66/25 67/7 69/20
 73/12 77/5 77/16
 78/4 78/21 79/16
 81/10 84/13
 85/14 87/14
 92/13 94/8 94/23
 95/20 96/2 96/22
 96/22 98/2
 101/14 101/14
 102/8 102/21
 103/1 103/2
 106/10 106/14
 107/5 107/15
 107/16 108/3
 108/23 109/15
 109/20 109/23
 111/16 112/8
 112/12 112/16
 112/19 112/22
 113/8 114/3
 114/3 114/23
 114/25 115/4
 115/10 115/13
 115/18 115/21
 116/6 116/8
 120/21 121/6
 122/20 127/5
 129/24 130/1
 134/4 135/6
 137/7 138/20
 139/20 139/23
 140/12 140/18
 140/24 141/3
 141/10 143/8
 143/10 143/11
 143/19
done [2]   22/15
 104/20
door [4]   54/12
 55/11 87/25
 116/22
doors [2]   63/17
 63/18
DORNIER [2]   2/7
 2/7
dots [1]   130/22
Dougherty [11]
 67/11 67/19
 67/23 67/24 68/5
 76/12 77/6 77/17
 78/5 78/22 129/9
down [14]   5/19
 5/21 11/12 50/7

**D**

down... [10]
54/15 61/1 68/12
69/14 79/4 108/1
113/6 130/14
130/15 132/21

Dr [3]   106/17
107/8 107/13

draft [1]   13/23

drafting [1]
12/25

draw [1]   87/15

drill [1]   50/7

drive [7]   1/14
5/1 5/10 102/6
103/2 121/14
137/21

driving [1]
120/7

drug [1]   120/8

dry [1]   79/22

Dubuclet [8]
67/12 70/13
70/14 70/15
70/24 71/5 71/7
71/12

due [3]   19/23
93/6 94/22

duly [2]   5/3
145/9

duplicate [4]
87/1 91/13 91/15
91/19

duplicated [1]
56/16

duplicates [1]
91/18

during [42]   12/7
12/11 14/6 15/15
16/7 16/18 16/23
17/24 21/14
22/21 22/22 23/8
23/8 24/3 24/16
29/24 34/8 35/1
35/7 40/10 40/19
41/7 47/10 47/16
53/5 54/11 63/5
71/5 71/17 72/2
73/4 73/7 73/25
84/3 85/3 85/20
87/8 92/24 98/22
106/23 114/1
137/12

Dustin [1]   18/9

duties [2]   7/15
118/22

duty [6]   21/10
115/15 117/23
119/15 119/21
121/15

**E**

e-mail [2]   49/8
118/14

each [7]   11/16
29/12 29/14
56/21 75/5 75/7
75/7

ear [1]   56/10

earlier [3]   29/9
101/25 115/8

early [3]   89/11
91/16 92/17

easier [1]
130/13

easily [1]   87/10

EASTERN [1]   1/2

education [4]
6/17 7/7 118/2
118/12

effect [4]   42/24
60/3 61/14 136/6

effected [2]
100/20 100/21

effective [4]
36/10 36/15
89/17 123/4

eight [7]   12/7
74/14 84/23
86/22 110/5
110/6 126/23

either [9]   11/13
21/7 71/19 77/5
77/16 78/4 99/11
115/15 129/8

elements [1]
14/11

elevated [1]
88/2

eleven [1]   90/13

else [19]   18/11
22/9 22/13 45/24
54/2 61/13 67/16
68/11 73/10 74/7
81/5 100/23
104/6 104/10
136/14 138/9
138/16 140/7
140/11

embarrassment [1]
106/21

emphasis [1]
105/12

employed [12]
8/16 28/5 42/1
45/9 45/13 46/18
46/24 48/2 64/11
68/1 70/9 110/8

employee's [1]
31/2

employees [3]
107/18 109/25
110/16

employer [3]
110/4 110/9
111/17

employers [2]
109/24 110/15

employment [9]
52/16 60/1 65/14
65/16 105/8
131/21 136/6
144/7 146/2

end [11]   30/3
52/15 61/4 75/5
75/7 115/14
125/5 130/2
130/17 131/2

143/17

ended [2]   115/10
116/9

enforce [7]
34/11 40/9 40/25
41/5 41/25 42/3
121/4

enforcement [2]
21/17 92/8

engaged [2]
96/19 111/14

Engineers [1]
65/1

enough [3]   119/5
124/22 142/10

entered [3]
19/23 21/12
53/19

entire [3]   22/17
26/8 56/4

entitled [2]
38/18 44/1

entity [2]   52/20
145/21

entries [3]
91/24 112/22
114/10

entry [1]   113/9

environment [1]
69/14 124/16

equal [1]   79/15

equate [1]
127/25

er [1]   8/3

erase [1]   79/22

Eric [5]   109/5
109/5 109/6
109/7 109/10

especially [1]
118/8

ESQ [3]   2/4 2/7
2/12

ET [1]   1/7

ethic [1]   42/25

ethics [1]   53/7

Eunice [5]   8/22
8/23 9/7 9/14
9/23

evaluation [5]
68/10 86/12 87/4
87/5 88/6

even [4]   36/13
99/6 108/1 134/1

events [1]   87/6

eventually [1]
98/18

ever [23]   25/22
28/1 31/9 31/17
31/21 31/24 32/1
32/8 49/7 52/6
58/25 63/11 76/8
81/1 99/19
103/19 111/12
119/23 124/3
130/23 142/15
142/18 144/3

every [17]   8/3
10/7 20/20 21/25
29/10 29/17

32/19 33/14
87/24 97/12
117/2 125/4
126/9 127/22
128/5 128/6
134/7

everybody [1]
53/24

everyday [1]
10/15 70/21
102/13

everyone [10]
18/4 49/20 50/5
50/8 56/5 63/4
70/25 86/2 136/2
136/14

everything [4]
13/17 22/15
30/13 55/4

evidence [10]
29/4 29/7 65/24
66/3 99/5 99/22
100/5 120/17
138/2 139/17

exact [3]   75/19
86/24 127/5

exactly [4]
63/13 96/24
107/5 129/23

EXAMINATION [1]
3/3

examined [1]   5/4

example [2]
127/23 129/22

examples [1]
94/11

exceed [1]
124/11

exceeding [1]
87/10

except [1]   4/10

exchange [2]
109/25 110/17

exciting [1]
124/18

excuse [3]   54/24
59/23 128/11

excused [1]
54/25

exercising [1]
100/12

exhibit [46]   3/8
3/9 3/10 3/11
3/12 3/13 3/14
3/15 3/16 3/17
3/18 3/19 3/20
3/21 13/4 13/11
14/17 14/17
14/18 15/1 15/9
15/9 15/11 25/5
35/5 35/5 36/5
36/24 38/15
38/17 39/12
39/24 41/12
42/14 43/25
44/14 52/11 53/1
53/15 74/2 74/10
93/14 116/25
122/8 122/13

123/11

exist [7]   20/5
20/13 20/16 27/4
81/18 81/21
81/23

existed [2]
71/14 80/20

exists [4]   39/6
44/4 44/8 78/19

expect [4]
109/25 110/5
110/9 110/9

expectations [2]
137/13 137/16

expected [11]
16/24 16/24
17/10 17/13
23/21 30/16 72/8
94/21 107/20
135/1 138/2

expense [1]
126/6

expert [1]   82/20

expertise [2]
94/5 96/3

explain [19]
10/6 81/6 81/9
122/18 122/25
123/9 123/15
124/5 125/24
126/20 127/9
127/12 127/20
128/14 129/5
130/10 132/3
133/19 136/11

explained [8]
25/6 26/2 27/21
31/24 71/2 87/20
92/7 143/6

express [2]   1/13
103/20

expressed [2]
69/13 72/7

expressly [1]
130/24

extent [2]
108/21 119/1

eyebrow [1]
100/23

eyes [2]   55/8
60/3

**F**

face [2]   11/19
11/19

fact [18]   20/18
38/9 43/5 61/4
61/6 64/16 64/21
89/20 92/23 97/3
102/16 108/13
108/16 109/13
109/18 110/25
121/17 144/9

facts [4]   13/21
51/22 102/17
120/16

factual [1]   94/7

fail [1]   94/3

failed [2]   93/18

**F**

failed... [1]
94/25
failing [5]
62/21 64/3 66/22
88/20 134/3
fails [2]  88/8
88/12
failure [5]  93/8
95/2 95/8 95/13
97/3
fair [10]  8/9
10/14 13/23
30/11 43/2 50/8
94/24 120/23
120/25 139/21
fall [9]  55/13
56/11 60/11
60/19 61/8 62/1
96/12 97/20
103/17
falls [1]  127/21
familiar [3]
14/8 14/10 35/10
familiarize [1]
13/5
family [4]  50/23
101/21 125/5
136/18
far [8]  47/11
50/2 60/1 68/10
100/15 101/24
101/25 141/7
father [5]  52/3
64/25 132/4
144/9 144/13
favors [1]  42/19
fax [1]  49/8
FBI [14]  44/20
44/23 45/2 45/20
46/4 46/5 47/6
47/19 47/20
118/9 132/10
132/23 140/21
141/9
February [24]
52/13 52/17 53/3
53/11 53/14
53/18 53/20
53/20 54/4 54/10
59/5 59/13 59/22
59/23 60/9 60/17
80/17 97/19
125/15 131/21
131/25 133/11
141/12 141/19
February 12 [1]
52/17
February 12th [2]
131/21 131/25
February 2nd [7]
52/13 53/14 54/4
59/5 80/17
125/15 141/12
February 3rd [2]
59/13 59/23
February 9 [5]
53/3 53/11 60/9
60/17 97/19

February 9th [2]
53/18 54/10
federal [3]  4/5
44/16 118/10
feedback [1]
88/11
feel [4]  87/8
125/1 127/10
128/14
feeling [1]
61/12
feelings [2]
101/9 131/25
fell [1]  62/5
fellow [4]  24/24
35/21 35/23
140/3
felony [2]  78/10
129/19
felt [8]  40/15
49/24 61/7 72/7
101/6 123/24
124/20 134/11
female [3]
132/23 132/23
141/9
fences [1]  120/4
Fernandez [1]
18/9
few [8]  13/4
27/21 38/9 59/4
74/25 107/1
127/8 142/3
field [8]  8/7
8/10 8/11 101/6
111/23 118/9
119/9 125/20
fields [1]
129/23
figure [2]  17/4
79/13
fil [1]  46/12
file [2]  12/17
54/2
filed [4]  13/12
13/14 70/25
94/16
filing [1]  4/8
film [1]  48/13
financial [4]
22/6 30/24 126/5
145/20
financially [3]
21/22 26/4 126/4
find [2]  33/7
140/6
finding [1]
22/13
fine [2]  30/5
126/25
finished [2]
102/9 113/18
fired [6]  28/8
105/21 131/18
136/7 136/13
136/14
firm [2]  2/7
146/3
first [42]  5/3

5/16 7/23 8/23
14/19 15/10
15/25 16/12
16/12 17/12
17/12 18/1 18/6
19/6 19/6 22/3
23/2 38/22 42/15
45/4 45/23 46/20
51/8 55/16 57/13
64/2 68/15 70/21
74/14 74/23
74/25 87/16
90/12 93/5 96/7
99/19 100/9
103/11 103/16
112/1 127/11
141/25
five [5]  12/7
86/19 112/16
112/19 116/5
Flip [1]  14/17
focus [4]  87/21
88/4 105/13
105/17
follow [16]
41/25 42/3 48/19
49/1 49/9 62/4
62/21 63/12
66/22 95/8 97/3
108/7 108/8
135/1 135/7
135/10
follow-up [4]
48/19 49/1 49/9
62/4
following [9]
28/2 41/22 54/8
65/23 66/17 68/6
84/14 87/20
136/7
follows [2]  5/5
74/20
food [1]  60/25
foregoing [2]
145/8 145/11
foreseeably [1]
42/24
forgive [1]  70/2
form [50]  4/10
15/22 19/8 20/7
23/18 23/24
26/10 26/18
30/18 30/19
57/18 59/16
59/17 60/14
60/23 65/6 66/20
67/3 67/4 84/5
84/17 94/18
99/25 106/3
106/4 107/9
110/11 110/18
116/15 117/11
117/25 118/18
118/25 120/12
121/20 122/4
122/19 133/17
135/15 136/8
137/2 137/9
137/19 138/13

139/7 139/12
140/23 143/14
143/16 143/22
formal [1]  61/14
formalities [1]
4/7
format [2]  15/1
145/18
former [1]  67/7
forms [1]  63/9
forth [1]  145/11
found [2]  19/25
124/9
four [4]  79/12
91/17 137/17
137/17
fourth [3]  79/13
93/6 113/6
frank [1]  134/23
free [2]  100/10
106/25
freedom [2]
100/15 116/13
Frisch [1]  74/2
frivolous [1]
119/6
front [8]  13/11
25/6 55/3 55/22
102/1 102/24
135/19 135/24
frustrated [1]
67/25
FTO [5]  7/23
7/25 8/4 98/10
98/10
full [9]  54/9
59/10 59/14
59/24 60/5 64/13
64/19 64/22 65/9
full-time [9]
54/9 59/10 59/14
59/24 60/5 64/13
64/19 64/22 65/9
Fully [1]  87/9
funding [1]
21/20
further [3]
20/23 132/21
144/17
future [1]  136/6

**G**

gain [2]  22/6
88/22
gap [4]  31/1
113/12 127/1
134/13
gave [11]  55/7
55/7 68/24 78/22
83/18 88/17 92/9
92/20 132/24
138/21 138/22
Gehring [1]
113/20
general [2]  88/3
110/1
general's [3]
48/23 49/7 49/14
generated [1]

21/16
generic [1]
107/9
gentleman [1]
132/20
get [34]  5/21
47/14 54/2 54/3
62/8 65/12 77/15
93/13 94/1 96/21
97/1 97/14 97/16
98/17 98/18
101/25 105/21
105/21 108/4
110/5 110/9
118/3 124/22
127/3 127/9
128/4 128/13
131/14 132/7
134/20 134/23
135/13 136/17
142/2
gets [2]  32/6
32/12
getting [3]  89/5
118/21 131/9
gift [2]  42/17
44/11
give [12]  5/18
6/1 11/10 19/18
19/25 23/6 46/2
47/10 56/4
107/17 124/9
132/6
given [19]  16/1
23/13 29/8 30/21
41/3 56/6 65/25
66/1 75/4 75/14
76/1 79/23
90/23 92/6
134/12 134/14
135/7 135/10
136/13
giving [2]  23/7
54/18
Glenn [1]  141/5
go [43]  5/16 6/5
6/15 6/23 7/22
8/5 9/17 10/2
11/11 11/21 12/2
21/18 31/4 55/12
55/13 56/10
56/11 59/11 61/8
61/20 61/23
61/25 74/12
74/24 76/5 82/14
96/12 96/14 98/8
106/24 107/1
107/6 107/17
108/6 108/6
115/9 124/19
125/5 127/8
131/17 131/21
132/21 134/21
GO731 [1]  85/12
goal [4]  16/2
21/21 72/23
105/18
goes [6]  8/3
84/16 84/20

