# EXHIBIT B-11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL SWEAR | * | CIVIL ACTION |
| | * | |
| | * | NO. 15-6591 |
| VERSUS | * | |
| | * | SECTION "G" |
| | * | NANNETTE JOLIVETTE BROWN |
| ARTHUR LAWSON, et al | * | |
| | * | MAGISTRATE "1" |
| | * | Hon. Judge Janis van Meerveld |

* * * * * * * * * * *

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public duly commissioned and qualified, in and for the above Parish and State, personally came and appeared:

### BRAD CHERAMIE

A person of the full age and majority and domiciled in the Parish of Jefferson, State of Louisiana, who after being by me first sworn, did depose and say that:

1) This affidavit is made upon personal knowledge of all facts set forth herein;

2) I have been employed by the Gretna Police Department since November 1, 2013;

3) The Gretna Police Department's established policies are contained within a written Operations Manual which is provided to, or made available to, every employee of the Department;

4) Operations Manual, Section DR 8-2 (See Exhibit A attached hereto and incorporated herein as if copied *in extenso*) establishes the Chain of Command for the Gretna Police Department

Page 1 of 3

and the duties, responsibilities, and authority of each link in the chain.;

5) At no time since I have become employed with the Gretna Police Department has there ever been to my personal knowledge a quota system, that is to say, there has never been a formal or informal, plan to evaluate, promote, compensate, or discipline a law enforcement officer on the basis of the officer's issuance of a predetermined or specified number of any type or combination of types of traffic citations or on the basis of the officer making a predetermined or specified number of any type or combination of types of arrests.;

6) I have no actual or constructive knowledge of the Chief of Police, Deputy Chief of Police, or any Supervisor attempting to implement a policy or establish a custom or practice regarding a quota system and to the contrary, as stated above, to my knowledge no such system exists within the Gretna Police Department.;

7) Until becoming aware of Mr. Swear's Complaint (Doc. 1) I had never heard of any allegations that the Gretna Police Department had implemented a quota policy. Any such allegations being absolutely false and without factual basis.;

8) During my employment, particularly, but not limited to, after December 2014 as alleged in paragraphs 9 and 10 of Mr. Swear's Complaint (Doc. 1), I am not aware of any officer being disciplined, promoted, or demoted because of an alleged participation or lack of participation in a quota system within the Gretna Police Department.;

9) I have never personally observed the Chief of Police or Scott Vinson deprive Mr. Swear of any rights bestowed upon him in accordance with the First Amendment, 14th Amendment, or any other constitutional and/or statutory protection and/or right.

10) I certify that nothing has been offered to me in exchange for this affidavit nor have I been coerced or threatened into giving this affidavit and said affidavit is given freely and

voluntarily.

11) I certify and declare under penalty of perjury pursuant to 28 USC Section 1746 that all the information I have provided in this Affidavit (and any pages I have attached to or referenced in this Affidavit) are true and accurate to the best of my knowledge, and that the supporting documents attached to or referenced in this Affidavit are complete to the best of my knowledge.

_____
BRAD CHERAMIE

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 21 DAY
OF September, 2017.

_____
NOTARY PUBLIC

STEVEN M. MAUTERER
Notary Public #80925, La. Bar #26682
210 Huey P. Long Ave., Gretna, LA
Parish of Jefferson, State of Louisiana
My Commission is Issued for life.

Page 3 of 3

GRETNA POLICE DEPARTMENT
OPERATIONS MANUAL

DEPARTMENT REGULATION                              ISSUED: 01/01/99
NUMBER: DR 8-2                                     REVISED:

---

## DUTIES AND RESPONSIBILITIES OF SUPERVISORS

I. PURPOSE

The purpose of this regulation is to establish a chain of command and provide definitions of the various ranking officers under the command of the Chief of Police.

II. SCOPE

This regulation applies to all members of the Gretna Police Department.

III. ORGANIZATION ADMINISTRATION

A. The Chief of Police is an elected public official. He is the Chief Executive Officer of the department and the final department authority in all matters of policy, operations and discipline. The Chief of Police exercises all lawful powers vested in the office and issues all lawful orders necessary to ensure the effective performance of the department and its employees.

