UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL SWEAR** | * | CIVIL ACTION |
| | * | |
| | * | NO. 15-6591 |
| **VERSUS** | * | |
| | * | SECTION "G" |
| | * | NANNETTE JOLIVETTE BROWN |
| **ARTHUR LAWSON, et al** | * | |
| | * | MAGISTRATE "1" |
| * * * * * * * * * * * * * * * * * * * * * * * | | Hon. Judge Janis van Meerveld |

## CONCISE STATEMENT OF FACTS NOT IN DISPUTE

1. Plaintiff, Daniel Swear, was employed by the City of Gretna as a commissioned police officer from December 2010 until he resigned in February 2015.[1]

2. On August 6, 2014, Mr. Swear was placed on a three-day suspension for failing to adhere to Departmental Regulations arising from an incident on July 24, 2014.[2]

3. On or about December 17th, 2014, Mr, Swear attended a meeting with one of the four patrol divisions of the Gretna Police Department and Captain Vinson.[3]

4. He was reprimanded for unsatisfactory performance by Sgt. Danielle Rodriguez.[4]

5. On January 27, 2015, during roll call, Mr. Swear presented a colleague with gifts that implied that he would need to perform sexual favors after being passed over for promotion.[5]

---

[1] Exhibit A, deposition of Daniel Swear, Exhibit 12 thereto

[2] Exhibit A, deposition of Daniel Swear, Exhibit 6 thereto (Rights Relative to Administrative Proceedings Form)

[3] *Id.*, page 21, lines 4-22.

[4] Exhibit A, deposition of Daniel Swear, Exhibit 9 thereto

[5] Exhibit A, deposition of Daniel Swear, Exhibit 10 thereto

6. On February 2, 2015, Mr. Swear executed the Rights Relative to Administrative Proceedings Form and was officially reprimanded for the January 27, 2015 incident. [6]

7. Plaintiff has NO evidence that Chief Lawson had any knowledge of a quota system, violated his Fourteenth or First Amendment Rights and further that he had only met Chief Lawson at a Christmas party. [7]

    Respectfully submitted,
    **BEEVERS & BEEVERS, L.L.P.**

    */s/ Steven M. Mauterer*
    WILEY J. BEEVERS, Bar #2902
    STEVEN M. MAUTERER, Bar #26682
    210 Huey P. Long Avenue
    Gretna, Louisiana  70053
    Telephone: (504) 361-4287
    Fax: (504) 362-1405
    Email: smauterer@beeverslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of September, 2017, the above and foregoing has been served on all counsel of record by electronic filing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this case.

    */s/ Steven M. Mauterer*
    Steven M. Mauterer

---

[6] Exhibit A, Exhibit 11 thereto

[7] Exhibit A, page 24, lines 3-6; page 25, lines 21-25; page 27, lines 8-11; page 100, lines 5-14.