UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL SWEAR** | * | CIVIL ACTION |
| | * | |
| | * | NO. 15-6591 |
| **VERSUS** | * | |
| | * | SECTION "G" |
| | * | NANNETTE JOLIVETTE BROWN |
| **ARTHUR LAWSON, et al** | * | |
| | * | MAGISTRATE "1" |
| * * * * * * * * * * * * * * * * * * * * * * * | | Hon. Judge Janis van Meerveld |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that, on September 25, 2017, Arthur Lawson, Scott Vinson, and the City of Gretna, filed a Motion For Summary Judgment. A copy of the motion was served on opposing counsel through CM/ECF.

PLEASE TAKE FURTHER NOTICE that the motion shall be deemed submitted to the court for consideration on October 11, 2017.

                                                              Respectfully submitted,

                                                              **BEEVERS & BEEVERS, L.L.P.**

                                                              _/s/ Steven M. Mauterer_
                                                          WILEY J. BEEVERS, Bar #2902
                                                          SHAYNA LYNN BEEVERS, Bar #34442
                                                          STEVEN M. MAUTERER, Bar #26682
                                                          210 Huey P. Long Avenue
                                                          Gretna, Louisiana  70053
                                                          Telephone: (504) 361-4287
                                                          Fax: (504) 362-1405
                                                          Email: smauterer@beeverslaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 25th day of September, 2017, electronically filed and caused to be served upon all counsel of record the foregoing via the Court's CM/ECF system.

                                    /s/ Steven M. Mauterer
                                       Steven M. Mauterer