**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIEL SWEAR** | : | **CASE NUMBER:  2:15-cv-06591** |
| | : | |
| | : | **SECTION "G"** |
| **VERSUS** | : | **HON. JUDGE BROWN** |
| | : | |
| | : | **MAGISTRATE** |
| **LAWSON, et al.** | : | **HON. JUDGE van MEERVELD** |

---

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

---

# EXHIBIT 2

# DECLARATION OF PAUL PICHOFF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL SWEAR | : | CASE NUMBER:  2:15-cv-06591 |
| | : | |
| | : | SECTION "G" |
| VERSUS | : | HON. JUDGE BROWN |
| | : | |
| | : | MAGISTRATE |
| LAWSON, et al. | : | HON. JUDGE van MEERVELD |

---

### DECLARATION OF PAUL PICHOFF

This declaration is made in accordance and conformity with 28 U.S.C. 1746

I, Paul James Pichoff, do hereby declare, certify, verify and state under penalty of perjury that the foregoing is true and correct based on my personal knowledge, as follows:

1. My name is Paul James Pichoff. I was born on ███████ 1982. My address is 2724 Cedar Creek Street, Marrero, Louisiana 70072.

2. I was a member of the United States Coast Guard for eight (8) years.

3. I was a former officer with the Gretna Police department. I was employed by the Gretna Police department as a full time officer for between 5 and 6 years. I resigned my full time status because I felt pressure to meet the quota that was in place at the Gretna Police. I maintained my status as a commissioned reserve officer until approximately August 11, 2017, when I was told that I was terminated.

4. On January 7, 2014, I recorded my evaluation that took place at 200 5th St., Gretna, Louisiana at the Gretna Police Department. The recording is attached hereto as exhibit 1 and is identified as 1-7-14 Evaluation.

5. At the time of this evaluation I was a member of B team.

6. This evaluation was part of the normal part of business. I believe at the time that I would be evaluated quarterly.

7. Sergeant Philip Saladino and Lieutenant J.R. Rogers were my direct supervisors.

8. I made the recording using an IPhone 5 to record the evaluation.


Initials
Date Executed

1

9. The recording device that I used to make exhibit 1 was functioning properly at the time of the recording.

10. I reviewed exhibit 1 following completion of the recording and it was clear and accurate.

11. I am familiar with Sergeant Philip Saladino because I worked with him approximately 2 years and Lt. J.R. Rogers because I worked with him for approximately 5-6 years.

12. The voices of Sergeant Philip Saladino and Lieutenant J.R. Rogers are clear.

13. I reviewed exhibit 1 and it is a true and accurate copy of the recording of my 1-7-14 Evaluation.

14. I reviewed the transcript of the 1-7-14 Evaluation which was the attached as exhibit 2.

15. The transcript of the 1-7-14 Evaluation attached hereto exhibit 2 is real and true and accurate copy of the recording attached hereto as Exhibit 1.

16. In the time that I worked at the Gretna Police I was aware of a quota system being in place.

17. As an officer we were required to 3-4 citations and 1 arrest per shift.

18. If we did not meet this quota we were subject to discipline and which included being terminated.

19. Initially the quota system was suggested, then it was strongly suggested and then it was mandatory.

20. As Gretna officers were all required to meet the quota as described above. It was department wide.

21. Lt. Scott Vinson directly acknowledged the quota.

22. I was written up for a lack of performance, which meant that I was not meeting the required quota of tickets and arrest.

**DONE AND SIGNED** this 21st day of September 2017, in Harvey Louisiana.

PAUL JAMES PICHOFF



Initials

Date Executed

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIEL SWEAR** | : | **CASE NUMBER:  2:15-cv-06591** |
| | : | |
| | : | **SECTION "G"** |
| **VERSUS** | : | **HON. JUDGE BROWN** |
| | : | |
| | : | **MAGISTRATE** |
| **LAWSON, et al.** | : | **HON. JUDGE van MEERVELD** |

---

### NOTICE OF MANUAL ATTACHMENT

---

Exhibit 1 of the Declaration of Declaration of Paul Pichoff of is an audio recording of Paul Pichoff, Philip Saladino and J.R. Rogers which is filed as a manual attachment with the Clerk's Office.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIEL SWEAR** | : | **CASE NUMBER:  2:15-cv-06591** |
| | : | |
| | : | **SECTION "G"** |
| **VERSUS** | : | **HON. JUDGE BROWN** |
| | : | |
| | : | **MAGISTRATE** |
| **LAWSON, et al.** | : | **HON. JUDGE van MEERVELD** |

---

**DECLARATION OF PAUL PICHOFF**

---

# EXHIBIT 2

# TRANSCRIPT OF AUDIO RECORDING

# 1/7/14

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
DANIEL SWEAR          \* SUIT NUMBER: 15-6591
                        \*
VERSUS               \* SECTION: "G"
                        \*
ARTHUR LAWSON, ET AL   \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


IN RE:

Audio of Recording, 1/7/14-Paul Pichoff, Philip

Saladino and J.R. Rogers.