**G**

goes... [3]
107/21 118/9
118/10
going [80]   6/2
6/10 13/3 13/10
14/4 14/16 15/10
21/8 21/20 21/24
22/12 30/4 32/23
34/20 34/24 35/4
35/19 38/17
39/11 41/11
52/19 53/17 55/2
55/2 55/12 55/13
55/20 56/11
60/10 60/18
61/10 61/21
61/25 61/25 62/6
69/19 72/2 74/25
80/13 83/8 90/11
92/5 92/22 94/2
95/14 96/12
97/10 97/13 98/7
98/9 98/13 98/16
101/5 102/3
104/25 108/7
108/7 108/14
116/21 121/24
124/7 125/20
128/21 129/7
129/12 132/6
132/25 133/14
134/13 134/18
136/1 136/14
138/4 138/11
138/13 142/11
142/13 143/12
143/21 144/8
gone [3]   94/11
94/18 115/8
good [4]   5/16
31/7 102/12
118/11
Goodwin [1]
109/16
got [18]   6/2 8/2
17/18 22/15
40/21 58/12
66/10 75/11
88/21 99/3 99/15
102/19 107/11
115/13 130/15
131/4 132/11
132/21
gotten [2]   20/1
75/21
graduated [2]
7/9 9/10
grandma [5]
50/24 51/3
101/12 101/18
140/4
grayed [1]
129/24
great [5]   69/19
69/20 69/21
102/14 107/25
green [8]   79/23
79/24 80/23

80/23 130/15
130/15 130/24
130/25
Gretna [109]
2/13 6/25 7/2
7/5 7/13 8/17
12/19 12/20
12/21 14/6 15/14
15/16 15/21
16/19 16/20 17/9
17/22 24/11
24/19 26/23 27/2
28/5 28/14 31/10
31/14 31/18
31/18 31/21
31/25 32/5 32/9
32/12 33/12 35/2
35/6 35/15 36/25
38/5 38/18 39/25
40/10 40/25 41/6
42/14 42/15 45/9
45/14 47/7 52/7
52/12 53/7 53/21
54/21 57/24 58/4
58/10 58/23
59/14 60/12
60/22 64/7 64/12
65/2 65/5 65/14
67/8 67/9 69/10
84/15 86/11
86/20 87/24
89/17 90/3 93/4
100/21 102/9
102/23 103/1
103/1 103/4
106/9 106/23
106/25 108/24
112/2 112/23
114/18 115/14
118/1 118/7
118/10 118/15
118/17 119/15
120/7 121/3
122/3 132/1
133/16 135/9
136/24 137/6
137/13 137/18
142/19 142/21
144/3 144/8
guess [4]   29/17
52/3 78/16
107/22
guidelines [2]
5/15 145/10
gun [1]   54/1
guy [3]   58/21
109/17 125/8
guys [2]   23/5
125/4

**H**

Haas [2]   142/1
142/8
hadn't [2]
101/10 101/13
half [5]   23/15
23/22 30/17 54/7
128/7
halls [1]   99/17

hand [10]   47/12
79/6 99/15
103/21 117/3
123/16 129/2
129/4 129/15
129/17
handed [4]   24/24
29/23 75/8 78/7
handle [1]   132/6
handled [1]   59/2
handles [2]
87/25 116/22
handshake [1]
100/14
handwriting [3]
78/19 82/20
82/22
handwritten [5]
29/14 76/20
76/21 78/10
128/1
handwrote [1]
83/2
handy [2]   14/17
15/9
happen [5]   88/3
97/11 133/9
142/11 142/13
happened [7]
62/4 69/4 71/1
97/18 100/16
102/15 114/4
happening [1]
97/15
harbor [5]   132/8
132/20 132/22
141/4 141/6
hard [5]   36/18
134/20 134/20
134/21 134/22
harping [1]
123/20
hate [2]   69/20
69/20
haven't [5]   49/9
69/23 69/25
94/13 102/16
having [9]   5/2
10/22 58/13 89/6
98/12 126/13
126/21 134/10
145/9
he [212]
he'll [1]   97/15
he's [17]   57/12
58/22 58/23 64/1
64/13 64/22
67/25 68/1 68/5
71/19 71/21
96/23 107/4
107/18 108/11
109/17 141/8
head [5]   5/19
5/21 9/9 62/25
101/19
health [5]   31/2
89/6 106/15
106/20 124/13
hear [4]   22/10

22/11 69/16
143/17
heard [3]   22/4
125/17 133/25
heavy [1]   105/12
HEBERT [4]   2/4
2/4 3/5 121/10
Heintz [15]
22/25 23/3 23/17
32/25 67/17
71/16 71/23
71/24 73/1 73/5
73/10 80/5 86/16
104/9 119/24
Heintz's [3]
22/25 72/18
72/19
held [3]   21/6
45/11 59/20
hello [1]   70/10
help [5]   33/5
68/19 69/5 69/5
125/10
her [11]   50/24
50/24 51/9 51/19
52/1 52/4 66/11
82/22 105/3
127/22 132/24
here [28]   9/2
15/1 16/9 18/13
18/21 19/4 22/3
26/7 26/15 30/5
32/4 32/11 45/21
57/22 58/9 79/1
80/16 82/24
85/24 86/4 86/7
88/14 92/23
94/24 95/20
115/5 140/5
140/20
hereby [3]   4/4
4/8 145/8
herein [3]   4/21
145/11 146/8
hesitate [1]
136/14
high [1]   6/15
higher [2]   96/14
108/18
highest [1]
87/23
highlight [2]
91/2 92/19
highlighted [13]
28/16 29/23 30/1
90/21 91/1 91/4
91/5 91/24
127/14 129/18
129/19 129/21
129/24
highlighting [2]
91/23 92/3
highlights [1]
92/5
Highway [6]   2/8
112/3 112/12
114/16 116/1
117/14
him [67]   21/15

22/11 22/18 25/7
26/2 45/15 45/24
46/4 47/9 47/10
47/11 55/5 55/21
57/13 58/25 61/1
61/23 62/4 62/6
62/8 64/18 64/19
65/13 65/20
68/23 68/24
68/24 69/13
69/15 69/24 70/1
70/3 70/11 71/2
71/25 72/1 73/14
81/4 81/6 81/9
89/1 89/9 95/18
99/16 102/14
102/14 102/15
102/17 102/17
102/20 102/25
107/5 107/6
107/17 107/17
108/9 108/18
120/22 126/3
127/6 127/6
132/9 132/19
142/6 142/16
142/16 142/19
himself [2]
54/24 55/1
hired [1]   42/22
hiring [2]
136/15 144/10
Hirschmann [1]
74/3
his [55]   12/17
12/19 21/21
21/21 42/23 46/3
47/9 47/14 49/2
54/11 54/12
54/13 54/14
55/12 55/17
57/13 58/20
60/11 60/19 61/2
61/8 61/11 61/12
61/15 62/5 62/17
63/15 64/25
65/14 65/16
67/25 68/9 68/10
69/18 70/11
70/16 81/4 83/21
84/1 88/24 93/10
95/13 96/12
97/13 99/14
99/15 101/19
103/21 104/1
107/14 107/18
108/17 128/10
128/11 138/18
historically [1]
118/2
hold [1]   13/7
hole [1]   78/2
Holiday [1]   1/13
home [2]   6/25
125/5
homework [3]
117/23 118/23
119/2
Hon [1]   1/9

**H**

hoping [1]  100/23
hostile [1]  69/14
hour [14]  23/9 23/14 23/15 23/21 23/22 23/22 30/16 30/17 38/3 112/17 113/12 114/2 114/17 115/1
hours [15]  12/7 92/14 92/15 110/5 110/6 110/9 110/10 113/13 113/18 113/19 113/20 113/23 114/1 116/6 142/3
house [1]  115/6
hover [1]  127/2
how [49]  6/21 7/18 8/8 27/2 53/17 55/19 63/1 64/23 69/11 70/11 72/1 76/10 77/3 79/15 83/17 92/16 94/3 95/12 96/16 101/6 102/3 102/6 103/9 103/15 109/5 111/18 112/8 112/23 113/1 114/21 114/24 115/22 120/10 120/14 120/20 120/25 121/5 122/18 126/1 127/1 132/6 132/7 132/10 132/16 133/15 134/13 141/12 143/11 143/19
however [19]  16/25 21/10 41/3 41/9 43/11 45/4 56/21 59/20 60/1 89/23 91/3 113/11 116/17 119/18 131/1 139/22
Huey [2]  2/13 117/17
humiliation [1]  106/21
hurt [1]  108/1
hypotheses [1]  110/2

**I**

I've [7]  10/5 32/1 36/24 39/11 46/5 63/11 100/13
ID [1]  85/5
idea [4]  26/7 26/15 26/19 83/23
identified [8]  35/8 35/12 58/18 91/9 109/13 109/18 138/10 140/3
identifies [1]  28/12
identify [11]  35/7 72/10 77/10 77/21 85/16 86/4 90/14 103/3 108/13 129/1 138/3
identity [1]  94/1
illegal [7]  95/15 98/11 105/24 123/21 124/21 125/22 134/17
image [1]  82/15
immediate [4]  9/17 126/7 133/4 133/5
immediately [5]  6/18 7/25 53/12 103/25 104/22
impacted [1]  103/15
implement [3]  24/25 34/20 142/22
implementation [1]  44/17
implemented [5]  27/16 27/19 33/11 143/1 143/4
implicated [1]  99/12
implication [2]  96/13 99/9
impressing [1]  42/20
improve [1]  30/2
in-class [1]  11/17
inability [1]  123/23
incidents [3]  85/2 85/17 85/19
included [4]  17/1 56/24 94/10 137/16
including [5]  4/7 83/8 91/10 119/19 136/12
incorrect [4]  117/9 122/9 141/22 141/23
increase [4]  23/4 33/10 33/24 89/5
increases [1]  89/6
independence [1]
independent [3]  21/22 26/4 126/1
indicate [2]  116/22 129/23
indicated [13]  29/19 49/10 78/21 78/23 96/12 112/5 115/7 116/2 125/19 126/3 127/23 129/3 129/15
indicates [2]  87/20 129/17
indicating [1]  93/20
indication [6]  32/1 83/7 83/10 88/12 114/6 142/10
indifference [2]  99/23 103/11
indirect [1]  146/3
individual [2]  12/18 12/19
infers [1]  42/19
influence [1]  32/3
info [1]  82/14
inform [2]  61/13 102/21
information [4]  14/1 56/2 117/10 129/8
informed [12]  15/15 16/18 16/20 21/14 41/2 44/15 53/6 72/2 72/20 108/2 126/3 145/19
infraction [1]  44/10
initial [1]  89/5
initially [4]  48/24 98/3 107/9 132/19
initiate [1]  54/19
initiative [2]  87/7 87/12
Inn [1]  1/13
ins [1]  87/22
inserted [2]  36/14 36/18
inside [3]  32/23 46/14 116/20
instance [3]  61/2 69/17 88/7
instances [4]  19/16 20/2 38/6 115/18
instead [1]  95/16
institute [4]  19/6 26/17 143/13 143/21
instituted [2]
18/18 96/20
instituting [5]  15/16 16/19 16/21 17/10 57/16
institutions [2]  7/7 118/5
instructed [1]  108/18
instruction [2]  24/16 119/13
instructions [2]  39/3 137/12
insubordination [1]  98/13
insurance [3]  31/2 89/6 124/13
insure [1]  110/16
insuring [1]  110/22
intend [1]  104/23
intention [1]  96/7
intentional [3]  117/16 117/19 117/22
interested [1]  146/8
Internet [4]  10/22 11/3 11/8 49/4
interpret [1]  95/14
interpretation [6]  30/10 106/12 106/14 139/21 139/22 140/16
interpreted [1]  140/18
interrogatories [1]  14/12
interrogatory [10]  25/5 25/10 26/1 26/13 26/21 32/15 32/16 33/7 49/16 74/1
interviewed [1]  47/20
invented [1]  26/25
investigation [3]  44/16 54/20 62/3
involved [4]  10/24 11/6 85/2 142/23
involvement [4]  124/21 134/25 142/25 143/3
ironically [1]  119/5
irony [1]  143/7
is indicated [1]  115/7
isn't [39]  5/11 7/10 8/12 9/21 12/21 12/25 13/23 20/16
20/21 23/23 26/4 28/24 35/21 35/25 36/3 36/8 37/8 37/11 37/24 38/7 38/12 39/9 39/21 40/10 42/11 43/3 52/24 59/19 59/25 69/24 80/6 89/22 110/6 111/1 123/3 136/25 137/6 137/18 144/9
issue [11]  21/24 26/9 32/18 49/24 57/3 57/5 57/7 57/16 105/19 121/4 124/16
issued [5]  14/7 35/24 92/10 92/11 94/16
items [3]  16/3 16/24 17/15 42/17
itself [2]  11/5 61/3

**J**

Jace [1]  68/23
Jackson [2]  57/11 59/2
jail [1]  134/7
James [1]  1/14
Janis [1]  1/9
January [16]  19/22 20/12 40/6 42/7 42/18 44/11 74/15 76/20 76/25 77/12 80/14 85/2 89/13 90/21 129/12 129/17
January 13 [2]  74/15 89/13
January 1st [1]  85/2
January 2014 [1]  20/12
January 2015 [6]  76/20 76/25 77/12 90/21 129/12 129/17
January 2 [2]  42/16 44/11
Jason [4]  108/9 108/10 108/13 108/14
Jeff [1]  48/10
Jefferson [1]  2/8
Jerry [1]  57/14
Jesuit [2]  6/16 6/18
Jim [2]  54/14 54/23
job [11]  17/14 65/10 67/2 120/3 120/6 124/18 124/19 124/19

**J**

job... [3]
136/12 136/17
137/21
JOLIVETTE [1]
1/8
Joseph [1]
109/16
JR [4] 2/16
78/17 78/18
78/25
JTTF [2] 132/9
141/8
Judge [1] 1/9
July [1] 39/15
July 25th [1]
39/15
jump [1] 97/19
jumping [1]
120/4
June [2] 15/6
38/12
June 24 [1]
38/12
June 6 [1] 15/6
just [62] 6/1
6/6 11/9 11/16
11/18 17/6 20/3
20/11 23/5 24/3
25/8 34/15 35/5
42/23 43/10
46/14 49/25 51/1
51/23 56/25
58/18 59/2 66/8
67/1 69/4 72/3
73/1 73/11 73/15
73/19 74/24 78/7
80/12 81/17
87/13 90/11
90/13 94/1 97/7
100/19 104/1
104/22 107/4
120/3 121/25
122/18 122/25
123/9 125/5
125/24 126/20
127/5 127/12
127/16 127/20
128/13 129/5
129/24 130/10
133/19 136/11
138/10
justice [1] 9/5

**K**

keep [5] 14/17
15/9 139/24
140/1 140/5
kept [3] 70/19
103/4 103/6
kid [1] 40/21
kids [3] 87/24
88/2 116/21
kind [7] 51/1
122/18 122/25
127/12 133/19
136/11 141/18
Kindell [1] 18/8
Klees [4] 51/14

knee [4] 42/11
42/17 43/5 44/11
knew [13] 55/20
57/2 57/4 57/6
57/15 68/17 99/6
100/6 132/23
134/9 134/16
141/24 142/4
know [125] 6/6
13/5 14/1 14/9
18/9 21/7 21/19
23/5 25/15 27/3
30/2 32/4 32/11
37/18 45/1 46/1
47/9 47/11 48/13
49/17 55/19
55/25 56/1 56/5
56/7 56/15 56/18
56/20 56/22
56/23 56/24
56/25 57/2 57/4
57/6 57/14 57/15
57/19 59/9 61/9
62/11 63/1 64/4
64/10 64/11
64/16 64/20
64/23 66/25 67/7
69/17 71/3 74/24
76/25 78/3 78/8
78/9 78/13 79/15
79/16 79/20 80/9
80/11 82/11
82/17 85/13 87/3
87/4 91/1 91/24
94/2 95/13
95/20 96/2 96/22
96/22 97/7 98/2
100/3 101/23
102/4 102/25
105/11 106/7
106/10 106/11
106/14 107/5
107/13 107/16
108/15 108/22
108/23 109/13
109/18 109/21
109/23 111/17
112/8 112/12
112/16 112/19
112/23 113/8
115/10 115/13
115/21 116/6
116/7 116/8
121/6 122/1
130/1 136/2
136/16 139/24
140/18 140/24
141/2 141/3
141/7 143/8
143/10 143/11
143/19
knowledge [14]
13/18 49/21 73/1
81/8 81/10
108/21 109/7
109/10 109/21
121/24 138/20
138/21 140/20