B. In the absence of the Chief of Police, the Deputy Chief of Police is designated by the Chief in conformance with the policies of the department. Such assignment will remain in effect during the absence of the Chief of Police or for the time specified. The person assuming command shall have all the power and responsibility of the Chief of Police except in the following instances unless specifically authorized by the Chief of Police:

1. Selection and appointment of new personnel.

2. Dismissals

3. Promotions

4. Demotions



1

Gretna 0012

DEPARTMENT REGULATION  GRETNA POLICE DEPARTMENT
NUMBER: DR 8-2

---

       5. Modification of rules, regulations, department policies in non emergencies.

  C. The executive staff participates in policy decisions and ensures that all Divisions, Sections, Units, Offices, and Teams coordinate activities in order to perform more effectively and accomplish objectives of the department. The Administrative Staff consists of the following members:

       1. Chief of Police

       2. Deputy Chief of Police

       3. Commander of the Training Academy

       4. Commander of Patrol Division

       5. Commander of Operations

       6. Clerk of Court Office Commander

       7. Commander of Criminal Investigations Division

       8. Internal Affairs Officer

       9. Commander E.M.S.

  D. A commanding officer is an individual whose duties include the supervision of a major organization within the department. A supervisor is an individual in command of an organization of the Gretna Police Department who may be sworn or non sworn. A commanding officer/supervisor has direct control over all employees within his command subject to direction from higher command.

     1. In addition to the general and individual responsibilities of all employees, a commanding officer/supervisor is responsible for:

        a. Directing and controlling personnel under his command to ensure the proper performance of duties and adherence to rules, regulations, policies and procedures and proving for continuation of command/supervision in his absence.

2

b. Developing key elements and performance standards for employees under his direct command or supervision.

c. Developing and maintaining high morale and loyalty to the department and the promotion of harmony and cooperation with other Divisions, Sections, Units, Offices, and Teams of the department.

d. Counseling employees on their job performance.

e. Maintaining discipline within his command and investigating certain complaints against personnel within his command.

f. Initiating proper action in cases not regularly assigned to his command if delay in informing the proper unit may result in failing to perform a police duty.

g. Preparing correspondence and reports, maintaining records relating to activities of the Section and assuring that information is communicated up and down the chain of command.

h. Assuring that equipment, supplies and material are correctly used and maintained.

i. Duties incumbent upon him include the training of his subordinates.

j. Having a working knowledge of the duties and responsibilities of his subordinates.

k. Directing activities of his subordinates in order to encourage professional growth and making corrections when necessary and commending when appropriate.

l. Exercising direct command in a way that assures the good order, conduct, discipline and efficiency of subordinates.

DEPARTMENT REGULATION  
NUMBER: DR 8-2

GRETNA POLICE DEPARTMENT

---

    m.  Observing public contacts by subordinates and being available to assist or instruct the subordinates.

    n.  Counseling employees of their job responsibilities and any deficiencies.

    o.  Inspecting activities, personnel and equipment under his supervision or command and initiating corrective action when necessary.

    p.  Responding to emergencies or calls of major consequences.

    q.  Making reports to the Chief of Police or other commanding officers when any unusual occurrence or circumstance occurs.

    r.  Directing the deployment of personnel during emergency situations.

    s.  Other responsibilities as directed by his commanding officer or the Chief of Police, or his designee.

2.  A non-sworn supervisor is in charge of one or more persons or a program that is accountable for the performance of employees under his immediate control. In addition to the general and individual responsibilities of all employees, the non sworn supervisor is responsible for the same items.

    a.  Office Manager

    b.  Property Management Supervisor

    c.  Records Supervisor

    d.  Other positions as directed by the Chief of Police. The Chief of Police may appoint and place a non sworn supervisor within the chain of command.

4

Gretna:0017

DEPARTMENT REGULATION                           GRETNA POLICE DEPARTMENT
NUMBER: DR 8-2

---

3. Description of specific responsibilities:

   a. Deputy Chief of Police - The Deputy Chief of Police reports directly to the Chief of Police and is in command of all Divisions. He shall supervise and be responsible for all police functions and designated responsibilities assigned or implied to the Divisions.

   b. A Captain reports to the Deputy Chief of Police and shall supervise and be responsible for all police functions and designated responsibilities assigned or implied to various Divisions he may command. In addition to the general and specific responsibility of all employees. In the absence of the Chief of Police and Deputy Chief of Police, the Captain will assume the powers, duties and responsibilities of the Chief subject to any limitations set by the Chief of Police.

   c. Lieutenant - The Lieutenant shall be responsible for all activities of a specific Division, Section, Team or Shift of the police department. In addition to the general and individual responsibility of all members the Lieutenant is responsible for:

      (1) Maintaining the general good order of his command during his tour of duty, to include proper discipline, conduct, welfare, field training and efficiency.