TRANSCRIBED FROM AUDIO BY:  Anita G. Dunn, CCR



INDEX

PAGE

PROCEEDINGS . . . . . . . . . . . . . . . . . . . .    3

REPORTER'S CERTIFICATE . . . . . . . . . . . . . . . 33

EXHIBIT INDEX

PAGE

(None)

CHARLES MOORE

OCT 03 2017

RECEIVED

1              * * * * * * * *

2       MR. PICHOFF:

3              It is January 7th at 4:15 p.m.  This is

4    going to be the recording of the evaluation of Paul

5    Pichoff.

6       MR. ROGERS:

7              It is two sections.  Look at it, read it.

8    If you have any questions, comments, concerns, bring

9    them up, we will talk about them.  After we sign the

10   last page each, and then we will discuss it and then we

11   will go into phase two (inaudible) -- 717, call me at

12   857.  Is that the --

13      MR. SALADINO:

14             Unknown?  Yeah, unknown, and he is going

15   to get the video or add something about the video and

16   talking to the lady who --

17      MR. ROGERS:

18             Has he done this yet?

19      MR. SALADINO:

20             Not the unknown.  I didn't pick that up

21   yet.

22                    (Phone rings.)

23      MR. ROGERS:

24             Hey, in reference to your report --

25   (inaudible) this other driver, the suspect -- the

Page 4

1   suspect -- (inaudible).  Yeah.  No more (inaudible) --

2   no more (inaudible) -- it searches for -- it searches

3   for unknown.  What else, Phil?

4        MR. SALADINO:

5            The updates on talking to a lady about the

6   money order and the video.

7        MR. ROGERS:

8            Updates on talking to a lady about the

9   money order and then the video.  Got that?  Okay.  That

10  is fine.  That is fine.  On the suspect pages, take out

11  "unknown" for both suspects, okay?  All right.  Thanks.

12            (Phone call ends.)

13       MR. ROGERS:

14           Why is that so hard to fucking just leave

15  it out?

16       MR. SALADINO:

17           What is that?

18       MR. ROGERS:

19           The unknown.  Everybody seems to still do

20  it.

21       MR. SALADINO:

22           I don't know.  Because somebody was

23  probably -- they were probably taught that in --

24       MR. ROGERS:

25           Is that the first section or the second,

1   Paul?

2        MR. PICHOFF:

3             First section.

4        MR. ROGERS:

5             What, are you checking for spelling?  Do

6   you have any gum --

7        MR. SALADINO:

8             I've got some chocolate protein powder --

9        MR. ROGERS:

10            I hate that.  I just don't want to fucking

11  eat it.

12       MR. SALADINO:

13            I had my little bit of chocolate that I

14  wasn't supposed to have.

15       MR. ROGERS:

16            I had a fist full of fucking peanut

17  M&Ms (inaudible) --

18       MR. SALADINO:

19            I've got 19 to go, but it --

20       MR. ROGERS:

21            At some point, you are going to stop for a

22  while.

23       MR. SALADINO:

24            Yeah, I think I have hit that point about

25  two -- had to buy me some new pants and fit -- fit in

Page 6

1   my old shirts.   I'm not where I want to be yet.   I was

2   looking at some pictures from a few months ago --

3        MR. PICHOFF:

4             All right.

5        MR. ROGERS:

6             Still got the report up?

7        MR. SALADINO:

8             He has got it in.

9        MR. ROGERS:

10            Other than that, it was good to go?

11       MR. SALADINO:

12            Yeah.   He just needed to add about the

13  video and the money order.

14       MR. ROGERS:

15            All right, Paul.   Any questions, comments,

16  concerns?

17       MR. PICHOFF:

18            No.

19       MR. ROGERS:

20            No?   So you are okay with the evaluation,

21  Paul?   Do you think you are deserving of this, or you

22  should have gotten better, or you do you think you are

23  actually worse?

24       MR. PICHOFF:

25            It is about the same way it has always

1    been.

2         MR. ROGERS:

3              What is that (inaudible) --

4         MR. PICHOFF:

5              I don't know.  I don't really have much to

6    say about it.

7         MR. ROGERS:

8              All right.  Well, Paul, we are going --

9    that is unfortunate, Paul.  We are going to go into the

10   meat and potatoes of this, okay?  The analysis -- the

11   evaluation of our team was done.

12        MR. PICHOFF:

13             Uh-huh.

14        MR. ROGERS:

15             And your (inaudible) -- was dead last for

16   statistic wise, arrests, citations and time management.

17   Time management.  Do you know what "time management"

18   means?  What the fuck do you do for 12 hours a day?