146/1
known [1] 53/23
knows [4] 70/25
70/25 97/8
109/23

**L**

LA [5] 1/15 2/5
2/9 2/13 5/1
Lacour [1] 58/19
Lafayette [1]
6/20
Lapalco [1] 45/8
large [2] 123/2
123/2
last [15] 15/7
32/15 47/5 52/23
57/14 58/20 65/4
65/13 67/13 68/8
68/10 75/11 89/8
89/10 128/18
late [1] 92/17
later [2] 80/13
142/3
law [5] 2/7 4/6
97/2 104/2 104/8
laws [7] 40/9
40/25 41/6 41/25
42/4 111/7 121/5
LAWSON [32] 1/7
12/17 14/7 24/4
25/16 25/18
25/21 27/9 27/15
31/10 34/20
40/23 41/2 50/13
73/6 93/4 94/25
98/2 99/5 99/12
99/15 99/22
100/6 100/11
103/9 103/15
103/19 104/18
105/16 144/4
140/14 144/14
lawsuit [10]
12/17 67/20
68/14 69/2 69/8
70/7 70/14 71/1
73/14 93/3
lawyers [3] 14/1
14/22 15/2
layer [1] 107/19
lazy [1] 67/2
LEAR [1] 2/17
learned [1] 11/3
least [3] 37/13
46/13 52/20
leave [3] 55/21
75/12 108/6
leaving [2]
116/12 131/24
LeBlanc [4] 18/8
67/12 69/7 69/8
lecture [1] 11/6
lectures [2]
10/25 11/2
led [2] 21/23
84/8
Lee [2] 47/23
47/25

left [15] 17/7
23/5 54/13 64/24
67/8 70/19 71/9
71/11 73/17 75/6
80/7 114/15
117/3 129/2
129/15
left-hand [3]
117/3 129/2
129/15
legal [2] 95/23
97/4
legality [1]
105/19
let [9] 6/6 13/5
14/9 28/21 30/1
47/9 47/11
102/25 128/4
Let's [4] 17/6
18/1 50/7 65/12
letter [15]
39/12 39/21 40/1
40/2 49/8 51/25
52/12 53/19 54/6
118/14 123/10
123/12 123/16
123/25 131/20
level [5] 29/25
57/20 58/13
58/14 94/5
Lexapro [1]
107/9
license [11]
50/2 50/3 101/25
102/7 102/21
102/24 103/6
108/19 135/18
135/19 135/21
lieutenant [22]
17/20 18/6 18/17
18/22 19/5 19/12
19/13 19/17
19/22 20/3 20/4
27/5 27/8 54/14
54/22 56/3 58/3
102/10 102/12
108/25 109/3
109/6
lieutenants [3]
43/16 57/6 58/14
light [3] 25/7
40/22 95/15
like [16] 5/18
6/6 12/7 30/9
49/20 53/25
55/15 65/8 72/7
82/5 86/24
101/24 116/12
124/24 125/5
135/21
liked [1] 70/12
likes [1] 118/7
limited [1]
137/17
line [13] 50/2
79/3 79/4 79/6
107/22 108/1
113/6 113/9
124/25 125/12

127/21 128/18
135/22
list [3] 11/10
73/15 108/9
listed [5] 27/22
29/13 43/1 80/6
130/3
listen [6] 49/20
100/17 132/5
140/2 140/6
140/12
lists [1] 38/21
litigant [2]
146/4 146/5
little [6] 6/14
10/5 33/5 50/7
78/6 137/17
live [1] 107/22
lived [2] 52/1
53/22
lives [1] 89/12
living [1] 51/16
Lloyd [9] 57/12
58/25 98/1
105/10 105/25
106/7 106/11
123/18 138/6
LLP [1] 2/12
location [1]
117/3
locations [1]
117/1
log [4] 10/7
10/9 10/11 10/15
logging [1]
10/22
long [20] 2/13
6/21 7/18 13/9
20/1 38/3 51/17
69/22 70/22
102/6 111/18
112/8 112/23
113/1 114/21
114/24 115/22
117/18 143/11
143/19
longer [5] 21/20
59/14 70/17
71/19 90/4
look [6] 13/4
49/23 102/25
113/5 118/11
139/14
looked [3] 22/8
92/8 127/9
looking [11]
5/20 33/6 79/3
79/12 120/8
120/18 122/11
123/10 128/15
128/16 128/24
looks [4] 78/6
82/5 84/19 86/24
lost [1] 49/21
lot [4] 49/23
99/16 120/3
133/20
LOUISIANA [16]
1/2 4/20 5/10

**L**

LOUISIANA... [13]
6/19 8/21 8/22
41/1 41/6 42/4
50/4 60/3 111/8
135/22 145/7
145/24 146/14
low [1]   121/12
LSU [6]   9/7 9/14
9/14 9/20 9/23
10/1
lull [1]   119/22
lunch [4]   114/12
114/13 115/6
115/9

**M**

machinery [1]
68/19
made [18]   19/24
35/2 50/3 55/6
61/4 68/9 96/15
96/15 101/2
102/1 107/10
124/9 130/22
133/10 138/8
141/11 141/13
141/20
madness [1]
22/18
MAG [1]   1/8
mail [2]   49/8
118/14
maintain [2]
89/7 124/10
majority [1]
123/2
Makdessi [4]
18/9 67/12 70/5
70/6
make [18]   14/18
21/21 21/25
32/18 46/16 52/1
53/25 55/14
61/12 65/12
73/19 73/22
73/24 75/10
93/25 121/25
130/4 139/25
makes [5]   60/11
60/20 83/25
93/20 118/10
making [6]   22/16
26/3 53/6 54/20
126/8 145/21
male [1]   49/2
Management [1]
84/15
mandated [2]
27/16 27/19
mandatory [5]
15/14 20/15 34/3
95/9 95/21
Manhattan [2]
45/8 46/12
manner [2]   6/12
68/6
manual [13]
24/13 24/14
24/18 24/18
24/25 35/3 35/9
35/13 35/17
35/20 36/14
36/17 36/18
many [3]   11/6
31/5 132/16
Marcus [4]   67/12
70/13 70/18
70/19
mark [2]   35/4
52/11
marked [8]   36/24
39/11 39/24
74/11 84/24
103/2 111/21
123/11
marking [5]   13/3
14/16 36/5 41/11
43/25
marks [1]   131/8
MARRERO [2]   5/1
5/10
Mart [1]   142/15
matches [1]   25/9
material [2]
11/3 11/14
materials [1]
24/12
math [5]   29/18
29/21 29/22
33/21 128/6
Mathematically
[1]   127/21
matriculating [1]
6/18
matter [4]   49/11
108/6 146/4
146/6
Matthew [1]   74/3
MAUTERER [2]
2/12 3/4
may [7]   65/7
69/20 71/13
71/13 97/14
99/14 125/10
maybe [1]   124/22
mean [16]   12/1
18/24 30/11 50/4
51/24 52/1 52/2
55/16 79/9
101/24 103/4
107/15 107/22
116/18 122/25
140/9
meaning [2]
92/10 137/7
means [2]   51/1
61/9
meant [6]   28/25
130/24 130/25
139/4 139/6
139/18
medical [1]
107/14
medication [1]
107/11
medicine [1]
107/4
Meerveld [1]   1/9
meet [9]   12/24
64/3 87/12 88/8
88/12 88/21
114/6 133/14
134/3
meeting [84]
15/14 15/15
16/18 20/12 21/5
21/5 22/2 22/22
24/23 25/12
32/23 33/1 34/8
38/10 42/11 43/6
45/23 46/12
46/23 48/9 48/19
49/19 53/2 53/5
53/11 54/10
54/11 54/15 56/8
56/12 63/16
63/19 72/3 72/3
72/11 72/15 73/4
73/7 73/20 74/1
75/9 84/2 89/2
97/9 97/18 97/22
97/24 97/25 98/5
98/15 98/20
98/22 99/13
100/16 101/2
104/20 105/9
106/12 123/9
123/12 123/17
123/23 124/23
125/13 125/14
125/25 131/12
132/12 132/13
132/17 133/7
133/11 133/21
133/24 138/1
138/5 141/19
142/1 142/4
142/5 142/6
142/9 142/10
144/13
meetings [12]
31/9 31/13 46/7
46/11 46/13
46/17 58/13 78/8
125/23 140/22
142/21 142/23
member [13]
26/23 39/4 48/22
49/10 53/20
57/23 58/3 58/6
58/10 65/8
102/18 102/22
134/2
members [5]   50/9
50/23 66/16
101/21 140/4
memo [3]   88/14
89/16 118/19
memorialization
[2]   41/14 74/16
memorialized [2]
63/20 63/25
memorializes [1]
28/12
mental [3]
106/15 106/20
106/21
mention [1]   17/3
mentioned [3]
126/19 132/12
135/18
merely [1]   47/13
message [4]
23/13 23/16 70/1
81/12
messages [2]
82/1 126/16
met [7]   21/8
45/4 45/10 45/14
45/15 47/5 126/8
method [2]   22/17
145/13
Metropolitan [1]
50/18
MIC's [1]   129/20
mid [5]   29/25
76/21 77/1 124/6
130/1
middle [2]   129/3
129/16
might [1]   16/3
mile [1]   53/22
miles [1]   137/18
million [16]
21/15 30/25 32/2
55/3 55/24 56/24
57/3 57/4 57/7
57/16 61/6 71/2
71/5 99/8 126/6
134/12
mind [3]   54/23
105/15 124/22
mine [1]   40/18
minimum [3]   93/9
94/4 94/25
minutes [7]
27/21 59/4
112/16 112/19
114/17 115/1
116/5
Mischaracterizes
[1]   138/18
misdemeanor [2]
78/11 129/19
miss [6]   66/9
66/21 67/1 88/10
142/1 142/8
Miss Brouillette
[3]   66/9 66/21
67/1
missing [1]
18/10
misunderstood [1]
141/18
mobile [3]   123/3
123/7 137/22
module [1]   11/16
modules [2]
11/12 11/13
Mohnot [1]
106/17
mom [4]   51/4
51/6 101/12
101/14
moments [1]   13/4
money [7]   17/2
17/3 17/5 21/16
32/6 32/13 40/16
monitored [1]
11/23
month [21]   7/20
17/12 17/17
19/18 19/20
29/25 30/3 40/20
40/24 48/1 65/4
75/5 75/7 75/11
127/6 130/2
130/2 130/4
130/17 131/2
131/4
month's [1]
129/10
monthly [5]
76/22 77/14
77/25 128/24
129/2
months [7]   38/9
38/9 47/8 65/15
89/1 89/4 130/15
MOORE [1]   2/4
more [16]   10/12
22/9 23/22 26/9
30/17 48/5 59/11
59/21 92/10
92/11 99/16
103/2 107/23
119/5 123/4
125/21
morning [5]
62/22 73/11
133/10 142/3
143/25
most [1]   65/19
motivated [1]
144/1
motivational [2]
139/10 139/14
motor [1]   92/11
mouth [8]   55/10
55/17 61/2 61/16
69/18 99/14
99/21 134/1
move [2]   52/21
68/20
moved [1]   9/13
MR [24]   3/4 3/5
63/15 64/7 64/11
66/25 67/24 68/5
69/2 69/23 71/5
71/7 71/12 71/14
71/22 71/24 73/1
73/4 73/10 79/17
83/14 89/8 93/10
106/25
Mr. [40]   5/7
5/11 15/13 15/15
16/18 26/23
32/16 44/15
45/21 48/18 53/5
53/11 62/20 63/6
63/9 63/11 67/19
67/23 68/12 69/2
70/6 70/14 70/15
70/24 71/16 88/5

**M**

Mr.... [14]
95/17 96/7
103/25 107/2
107/3 121/11
132/7 132/11
132/12 132/13
132/17 132/21
136/5 136/24
Mr. Arabie [1]
69/2
Mr. Asevedo [2]
107/2 107/3
Mr. Dougherty [2]
67/19 67/23
Mr. Dubuclet [3]
70/14 70/15
70/24
Mr. Heintz [1]
71/16
Mr. Makdessi [1]
70/6
Mr. Pichoff [4]
63/6 63/9 63/11
68/12
Mr. Swear [17]
5/7 5/11 15/13
15/15 16/18
26/23 32/16
44/15 53/5 53/11
62/20 88/5 96/7
103/25 121/11
136/5 136/24
Mr. Vinson [1]
95/21
Mr. Voyles [7]
45/21 132/7
132/11 132/12
132/13 132/17
132/21
Mr. Zurik [1]
48/18
much [4]  49/25
55/20 120/4
127/1
multiple [5]
75/10 96/8 97/15
115/18 117/20
multiply [3]
29/12 29/13
29/17
municipality [1]
41/25
myself [9]  86/15
119/9 119/10
119/10 124/15
125/9 134/18
136/1 146/5

**N**

name [14]  5/7
46/3 47/9 47/14
49/3 57/13 57/13
57/14 58/20
67/13 80/6 89/9
97/13 121/10
named [2]  18/16
77/23
names [2]  29/15

140/8
naming [1]  93/3
NANNETTE [1]  1/8
nature [2]  16/14
44/10
necessarily [3]
116/18 116/22
133/4
necessary [2]
49/25 130/4
need [8]  6/12
42/19 56/9 61/7
87/14 90/3
120/21 137/23
needed [8]  26/9
30/2 53/25 61/12
102/23 125/10
126/4 134/11
neighborhood [3]
87/22 116/21
123/6
neither [2]
25/21 98/25
nerves [1]
106/18
never [9]  10/5
15/20 21/8 41/2
41/8 57/13 62/14
100/13 130/24
new [6]  1/13
43/8 43/11 44/17
65/3 98/12
newly [1]  96/20
news [4]  48/11
48/13 48/16
48/17
next [37]  7/22
19/13 29/14
46/23 53/10 59/6
59/8 59/13 74/15
74/19 75/13 76/5
76/20 77/14
79/20 81/11 82/5
83/11 83/13
84/19 86/8 86/11
88/14 89/13
89/14 90/6 90/21
91/13 91/17
91/19 96/4 100/9
103/3 113/5
115/17 128/1
130/23
night [7]  12/8
16/3 16/4 16/25
21/11 66/10
125/4
nine [1]  126/23
no [123]  1/6
5/23 7/8 12/3
17/3 21/20 25/25
27/11 27/14
27/17 27/20 28/4
28/20 29/22 30/8
33/17 33/18
33/19 33/21
33/24 33/25
34/22 34/25
37/20 38/13
38/14 43/15