      (2) Preparing and communicating all orders or other information at roll call and inspecting and correcting subordinates as necessary.

      (3) Investigating certain complaints against personnel under his command.

      (4) Evaluating employee performance.

      (5) Preparing reports and records as required.

5

DEPARTMENT REGULATION  
NUMBER: DR 8-2

GRETNA POLICE DEPARTMENT

---

      (6) Acting as a Division Commanding Officer when directed.

      (7) Providing direction to employees in the performance of their duties.

      (8) Reviewing and directing the proper execution of investigation reports and activities of the men and women under his command.

   d. Sergeant - The Sergeant actively directs or supervises all personnel assigned to his control. In addition to the general and individual responsibility of all employees the Sergeant is responsible for:

      (1) Having personnel report for duty in time to obtain necessary information from bulletin boards, reports or roll calls.

      (2) Providing in service training in the field and instruction for assisting personnel, particularly new persons.

      (3) Evaluating employee performance.

      (4) Commending personnel for outstanding performance and advising the appropriate superior officer.

      (5) Creating and maintaining high morale.

      (6) Maintaining records and providing reports.

      (7) Patrolling an assigned area or responding to calls for service when subordinates are not available.

      (8) Coordinating or participating in investigations.

      (9) Coordinating and participating in the administration of support functions.

      (10) Acting as an assistant team commander or team commander when directed.

Gretna:0075

DEPARTMENT REGULATION                                   GRETNA POLICE DEPARTMENT
NUMBER: DR 8-2

---

     (11) Assuming other duties assigned by a commanding officer or the Chief of Police.

     (12) Leading, guiding or assisting personnel to effectively and efficiently perform their job.

     (13) Coordinating activities at a crime scene or serious accident or traffic hazard.

     (14) Reviewing incident reports.

     (15) Conducting periodic personnel, vehicle and equipment inspections.

     (16) Being familiar with crime patterns and developing plans to reduce crime in a particular area.

   e. Supervisor - An individual who supervises the activities of persons in an organization and assumes the duties of that associated with at least a Sergeant, where applicable.

   f. Acting Supervisors - Performs the functions and responsibilities of the supervisors who's position he is assuming.

 E. The duties and/or assignments of a command/supervisory officer may be delegated to a member of lesser rank, however, the overall responsibility for completion of those duties remains with the command/supervisory officer delegating the duties. Each employee of this department is vested with the authority and responsibility to make decisions necessary to accomplish the assigned task. Each employee is accountable for the use of such delegated authority.

 F. To achieve effective direction, coordination and control the number of employees under the immediate control of a supervisor shall not be excessive. The maximum number of employees under the supervision of each supervisor will be at the direction of the Chief of Police. A supervisor, having determined that his span of control or the span of control of a subordinate is excessive, will notify his commanding officers, through the chain of command, to the Chief of Police,

7

Gretna:0020

| DEPARTMENT REGULATION | GRETNA POLICE DEPARTMENT |
|---|---|
| NUMBER: DR 8-2 | |

    making his recommendation for more supervisory personnel.

G. Executive Staff Meeting, General Staff Meetings, General Meetings - The Chief of Police or his designee may require the regular meeting of Administrative Staff Personnel. He may require those members to meet on a regular basis with subordinate organization commanders and members. Division commanders and subordinate organization commanders should meet on a regular basis to discuss administrative and other matters. The Deputy Chief of Police should meet with the Division commanders on a regular basis to ensure compliance with this requirement and to discuss administrative and other matters.

    The Chief of Police or his designee may from time to time call for a general staff meeting. Such meetings shall include all members of the rank of supervisor or above whether sworn or non sworn or those specifically designated by the Chief of Police or his designee with regards to that particular meeting.

    The Chief of Police or his designee may from time to time call a general meeting. Such meeting shall include all members of the department whether sworn or non sworn or those specifically designated by the Chief of Police with regards to a particular meeting.

8