19   You got marked -- you got marked dead last.  Okay?  On

20   paper there is somebody else that is there, but you --

21   you have been on the shift for 12 months.  They

22   haven't.  So, therefore, you actually take their spot

23   for time management on the "B" team for the whole 12

24   months as being damn near dead last.  How does that

25   make you feel?

Page 8

1      MR. PICHOFF:

2           Not good.

3      MR. ROGERS:

4           I was at least hoping you would say that,

5    because if somebody told me I was dead last, I would be

6    miserable.  I would be asking what the fuck can I do to

7    be better, and I would definitely make it a point to be

8    better, but unfortunately you haven't done that.  So

9    myself, Phil, and the administration of this department

10   has done that for you.

11          You now have goals that you have to meet

12   on a daily basis.  Okay?  Now, the goals that we are

13   going to set forth for you were given to every guy on

14   the shift to meet the same goals, okay?  Now, I am not

15   saying you can't exceed the goals.  Do you know what I

16   mean by that?

17     MR. PICHOFF:

18          Uh-huh.

19     MR. ROGERS:

20          I tell you to do this and you do this and

21   you are done.  That is not what I mean.

22     MR. PICHOFF:

23          Right.

24     MR. ROGERS:

25          You have to at least do this every day.

1  Obviously to do more, that means time management.  You

2  are going to be held to meeting the goal of making one

3  arrest every day.  Either put somebody in jail or write

4  somebody a summons every day.  You have got 12 hours.

5  That shouldn't be too hard to do, Paul.  Somebody has

6  got to go to jail every 12 hours either by summons

7  (inaudible).  Citations, three to four a day.  That can

8  happen in one traffic stop.  If you make two arrests

9  today, that doesn't mean sit on your ass tomorrow

10  because you made your quota -- you made your goals for

11  two days.  That is not -- that is just lazy.  It is

12  going to reflect, okay.  Each day try to maintain your

13  goal, one arrest, one summons.  Warrants and

14  attachments don't count.  Whatever Yellerton's

15  (phonetically) first name is, and Mark Pickens don't

16  count because there is no money going into the system.

17  Those guys don't go to court.  They don't pay their

18  fines.  I am talking about good strong solid arrests

19  with convictions and/or make people pay their fines.

20          Same thing for citations.  One arrest, do

21  a summons or physically take them to jail, three or

22  four citations.  Items, eight to twelve items per day.

23  That is one item per hour.  That shouldn't be asking

24  too much.  There are some days you might make six or

25  seven because you have got a bunch of reports to write.

Page 10

1   I understand that.  Okay?  But your goal is to try to

2   get twelve.  I am not saying (inaudible) -- just to get

3   a free item.  Don't lie.  If you only get ten, you get

4   ten.  If you only get eight, you get eight.  If you get

5   17, that is great, but your goal is going to be eight

6   to twelve.  You need to try to maintain that goal.

7            The shift is here, and then there is a

8   shift here.  Okay.  There is always going to be

9   somebody who is going to be operating at a higher

10  level.  That is just the way it is.  Somebody is always

11  going to be number one statistics.  But we can't have

12  everybody here, here, here, here and here.  We want to

13  have everybody here and then have people who are going

14  to be above that trickling above.  No one will ever

15  drop below this if you maintain your goals.  If you --

16  if you do not maintain your goals, we are going to have

17  this.  If this is the acceptable level, when you drop

18  down here, you are going to be disciplined, and you are

19  going to be dismissed.  I didn't make that rule.  That

20  was given down to me.  We have a higher standard now.

21  Okay?

22            We have been basically told push the

23  button -- the reset button.  Okay.  We have got people

24  operating like this.  We have people operating like

25  this.  We want everybody operating like this.  If

1   everybody does their part, the "B" team can be the best

2   that we can possibly be, but we are going to be able to

3   say so is the "A" team, so is the "C" team, so is the

4   "D" team.  The night shift -- Paul, you worked nights a

5   long time, as I did.

6        MR. PICHOFF:

7             Uh-huh.

8        MR. ROGERS:

9             (Inaudible).  You know they are going to

10   have (inaudible).  That is -- that is a fact, but you

11   maintain your goals and the rest of the guys on the

12   shift maintain their goals, we are going to be here,

13   and you will never get told you are not doing your job

14   because I am meeting my goals.  Okay?

15            Radar and laser guns.  You have a radar

16   gun and a laser gun?  Okay.  Your guns need to be used.

17   Okay?  They know who -- they know who has an issue, and

18   they are going to be checking to see who is using them.

19   Every day at roll call --

20        MR. PICHOFF:

21            On -- on that note, can I -- is there a

22   way I can swap my laser for a regular radar gun,

23   because the laser has not been very effective the times

24   I have used it.

25        MR. ROGERS:

1          I don't have a problem with that at all.

2   I don't (inaudible).  What does Brad have, a laser or a

3   radar gun?