43/15 45/15
45/23 46/19
47/17 48/1 48/21
48/24 49/9 52/9
54/23 54/24 56/9
58/5 58/8 58/19
59/14 60/4 61/23
61/24 62/10
63/13 66/24 67/7
68/8 68/11 68/15
69/3 69/25 70/8
70/17 71/19
72/25 73/12 76/2
76/4 77/13 77/20
77/24 78/15 79/2
79/11 79/19
80/25 81/3 81/7
83/6 83/10 85/10
86/3 86/7 91/8
91/12 97/21
100/8 101/22
103/21 104/3
104/11 104/13
104/16 106/10
112/5 112/10
112/15 112/18
112/21 112/25
113/2 113/4
115/7 116/2
116/3 118/19
119/17 119/22
121/16 122/10
122/14 123/24
130/23 135/5
135/12 136/19
138/24 139/8
140/13 141/16
141/21 142/9
142/24 142/25
143/3 143/10
144/17 146/1
Nobody [1]  74/7
nods [1]  101/19
non [3]  43/14
69/14 108/5
non-hostile [1]
69/14
non-rank [1]
43/14
non-team [1]
108/5
noncompliance [2]
20/25 34/4
normal [2]  11/16
12/7
not [223]
notations [2]
78/10 130/22
note [3]  54/18
68/22 117/1
noted [2]  117/15
117/17
nothing [4]  5/4
33/22 129/10
139/6
notice [1]  4/5
notified [1]
103/25
notify [1]

104/23
notifying [1]
93/10
notwithstanding
[1]  103/5
number [19]
19/24 29/12
29/13 29/14 35/6
36/25 38/22
39/25 44/7 72/22
85/5 85/8 92/7
112/1 127/5
127/14 128/1
128/2 128/8
numbered [3]
38/18 52/12
90/10
numbers [15]
29/16 66/1 68/9
82/17 82/19
82/25 83/2 83/2
83/9 92/8 128/21
130/1 130/4
130/17 130/23
numerous [10]
17/24 18/20
19/11 19/16
19/21 35/18 45/3
67/24 69/11
107/6

**O**

oath [6]  4/21
24/17 41/25 42/3
65/3 145/9
object [42]
15/22 19/8 20/7
23/18 26/10
26/18 30/18
30/19 57/18
59/16 59/17
60/14 60/23 65/6
67/3 67/4 95/23
99/25 106/3
106/4 110/11
110/18 116/15
117/11 117/25
118/18 118/24
118/25 120/12
121/20 122/4
122/19 133/17
135/15 136/8
137/2 137/19
138/13 139/7
139/12 143/16
143/22
objection [9]
23/24 97/7
103/12 103/13
120/11 137/1
137/9 140/23
143/14
objections [2]
4/10 4/13
observant [1]
119/3
observation [1]
120/3
observe [4]

82/19 91/2
129/25 130/3
observed [1]
130/21
observing [1]
116/20
obtain [6]  75/3
76/10 83/17
88/16 90/7 90/22
obtained [3]
9/21 75/16 78/3
obtaining [3]
8/23 8/25 9/13
obvious [1]
40/19
obviously [5]
28/8 47/2 55/11
56/13 128/7
occasion [4]
19/7 32/17 45/25
46/3
occasions [11]
17/24 18/20
19/21 35/18 45/3
67/25 69/11
94/15 97/15
98/18 107/6
occur [1]  46/23
occurred [8]
24/23 26/14
54/12 97/10
97/24 117/20
133/23 142/4
occurrence [1]
38/12
October [1]  89/1
October 2014 [1]
89/1
oddly [1]  134/11
off [11]  9/9
12/9 22/10 56/20
62/25 76/2 101/5
102/19 105/14
107/2 140/4
offering [1]
54/5
offic [1]  8/3
office [17]
24/17 46/18
46/25 48/3 48/23
49/7 49/10 49/11
49/14 54/12 65/4
69/11 79/23
80/20 89/21
139/3 139/18
officer [56]
7/10 8/7 8/8
8/12 23/9 24/12
27/2 28/6 29/13
35/15 38/5 41/24
42/22 43/13
52/24 53/24
59/14 59/24
59/24 60/2 60/6
64/19 64/22 65/3
68/22 70/8 76/18
81/8 84/4 84/8
84/11 84/16 87/7
88/15 89/9 91/9

**O**

officer... [20]
91/20 101/6
108/24 110/8
111/1 111/8
111/24 118/21
118/22 119/15
120/6 121/2
122/16 125/20
127/7 130/20
135/1 141/4
144/11 145/7

officer's [3]
29/15 79/25 93/7

officers [36]
8/10 20/1 20/24
23/14 24/24
25/23 34/2 34/10
34/16 34/20
35/21 35/23 36/8
37/23 43/14
43/18 62/20
62/23 67/9 75/8
77/11 77/22
78/24 80/6 83/8
85/24 101/9
101/21 116/13
118/3 118/4
118/15 119/14
134/3 140/15
143/8

official [6]
12/18 12/20
33/11 36/22
60/12 60/22

officially [1]
52/16

officiated [1]
4/21

often [1]   99/17

once [3]   58/12
59/10 141/24

one [70]   5/16
5/17 6/22 11/13
14/11 18/10
18/19 20/20
21/25 22/18
25/21 26/16
29/10 29/17
32/17 32/18 33/9
33/14 35/19
37/10 43/10 45/7
46/7 46/12 46/20
47/2 48/5 48/6
51/8 52/2 62/24
63/25 64/20 66/1
70/21 75/1 76/4
78/24 79/12 80/4
80/6 82/15 83/13
84/14 86/5 88/10
90/14 90/21 93/5
94/8 97/18 97/19
107/20 108/17
110/21 112/1
113/5 114/10
115/17 117/2
117/23 126/9
127/22 128/5
128/6 128/15

129/14 130/23
133/13 134/6

ones [3]   8/20
78/7 138/17

online [17]   9/24
9/25 10/2 10/4
10/6 11/1 11/11
11/17 11/21
11/23 11/23 12/2
48/24 118/16
119/14 119/18
122/2

only [30]   6/9
25/3 29/6 32/1
40/18 46/5 51/8
51/11 56/6 66/2
69/12 69/17
69/25 88/12
88/12 92/21
92/24 99/9 99/12
100/18 103/21
105/5 119/9
125/2 126/11
126/12 133/25
138/17 140/3
145/3

only would [1]
126/12

open [1]   116/12

openly [5]   50/5
53/23 55/3 81/3
136/1

operate [1]
137/5

operating [4]
24/12 24/14
24/18 24/25

operations [8]
24/18 35/3 35/8
35/13 35/16
35/20 36/14
36/17

opinion [3]
105/18 106/1
123/21

opinions [3]
103/20 144/1
145/25

opportunists [1]
88/3

opportunity [7]
11/18 52/21
54/19 69/15
105/16 107/17
120/2

opposed [2]
102/3 136/1

oral [8]   41/14
41/22 74/16
89/14 92/20 93/1
135/7 135/13

order [6]   10/21
33/2 42/20 98/14
120/1 124/15

ordered [2]
32/17 32/21

orders [5]   135/2
135/4 135/7
135/10 135/13

original [5]   4/8
73/16 73/21
145/4 145/4

originally [2]
7/12 45/19

Orleans [3]   1/13
1/14 44/17

other [60]   7/6
8/5 22/20 22/20
25/23 31/6 32/4
37/23 42/17
43/14 43/16
43/18 45/20
46/10 46/13
47/20 47/20 50/9
50/23 51/3 55/22
56/1 56/2 56/6
56/6 56/10 56/17
56/23 56/25 57/9
57/9 58/18 61/9
66/16 71/3 73/10
74/7 94/20 101/9
104/6 107/11
114/10 118/4
119/3 119/5
119/22 123/24
128/6 129/10
130/21 131/2
136/20 138/9
138/22 139/20
140/7 140/15
140/18 142/16
143/8

others [3]   10/12
49/17 49/17

otherwise [2]
145/20 146/8

our [15]   11/19
17/4 17/5 17/14
21/9 22/5 23/2
23/4 31/3 31/7
34/9 56/12
124/12 126/8
143/25

out [46]   6/19
8/5 22/14 22/16
22/16 29/23
32/22 33/5 33/7
33/15 40/22
48/24 51/24 52/3
54/23 55/9 55/15
55/17 69/5 69/5
69/17 70/20 75/4
75/8 75/14 78/7
79/13 88/2 90/23
95/18 99/14
99/20 102/16
105/8 105/15
108/4 124/22
124/22 129/14
129/22 129/25
129/25 130/2
132/8 133/25
140/6

outcome [1]
146/8

outlined [5]
21/4 22/2 73/21
85/17 95/24

output [1]   85/12

outside [2]
100/13 132/1

over [13]   18/11
38/3 57/12 58/23
59/1 63/21 68/2
68/24 107/13
114/2 137/17
139/25 139/25

overhead [1]
19/5

overspeaking [2]
61/5 96/15

overspoke [6]
55/11 56/14
60/10 60/18
60/20 61/7

own [4]   8/6 31/4
67/25 75/13

owned [2]   48/14
48/16

**P**

p.m [1]   12/12

packet [1]   79/20

pads [4]   42/11
42/17 43/5 44/12

page [38]   3/2
15/7 29/11 32/16
36/13 36/17 37/1
38/22 39/2 39/6
42/15 44/7 44/8
44/15 53/2 74/15
74/23 74/23 76/5
79/20 81/11 82/5
84/14 85/12
85/15 86/11
87/11 87/16
88/14 89/13
89/14 90/6 90/12
93/8 93/14
129/15 129/16
145/5

pages [18]   36/18
74/14 74/19
81/15 81/18
81/25 83/11
84/22 84/23
86/20 86/20
86/22 87/1 87/21
90/13 91/17
117/2 145/11

paid [3]   110/4
110/4 121/2

Paige [7]   62/24
63/4 65/22 65/25
67/17 74/3
127/19

pain [1]   106/21

palace [4]   21/6
21/8 29/9 32/24

paper [14]   28/11
54/17 55/10
56/12 61/3 62/2
83/10 97/12
112/10 112/15
112/21 129/18
136/13 138/25

paperwork [7]

54/2 112/23
114/11 114/16
114/21 115/2
129/11

paragraph [23]
4/14 15/10 15/11
16/17 17/1 20/18
21/1 21/4 21/5
26/22 34/1 36/14
44/15 53/1 53/10
53/10 93/7 93/14
95/6 96/4 96/19
98/19 103/25

paragraphs [1]
87/15

Parish [6]   46/18
46/24 48/3 68/17
89/21 89/25

park [1]   122/23

parked [2]   103/3
137/22

part [7]   36/17
49/11 55/23
59/10 99/2
110/21 140/13

part-time [1]
59/10

participate [2]
14/12 104/24

particular [7]
21/11 21/17 61/2
95/17 103/17
127/6 129/14

parties [1]
146/7

party [5]   99/16
100/21 103/22
146/3 146/5

pass [1]   75/12

passed [6]   33/15
75/6 107/7
129/14 129/25
130/2

passing [1]
129/22

past [3]   46/14
55/18 131/14

patrol [44]   7/23
8/3 8/8 16/2
16/8 21/15 21/22
23/9 23/14 25/23
26/4 26/17 32/3
43/14 43/16
43/18 56/4 59/3
60/25 70/20
86/22 86/25
92/15 113/1
113/6 113/9
113/24 114/15
114/16 114/24
115/2 115/22
116/13 116/17
116/18 121/3
121/14 121/18
121/19 122/23
124/15 126/3
126/7 132/20

patrolling [7]
85/3 113/3

**P**

**patrolling... [5]**
121/13 122/18
123/7 137/17
137/20
**patrolman [3]**
22/7 72/20 72/21
**patrolmen [3]**
17/14 74/9
126/19
**patrols [1]**
114/10
**Patsy [6]**   51/14
51/15 51/16
51/18 52/2 52/6
**Paul [4]**   62/24
63/1 63/3 67/11
**pay [11]**   19/25
20/12 31/3 31/7
39/8 52/16 89/5
89/6 109/25
118/3 124/11
**paycheck [3]**
23/22 118/17
118/21
**paychecks [1]**
110/17
**paying [3]**   31/2
120/15 124/12
**Paz [4]**   74/2
127/18 128/4
128/9
**Pellegrin [2]**
68/23 69/2
**pending [2]**   6/11
93/10
**people [32]**
12/11 18/16
21/18 40/16
40/20 47/19
49/23 70/21 72/9
73/13 73/20
73/20 73/25
98/12 100/19
108/3 118/7
119/4 119/5
120/5 124/19
125/1 125/1
128/7 134/23
137/5 137/23
138/5 140/3
140/7 140/8
140/18
**per [9]**   16/3
16/3 16/4 16/25
20/20 29/10
32/18 33/9 126/6
**percent [8]**
19/25 23/4 23/6
33/10 33/24 89/5
124/10 125/11
**perception [1]**
105/23
**perfectly [1]**
127/21
**perform [8]**
16/24 17/14
17/15 109/25
111/18 112/9

116/14 118/22
**performance [6]**
17/4 17/5 39/4
41/16 86/12
86/21
**performed [4]**
42/20 114/9
115/25 116/3
**performing [3]**
110/17 116/18
116/23
**period [9]**   16/20
17/6 21/4 52/16
82/23 87/6 87/8
112/20 134/22
**Perkins [1]**   2/5
**permanent [1]**
36/17
**permit [2]**   53/23
54/3
**permitted [1]**
4/6
**person [10]**   22/6
22/8 48/7 56/10
82/21 128/5
128/6 128/8
134/6 145/21
**personal [10]**
40/18 50/3 72/25
81/8 81/10 102/1
102/22 102/24
138/20 145/14
**personally [2]**
42/22 75/16
**personnel [2]**
52/22 84/15
**persons [1]**
138/9
**perspective [1]**
54/16
**Peterson [1]**
107/8
**petition [1]**
48/25
**Phillip [2]**   98/2
138/6
**phone [3]**   102/19
108/17 119/7
**photograph [2]**
79/22 130/11
**phrase [1]**
139/25
**physical [2]**
29/6 29/19
**physically [2]**
9/23 136/13
**physician [1]**
107/8
**Pichoff [11]**
62/24 63/1 63/6
63/9 63/11 63/15
64/7 64/11 66/25
67/11 68/12
**picture [6]**   80/3
80/9 82/6 82/9
90/15 127/13
**piece [7]**   29/7
54/17 68/19
97/12 129/18

136/13 138/25
**pieces [1]**   28/11
**pill [1]**   106/18
**PJ's [5]**   45/5
45/6 46/7 46/14
46/20
**place [21]**   19/21
28/13 29/9 31/3
34/6 34/19 34/19
38/3 46/11 46/17
49/13 72/12 87/7
104/8 105/24
106/2 106/8
117/2 117/6
130/8 142/16
**places [1]**   31/6
**PLAINTIFF [1]**
2/3
**Plaquemine [1]**
69/10
**Plaquemines [6]**
46/18 46/24 48/3
68/17 89/21
89/25
**plate [10]**   50/3
101/25 102/7
102/21 102/24
103/6 108/19
135/18 135/20
135/21
**player [5]**
107/20 107/25
108/5 125/2
125/7
**pleading [1]**
74/14
**pleadings [1]**
13/23
**please [18]**   5/7
5/16 5/22 6/6
10/6 17/8 26/11
35/6 35/7 41/4
41/21 60/15
79/21 81/20
123/15 124/5
132/3 136/11
**plural [3]**   93/18
93/20 96/5
**point [15]**   8/11
12/16 18/19
41/21 61/12
96/13 100/17
102/5 104/14
104/17 105/15
122/8 123/22
123/24 134/16
**poison [6]**   98/1
101/4 105/12
123/20 125/21
133/12
**police [106]**
6/25 7/3 7/5
7/13 8/17 12/19
12/20 14/6 15/14
15/16 15/21
16/19 16/20 17/9
17/22 20/24 22/9
22/16 24/11
24/19 26/23 27/2