4        MR. SALADINO:

5              Brad has a radar.

6        MR. ROGERS:

7              Okay.  Well, get with Brad.  Give him the

8   laser.  You take the radar, and then you give the laser

9   to Cody.  That is a perfect fit.

10        MR. SALADINO:

11              Okay.

12        MR. ROGERS:

13              Everyday on the roll call, somebody has

14   got to go to Lafayette.  Where were you that day on

15   Lafayette?

16        MR. PICHOFF:

17              I moved to actually three different spots

18   trying to --

19        MR. ROGERS:

20              Don't make me guess.  Where were you --

21   where were you at?

22        MR. PICHOFF:

23              I went and parked under the Oak tree at

24   First, right there at Lafayette and First, and I was

25   shooting cars coming towards the levee.

1      MR. ROGERS:

2           Okay.

3      MR. PICHOFF:

4           Okay.  The problem -- the problem with the

5  -- with the laser is, I mean, it has got to be plugged

6  into the cigarette lighter.

7      MR. ROGERS:

8           Did you consider 4th coming from the

9  river?

10     MR. PICHOFF:

11          Well, I would wind up -- I did that for a

12  few minutes, and then I didn't have any success with

13  that because the laser -- when you aim it at the front

14  of a vehicle, unless they have like a little license

15  plate or something on the front, it doesn't really pick

16  up the speed very well, and then I went and moved to

17  right there by Gretna (inaudible), kind of tucked back

18  on -- what was that?  That is Third.  Yeah, Third.

19  That is Third.  I kind of tucked back a little bit,

20  and, I mean, I was able to get a couple of cars -- I

21  mean, pick them up -- their speed, but I --

22     MR. ROGERS:

23          So no citations were written?

24     MR. PICHOFF:

25          No.  No one was speeding.

1      MR. ROGERS:

2            Well, you tried.  That is fine.  That --

3    we will get you a radar gun.  Every day at roll call,

4    somebody -- we are going to try to do it on a rotation

5    basis -- somebody goes out there and writes citations.

6    (Inaudible).

7      MR. PICHOFF:

8            Somebody called and made a complaint for

9    that specific area?

10      MR. ROGERS:

11           (Inaudible.)  He gets out there and walks

12   his dog -- either him or his wife walks his dog every

13   day, so we do what we got to do for the chief.

14      MR. PICHOFF:

15           I got you.

16      MR. ROGERS:

17           Every day somebody is going to go out

18   there and attempt to write a citation from your trip

19   sheet.  Okay.  Same thing on the levee.  In the

20   afternoon and in the morning, somebody has got to go

21   run the levee, put it in a trip sheet.  Levee patrol

22   1010 --

23      MR. PICHOFF:

24           Rotate that as well?

25      MR. ROGERS:

Page 15

1          (Inaudible).  I am going to let y'all

2    handle that.  I don't need to assign anybody to that.

3    I will let somebody in roll call know every day to go

4    write citations, but as far as the levee, y'all can --

5    y'all can work that out amongst yourselves.  Somebody

6    is going to have to take the initiative to just say,

7    look, I haven't done it in a while, let me go do it.

8    Okay?

9          There is going to be a new roll call

10   procedure.  It already started today (inaudible).  It

11   will start for you again -- it will start for you on

12   Friday.  Every day in roll call you will have a

13   notebook to write on, iPad to write on, a phone to

14   write on, or whatever it is to take notes.

15        MR. PICHOFF:

16             Okay.

17        MR. ROGERS:

18             That way you can reference it back if you

19   are on the scene of a call or want to know what was

20   said in roll call or about a call that happened on

21   Second Street or whatever.  I can say, Paul, find out

22   what that boy's plate number or that address was on

23   Second Street, and you can go back and reference it.

24        MR. PICHOFF:

25             I mean, I have always done that.

1      MR. ROGERS:

2          Three or four days later, you can go --

3      same thing.

4      MR. PICHOFF:

5          I have always done that just what pertains

6      in my beat.  Do it for everything now?

7      MR. ROGERS:

8          Well, everything.  Have something to write

9      on in roll call.  If not, you are going to be

10     dismissed.  Okay?  The new procedure in roll call is

11     also going to say -- roll call lasts 15 minutes.  We

12     never take 15 minutes to talk about police business.

13     Five minutes is probably a roundabout number.  That is

14     how long it takes for Phil and/or I to read the roll

15     call book.  Give the undivided attention to the

16     supervisor.  Only discuss what is being relayed to you.

17     After that, anybody has any Intel or police-related

18     information, we will talk about that.  Once that is

19     over, then we can (inaudible) and talk about Gary's --

20     or whatever.  Okay?  But we have to take care of

21     business first, so something to write on every day.

22     MR. PICHOFF:

23         Yeah.

24     MR. ROGERS:

25         No talking while roll call is being

1    conducted, and then we can go into relaxing mode after

2    that unless you are the one that is going out to write

3    radar tickets.