28/5 28/14 31/10
31/14 31/18
31/22 31/25 32/5
32/12 33/12 34/2
35/2 35/16 38/5
41/24 45/9 45/14
47/7 51/1 52/8
52/19 53/8 53/21
53/24 53/25
54/21 57/24 58/4
58/11 59/14
60/12 60/22 64/8
64/12 65/2 65/5
65/14 67/8 67/9
69/10 70/16
84/16 86/11
86/21 89/17 93/5
93/7 102/23
106/9 107/19
107/23 108/11
108/24 110/8
110/22 112/20
112/24 114/22
115/14 118/1
118/15 118/17
118/21 118/22
119/15 120/3
120/6 120/15
121/2 123/2
124/25 132/1
136/12 136/24
136/25 137/6
137/7 137/18
140/15 141/4
141/6 144/3
144/8 144/11
**policeman [8]**
8/4 43/12 49/24
103/4 132/8
132/21 134/21
134/22
**policemen [9]**
8/5 100/18
100/20 102/4
102/4 130/3
134/21 134/23
140/13
**policing [1]**
100/19
**policy [55]**
15/16 15/20 16/1
16/19 16/21 17/2
17/10 18/7 18/18
18/18 18/22 19/6
19/12 19/14
19/18 20/5 20/23
21/1 26/17 33/11
34/1 34/4 35/8
35/11 35/24 36/7
36/22 37/22
37/22 41/22 52/7
55/23 57/17
60/12 60/22
61/15 68/3 68/7
96/20 101/10
119/13 119/17
122/16 134/9
134/15 134/17
135/6 135/9

142/22 143/1
143/4 143/7
143/9 143/13
143/21
**poorly [1]**   68/10
**popular [1]**
107/23
**portion [7]**
23/25 87/7 96/24
100/15 108/16
124/12 140/12
**posed [1]**   14/13
**position [3]**
7/21 60/7 125/10
**possess [1]**   82/1
**possession [4]**
62/14 63/8 77/3
84/7
**possessive [5]**
93/21 95/3 96/5
**possibly [5]**
30/15 31/4 89/6
124/11 124/21
**post [1]**   28/19
**potential [3]**
23/4 30/21 108/1
**potentially [7]**
31/1 80/18
100/20 100/21
125/2 125/3
125/10
**practice [1]**
107/14
**preaching [1]**
95/19
**predetermined [1]**
134/4
**prepared [3]**
14/25 145/13
145/17
**preparing [1]**
14/21
**prescribed [1]**
107/9
**prescribes [1]**
107/4
**presence [3]**
34/10 137/22
137/22
**present [29]**
2/16 18/17 18/20
19/5 24/4 24/8
25/12 32/25
40/21 43/9 63/5
66/5 71/5 71/16
73/6 73/9 73/20
73/25 74/7 84/3
97/25 98/1 98/1
98/23 105/11
109/1 123/19
138/5 138/17
**presented [1]**
82/21
**pressure [1]**
68/1
**pressured [1]**
95/17
**prevent [1]**
100/11

**P**

preventing [1] 87/22
previous [1] 43/12
previously [1] 126/2
Price [2] 54/14 54/23
primary [1] 107/8
principle [1] 29/16
printout [2] 84/19 85/1
prior [22] 15/19 16/10 16/21 17/2 18/23 20/5 24/17 27/23 28/8 28/13 28/18 46/17 71/14 93/9 101/8 105/4 123/25 131/24 131/24 132/13 132/17 134/2
private [1] 52/20
privy [3] 56/1 58/15 66/4
pro [2] 107/23 124/25
proactive [1] 136/24
probably [3] 22/8 61/10 89/11
problem [4] 16/13 54/24 58/17 101/3
procedure [3] 4/6 52/18 145/24
proceeding [2] 84/9 91/11
proceedings [10] 38/19 42/7 43/23 44/2 63/6 83/15 83/22 84/4 94/12 94/17
process [2] 93/6 94/22
proclaimed [2] 26/24 81/3
ProctorU [3] 11/24 12/9 12/11
produce [1] 134/5
produced [11] 30/6 37/7 74/11 75/19 82/3 83/23 87/5 88/7 90/10 91/3 127/12
producing [1] 87/3
production [3] 28/22 92/24 127/12
professional [2] 22/13 106/20
professionals [1] 106/15

professors [1] 11/19
profits [1] 25/24
profusely [1] 107/10
program [3] 7/24 7/25 12/10
prohibited [2] 50/4 146/1
prohibiting [1] 135/23
prohibition [2] 145/23
promoted [1] 42/20
promotion [1] 42/18
proof [3] 105/5 105/6 134/20
prop [3] 139/10 139/13 139/15
property [2] 54/9 59/6
prosecutions [1] 111/4
protect [1] 134/18
prove [1] 100/5
provide [3] 14/22 17/8 71/12
provided [11] 16/6 16/10 24/12 28/23 35/4 78/20 80/2 80/4 128/12 129/8 130/12
providing [1] 14/13
provision [2] 95/9 95/21
publicly [1] 102/3
pull [2] 87/25 116/21
pulled [2] 56/12 62/17
punch [1] 78/2
punished [2] 126/12 126/13
purpose [4] 23/13 46/1 92/22 92/24
purposes [6] 4/6 8/25 21/12 53/21 60/4 130/3
pursuant [1] 4/5

**Q**

question [42] 4/11 5/17 5/20 5/22 6/1 6/2 6/10 19/15 25/4 26/11 28/21 60/15 61/24 65/6 67/4 71/10 73/16 73/22 73/23 93/25 96/7 100/1 106/3 117/11 118/18 118/25

120/12 120/20 120/23 120/24 120/25 122/20 135/8 137/4 138/14 139/7 139/12 140/24 140/25 143/15 143/16 143/22
questioned [2] 22/15 126/24
questions [19] 13/10 14/12 14/13 74/13 74/25 121/12 121/13 121/23 123/8 126/15 128/18 130/9 133/3 133/20 136/19 136/20 137/25 139/2 144/17
quickly [1] 125/11
quintessential [1] 22/7
quite [1] 107/1
quota [112] 15/16 15/20 15/25 16/13 16/19 16/21 17/2 17/10 18/7 18/18 18/22 19/6 19/14 19/18 20/5 20/15 20/19 20/23 21/1 25/1 26/17 26/24 27/3 27/23 28/2 28/9 28/12 29/5 30/7 30/12 30/14 33/8 33/11 34/4 35/8 41/22 44/18 47/6 49/18 52/7 55/23 57/16 58/17 60/13 60/21 62/21 63/2 63/12 63/16 63/19 64/3 64/3 65/24 66/18 66/23 67/20 68/3 68/6 68/13 69/1 69/8 70/6 70/14 70/15 70/23 71/13 71/23 72/6 72/23 73/14 75/24 76/14 77/7 77/19 79/1 81/18 83/5 88/21 91/7 95/15 96/20 98/11 101/1 101/10 101/10 104/1 104/7 104/24 105/8 105/12 105/23 106/2 106/8 109/8 109/22 123/21 124/21 125/17 125/22 126/1 130/7 131/12 132/1 133/6 133/16

133/22 134/14 136/7 140/2 144/2 144/5 144/15
quotas [4] 50/4 102/2 126/19 135/23
quote [3] 55/12 83/25 101/4
quote-unquote [2] 83/25 101/4

**R**

radar [2] 78/11 129/20
radio [2] 24/15 99/18
raise [5] 19/25 20/12 100/23 124/10 125/8
raised [1] 103/23
ramifications [4] 30/22 30/25 111/4 131/12
rank [7] 43/14 54/14 61/2 72/21 98/2 102/20 108/18
ratchet [1] 68/18
reach [1] 102/16
reached [3] 51/24 52/3 132/8
read [9] 4/9 11/5 11/11 15/17 87/13 119/4 119/8 119/21 120/2
reading [4] 11/10 43/2 56/22 138/24
ready [2] 13/6 13/9
real [1] 22/14
really [11] 50/25 51/5 55/17 69/13 70/10 70/19 71/4 72/1 74/14 80/18 134/24
reason [6] 5/25 6/8 21/7 22/2 133/6 143/3
recall [5] 12/6 23/19 23/25 40/14 45/21
receipt [5] 36/21 37/3 37/22 39/20 40/1
receive [3] 89/23 122/11 131/8
received [12] 32/1 36/2 39/8 39/16 41/15 41/21 56/16 62/14 70/1 89/25 112/5 137/12

receiving [3] 39/17 87/9 118/17
recent [1] 65/19
recently [2] 42/22 69/10
RECESS [3] 62/18 121/8 136/3
recite [1] 94/10
reckless [1] 103/10
recognize [2] 14/18 41/12
recommend [2] 97/11 97/14
recommendation [2] 124/2 131/15
record [14] 5/8 5/22 35/5 80/12 83/12 86/19 87/11 109/11 122/1 128/17 129/1 129/5 134/8 140/1
recorded [2] 37/19 114/1
recording [16] 23/15 35/21 35/22 36/3 37/5 37/10 37/13 37/23 37/23 64/1 83/13 86/9 115/3 134/10 134/11 143/7
recordings [1] 90/19
records [2] 107/1 111/10
recruit [1] 43/10
recruits [1] 43/8
red [11] 25/7 79/24 79/24 80/24 80/24 80/25 80/25 130/16 130/16 130/25 130/25
RedFlex [12] 21/16 21/22 25/8 25/24 26/4 32/2 32/8 32/13 55/24 61/6 99/7 126/5
redirect [1] 121/7 136/23
refer [5] 13/9 15/10 21/6 35/19 99/11
reference [14] 17/2 23/1 65/16 68/9 83/25 85/16 87/19 89/5 92/25 122/7 122/12 123/12 130/6 130/7
references [1] 88/25
referred [2] 25/17 29/9

## R

**referring [3]**
75/23 96/8
126/24
**refers [2]** 21/4
25/16
**reflected [1]**
68/10
**regarding [53]**
20/12 20/15
25/23 26/3 31/10
31/10 31/14
35/20 36/7 37/4
47/6 48/19 48/19
54/20 58/16
60/21 62/15
65/13 66/8 68/3
68/9 69/13 70/6
70/21 71/13
71/23 72/5 76/14
76/17 83/12 84/8
88/15 90/19 91/7
93/6 95/15 96/6
96/19 99/7 99/24
101/9 101/9
106/20 109/8
109/11 134/12
137/13 139/2
143/7 144/2
144/10 144/14
144/15
**regardless [1]**
136/15
**regular [1]**
72/21
**regulation [4]**
36/7 36/15 37/4
90/19
**regulations [2]**
24/19 39/17
**regurgitated [1]**
61/5
**related [1]**
146/7
**relationship [4]**
69/21 102/13
146/2 146/5
**relationships [1]**
145/23
**relative [4]**
38/19 44/1 83/14
83/21
**released [2]**
42/23 43/11
**relied [3]** 94/8
125/4 125/6
**remain [1]**
102/22
**remember [55]**
7/20 8/15 9/6
9/9 11/7 17/17
17/18 18/2 18/11
18/14 19/19
19/20 28/15
28/17 30/5 38/1
40/12 44/23
44/25 45/6 46/1
46/2 47/1 47/2
47/15 47/25 48/1

**48/4 49/1 49/2**
49/12 51/20
51/21 51/23
57/13 58/19
66/10 67/18
67/22 77/5 77/16
78/4 78/21 92/13
92/15 94/18
102/8 114/3
114/3 114/23
114/25 115/4
140/5 140/12
141/10
**remove [4]**
102/21 102/23
108/19 124/20
**removed [1]**
75/17
**repeat [2]** 90/12
90/15
**repeated [1]**
86/25
**repetitive [1]**
86/8
**rephrase [1]**
106/5
**replace [1]**
52/21
**report [3]** 84/15
91/20 96/14
**reported [3]**
1/19 111/14
145/12
**reporter [4]**
1/20 5/21 74/24
146/14
**reporting [2]**
145/12 146/3
**reports [5]**
78/10 92/11
110/22 110/25
111/11
**represent [1]**
78/1
**representative**
**[1]** 49/13
**represented [1]**
81/2
**represents [2]**
83/20 121/11
**reprimand [7]**
41/14 41/22
74/16 89/14
92/20 93/1
122/12
**reprimanded [1]**
99/3
**reputation [1]**
125/3
**request [11]**
14/11 25/10
28/22 49/5 74/15
124/3 127/11
133/10 141/11
141/13 141/20
**requested [1]**
124/6
**requesting [1]**
105/20

**requests [2]**
35/1 105/22
**require [1]**
20/19
**required [3]**
121/13 145/5
145/18
**requirement [1]**
93/9
**requirements [4]**
10/10 93/19 94/4
95/1
**reserve [15]**
45/17 52/24
53/25 59/11
59/20 59/24 60/2
60/6 60/7 64/14
64/20 65/9 65/17
89/16 136/20
**reserved [1]**
4/12
**residences [2]**
120/10 121/4
**resign [3]** 53/12
53/17 54/19
**resignation [11]**
51/25 52/12
53/19 54/6 59/5
97/25 123/10
123/12 123/16
123/25 131/20
**resigned [7]**
45/16 53/14
59/15 80/17
80/19 89/16
101/3
**resigning [3]**
52/15 95/18
136/15
**respect [2]**
55/15 102/14
**respected [1]**
134/24
**respond [1]**
125/11
**responded [2]**
45/19 85/24
**response [19]**
25/4 25/4 25/9
26/1 26/21 28/22
29/3 32/15 33/6
38/13 45/19
49/16 73/24 74/1
74/12 74/14 87/4
137/25 139/1
**responses [3]**
5/18 14/13 15/2
**responsible [1]**
86/6
**responsive [1]**
137/6
**responsiveness**
**[1]** 4/11
**rest [1]** 121/7
**restroom [1]**
115/8
**result [10]** 46/6
55/6 63/18 64/4
64/8 79/18 95/18

**106/22 123/19**
131/16
**resworn [1]** 65/2
**retain [2]** 49/4
52/23
**retained [3]**
12/16 45/16 60/7
**Retaliation [1]**
100/10
**retirement [3]**
31/4 31/7 124/12
**return [3]** 110/6
142/8 142/12
**returned [1]**
6/25
**revenue [3]**
31/25 32/2 32/5
**review [2]** 15/1
63/8
**reviewed [2]**
84/7 84/11
**reviewing [2]**
88/6 115/21
**Revised [2]**
93/11 135/23
**Richard [3]**
44/20 44/24 45/2
**Rico [1]** 88/14
**riding [1]** 8/4
**right [49]** 5/18
9/18 18/14 23/7
24/8 24/13 25/8
25/16 27/24 29/2
30/5 40/17 46/14
52/11 54/15
55/10 55/14
58/24 62/25
63/24 66/11
74/17 78/2 79/6
86/7 86/9 86/22
87/1 87/1 87/13
87/18 89/3 90/16
90/19 93/23
103/8 103/11
110/10 110/16
112/6 112/7
113/21 114/7
116/10 117/3
129/4 129/17
130/13 136/19
**right-hand [3]**
79/6 129/4
129/17
**rights [14]**
38/18 38/21 44/1
44/2 83/14 83/21
84/4 84/17 93/7
94/17 94/18
94/22 99/24
103/16
**risk [2]** 98/12
124/24
**road [9]** 2/5
22/10 46/15 65/1
68/16 116/19
119/2 120/9
122/17
**Robin [1]** 51/12
**Rodriguez [31]**