4              Tardiness is no longer going to be

5    tolerated.  The tardiness is getting out of control.

6    It was -- first it was one officer, and then it became

7    two, and now it is three.  Okay?  We are not going to

8    tolerate it anymore.  If you know you are going to be

9    tardy, you need to let us know.  Say, look, J.R., Phil,

10   I am going to be late.  I just woke up.  I will be

11   there in a little bit, or I am leaving my house now.  I

12   will be late, be there in a little bit, or I missed my

13   fucking -- I missed my clock.  My clock didn't ring or

14   I overslept, whatever the case may be, let us know.  I

15   don't want to have to fucking call your house anymore

16   and say, Hey, what the fuck?  Are you coming to work?

17   Oh, yeah, I will be there in a little while.  I'm just

18   waking up.  No, that is not acceptable.  I got to be

19   here.  You got to be here.  At 6:45, roll call starts.

20   Okay?  Does it start always at 6:45, no, because

21   sometimes the fucking printer is a bitch.  Sometimes

22   the computers are a bitch, whatever, phone call,

23   getting information relayed by night shift supervisors.

24   There are always things.  Do your part to be there at

25   6:45.  If you can't, let us know.

1          MR. PICHOFF:

2              Okay.

3          MR. ROGERS:

4              All right.  We are going to start

5    documenting, and they are watching the toilets because

6    it is a disruption of roll call, and we used to be a

7    little lax with it, but it is getting out of hand.  It

8    is almost like we just have people shuffling back and

9    forth (inaudible).  A couple of weeks ago, Scott Vinson

10   was in there, we had fucking two patrolmen.  Everybody

11   else was either sick or tardy or didn't even show up

12   that day, so that is not going to happen again.  We

13   need to communicate better between the officers and

14   supervisors.  You are on the scene of call, something

15   is important, fire, or telephone pole is cracked, or

16   Olden Toups has got his wallet stolen, anything that

17   you feel that could potentially get to the chief, if

18   you think he would like to know before, give me or Phil

19   a call so we can make that determination.  It is things

20   we need to make notifications of.  Yeah, I know Olden

21   Toups is a dumbass for leaving his wallet out, but I

22   would rather the chief know that than Olden to say,

23   Hey, Chief, did y'all find anything out about my wallet

24   yet?  And the Chief says, Olden, what are you talking

25   about?  Oh, yeah, Chief, they didn't tell you my wallet

1   was stolen?  Well, no, they didn't.  Let me find out

2   what is going on.  Let's not let the Chief be

3   embarrassed, so the least we can do is give the man a

4   heads up.  He don't ask much from us.  He really don't.

5   We work and stay at his bidding.  Let's not let him be

6   the last to know what's going on, okay?

7                Make no mistake, Paul, you are given

8   goals.  If you don't think that you can maintain the

9   goals, I am going to strongly suggest you start looking

10  for a new job.  The reason why I am saying this is

11  because they are looking to dismiss people that is not

12  getting on board.  Okay.  This ain't nothing I am

13  making up.  This ain't nothing -- this ain't a scare

14  tactic.  This ain't something I am trying to bully you

15  on.  This is the truth.  Okay?

16                Everybody needs to be functioning at the

17  same level every shift.  We are going to have some that

18  are a little bit higher because they just got that

19  fucking demeanor about them.  Everybody is going to be

20  at least operating here.  Okay?  If you are not there,

21  Paul, and everybody else is, you are going to stick out

22  like a fucking sore thumb.  Okay.  Paul, me, you and

23  Phil have had this talk your whole career.  I have

24  never been more passionate about this and more serious

25  about it than I am now.  I know you want to transfer.

1    I am going to be honest with you.  I don't believe it

2    is going to ever happen.

3         MR. PICHOFF:

4              I don't think so either.

5         MR. ROGERS:

6              The reason why is because this is the way

7    they feel.  Why move this -- the way he produces here

8    -- there.  Why give them that problem?  I am going to

9    be honest with you, Paul, that is the demeanor.  Why

10   move this problem over there?  If it is a problem,

11   don't move it.  What are they going to do with it?

12   They are going to get rid of it, Paul.

13             Like I said, Paul, I have never been more

14   serious with you than I am now.  I know me and Phil

15   fuck with you and tease you about this and that because

16   we like you.  I like the fuck out of you, man.  I think

17   you are a good dude.  (Inaudible).  This ain't no

18   popularity contest.  You may think I am a complete

19   asshole, but you know I supported you for a long time.

20        MR. PICHOFF:

21             You are correct.

22        MR. ROGERS:

23             And there are other supervisors you would

24   have worked for that would have probably terminated you

25   or at least submitted you for termination a long time

Page 21

1    ago.  I am held to that standard now.  If you don't

2    maintain the goals we set forth, I have to recommend

3    termination because I have a job to do.  Okay.  If you

4    are not here with everybody else, Paul, you are down

5    here, and I don't document that, who else ain't doing

6    their job?