**21/23 22/21**
23/16 29/24
32/17 32/21
32/24 37/11
37/18 38/2 40/5
40/14 41/15
81/12 82/2 82/23
82/25 86/17 91/3
92/6 104/5 104/7
105/1 114/2
114/7 115/3
119/25 126/10
126/16 126/22
134/8
**Rogers [1]** 78/17
**Rogers' [1]**
78/19
**Roland [1]** 18/8
**roll [21]** 17/25
19/23 21/5 21/9
21/12 22/21
23/13 29/24
42/11 42/16 43/6
43/9 44/11 75/6
75/9 75/14 75/16
75/22 78/8 90/23
109/1
**room [8]** 1/14
24/15 43/17
43/20 75/6 99/18
109/1 138/17
**ropes [1]** 8/8
**Rose [1]** 1/15
**rotation [1]**
56/19
**Rouge [2]** 2/5
2/9
**rules [3]** 24/19
145/19 145/25
**rumors [1]**
125/17
**rundown [1]**
132/24
**running [1]**
120/4
**Russell [1]**
138/6
**Ryan [3]** 18/9
67/12 70/5

## S

**safer [1]** 124/16
**safety [1]** 125/3
**said [55]** 18/5
19/11 19/16 23/5
47/16 47/23
49/20 54/18 55/4
55/5 55/10 55/15
56/10 56/13 59/4
59/6 60/17 61/10
61/11 61/13
63/14 63/16 65/8
70/1 70/12 72/3
75/11 78/2 80/23
92/12 97/14
97/19 98/5 98/6
98/16 100/13
101/25 102/25
108/17 124/17

## S

said... [15] 124/24 125/9 126/23 126/25 126/25 127/2 127/4 132/22 125/23 133/1 133/13 133/24 139/1 141/11 142/2

Saladino [4] 98/3 105/11 123/19 138/7

same [26] 10/1 11/17 29/16 32/23 33/1 56/4 56/5 56/22 60/2 63/3 63/4 66/2 66/3 66/4 66/5 69/4 90/11 95/7 116/8 118/5 118/6 118/8 125/6 138/21 138/24 140/16

Santa [1] 22/14

sat [4] 54/13 54/14 54/15 112/20

saw [5] 58/25 66/20 66/21 70/21 99/16

say [32] 5/23 6/1 6/10 10/14 19/22 24/23 26/9 36/11 41/23 49/16 49/25 50/8 53/5 55/2 55/18 55/21 69/16 69/20 70/10 76/13 79/1 79/9 79/21 81/25 85/24 86/14 93/7 95/6 96/10 102/25 103/25 108/14

saying [11] 16/5 16/9 38/1 40/1 43/15 94/24 103/5 126/16 139/25 140/1 140/6

says [30] 15/5 15/8 16/17 20/21 21/1 26/1 26/5 26/22 33/17 33/22 34/19 36/13 38/15 39/15 41/21 42/16 52/15 53/10 77/25 78/12 79/4 79/7 85/12 87/12 96/19 103/1 114/11 135/6 135/22 136/13

scheduled [1] 10/16

scheme [1] 95/9

scholarly [2]

11/4 11/11

school [7] 6/15 6/23 88/2 118/5 118/16 118/23 121/25

schooling [1] 11/18

Scott [45] 12/19 25/6 25/13 25/15 26/2 26/8 26/14 26/16 26/24 32/24 55/1 56/2 56/10 58/18 60/9 60/17 67/17 69/14 72/4 72/16 73/13 74/8 93/5 94/2 94/3 94/21 95/4 95/7 95/10 95/12 96/17 96/18 98/5 98/20 98/21 99/6 99/20 100/25 101/20 104/2 104/12 104/15 105/17 106/13 125/14

Scott's [1] 97/9

screenshot [1] 82/5

script [1] 56/22

seal [1] 145/5

sealing [1] 4/7

second [5] 5/17 8/24 26/22 39/2 44/7

secretaries [1] 141/25

secretary [1] 141/17

section [8] 1/7 86/19 86/22 86/24 87/12 87/16 88/6 88/6

sections [1] 88/13

secure [1] 68/19

security [2] 58/21 58/23

see [39] 11/6 11/18 15/1 26/25 27/1 28/21 32/19 36/16 38/19 39/4 39/13 44/2 44/18 53/8 53/12 57/13 62/5 74/13 74/21 75/1 75/24 76/6 76/22 79/3 83/15 92/22 93/11 94/7 106/17 111/24 112/2 112/3 113/6 114/18 116/2 116/21 137/23 142/15 142/18

seeing [2] 106/15 106/20

seeking [1] 144/7

seem [1] 86/8

seems [1] 87/25

seen [5] 31/21 32/16 66/7 99/14 130/19

semester [2] 6/22 6/24

Semi [1] 86/12

Semi-Annual [1] 86/12

sense [1] 139/14

sent [2] 15/5 49/7

sentence [2] 32/16 52/23

sergeant [44] 21/23 22/20 22/25 22/25 23/3 23/16 23/17 29/23 32/17 32/21 32/25 37/11 37/18 38/2 40/5 40/14 41/15 42/18 58/6 71/16 72/18 72/19 80/4 86/16 86/16 91/3 92/6 104/9 105/1 105/10 105/11 114/2 114/6 115/3 119/24 119/25 123/17 123/18 123/19 126/16 126/22 134/8 138/6 138/6

sergeants [6] 22/20 43/15 43/17 43/19 57/2 74/8

series [4] 74/19 111/12 116/25 131/8

serious [2] 72/1 101/3

service [3] 85/19 85/21 85/25

services [1] 145/22

session [3] 63/23 64/5 64/8

sessions [1] 107/1

set [4] 31/3 52/21 90/13 145/11

SETH [1] 2/7

setup [6] 21/9 86/2 106/24 142/1 142/5 144/13

seven [10] 38/21 44/2 84/21 84/22 84/23 84/24 84/24 86/20 86/25 127/24

sever [1] 52/19

several [4] 38/9 93/4 94/11 112/22

sexual [1] 42/19

shake [1] 99/15

shaken [1] 103/21

shakes [1] 5/21

shaking [1] 5/19

shall [1] 36/16

shared [1] 73/11

shatter [1] 55/17

shattered [1] 69/18

she [33] 37/18 37/19 37/20 50/25 51/24 51/25 52/3 52/7 52/9 66/3 66/3 66/10 66/11 66/12 66/21 92/6 92/9 92/12 92/20 92/22 126/23 126/24 126/25 126/25 127/2 127/4 127/17 132/25 133/1 142/2 142/2 142/9 142/12

she's [2] 52/2 92/16

sheet [24] 29/19 33/22 66/8 82/6 82/14 82/18 82/20 82/21 83/1 83/9 84/19 86/21 90/16 90/21 111/13 111/20 114/6 117/9 127/13 127/24 128/19 130/2 139/15 139/15

sheets [24] 28/15 28/16 28/17 28/24 28/25 29/1 29/4 29/4 29/22 30/6 30/6 30/10 30/11 33/15 84/12 86/8 111/22 115/22 116/25 117/21 122/7 122/8 122/12 131/2

Sheriff's [5] 46/18 46/25 48/3 69/10 89/21

shift [9] 7/21 21/13 23/14 23/22 58/14 59/21 70/20 72/24 125/5

shifted [1] 18/11

shifts [2] 23/9 23/9

shirts [1] 58/13

shocked [2] 55/9 61/5

shop [6] 45/5 45/6 46/8 46/14 46/20 48/12

SHORT [3] 62/18

121/8 136/3

shortfall [2] 96/15 126/13

should [1] 36/18

shouldn't [2] 40/15 61/11

show [19] 8/8 13/3 14/16 29/7 36/5 36/24 38/17 39/11 39/24 41/11 42/14 43/25 74/10 79/17 111/21 123/11 127/10 128/13 129/12

showed [2] 66/12 141/23

showing [2] 30/16 66/11

shows [2] 13/14 115/17

shy [1] 72/22

side [9] 68/16 78/13 83/3 116/19 119/2 120/9 122/17 122/22 130/22

sight [1] 124/22

sign [1] 134/15

signature [7] 37/1 38/24 39/6 40/3 44/4 44/8 145/4

signed [5] 4/9 37/22 41/18 84/4 94/17

significance [7] 88/8 92/3 127/10 127/20 128/14 129/6 130/11

significant [2] 131/6 131/7

signoff [1] 36/2

similar [2] 12/1 66/1

similarly [1] 41/4

simple [1] 10/22

simpler [1] 65/12

simulataneously [1] 62/4

since [10] 22/15 52/2 52/10 67/8 69/24 70/19 73/16 95/7 104/20 144/2

single [3] 10/7 54/17 117/2

singular [2] 93/21 95/2

sir [89] 5/13 6/4 6/13 7/4 7/11 8/10 8/13 8/19 9/3 9/19 9/22 12/3 12/5 12/22 13/13 13/16 13/20

**S**

sir... [72]
13/25 14/20
14/24 15/4 15/8
15/18 18/15
20/22 23/11
25/11 25/25
27/11 27/14
27/17 27/20
27/25 28/4 28/7
28/10 28/25
32/20 33/25
35/23 36/9 38/16
38/23 39/1 39/5
39/7 39/10 39/14
39/23 40/4 42/2
42/5 42/9 42/13
43/4 44/6 44/9
44/19 45/12 53/4
57/25 58/2 58/5
58/8 63/13 68/8
75/2 76/4 82/8
83/16 85/10
91/12 91/17
104/3 104/16
111/25 112/10
112/15 112/18
112/21 112/25
113/2 113/4
117/16 117/19
117/22 128/20
141/16 142/24
sisters [1]
51/10
sit [30] 9/2
16/9 18/13 18/21
19/4 26/7 26/15
30/5 32/4 32/11
45/21 57/22 58/9
69/14 80/16
82/24 86/4 86/7
94/24 95/20
116/13 116/16
119/2 123/3
123/4 123/5
123/6 137/7
140/5 140/20
sitting [2] 24/8
121/18
situation [3]
51/19 55/19
70/16
six [1] 99/15
slid [1] 54/17
slot [2] 12/13
12/14
slower [1] 120/1
Smith [1] 141/5
sole [1] 139/22
some [34] 5/25
8/11 10/11 11/2
11/10 12/16 14/4
38/6 42/6 42/11
43/23 56/20 59/6
68/18 74/12
74/13 84/20
85/18 91/23
96/14 96/15

121/11 121/23
123/8 125/23
127/17 128/12
130/9 133/3
136/23 140/13
somebody [1]
100/23
someone [14]
12/13 48/25 58/9
61/10 61/13
102/20 107/3
107/4 108/18
110/4 110/5
118/9 118/9
118/22
something [15]
6/6 10/21 22/4
61/10 61/13
72/25 78/11
78/24 80/11
80/11 85/11
106/24 125/8
130/19 132/25
sometime [3]
7/19 102/8 102/8
Sometimes [1]
137/10
somewhere [2]
54/2 127/2
sorry [3] 8/21
86/20 88/23
sort [3] 11/10
48/19 84/20
sounding [1]
107/2
sounds [2] 30/9
102/2
source [2] 32/5
39/3
sources [3] 11/3
11/8 31/24
South [2] 1/14
48/10
spare [6] 119/4
119/6 119/21
120/10 120/14
121/5
speak [15] 22/12
48/25 50/13
50/15 50/18
50/21 50/23
54/25 61/23 99/3
100/24 106/25
107/6 132/16
133/4
speaking [8]
20/3 24/4 46/6
47/11 51/5
100/25 105/8
105/20
speaks [1] 20/18
special [2]
22/11 44/16
specific [18]
16/17 17/1 18/24
22/5 65/25 81/2
95/2 99/10
103/18 111/18
114/9 117/1

117/5 119/14
119/17 135/6
135/9 140/8
specifically [13]
17/3 17/4 22/3
29/8 35/19 35/22
40/12 44/25
51/20 70/23
78/25 125/19
127/17
specification [1]
116/4
specified [1]
51/23
specify [1]
139/19
specifying [1]
33/15
speculating [1]
64/17
speech [19] 17/1
29/8 55/4 55/7
56/4 56/15 56/18
56/22 56/24 71/2
71/6 71/14 71/17
100/11 100/15
134/12 138/22
138/24 140/16
speeches [1]
56/6
speeds [1] 137/5
spell [1] 67/13
spoke [27] 19/12
25/7 27/6 34/9
34/9 44/23 45/1
45/3 47/5 47/23
47/25 48/22
49/18 50/9 54/22
65/13 73/16 89/8
104/25 132/4
132/4 132/20
132/22 132/23
141/4 141/9
141/25
spoken [6] 63/17
63/18 65/20
89/10 100/13
132/13
spot [4] 50/25
72/8 102/16
102/17
spread [2] 98/12
125/21
spreading [6]
98/11 101/4
105/12 123/20
125/17 133/12
square [1] 53/22
squelch [1]
100/11
SR [1] 2/17
St [1] 1/15
Stahl [5] 109/5
109/5 109/6
109/7 109/10
stamped [1]
37/13
standard [5]
42/19 52/18 84/1

84/2 88/12
standards [3]
87/10 87/12 88/8
standing [1]
79/25
star [2] 79/23
130/15
stars [4] 80/24
80/24 80/25
130/25
start [6] 14/4
18/1 74/23
111/13 111/16
115/19
started [12]
70/20 71/9 89/20
105/20 112/13
113/8 113/13
113/19 114/17
115/10 116/9
131/14
stat [22] 28/25
29/1 29/4 29/19
29/22 30/6 30/10
33/15 33/22 66/7
82/6 82/14 82/18
82/20 82/21
82/25 83/9
127/13 128/18
130/2 131/1
139/15
state [19] 4/20
5/7 8/21 8/22
34/23 41/1 41/6
41/20 42/4 60/3
66/21 103/23
104/1 104/8
108/7 111/8
121/5 145/6
146/14
stated [2] 126/2
137/25
statement [13]
8/9 13/24 15/6
16/16 20/11 29/3
30/11 34/5 50/8
127/22 138/8
138/10 139/21
statements [5]
53/7 54/20 55/5
62/3 62/16
STATES [1] 1/1
statics [9]
74/20 75/1 76/6
77/12 77/15 90/7
128/12 128/25
129/9
station [2]
112/24 114/22
stationary [3]
116/17 116/19
116/20
stationed [1]
44/17
statistics [6]
74/21 76/22 78/1
79/18 91/15
129/3
stats [2] 29/25