7         MR. PICHOFF:

8              You.

9         MR. ROGERS:

10             Me and Phil, and I am not going to let

11   that happen.  I have got 28 years, Paul.  I can't let

12   that go because you don't want to do the little bit of

13   work we ask of you to do.  All right.  Make no

14   mistakes.  All right.  The department -- there is no

15   more room in this department for complacent officers,

16   no more room.  Okay?  You need to do yourself a

17   (inaudible) -- self check.  Do you want to be a police

18   officer?  Do you want to be a police officer for the

19   City of Gretna?  Do you want to grow and nurture?  Do

20   you want to be here or do you just want to "be" here?

21   I am not asking you to answer that because I am going

22   to finish.  You need to do your part, and you need to

23   make a difference.  Do you do your part or do you just

24   earn a check?  Do you deserve that check that you

25   earned?  If any of those -- if any of those answers was

Page 22

1   a yes, you've probably already got your mind made up

2   that you don't want to be here.

3             They are not going to accept your caliber

4   of work that you have fallen into.  The caliber of work

5   that you are capable of doing -- I will be honest with

6   you, and I think Phil is going to chime in, you put

7   yourself in the other percentile of production if you

8   would maintain that same level, but you -- you maintain

9   it, and then you stop.  You completely stop.  You give

10  us stats to where when they ask me how Paul is doing,

11  man, Paul is doing great, but if they ask me a week

12  later -- I pray to God sometime they don't ask me how

13  Paul is doing the next week, because I have to say,

14  Well, you know, motherfucker did great last week, but

15  he ain't did dick this week.  It's not going to be

16  accepted anymore, Paul.  You need to maintain a certain

17  level of consistency.  They are not going to tolerate

18  you knowing what you can do and then showing what you

19  are doing.  They are not going to accept that.  Paul,

20  if I am lying --

21      MR. PICHOFF:

22             I got the point.

23      MR. ROGERS:

24             If I am lying to you, I ain't worth a

25  fuck, and I am not lying, Paul.  They are going to

1   start dismissing people.  Okay?  Address your

2   tardiness.  Address it, correct it.  If you need to go

3   to bed a half hour earlier, then you need to do it.

4   Okay?  If you got some kind of wild -- wild thing you

5   do at night, do it a little bit sooner.  If you have

6   some kind of wild thing in the morning you do, get up a

7   little earlier.  Okay?  You've got to be at work on

8   time.

9        At any given time if someone above me comes to

10  roll call, and you are not there, I am forced to write

11  you up.  Do not force me to do that, Paul.  The days of

12  trip sheets with zeros are done.  Done.  Never ever

13  turn a trip sheet with zeros.  You are held to one

14  arrest -- at least one arrest per day.  Let the

15  motherfuckers at jail see you or writing somebody a

16  summons.  Warrants and attachments don't count.  The

17  arrests with -- (inaudible) don't count.  Three or four

18  citations a day.  No less.  As many as you want, but no

19  less.  Eight to 12 items a day.  At least eight to 12,

20  no less anymore and you leave.  Okay?  The days of

21  zeros on trip sheets, Paul, they are over with.  They

22  are through.  Okay?

23             If you know at this point that you can't

24  fulfill -- and I am going to be -- I am going to be

25  honest with you -- the very small request, the very

Page 24

1    small goals that we want you to accomplish, you need to

2    start looking for a new job, Paul.  You can use me as a

3    reference, okay, because that is how I feel about you

4    as a person, but if you can't meet these goals, you are

5    not suited to be a police officer here.  And that is --

6    that is coming from J.R., to Paul.  That is not coming

7    from your supervisor.  That is coming from J.R., to

8    Paul.

9            If my supervisor would have called me in when I

10   first started four or five years like you and said,

11   J.R., I need you to write me one arrest per day or one

12   summons and three to four citations, I would have

13   fucking laughed at him.  I would say, Why the fuck do

14   you want me to stop?  Why the fuck do you want me to

15   write half of what I already do.  Why the fuck do I

16   only need to make one arrest a day?  Why the fuck are

17   you only asking me to write three to four citations a

18   day?  That is how low these standards are, but they are

19   standards.  They are goals.  You meet the goals, you

20   will maintain your job here.  If you don't meet them, I

21   am going to be forced to submit you for termination.

22       MR. PICHOFF:

23            Got you.

24       MR. ROGERS:

25            I can't be anymore passionate than I am,

Page 25

1   Paul.  Me and Phil saved you for last for a fucking

2   reason.

3        MR. PICHOFF:

4             I figured that.

5        MR. ROGERS:

6             Because -- because you know why, Paul?

7   You know why?  Because we spoke to some people about

8   these goals, and they was already maintaining these

9   fucking goals plus.  They was already maintaining this

10  level, and we are only asking for this much.  Okay?