75/11
status [3] 89/17
98/10 125/20
statute [6] 50/3
93/11 95/21
102/2 135/23
145/19
statutory [8]
38/21 44/2 93/9
93/19 94/4 94/17
95/1 95/9
steam [1] 107/2
stemmed [1]
42/10
stenotype [1]
145/12
step [1] 94/20
steps [3] 100/22
125/7 125/8
STEVEN [4] 2/12
74/4 127/18
127/23
sticker [2]
103/1 131/3
sticky [1] 54/18
stigmatized [1]
108/5
still [23] 11/16
28/5 45/9 45/11
45/11 45/13
45/16 53/20
59/20 60/2 64/11
64/25 65/8 65/17
68/1 71/25 102/9
102/18 107/15
107/16 107/18
122/23 141/6
stipulated [1]
4/3
stood [1] 30/2
stop [13] 6/5
31/1 100/25
101/20 101/22
111/13 111/16
115/19 120/2
121/18 122/16
122/22 124/12
stopped [4]
56/12 70/10
107/10 113/8
story [1] 48/19
strap [1] 68/18
street [13]
48/10 55/13
56/11 60/11
60/19 61/8 61/21
62/1 62/9 62/12
115/6 115/14
124/20
streets [2]
120/7 121/3
strive [1] 23/4
strong [1] 144/1
structure [1]
42/22
studies [1] 12/1
studio [2] 48/11
48/16
study [5] 9/24

**S**

study... [4]
9/25 10/3 10/4
10/6
subdivision [2]
85/3 87/23
subject [7]   38/6
42/6 43/23 49/2
91/10 94/12
121/7
subjected [4]
20/23 34/2 66/5
68/1
submit [2]
123/12 123/25
submitted [1]
111/12
submitting [2]
15/3 117/9
subsequent [2]
98/17 105/22
subtracted [1]
92/18
successfully [1]
7/2
such [7]   24/12
25/12 33/2 84/2
95/9 143/13
146/4
sued [2]   69/24
70/3
sufficient [2]
127/15 128/9
suggests [1]
118/14
Suite [1]   2/8
Suites [1]   1/13
summons [1]
20/20
superiors [1]
135/14
supersedes [1]
128/2
supervision [1]
145/14
supervisor [19]
27/5 34/9 42/11
55/3 55/20 55/22
55/25 56/1 56/3
66/2 72/3 72/11
72/15 73/4 82/22
104/1 104/23
122/9 129/22
supervisors [28]
20/24 21/10 23/1
23/3 30/16 34/3
34/10 34/11
34/14 34/15 56/7
58/15 63/16 72/8
72/11 75/4 84/2
115/21 119/18
121/17 121/24
122/1 126/7
126/7 126/11
126/12 133/4
133/5
supervisory [2]
42/21 73/7
support [2]

29/20 136/17
supported [1]
119/11
supportive [2]
118/2 118/11
supposed [4]
36/13 127/3
127/24 131/21
sure [13]   14/18
46/16 52/1 54/1
73/19 73/22
73/24 93/14
93/25 94/1
121/25 126/8
140/1
surprising [1]
22/19
surreptiously
[1]   37/23
surreptitious [2]
36/7 90/19
surreptitiously
[2]   35/22 134/10
suspended [3]
30/23 34/17
131/16
suspension [4]
39/8 39/18 68/11
81/21
swear [27]   1/5
1/12 4/4 5/1 5/7
5/9 5/11 15/13
15/15 16/18
26/23 32/16 40/1
44/15 53/5 53/11
62/20 83/14 88/5
93/10 96/7
103/25 111/7
111/24 121/11
136/5 136/24
sweat [1]   107/10
sword [9]   55/13
56/11 60/11
60/19 61/8 62/1
62/5 96/12 97/20
sworn [2]   5/3
145/9
symbols [2]   81/2
139/3
synonym [1]   97/1
synopsis [2]
42/15 43/2
system [71]
11/17 20/15
20/19 25/1 26/25
27/3 27/6 27/7
27/9 27/13 27/16
27/19 27/23 28/3
28/9 28/13 29/5
31/3 33/8 44/18
47/6 47/12 49/18
60/13 60/21
62/22 63/2 65/24
66/18 66/23
67/20 68/13 69/1
69/8 70/6 70/14
70/15 70/24
71/13 71/23 72/6
72/19 73/14 86/1

95/15 98/11
101/1 104/1
104/7 104/24
105/8 105/13
105/23 106/2
106/8 109/8
109/22 123/22
124/21 125/18
125/22 126/1
131/12 133/6
133/16 133/22
134/14 140/2
144/2 144/5
144/15

**T**

table [6]   35/3
35/7 35/12 54/17
75/6 75/12
take [28]   10/2
10/7 10/9 11/25
12/2 12/8 12/12
12/14 13/4 34/12
34/13 34/19
34/19 34/21
34/24 41/24 42/3
46/17 49/11
57/17 94/21 98/9
101/5 114/21
125/7 125/8
125/20 140/21
taken [17]   1/12
4/5 12/13 62/18
76/2 76/17 77/22
80/9 80/15 80/17
80/19 82/11
116/5 116/6
121/8 136/3
145/8
takes [1]   40/16
taking [4]   24/17
62/1 92/16
107/11
talk [27]   15/12
17/6 32/2 51/3
51/8 51/12 51/14
51/15 52/10 53/2
69/15 83/13 98/7
98/8 102/13
105/14 105/16
107/5 107/17
107/18 119/6
141/11 141/20
142/16 142/19
talked [6]   63/4
74/17 89/2
101/12 101/14
101/18
talking [15]
34/2 38/11 55/19
63/24 66/8 83/4
87/11 97/22
101/8 101/15
101/20 101/22
101/24 127/1
128/18
talks [1]   39/2
taped [1]   105/2

Tapie [5]   98/3
105/10 123/17
123/18 138/6
task [3]   21/21
111/18 112/9
tasked [1]   126/8
tasks [1]   114/9
taught [2]   22/8
111/11
teacher [1]   11/7
teachers [3]
10/10 11/2 11/9
team [58]   16/8
16/23 17/13
17/15 18/4 18/5
18/6 18/12 18/17
22/21 50/9 50/11
50/12 56/7 56/21
56/23 66/3 72/4
73/21 74/19
74/20 75/1 75/7
75/13 76/6 76/8
76/22 76/22
77/11 77/14
77/15 77/25 82/6
90/7 90/21 91/14
99/6 107/20
107/21 107/25
108/5 125/2
125/7 127/14
128/12 128/13
128/24 128/25
129/3 129/3
129/7 129/10
129/13 129/15
129/16 138/22
138/22 140/4
teammates [2]
42/24 131/3
teams [7]   18/10
56/6 56/17 56/20
57/1 66/16
130/14
telephone [6]
45/4 48/23 49/1
49/12 141/14
141/16
tell [31]   5/3
6/14 9/6 9/10
10/5 18/21 19/2
19/4 22/11 22/12
27/9 27/12 27/15
27/18 40/23 41/4
46/10 51/18
51/22 61/10
63/11 72/10
72/14 73/10
79/21 84/20
103/19 108/19
119/23 121/12
142/12
telling [3]
12/23 21/24
119/16
ten [4]   16/2
16/24 17/15 89/4
tendered [2]
54/5 59/4
tense [1]   54/16

term [9]   14/8
16/1 16/6 16/10
16/13 25/19
30/12 99/10
107/21
termed [1]   27/7
terminate [2]
96/7 138/4
terminated [7]
30/24 34/17 64/7
97/11 131/9
138/2 138/11
termination [3]
81/23 93/10
124/2
terminology [1]
97/4
test [6]   11/25
12/2 12/8 12/11
12/12 12/15
testified [1]
5/4
testify [2]
133/25 145/10
testimony [2]
145/7 145/12
testing [3]   12/4
12/6 12/10
tests [1]   11/20
text [4]   70/1
81/12 82/1
126/15
textbook [3]
11/4 11/5 119/8
themselves [2]
118/7 118/8
then [33]   6/11
9/13 21/21 28/8
28/20 33/6 38/15
43/19 46/3 48/25
54/8 56/15 74/20
75/21 76/21 79/4
79/14 82/3 86/20
86/24 87/13
87/20 90/14
95/16 95/17 98/9
104/4 107/11
112/19 113/13
126/19 126/11
133/11
there's [25]
5/14 12/12 33/17
33/19 33/24 59/9
76/2 78/10 85/11
86/3 86/20 87/13
88/7 91/3 112/2
112/5 112/22
113/12 113/23
114/10 118/19
128/25 129/10
131/15 136/20
therefore [2]
80/15 90/3
these [21]   19/21
46/10 46/16
79/18 81/25 83/7
85/19 86/5 86/6
87/6 92/5 92/19
114/10 116/12

**T**

**these...** [7]
122/8 125/4
127/9 127/17
130/22 130/23
140/7
**they** [75]  11/16
13/23 14/23
18/19 21/19
21/20 21/20 23/1
23/10 25/24
28/18 28/19 30/8
30/12 30/16 31/1
39/15 40/19
40/21 40/22
45/21 46/17
48/13 49/9 57/4
58/12 60/4 67/2
68/19 69/4 72/1
72/4 73/9 75/4
75/10 75/10
75/11 78/23 88/1
90/10 92/9 98/2
105/13 106/1
106/1 106/2
106/10 107/16
108/3 110/5
116/2 116/6
116/7 116/8
117/1 118/3
118/8 118/11
122/17 124/12
125/6 125/10
125/11 126/12
126/19 129/23
130/14 134/23
135/11 137/7
137/8 138/7
138/17 142/22
143/12
**they'd** [1]  110/9
**Thin** [4]  107/21
124/24 125/12
135/22
**thing** [13]  6/9
10/1 63/4 68/8
69/12 69/25
90/11 91/19
116/8 119/6
124/25 125/6
141/25
**things** [5]  11/15
13/22 69/12
119/3 119/22
**think** [18]  60/11
62/25 66/11
67/14 69/15
70/16 83/19
89/15 91/17 94/5
96/16 101/15
104/19 106/1
107/23 108/3
134/19 139/24
**thinking** [1]
106/10
**third** [2]  46/4
47/2
**Thomas** [2]  83/15
83/18

**those** [28]  4/7
4/10 18/16 28/18
29/4 30/6 30/10
57/15 63/13
64/20 74/9 74/21
78/13 78/24 81/1
81/18 82/13
83/12 91/24
126/11 126/12
130/24 135/4
137/16 138/9
142/23
**though** [4]  86/15
134/1 134/16
141/8
**thought** [1]
128/20
**threatened** [1]
72/4
**three** [29]  19/25
20/19 21/24
29/10 29/13
32/18 33/9 33/13
37/21 39/8 39/17
46/5 65/15 71/3
79/12 81/15
81/18 81/25
83/11 89/5
124/10 126/8
127/22 127/25
128/7 128/8
128/10 132/18
134/6
**three-day** [2]
39/8 39/17
**three-percent** [1]
89/5
**through** [23]
5/16 11/24 13/4
14/4 14/18 30/4
35/6 42/15 61/1
74/12 78/2 85/15
94/11 94/16
94/18 111/9
122/11 127/8
128/22 131/21
132/6 134/14
144/8
**throughout** [4]
6/9 9/20 69/16
124/14
**Thursday** [3]
1/15 5/2 52/16
40/21
**ticket** [2]  25/24
40/21
**tickets** [18]
17/16 22/5 25/8
26/9 40/9 40/15
40/19 41/3 41/10
71/3 72/22 124/8
126/24 126/25
127/4 127/22
127/25 134/6
**Timberlane** [8]
85/3 85/22 86/2
87/21 87/23
113/19 116/8
119/25

**time** [130]  4/12
8/11 8/16 10/8
10/15 10/18 11/7
12/2 12/4 12/9
12/16 15/25 16/7
16/12 16/12
16/23 17/6 17/7
17/12 18/4 19/6
20/1 21/4 21/11
21/14 22/4 22/17
23/8 26/3 30/23
31/6 45/4 47/5
48/5 48/6 50/11
51/5 51/17 54/1
54/9 55/16 56/5
57/10 59/10
59/10 59/14
59/24 60/5 63/3
64/2 64/13 64/19
64/22 65/9 65/13
65/18 65/19
68/15 68/24
70/22 71/8 71/10
82/23 84/11 85/4
86/3 87/6 87/24
88/2 89/8 89/10
90/16 92/15
95/17 96/4 96/13
97/12 97/12
97/14 98/2 98/17
99/12 99/19
100/17 101/15
102/14 104/25
105/10 105/15
105/21 106/16
106/23 111/12
111/16 111/22
112/5 112/20
114/3 114/4
114/6 114/17
115/2 115/10
115/13 115/22
116/3 116/9
116/16 116/25
117/9 117/20
118/6 119/4
119/6 119/21
119/22 120/10
120/14 121/5
122/2 122/7
122/8 122/12
123/22 123/24
125/16 126/22
128/3 132/9
134/16
**times** [17]  10/12
12/7 12/10 19/11
85/18 99/15
111/13 115/19
116/12 117/20
119/22 121/14
122/15 123/3
123/4 132/16
132/18
**timing** [1]  143/7
**today** [20]  9/2
16/9 18/13 18/21
19/4 25/9 26/7
26/16 29/3 32/4

32/11 45/21
57/22 58/9 80/16
82/24 86/4 94/25
140/5 140/20
**together** [2]
30/14 111/9
**told** [34]  16/5
17/19 18/6 18/17
21/3 21/14 23/7
25/8 29/20 41/5
41/8 50/5 50/24
51/19 52/4 54/7
55/1 55/12 60/9
60/21 64/1 65/17
72/17 90/13
102/20 103/6
124/8 130/23
130/24 133/12
134/1 134/5
141/21 142/6
**tonight** [1]
127/6
**too** [3]  73/25
121/12 121/23
**took** [27]  11/20
19/21 26/8 26/16
29/9 34/6 38/2
46/11 49/13
55/10 62/14 65/3
72/12 82/9 87/7
90/15 100/22
106/23 107/10
107/13 111/18
112/8 112/16
112/19 112/23
117/2 117/5
**tools** [2]  68/18
68/25
**top** [10]  9/9
60/24 62/25
84/24 85/12
128/25 129/2
129/4 129/15
129/16
**topic** [1]  140/14
**total** [1]  46/4
**totality** [1]
30/13
**totals** [1]  79/15
**touch** [2]  70/19
132/11
**tough** [1]  50/25
**tour** [1]  115/15
**traditional** [1]
11/17
**traffic** [12]
20/19 33/9 40/9
40/25 41/6 92/7
116/20 117/6
120/8 121/4
123/5 127/5
**trained** [2]
42/23 111/9
**trainees** [1]
43/8
**training** [11]
8/7 8/10 8/12
42/23 43/11
101/6 102/11

109/4 111/24
125/20 127/7
**transcribed** [1]
145/13
**transcript** [4]
145/3 145/15
145/17 145/18
**transfer** [5]
16/7 43/13 124/3
124/6 124/17
**transferred** [4]
8/2 17/18 69/9
70/9
**transition** [2]
9/17 70/11
**transitioned** [1]
60/6
**translation** [1]
42/19
**transmission** [1]
55/23
**trial** [1]  4/12
**trip** [8]  28/15
28/16 28/17
28/23 29/4 30/6
30/10 139/14
**TRIS** [1]  2/17
**troubled** [1]
50/5
**true** [17]  5/12
12/21 13/1 13/18
13/19 23/23
35/21 35/25 36/1
36/3 36/4 37/24
37/25 42/12 60/8
91/14 145/14
**trust** [1]  108/3
**truth** [3]  5/3
5/3 5/4
**try** [4]  23/6
50/7 65/12 98/14
**trying** [12]  11/9
33/7 68/19 79/13
85/11 93/13 94/1
94/6 99/3 105/17
140/6 142/5
**turmoil** [1]
134/24
**turn** [4]  54/8
54/8 59/8 59/12
**turned** [2]  59/6
63/21
**two** [41]  4/7
8/10 11/13 16/3
16/3 16/24 16/25
17/15 17/15
18/10 20/20
21/25 29/10
29/17 32/19
33/14 45/20
46/13 47/8 54/5
54/7 65/15 74/8
79/12 86/8 88/13
89/1 94/15
113/12 113/17
113/23 114/1
114/10 116/6
126/9 127/23
128/7 128/8