11  Those guys are easy.  But when I need this, and I got

12  somebody capable of fucking doing this, but they do

13  this, that is hard, Paul.  That is really hard, because

14  it shows something ain't fucking getting through, man.

15  You see what happened to Ben Beard?  You see what

16  happened to Reed -- what the fuck was Reed --

17       MR. PICHOFF:

18            Reed Parington.

19       MR. ROGERS:

20            You see what happened to Francisco.  You

21  see what happened to -- to Dorsey.  You see what

22  happened to Marcus -- okay?  All different things, but

23  that is five guys in what, four years, man.  Paul, you

24  are a good police officer.  This fucking guy right here

25  talks about you all of the time.  But you know what he

1    says?  Why do you stop?  Why do you just stop?  Well,

2    you know what, Paul?  If you stop this time, there will

3    be no more.  There just won't be no more.  I don't need

4    to do this all of the time anymore.

5            I have a job to do from this point on.  I

6    have been put in check just like -- just like Phil.  We

7    have got things we need to do for our low-producing

8    officers, and you are going to stick out like a sore

9    thumb, Paul, because everybody has been given the same

10   spiel, the same speech.  I tweaked it for some.  I said

11   more and I said less for some people, but I was more

12   passionate with this one than I am with any of them,

13   because of all of the other ones I spoke about, you are

14   the one that can maintain at least what I want, and you

15   showed me more before, but you don't do it

16   consistently.

17           And that is what -- that is what is

18   embarrassing when the man asks me how you are doing and

19   I say he is doing this.  And the next time he asks me

20   how you are doing, and I said -- I can't lie.  It is on

21   the fucking trip sheet.  It is on your fucking monthly

22   stats.  It is right here right in fucking black --

23   black and fucking white right here.  Paul Pichoff, 57

24   fucking items.  Fifty-seven items a month, and I am

25   asking you to give me -- I am asking you to give me

1  eight to 12 a month.  What is 15 times ten?

2      MR. PICHOFF:

3          150.

4      MR. ROGERS:

5          Fifteen times ten is 150?

6      MR. PICHOFF:

7          I don't know.  Yeah.

8      MR. ROGERS:

9          That means you have got to do 100 more

10  items, Paul, citations.

11      MR. PICHOFF:

12          Ten.

13      MR. ROGERS:

14          Ten.  I am asking for three to four a day.

15  That is 50.  Forty-five to 60 a month.  Ten.  It is a

16  Christmas month.  You only work ten days, so your

17  numbers might be a little off, okay, but it's 57 -- 57.

18  Me and Phil handled 36 just ourself.  More him than me

19  obviously, but 36.  I didn't write any citations, but

20  he wrote four last month.  You only wrote -- you wrote

21  ten.  You got a sergeant writing just as many fucking

22  citations as you.  Warrants and attachments, Phil got

23  -- I know I didn't write any, so Phil has got 16.  You

24  got seven.  Why would you let him do that?  He is not

25  going to turn you down.

1      MR. PICHOFF:

2          Yes, sir.

3            (Cell phone rings.)

4      MR. ROGERS:

5          You've got to figure out what you are

6  going to do, man.  I am serious, Paul.  They are not

7  going to allow you to work here anymore like this.  You

8  got to -- you have got to get on board, man.  This is

9  the exact words -- the exact words that chief

10  (inaudible) -- the city is expanding.  They are moving

11  out.  At Timberlane (inaudible) moving down -- the

12  potential for having three to 5,000 more people at any

13  given time is there, plus the 30, 40,000 in and out of

14  the courthouse on a daily basis.  Okay?  His exact

15  words.  It is going to be a hell of a train ride.  If

16  you want to ride, get on board.  If you don't, I am

17  going to make several stops, and you will get off.  Do

18  you know what that means?

19      MR. PICHOFF:

20          Uh-huh.

21      MR. ROGERS:

22          (Inaudible).  If you want to be

23  here, Paul, take the next two days and self-check.

24  Pull your pretty little girlfriend together, pull her

25  in and tell her, Look, I had a long talk with my

 1    supervisors.  There are some things that need to

 2    change.  One, at least show up every fucking day in the

 3    morning in roll call.  Two, I got my proper equipment

 4    for roll call.  Now, these are elementary things, Paul.

 5    I shouldn't have to tell you this, but that is okay.  I

 6    will, because I like you.  Get the fuck to roll call in

 7    the morning on time and bring your fucking paperwork

 8    with you to roll call.  Listen to what needs to be said

 9    and get out of roll call and go do some work.  Every

10    day do some work, and you will be okay.  I am not

11    asking you to go dig a ditch or fuck a fat broad with

12    rotten teeth.  I am asking you to go out there and do

13    the fucking job that you came here looking for, Paul.