**T**

two... [3]
128/10 132/18
134/7
two-hour [1]
113/12
type [3]  14/23
21/17 69/22
typed [3]  14/25
48/24 49/4
typed-out [1]
48/24
typed-up [1]
49/4
typewritten [2]
82/13 82/14
typical [1]
29/24
typo [3]  96/6
96/8 96/10

**U**

ultimate [2]
79/6 142/25
ultimately [6]
30/24 34/17
131/17 132/11
133/1 136/18
unaware [1]  73/8
under [8]  4/5
4/6 4/13 29/15
87/12 128/4
128/10 145/13
understand [28]
5/19 5/20 5/22
5/25 6/2 6/12
11/9 16/16 19/15
28/21 33/8 43/15
46/16 50/25
58/11 71/10
80/12 81/4 81/5
85/11 94/6 94/23
97/6 97/6 104/23
122/20 130/13
141/21
understanding
[10]  57/23 65/22
125/25 126/21
129/5 131/11
131/20 133/15
133/22 145/16
understands [1]
97/7
understood [5]
33/14 58/12
61/18 61/19
93/25
UNF [1]  113/14
unfortunately [4]
29/20 86/1 107/7
124/24
unfounded [3]
113/15 113/16
113/20
uniform [1]
58/13
unit [1]  103/2
UNITED [1]  1/1
universities [3]

7/6 8/18 119/15
university [8]
6/19 6/21 8/21
8/22 8/22 9/7
10/6 11/21
unknown [2]
45/20 48/22
unlawful [1]
104/24
unless [3]  108/6
134/20 135/10
unquote [2]
83/25 101/4
unsatisfactory
[2]  39/4 41/15
unsure [4]  80/18
103/17 109/9
109/12
until [5]  4/12
7/19 9/20 17/8
54/1
up [43]  5/19
5/21 14/23 14/25
22/8 30/23 34/16
47/14 48/19 49/1
49/24 52/10
52/21 53/6 62/4
62/8 63/9 65/25
66/7 66/20 66/22
67/1 72/2 72/22
73/24 84/9 88/15
88/21 88/24
88/25 92/6 92/23
97/19 98/13
100/24 114/6
131/9 131/14
131/15 141/23
uphold [1]  111/7
upholding [1]
125/12
upon [1]  145/10
ups [1]  68/11
upsets [1]  69/21
urged [1]  53/11
use [4]  11/17
30/12 115/8
119/21
used [6]  21/15
47/9 59/2 97/5
118/3 126/6
using [2]  104/13
104/16
usually [1]
75/12
uttered [3]
18/20 56/5 56/7

**V**

Vague [2]  137/1
137/2
valid [1]  145/3
van [1]  1/9
Vaseline [2]
42/17 43/5
vehicle [8]
103/6 108/20
113/13 113/18
122/17 122/22

122/23 135/25
vehicles [1]
92/11
verbal [3]  5/18
33/2 34/5
verbalized [2]
105/4 105/5
verbally [1]
63/15 87/18
verbiage [1]
40/12
Verret [3]  74/5
127/18 127/23
version [1]
22/13
versus [1]  59/10
very [19]  16/25
31/6 51/17 52/3
66/1 69/22 70/16
101/2 101/3
102/12 105/12
124/25 132/24
134/20 134/21
134/22 134/25
136/1 143/25
via [3]  45/4
141/14 141/16
video [1]  119/7
videos [1]  11/6
view [2]  42/21
42/24
Vincent [4]  74/2
127/18 128/4
128/9
Vinet [1]  18/9
Vinson [97]
12/19 14/7 17/20
18/6 18/17 18/22
19/5 19/12 19/13
19/17 19/23 20/4
20/4 21/11 22/7
23/2 25/6 25/13
25/15 26/2 26/8
26/14 26/16
26/24 27/5 27/8
27/8 30/23 32/24
34/8 53/3 54/11
54/12 54/25 55/2
55/15 56/21
57/10 57/11
58/18 60/9 60/17
60/20 60/24
61/21 69/24
71/14 72/4 72/16
74/8 81/1 81/9
89/2 93/5 94/2
94/3 94/21 95/7
95/10 95/12
95/21 96/11
96/19 98/1 98/6
98/20 98/21 99/6
99/13 100/25
101/20 104/2
104/12 104/15
105/9 105/25
106/7 106/11
106/13 119/19
119/20 123/9
123/13 123/18

123/20 125/14
126/2 133/8
133/13 133/20
138/1 138/4
138/21 141/15
141/19 141/20
142/4
Vinson's [10]
55/8 79/23 80/20
96/17 99/21
134/1 134/25
139/3 139/18
140/15
violate [1]
103/11
violated [3]
95/22 104/1
104/8
violation [3]
39/3 39/9 39/16
violations [1]
120/8
violative [1]
93/11
visit [1]  99/18
visited [1]
50/24
voice [1]  100/22
voicing [3]
100/16 105/18
123/21
Voyles [19]
44/21 44/24 45/2
45/3 45/10 45/14
45/21 45/24 46/6
47/9 47/16 47/20
132/7 132/11
132/12 132/13
132/17 132/21
133/1

**W**

Wade [1]  5/9
waiting [2]
116/21 137/7
waived [1]  4/8
Wal [1]  142/15
Wal-Mart [1]
142/15
walk [4]  60/10
60/19 62/8 99/17
walking [1]
131/8
want [25]  14/4
16/16 23/6 40/20
46/16 55/18
55/21 69/20
73/21 73/24
74/12 74/24
80/12 83/13
93/25 97/7
102/15 102/17
121/25 124/19
125/24 127/8
128/13 131/17
139/25
wanted [10]
12/12 47/10
49/22 51/25

54/25 73/19
102/22 124/15
136/2 140/13
wants [1]  97/16
was [460]
was directly [1]
92/25
was me [1]
123/21
wasn't [19]
22/14 23/12
23/13 23/15
35/17 38/3 51/5
55/2 55/2 56/21
64/2 65/15 71/17
73/22 100/17
100/19 134/17
139/22 142/13
watch [7]  11/1
62/8 119/7 123/4
123/5 123/5
123/6
way [6]  75/13
86/1 86/3 103/16
139/15 141/21
we'll [2]  74/23
121/7
we're [5]  14/5
30/4 75/23 83/4
128/16
we've [7]  34/2
46/13 68/12
74/16 83/11
94/11 94/18
weapons [2]
53/23 54/3
week [2]  11/13
33/9
weeks [3]  11/13
54/5 54/7
well-being [1]
52/4
Wellbutrin [1]
107/12
went [17]  7/25
50/2 59/6 62/7
62/11 64/25
68/23 68/24
71/25 92/8 94/16
98/9 101/24
101/25 107/7
117/7 125/4
were [201]
weren't [11]
11/5 23/10 25/12
28/6 28/8 57/10
90/10 92/9
117/14 117/18
142/23
Westwego [1]
108/11
whatever [3]
12/14 33/19
72/23
whatsoever [1]
139/18
when [87]  7/9
7/21 8/2 8/14
9/10 10/8 11/20

**W**

**when...** [80]
11/25 13/5 16/1
16/5 17/18 17/21
18/6 18/17 19/22
23/8 24/11 25/15
27/5 34/8 40/19
40/23 41/3 41/4
41/9 41/24 44/23
45/1 45/10 45/14
45/15 47/5 47/8
47/25 49/12
50/24 53/19
54/25 60/6 65/3
65/13 66/12
72/20 72/23
78/20 81/25
82/11 88/2 89/8
89/10 94/15
97/10 98/7 99/13
99/20 100/15
100/25 101/23
104/22 105/2
105/13 105/20
107/20 107/25
108/5 111/7
112/12 112/13
113/8 113/12
113/18 118/3
118/7 118/8
118/9 123/4
124/8 124/25
125/1 131/1
131/14 133/9
141/23 142/3
143/6 144/7

**where** [57]   6/14
7/12 7/22 17/21
17/23 18/1 30/2
30/2 32/5 33/17
35/8 36/13 38/6
40/18 41/21
42/10 45/1 45/6
46/10 48/9 48/13
49/13 55/19 56/9
70/9 72/11 75/3
77/15 78/3 79/4
87/25 88/7 88/10
88/16 89/16 90/7
90/22 92/6 92/14
94/11 96/11
97/19 99/9 105/9
108/6 113/3
115/18 117/1
117/5 120/1
123/17 126/1
127/2 129/18
133/11 141/19
142/21

**whether** [16]
25/16 52/19
61/14 73/8 76/1
117/6 123/5
126/19 126/24
130/1 133/14
137/22 139/14
142/6 143/12
143/20

**which coming** [1]

30/22

**while** [20]   7/5
8/16 14/5 16/1
25/23 35/15 38/5
64/24 71/24
80/21 102/9
117/23 118/16
118/22 119/3
119/15 119/24
121/14 122/17
130/19

**Whistleblower** [1]
103/23

**white** [1]  58/13

**Whitney** [1]
66/12

**who** [54]   17/19
18/3 18/4 18/5
18/5 18/11 19/4
21/3 22/7 22/24
24/8 29/21 42/22
43/10 45/21
49/17 72/14
73/16 76/25
78/13 78/22 80/2
82/9 82/17 82/21
86/2 86/3 91/1
91/24 100/19
100/20 100/21
101/23 104/4
107/3 107/8
107/8 107/13
108/3 108/9
108/9 108/17
109/5 119/5
125/1 125/1
132/5 132/5
132/8 140/2
140/6 140/13
141/4 141/9

**whoever** [2]
100/17 100/22

**whole** [3]   5/3
107/21 127/13

**wholesale** [3]
95/8 95/12 95/13

**whom** [2]   145/7
145/9

**whose** [1]   82/21

**why** [16]   21/7
22/2 26/7 26/16
49/21 55/21
55/25 61/21
61/24 83/23
100/22 109/13
109/18 131/6
134/8 135/24

**widespread** [1]
133/15

**will** [6]   81/17
81/20 133/1
140/6 140/21
140/21

**WININGER** [4]
1/20 4/20 145/6
146/13

**wished** [1]   69/13

**within** [9]   13/17
17/12 20/13

20/16 53/22
56/19 63/2 79/22
119/8

**without** [2]
12/23 39/8

**witness** [8]   4/22
101/19 108/14
108/16 109/14
109/19 138/3
145/8

**witnesses** [1]
138/7

**word** [15]   30/7
43/4 43/4 75/24
76/21 76/25 77/7
77/18 79/1 81/18
81/20 81/23 83/5
91/7 99/13

**words** [8]   55/9
55/12 63/13
63/14 78/13
82/14 97/9 143/6

**work** [36]   10/13
20/21 22/9 23/4
23/15 23/23
29/18 30/17
33/10 42/25
45/13 51/1 54/6
59/21 60/4 87/7
87/12 88/4
107/19 109/25
110/5 110/6
110/10 110/17
110/22 116/14
116/19 116/23
118/16 120/3
122/18 123/2
125/4 126/23
136/12 141/15
136/17 141/9

**worked** [12]   22/1
22/9 29/12 34/10
43/12 63/3 64/25
68/17 119/11
126/1 127/3
127/24

**working** [8]   16/2
64/18 65/4 85/18
89/20 119/9
119/24 122/3

**workload** [1]
87/8

**works** [3]   70/17
70/17 86/2

**world** [1]   69/18

**worry** [5]   55/11
55/14 56/13 62/2
127/5

**worth** [3]   11/14
30/17 110/10

**would** [108]
10/14 10/21
11/10 11/16
13/15 20/19
21/18 27/3 28/19
28/20 31/1 31/4
31/5 32/2 34/12
34/13 34/16
34/19 34/19
37/21 42/19

44/20 47/9 49/11
49/20 50/8 54/24
61/1 62/6 63/20
64/14 65/4 66/4
64/25 75/11 75/13
75/21 85/18
85/19 88/5 92/17
96/10 98/18
99/17 100/17
100/23 103/3
103/3 103/17
105/16 105/21
105/24 108/16
109/24 110/17
110/2 110/5
110/9 110/15
110/15 110/19
110/15 110/22
111/17 113/11
113/17 114/5
117/9 117/10
117/15 117/18
117/17 117/24
118/23 119/21
121/18 122/18
122/25 124/11
124/12 124/20
125/9 125/11
126/11 126/12
126/12 127/4
127/25 128/8
128/9 128/25
131/6 131/7
131/11 132/5
133/13 134/19
136/5 136/7
136/23 138/7
138/10 140/1
140/2 140/12
142/2 142/6
142/22

**wouldn't** [9]
54/23 55/25
99/10 102/13
117/15 117/18
117/21 117/24
118/23

**wound** [1]   56/9

**write** [18]   40/9
40/15 41/3 41/10
63/9 65/25 66/7
66/20 68/11 72/2
88/15 88/24
88/25 92/6 92/23
98/13 127/25
134/5

**write-ups** [1]
68/11

**writing** [5]   33/2
35/24 114/18
128/21 135/4

**written** [19]
29/6 30/7 30/23
34/16 35/10 53/6
61/15 61/15
66/22 67/1 72/22
77/19 88/21
128/10 131/9
131/14 131/15

135/11 139/23

**wrong** [9]   20/2
23/12 103/24
117/10 117/15
117/18 117/21
117/24 118/23

**wrote** [3]   40/19
76/25 78/13

**X**

**X's** [2]   80/25
130/25

**Y**

**year** [7]   19/18
19/20 26/8 26/16
80/9 124/7 126/6

**years** [4]   9/6
18/11 69/16
89/11

**yelled** [2]   98/3
133/12

**yes** [117]   5/13
5/23 5/24 6/4
6/13 7/4 7/11
8/10 8/13 8/19
9/3 9/16 9/19
9/22 12/5 12/22
13/2 13/8 13/13
13/16 13/16
13/20 13/25
14/20 14/24 15/4
15/8 15/18 16/23
18/15 18/19
18/25 20/22
23/11 25/11
27/25 28/7 28/10
28/19 28/25
30/14 32/20
35/18 35/23 36/9
38/14 38/16
38/23 39/1 39/5
39/7 39/10 39/14
39/23 40/4 42/2
42/5 42/9 42/13
43/4 43/17 44/6
44/9 44/19 45/12
45/18 46/22
50/10 53/4 57/11
57/25 58/2 63/22
63/25 65/21
67/21 72/18 75/2
75/13 75/21 79/5
79/8 82/4 82/8
82/16 83/16 85/7
86/10 90/12
91/17 92/2 94/2
97/1 98/21 110/3
110/24 111/11
111/15 111/25
115/7 115/9
117/12 117/16
117/19 117/22
121/21 122/5
123/14 125/19
128/20 130/21
132/2 135/16
136/9 137/20
139/23 140/11

**Y**

yet [1]  71/10
you'll [2]  52/15
 136/20
you-all [5]  26/9
 121/18 125/24
 133/21 135/13
yourself [13]
 6/14 8/12 13/5
 47/21 52/19 74/7
 83/8 86/13 86/13
 86/14 91/10
 91/20 131/8
YouTube [1]
 119/7

**Z**

Zurik [3]  47/23
 47/25 48/18