14            If my supervisors would ask me to meet

15    these goals, I would fucking laugh at them.  I would

16    laugh at them.  I would say, Why do you want me to do

17    half of the work I already do.

18            You will never get out of that -- that

19    "fuck it" that you are in right now if you don't want

20    to, Paul.  You have got to want to fucking be better

21    than what you are.  Why the fuck do I see the good in

22    you, he sees the good in you, and you can't see the

23    good in you?  I am not fucking Jesus.  I am not

24    clairvoyant.  You made me say "fuck" and "Jesus" in the

25    same sentence.  I am not clairvoyant.

Page 30

1          Why do I see the good in you, but you

2     don't see it?  You don't have no self-confidence, Paul.

3     You shut down.  You think it is acceptable for you to

4     just say, I don't care.  They are not going to fire me.

5     They don't fire people.  Paul, they are going to fire

6     people.  They are going to get rid of the fucking

7     people that don't want to work around here.  They are

8     going to, Paul.  I promise you that.  They didn't --

9     they didn't put Scott Vinson on this fucking -- he has

10    been on it for two months now.  They didn't put Scott

11    Vinson on this task force to come up with all this

12    fucking paperwork here just to go "fuck it."  No.  They

13    didn't do that for nothing.  They did it for a reason.

14          They pushed the reset button, so you know

15    what, we got people all over the fucking (inaudible)

16    working -- you know what?  I want everybody -- I want

17    to be able to pull the fucking monthly fucking roster

18    from every fucking shift and go, yep, yep, yep, yep.

19    Not "A" is on this -- oh, look where "B" is at.

20    Motherfucker.  Look where "C" and "D" is at.  No.

21    Across-the-board everybody operating on somewhat of an

22    even fucking guideline.

23          Like I say, there are going to be some

24    people that are full of piss and vinegar, and they are

25    going to -- they are going to operate above the fucking

Page 31

```
 1   radar.  Whatever you want to call that, above the

 2   fucking line, but nobody is going to be able to drop

 3   theirs here, because you are going to stick out like a

 4   sore thumb.

 5          Only you can make that change, Paul, and I

 6   feel like I am getting redundant with the conversation

 7   now, but it always leads up to the same thing.  We

 8   always do the same thing.  You leave here, and you go

 9   out there, and you put your balls against the fucking

10   wall, and you work like a motherfucker, but you stop.

11   If you stop this time, if you stop this time --

12   MR. PICHOFF:

13          Then it is over.

14   MR. ROGERS:

15          -- and embarrass me and Phil, you are

16   going to get fucked here.

17   MR. PICHOFF:

18          I understand.

19   MR. ROGERS:

20          Don't do this to yourself or your family.

21   They need you, Paul.  They need you to do this job.  If

22   you don't want to do it, start looking for a new job.

23   If you want to stay here, ride the train with me, man.

24   Ride the train.  I will let you blow the whistle once

25   in a while.  You can't just sit in the fucking caboose.
```

Page 32

1    You can't do that no more.  You are going to stick out

2    like a sore thumb, Paul, because everybody else sat in

3    that same fucking chair right there, shake their head,

4    yes, yes, yes, yes, yes.  The problem with you is you

5    have always said yes, and what have you done to us?

6    What has he done to us?

7         MR. SALADINO:

8              He is embarrassing us.

9         MR. ROGERS:

10             Don't do this anymore, Paul.

11        MR. SALADINO:

12             Look.  I am going to read this.  This was

13   straight from your profile from your stats and from

14   your evals and surveys and all of that shit.

15        MR. ROGERS:

16             Black and white.  Read it out.  Read it

17   out.

18        MR. SALADINO:

19             Paul has simply given up and lost all

20   motivation which is a shame as he has demonstrated

21   great potential in the past.

22        MR. ROGERS:

23             Read that sentence again.

24

25

Page 33

1                         REPORTER'S CERTIFICATE

2

3          I, Anita G. Dunn, Certified Court Reporter,
   certify that these proceedings were reported by me in
4  the stenotype reporting method from audio provided to
   me by Corey Hebert, Esq.  This is a true and correct
5  transcript to the best of my ability and understanding;
   that the transcript has been prepared in compliance
6  with transcript format guidelines required by statute
   or by rules of the Board or by the Supreme Court of
7  Louisiana.  The transcript may contain unintelligible
   portions due to recording quality or multiple persons
8  speaking at the same time.

9          I am not of counsel, not related to any person
   participating in this cause, and am in no way
10 interested in the outcome of this matter.

11

          This certification is valid only for a
12 transcript accompanied by my original signature and
   original seal on this page.

13

14
   Baton Rouge, Louisiana, on   10/3/17  .
15

16

17            _Anita G. Dunn_

18            ANITA G. DUNN, CCR
              Certificate No. 86148

19

20

21

22

23

24

25

JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

