**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIEL SWEAR** | : | **CASE NUMBER:  2:15-cv-06591** |
| | : | |
| | : | **SECTION "G"** |
| **VERSUS** | : | **HON. JUDGE BROWN** |
| | : | |
| | : | **MAGISTRATE** |
| **LAWSON, et al.** | : | **HON. JUDGE van MEERVELD** |

---

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

---

# EXHIBIT 4

# DECLARATION OF DANIEL WAYDE SWEAR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL SWEAR** | : | **CASE NUMBER: 2:15-cv-06591** |
| | : | |
| | : | **SECTION "G"** |
| **VERSUS** | : | **HON. JUDGE BROWN** |
| | : | |
| | : | **MAGISTRATE** |
| **LAWSON, et al.** | : | **HON. JUDGE van MEERVELD** |

---

## DECLARATION OF DANIEL WAYDE SWEAR

---

This declaration is made in accordance and conformity with 28 U.S.C. 1746. I, DANIEL WAYDE SWEAR, do hereby declare, certify, verify and state under penalty of perjury that the foregoing is true and correct based on my personal knowledge, as follows:

1. My name is Daniel Wayde Swear. I was born on ███████ 1991. My address is 3913 Briant Drive, Marrero, Louisiana 70072.

2. On December 20, 2014, I recorded a conversation between myself and Sergeant Danielle Rodriguez. Sergeant Rodriguez was one of my supervising officers as a member Gretna Police Department Patrol Division, C-Team.

3. The recording that was made of my conversation between Sergeant Rodriguez and myself is attached as exhibit 1 and is identified as 12-20-14. mp3.

4. I made the recording attached hereto as exhibit 1 using a handheld recording device which was functioning properly at the time of the recording.

5. I am familiar with the voice of Sergeant Rodriguez because I worked with her and she was one of my supervisors.

6. I reviewed exhibit 1 following completion of the recording and it was clear and accurate.

1


Initials
10-1-17 Date Executed

7. I reviewed the transcript of exhibit 1 which is attached as exhibit 2 to this declaration and further identified as audio of recordings, 12/20/14 Danielle Rodriguez and Daniel Swear.

8. The transcript attached as exhibit 2 is true and accurate transcript of the 12/20/14 audio recording of my conversation with Sergeant Rodriguez which is attached as exhibit 1.

   **DONE AND SIGNED** this 1st day of October 2017, in Baton Rouge, Louisiana.

   _____

   DANIEL WAYDE SWEAR

2



_____ Initials

_____ Date Executed

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIEL SWEAR** | : | **CASE NUMBER:  2:15-cv-06591** |
| | : | |
| | : | **SECTION "G"** |
| **VERSUS** | : | **HON. JUDGE BROWN** |
| | : | |
| | : | **MAGISTRATE** |
| **LAWSON, et al.** | : | **HON. JUDGE van MEERVELD** |

---

**NOTICE OF MANUAL ATTACHMENT**

---

Exhibit 1 of the Declaration of Daniel Wayde Swear of is an audio recording of Daniel Swear and Sergeant Rodriguez which is filed as a manual attachment with the Clerk's Office.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DANIEL SWEAR            **:**      CASE NUMBER:  2:15-cv-06591
                                 **:**
                                 **:**      SECTION "G"
VERSUS                    **:**      HON. JUDGE BROWN
                                 **:**
                                 **:**      MAGISTRATE
LAWSON, et al.             **:**      HON. JUDGE van MEERVELD

---

**DECLARATION OF DANIEL WAYDE SWEAR**

---

# EXHIBIT 2

# TRANSCRIPTION OF THE AUDIO RECORDINGS,

# 12/20/14 – DANIELLE RODRIGUEZ AND DANIEL SWEAR

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


* * * * * * * * * * * * * * *
DANIEL SWEAR                 * SUIT NUMBER: 15-6591
                             *
VERSUS                       * SECTION: "G"
                             *
ARTHUR LAWSON, ET AL         *
* * * * * * * * * * * * * * *


IN RE:

Audio of Recordings, 12/20/14-Danielle Rodriguez and

Daniel Swear.




TRANSCRIBED FROM AUDIO BY:  Anita G. Dunn, CCR



JANET PARKER/JOHNS PENDLETON, L.L.C.
225-344-4559

Page 2

Index

PAGE

PROCEEDINGS . . . . . . . . . . . . . . . . . . .   3

REPORTER'S CERTIFICATE . . . . . . . . . . . . . . 79

EXHIBIT INDEX

PAGE

(None)

CHARLES MOORE

OCT 03 2017

RECEIVED

* * * * * * *

MS. RODRIGUEZ:

So what is the current events?

MR. SWEAR:

I had talked to Dave about -- about it last night a little bit because he called me when I was at Jay's, but I just told him I didn't like how they -- they blasted -- the main thing I didn't like about it is, like, if they want to -- if they want to, like, I guess, try to, like, get on y'all or whatever, I don't think they should have, like, blasted y'all in front of us.  You know what I mean?  They were like -- Scott basically said that we are going to fuck y'all if we screw up which -- which is a breeding ground for like -- now, granted, I don't really think anybody, like, has any animosity, but if Joe Gelner who hated Dave, okay, was still here, all he has got to do is shut down, and that screws y'all over.  Do you know what --

MS. RODRIGUEZ:

No, no.  It was --

MR. SWEAR:

Because he said if we don't -- if --

MS. RODRIGUEZ:

No.  It is -- it was misinterpret --

MR. SWEAR:

Page 4

Okay.

MS. RODRIGUEZ:

If we -- if y'all don't produce and we
don't react upon that.

MR. SWEAR:

Okay.  So, like -- so, like, if I -- if I
fall short next month, like, we don't both get written
up because I fell short, do you know what I mean,
because that is what I told --

MS. RODRIGUEZ:

No.  If we don't take action upon that,
that is when we get in trouble for it.

MR. SWEAR:

Okay.  Because like -- because that is why
I was, like, that is not fair to y'all, --

MS. RODRIGUEZ:

I know.  When he said it, I thought about
that and --

MR. SWEAR:

-- and I was, like, how are you going to
do that.  Do you know what I mean?

MS. RODRIGUEZ:

That is not what he meant by it.

MR. SWEAR:

Okay.

MS. RODRIGUEZ:

No.  It meant like you actually have to start enforcing it, you know, which I hate -- hate doing that, but it --

MR. SWEAR:

Well, it is not like -- I mean, I don't typically, like, come to work to not work to begin with.

MS. RODRIGUEZ:

Yeah.

MR. SWEAR:

But at the same time, I am the type of person that I thrive on when people tell me that I can't do something that it is like major fuel in order for me to do something.

MS. RODRIGUEZ:

Me, too.

MR. SWEAR:

But at the same time -- yeah, and, like, I dig that, but at the same time, I am also one of those people that, like, when you force me to do something, I equally, like, push back.  So it is -- it is tough for me to wrap my head around it, because, I mean -- I mean, like, I know y'all are paid to -- no, it really is, because I know y'all are paid to be supervisors or

whatever, and, like, I don't know what that means in
the eyes of the department, but as far as, like, I am
concerned -- and it has never been written down, like,
I entrust y'all or I should say "we" entrust y'all, but
from my point of view, I entrust y'all to keep me out
of trouble, but based on what Scott said, now, like,
y'all pretty much have to entrust us to keep y'all out
of trouble, you know?

    MS. RODRIGUEZ:

       It is not something we want -- we don't
want to write anybody up, and we don't want -- you
know, and there are things to take into consideration
if somebody is really having trouble with whatever.  If
it is at home or whatever, and it is just a bad month
for them, then we just -- and it is a verbal thing, and
then we try to work with that.  It depends.  Like if
somebody was just pulling like a Joe Gelner like, Fuck
you, I ain't doing shit, it kind of leaves us no other
choice.  The way you look at it, it is a job.

    MR. SWEAR:

       Yeah.

    MS. RODRIGUEZ:

       You have got to do the work you are
supposed to do.  You couldn't go anywhere, you know,
and not just -- just decide not to work.

MR. SWEAR:

    Yeah.

MS. RODRIGUEZ:

    You have got to do some --

MR. SWEAR:

    Yeah.  I mean, I know Dave has never been like a numbers dude, because he always, like, preached that over the years --

MS. RODRIGUEZ:

    Yeah.

MR. SWEAR:

    -- that he is not -- he -- because I -- you know, and I agree with him that like the greatest, like, stat or -- the greatest stat -- the only stat which is probably the greatest stat that you can't get is the one -- the things that don't happen.  You know what I mean?  Like, if I drive around for 74.1 miles last night in Timberlane which is what it has been so far, you know, that nothing got 62'd, but, I mean, aside from taking a report and writing a ticket from the 20, --

MS. RODRIGUEZ:

    Yeah.

MR. SWEAR:

    -- you know, I don't really have anything

which Timberlane is a special type of place that is going to be a little bit different, and I don't --

MS. RODRIGUEZ:

It is mostly tickets.  It is not --

MR. SWEAR:

Right.  I don't know how -- I don't know how y'all are going to hold the Timberlane dude to that standard.

MS. RODRIGUEZ:

Three tickets, no arrests.

MR. SWEAR:

Okay.

MS. RODRIGUEZ:

Yeah.

MR. SWEAR:

All right.  I mean, he -- there will be arrests.  There is going to be a byproduct.  You know what I mean?  It is going to happen, but, like --

MS. RODRIGUEZ:

We would like to see more tickets, --

MR. SWEAR:

Right.

MS. RODRIGUEZ:

-- but because of the nature of it, you are not required to, you know -- you know, but at

minimum -- at minimum, three tickets.

        MR. SWEAR:

            Right.

        MS. RODRIGUEZ:

            Minimum.

        MR. SWEAR:

            Well, I know, but we -- I know y'all said
three minimum tickets before, but what about now that
Dave -- in the meeting Dave said a ten percent
increase, which, I mean, once again, I don't know --
what does that mean on the grand scheme of things?

        MS. RODRIGUEZ:

            I talked to him about that, and I said is
that something you are enforcing or is that just
something that you're asking, and he said that is
something that he is asking for them -- for y'all to --
to reach your goals.

        MR. SWEAR:

            Okay.

        MS. RODRIGUEZ:

            I mean, really what -- I mean, y'all
usually do go higher than three.  Y'all have got a few
that --

        MR. SWEAR:

            There will be nights where -- I mean, if I

am at a normal beat, there will be nights where I will
write 12 tickets there.  There are also nights where I
might not write any tickets.

    MS. RODRIGUEZ:

        Yeah.

    MR. SWEAR:

        I mean, I am just -- like I said, I am not
-- I never have problems making --

    MS. RODRIGUEZ:

        No, no, no.  You don't --

    MR. SWEAR:

        -- making numbers.  That's not the issue,
but --

    MS. RODRIGUEZ:

        No.  I know.  It is -- you and Matt and
Brock never have any problems.

    MR. SWEAR:

        Right.

    MS. RODRIGUEZ:

        Steve I am struggling with, and I really
don't know -- he has got a lot of issues right now
which we are trying to work through, and Paige just has
to be reminded pretty much -- she just needs to be
reminded that it is coming up.  That is the one I have
to, like, put out every, you know --

MR. SWEAR:

Well, she has to fucking show up for work.
You know what I mean?

MS. RODRIGUEZ:

There's nothing really you can do about
that.

MR. SWEAR:

I mean, there is nothing that we can do
about that, but there's -- you know, but I just feel
like she is there to manipulate the system, and, you
know, unfortunately we are the ones that have to suffer
for it and don't get early and late days.  I mean, now,
granted, she is back right now, but we don't know when
it is going to happen again.

MS. RODRIGUEZ:

Like I told Steve, put in some days off
when you want to take some days off --

MR. SWEAR:

Right.  No, I know that.  I can't -- I
know that.  I use my days pretty much like collectively
in the summertime for that camp, but --

MS. RODRIGUEZ:

Yes.  You got your comp time, too, though,
you know.

MR. SWEAR:

Yeah, but comp time is very hard to use because they can call you off of it. Do you know what I mean? Like, that is why I said, oh, if I am in Mexico, if it doesn't conflict, use it, but if not -- I mean, you pretty much have to use it, like, if you want to take off to go to dinner or something. You know what I mean? Which I very rarely just take off to do nothing, you know?

MS. RODRIGUEZ:

But, you know, if y'all are really stressed out or whatever, you feel like it -- put in vacation time, not too often -- not all of the time, but swap it over to comp if we need to -- like, if you think you really, you know, need --

MR. SWEAR:

Yeah. I just -- it is not -- it is not too much to ask. It is just the way that -- I guess the way it is being presented by Scott. I worked for Scott.

MS. RODRIGUEZ:

I guess it is an overall thing for --

MR. SWEAR:

I don't think we are the root of the problem, and I think it has to be presented in a harsher way.

MS. RODRIGUEZ:

And I don't remember saying -- well, I
don't remember saying -- I might have said that.  I
don't remember.  I was rambling on.  I don't like
talking, but -- did I say anything about y'all
complaining about being short?  Did I say something
about that?  Because he said that is when he had to
interject.  He is, like, You said it.  I said, I don't
remember saying that.  Because he started saying -- and
I am, like, y'all don't really complain about being
short that much, because remember when he started
saying something about --

MR. SWEAR:

That's -- no, I think it was brought up.

MS. RODRIGUEZ:

-- the last one or something, you know,
that he picked.  Y'all don't really complain that much
about it.

MR. SWEAR:

No.  I think Scott is the one that brought
that up.

MS. RODRIGUEZ:

He said he thought I brought it up.  He
is, like, You brought it up.

MR. SWEAR:

No, no, no.

MS. RODRIGUEZ:

I might have said something, but not to

that -- I didn't mean it that way, and he might have

got it that way, but it is --

MR. SWEAR:

But, I mean, that -- the root of those

comments come from Steve.

MS. RODRIGUEZ:

Yeah, I know, and that is where the big --

you know --

MR. SWEAR:

But that is -- that is a big -- that is a

big deal, too, though, and that -- you know, it is hard

to -- I don't want to say it is hard to go out there

and work because I know, like, y'all are policemen,

too, and y'all are out here to back us up and

everything like that, but, you know, when you have that

many less people --

MS. RODRIGUEZ:

That is when it comes in -- that is when

it -- I don't want y'all to stop work, and I know y'all

just say "yes" sometimes, but work smart; whereas, if

you are on a traffic stop and something comes out, you

can clear that traffic stop, you know.  It's not --

MR. SWEAR:

I know.

MS. RODRIGUEZ:

Most things that we are on, 90 percent of the time we know -- you know, come on, let's go back that --

MR. SWEAR:

Right.

MS. RODRIGUEZ:

It is just being smart about it.  Just be smart about it.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

It just -- y'all are -- and I told him that this morning.  I said, I am really pleased. I don't really have anything to complain about.  I said, I really don't.  I think y'all work -- I think y'all work good together, and I --

MR. SWEAR:

For the most part.

MS. RODRIGUEZ:

Yeah, y'all do, and I like the fact that y'all are very individual compared to other teams that tend to be kind of cliquish.  Y'all have -- each one of

Page 16

you have a mind of your own.  You really do.

        MR. SWEAR:

            Yeah.

        MS. RODRIGUEZ:

            I like that though because you don't
depend on this one to be happy to work.  This one
doesn't depend on that one to be happy.  It works out
great.

        MR. SWEAR:

            Yeah.

        MS. RODRIGUEZ:

            Y'all might get into arguments maybe a
little bit -- not really that much more, but --

        MR. SWEAR:

            It is funny you bring up the happy to work
thing.  It is not -- I don't think we have too much of
an issue of it on this team.  I mean, Steve is an
unhappy person.

        MS. RODRIGUEZ:

            I know.

        MR. SWEAR:

            He is -- but that is not going to change.
That is Steve.  I don't -- I don't think -- that is not
going to change.  That is a lost cause to even -- even
entertain trying to change Steve's attitude toward --

Page 17

whether it is the job or the department or whatever.  I
mean, I know -- I know that this is a -- you know, a
stepping stone for me -- that, you know, I have other
things I plan on doing.  But what worries me -- and one
day I am going to step away from this voluntarily.

         Speaking of that, do you know -- do you
know if somebody is leaving our team?  Scott made a
comment in "A" team roll call today apparently to Craig
Daughtery that somebody is leaving our team, and I
didn't know if --

    MS. RODRIGUEZ:

         Well, if we get -- if we get Jacob Mont
(phonetically), and we get the Timberlane dude -- I
can't remember his name -- and we have Steve, that
would put us one over.

    MR. SWEAR:

         Right.  So that --

    MS. RODRIGUEZ:

         One more person to have to go --

    MR. SWEAR:

         All right.  Yeah, yeah, yeah.  Which --
okay.

    MS. RODRIGUEZ:

         I don't know who.  I don't know what
they are thinking.

MR. SWEAR:

I forgot about that, but I already --
yeah.  No, I know -- I think I know somebody gunning
for that anyway right now, so it just made me think
about that.  But we don't -- I don't think we have an
issue with it on this team, but the way that that
meeting the other day was presented, I think they are
-- I think they are -- they are making it very easy for
people to put themselves in a bad position.

And in putting themselves in a bad
position, they are going to put the department in a bad
position, and this is what I mean.  I don't -- I don't
own anything other than a fucking car, you know what I
mean, and a kayak, so, like, if my world got dumped
upside down, and, you know, fortunately, I have
somewhat of a support system under me that -- like, I
would never be out on the street, okay.  So I don't
have that much to lose.

We will use Steve as an example.  Steve
has a wife and a son at home, you know, and basically
we are all coming to work to make the same -- I don't
know, whatever, thousand dollar paycheck, whatever it
is every two weeks, but when you tell somebody that you
have to do X, Y and Z or -- because we are trying to
bridge a million-dollar gap for RedFlex, Steve -- and

don't get me wrong.  It is not that -- it is not that
it can't be done.  It is the reason behind doing it.  I
feel like -- I feel like it is a breeding ground to
force good people into doing bad things when -- when
they have the threat of -- Oh, well, if I am already
paying almost $400 to have, you know, my kid on my
insurance, and if we don't bridge the gap between that
million dollars that we are going to -- we are going to
now take the money that the department is using to pay
for my portion of the insurance, and now I am going to
fucking have to pay for that, too, now they are going
home with a $400 check.  You know what I mean?

       I mean, nobody wants to risk that because
then you are literally working for insurance, you know,
and I know -- I know it is happening out there.  People
are getting bum rapped over it.  I know it is
happening.  And, once again, it is not on this team.  I
know it has happened on the day watch, but --

    MS. RODRIGUEZ:

       There really isn't any reason for it to
happen though.  There are so many traffic violations --

    MR. SWEAR:

       No, and I dig that.  But, I mean, traffic
violations is one thing, but then, like, arrests, too.
You know what I mean?  Like, it is not -- during the

day, you got a lot of dispatch shit, so they really

don't have any excuse for it.  You know what I mean?

They don't.  Like, if you work 16's beat, just 91

Express alone, you are going to get dispatched to

people stealing hot sauce from Rouse's all day, you

know, but, you know, at nighttime --

MS. RODRIGUEZ:

It is harder -- it is definitely harder.

MR. SWEAR:

It is just more proactive.

MS. RODRIGUEZ:

But that is what we are trying to get at.

That is where -- that is where the missing link is when

I started thinking about it -- what we used to do

compared to what is now, and it is not any fault of

your own.  It is just y'all are learning -- I have so

many new ones all at the same time.  It sure would help

if Steve would jump on the bandwagon and try to help a

little bit, but he would only -- he wasn't a very

proactive police officer.  He never really was --

MR. SWEAR:

Right.

MS. RODRIGUEZ:

-- that proactive either.

MR. SWEAR:

Right.

MS. RODRIGUEZ:

So it is kind of hard for him to set up something and do something, but he was always a participant but not really initiating it.  And that is what -- the level that we would like to get y'all at. That is where -- that is where we were in the past with seasoned officers and -- and it is the next stage of y'all's development kind of.

MR. SWEAR:

Right.

MS. RODRIGUEZ:

Y'all are -- look, like being proactive but putting these thoughts collectively together and coming up with, you know, finding that guy with dope or finding, you know -- even if they don't have dope and they are an asshole or something, you know, hook em', that kind of --

MR. SWEAR:

Right.  No, I mean, I --

MS. RODRIGUEZ:

Gathering information, that is where we want to take it to the next level right now.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

Y'all are all ready for that.

MR. SWEAR:

No, I get that.  I mean, we used to do a lot of that shit with Ryan on "D" team.

MS. RODRIGUEZ:

That is where y'all are going to get the arrests from.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

And it puts y'all so far ahead.

MR. SWEAR:

But my point is is when you do things like that, you know, if you work -- you work the Greens like we used to do with Ryan in the courtyard and shit like that, you know what, that may take -- that may take a few days of sitting there, you know what I mean, before something comes of it, you know.  Like, we used to sit on that shit sometimes all night.  If we knew it was going to be a slow night, we used to sit on it all night, and, you know, maybe get one arrest, but the thing is you got -- you might have the whole north side tied up in the Greens all night to get one arrest. Well, that is great for that dude that gets that

Page 23

arrest, but the other two just wasted their whole

fucking night --

          MS. RODRIGUEZ:

                    Yeah.

          MR. SWEAR:

                    -- helping that dude out.  And, you know,

if we need one arrest every two days, well, that fucks

them, you know.  Then, you know, I mean, Paige took the

shit at --

          MS. RODRIGUEZ:

                    Gretna Depot.

          MR. SWEAR:

                    Yeah.  I mean, I understand why, you know

what I mean, because, I mean, fuck, it is about to be

the end of the month next week, and she probably don't

have anything.  I don't know what her stats are, but I

am just saying she hasn't been here, so I can only

assume she doesn't have anything.

          MS. RODRIGUEZ:

                    Paz is low, too.

          MR. SWEAR:

                    And it is December.  You know what I mean?

Like I said, I have three tickets -- well, four tickets

now, and I will probably finish the fucking month with

four tickets.  I don't do it in December.  I don't.  It

is a personal thing.  It is not that I don't -- I don't

neglect doing it because I want to neglect doing it.  I

neglect doing it because I would rather a kid get a

fucking Xbox, but I just -- I know -- I know the shit

that is happening --

    MS. RODRIGUEZ:

        You know, but even with that excuse

though, there are not that many people you are stopping

at night that are buying their kid an Xbox.

    MR. SWEAR:

        It doesn't have to be an Xbox.

    MS. RODRIGUEZ:

        Huh?

    MR. SWEAR:

        It doesn't have to be an Xbox.

    MS. RODRIGUEZ:

        Or anything really.  They are going to

spend it at the bar.

    MR. SWEAR:

        Yeah, I mean, I get that, but there are --

I mean, back here, so I just -- I know it is happening

during the day, and I don't like it, but, I mean, I

can't say -- I can't say that if I was ever put in that

position that I wouldn't do it.  I mean, I don't have a

wife and kids.  You know what I mean?  I just like -- I

am not going to compromise my integrity for the sake of

the fucking number.  I just don't -- it is not that

hard to get, but I feel like if for some reason, like,

I fall short of it, that I just -- I don't know.  It is

hard to put -- it is hard to measure productivity in

this line of work.  If we made Furbies, and I made

eight Furbies --

MS. RODRIGUEZ:

It is hard to, but it is such a low

number, you can't argue -- you really can't argue with

it.  It really is such a low number.

MR. SWEAR:

Well, I know, but it is not --

MS. RODRIGUEZ:

If it was a ridiculous amount -- number,

then I could see there would be an argument, but three

tickets for an entire shift --

MR. SWEAR:

At the end -- I know it is not hard.

MS. RODRIGUEZ:

You should be able to find something that

is not compromising anything that you wouldn't --

MR. SWEAR:

I don't think I am going to have any sort

of issue exceeding it.  I don't.  It is the -- it is

the fact that it is in place is what -- like, and not
me.  Like, I don't have anything to lose.  You know
what I mean?  I don't.  There is just guys who do.
Like Kevin Fernandez has been -- he has been just
historically from the time I got here always been
talked about as doing the bare minimum to get by, and
that is it.

Well, I mean, unfortunately he has done the bare
minimum and now has a Monday through Friday "cake" gig
as a product of being a slug, and I don't know what
that says for everybody else who busts their ass, but
so be it.  But my point is is if that dude shows up
and, you know, he has, I think, a wife and one or two,
or maybe three kids at home, you know what I mean, and
now all of a sudden he has got to figure out how to be
a policeman and not a robot that reacts to the radio,
then, you know, he might --

MS. RODRIGUEZ:

He should have been doing that the whole
time.

MR. SWEAR:

And I agree.  You know, I know we are all
here to do a job.  I just -- I don't know.  I didn't
like how they blasted y'all, and I didn't like -- and,
once again, y'all might want to clarify that to the

rest of the team that y'all aren't going to get railed,
because if there is any animosity and somebody shuts
down, that -- that is how I took it.  I took it as if
-- if I worked seven days next month, and I am supposed
to have 21 tickets and I have 20 tickets, that you are
going to get written up because I had 20 fucking
tickets.  I don't -- I don't know.  I just don't know
where -- I don't know where the department is going.

    MS. RODRIGUEZ:

        It is pretty much whatever you talk -- it
is not like I have never, you know, sat through an ass
chewing or whatever, but if I am not the one that is
being referred to --

    MR. SWEAR:

        I have.  I have sat through many ass
chewings.

    MS. RODRIGUEZ:

        No, group ass chewings.

    MR. SWEAR:

        That too.  I used to work for Scott.

    MS. RODRIGUEZ:

        But if it doesn't refer to me, I don't
worry about it.  You know, I figure, well, he is
talking about somebody else.

    MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

Like I said, I always -- you know, I
always want at the end like -- I feel bad about writing
a ticket if they are too nice, and I would slack --
kind of get lost along the way.  I did my job.  You
know, like, I did whatever I had, and I did it
thoroughly.

MR. SWEAR:

Right.

MS. RODRIGUEZ:

No slacking.  I would see something -- I
was always stopping people, but --

MR. SWEAR:

Right.

MS. RODRIGUEZ:

But at the end of the month when Marty is,
like, You need to get some more tickets, I am, like,
all right.  I would go hang out at Honey's because I
hated Honey's.

MR. SWEAR:

Right.  I remember you telling me that.  I
remember you telling me that, but, I mean --

MS. RODRIGUEZ:

I remember stopping these two people

that --

    MR. SWEAR:

        Who was -- who was the sergeant under

Marty?  I am sure there were a couple of them.  Who

wrote Dave up for being four tickets shy of --

    MS. RODRIGUEZ:

        Oh, I wouldn't know that.  Dave, I think,

came over I think after I went to the courthouse.  I

don't remember.  I don't remember.

    MR. SWEAR:

        All I know is that Dave got written up for

being four tickets shy of whatever he was supposed to

have.  No.  Jarvis wrote him up for that, and he

brought it to Marty, and Marty was like, yeah, I am

going to hold onto this like -- I just --

    MS. RODRIGUEZ:

        What were the stats then?

    MR. SWEAR:

        Shit, I don't know.  I just know that Dave

told me -- I remember him telling me that probably six

or eight months ago that he got written up for being

four tickets shy.

    MS. RODRIGUEZ:

        You always need it at the end of the

month, but --

MR. SWEAR:

    Yeah, but --

MS. RODRIGUEZ:

    And I ain't --

MR. SWEAR:

    It is the fact that we can say "It" that
is the problem.  You understand?  It -- made "It."

MS. RODRIGUEZ:

    Made "It."

MR. SWEAR:

    Right.

MS. RODRIGUEZ:

    I don't even know what it was back then.
I was just like how many I need?  Okay, I am going to
go get it.

MR. SWEAR:

    Right.

MS. RODRIGUEZ:

    "It."

MR. SWEAR:

    Right, "It."  That is the thing though.

MS. RODRIGUEZ:

    I will go get it.

MR. SWEAR:

    Right.  "It," that --

MS. RODRIGUEZ:

That is my job.

MR. SWEAR:

The perpetual "It."  No, I get that.  Our
job is very broad, you know.  It --

MS. RODRIGUEZ:

It is not much required either.  That is
why I really can't argue.  When I start looking at it,
and you look at the numbers of how little time is
required to putting into that.

MR. SWEAR:

I agree.  I agree that it is not hard.  I
just don't --

MS. RODRIGUEZ:

You don't like the way it was presented.

MR. SWEAR:

I don't like the way it was presented, and
I don't like that it borders -- I don't like that it
borders legality, because it really does border
legality, and then they really don't make themselves
look great when they come in the next day and make you
sign a paper that says we can't mic the fucking roll
call room and catch them telling us that we have to do
illegal shit.  Like, that's like --

MS. RODRIGUEZ:

I don't think they are telling you to do illegal shit.  They are telling you to do legal stuff.

MR. SWEAR:

Yes, they are telling us to do legal stuff in the most -- but in all reality like -- what, you can't mic the -- you can't mic conversations.  Well, there are only two reasons that people would mic conversations, number one, to protect themselves and, number two, to incriminate somebody else.  Well, if -- number one, why do you have a reason for a policeman to protect himself, and, number two, we are in the legal world, right?  If there is something wrong going on and somebody is going to record -- do you know what I mean? They make themselves look real fucking --

MS. RODRIGUEZ:

They will do it anyway.

MR. SWEAR:

Yeah.  No, I get that.  But my point is is after the tiptoeing on the borderline of legality and then they come in with a fucking paper that says we don't want you to have the evidence to --

MS. RODRIGUEZ:

Yeah.

MR. SWEAR:

You know what I mean?

MS. RODRIGUEZ:

Yeah, I know.  I read that. I am like --

MR. SWEAR:

Right.  Because they know it is fucking
wrong.  2008 sealed the deal.  2008 sealed the deal on
quotas for Louisiana.  That is when the fucking case
passed.

MS. RODRIGUEZ:

But I still think you have an argument
though because it is such a minimum -- bare minimum.

MR. SWEAR:

Yeah, but it is not --

MS. RODRIGUEZ:

You have to be -- you have to be able to
prove that you are actually working.  You know, I think
if they had, like, I need 50 tickets --

MR. SWEAR:

I agree, but at the same time if there is
a GPS in the car and you can track it -- I drove 74
miles throughout Timberlane making sure that the shit
didn't get 62'd.  The greatest stat is the fact that it
is Christmastime, and these rich MF'rs still had their
Christmas presents hidden from their kids in their
cars, so -- I mean, because that is what happens.  So I
just -- like I said, it is not -- I do agree that it is

Page 34

low.  You are not asking us to go out there, you know,
and sit on the expressway --

     MS. RODRIGUEZ:

          I still think they have an argument
though.  I still think they have an argument, and that
is why --

     MR. SWEAR:

          It doesn't say how low it is, how
reasonable it is.  It is the fact that it is in place
that you have to get three.

     MS. RODRIGUEZ:

          I think they still would -- I think they
would -- they could argue that out of that quota law.

     MR. SWEAR:

          Yeah?

     MS. RODRIGUEZ:

          I think they could argue it being that
low and still --

     MR. SWEAR:

          I don't know.  I mean, they obviously are
worried about it if they made us sign a memo.

     MS. RODRIGUEZ:

          Like the M-I-C stuff, you know.

     MR. SWEAR:

          Yeah, but MICs --

MS. RODRIGUEZ:

And it is the only way to figure, like, --

MR. SWEAR:

MIC is not -- that doesn't -- that is not
messing with somebody's freedom or anything like that.
That is merely just documenting an incident.  If they
want --

MS. RODRIGUEZ:

Tickets don't mess with anybody's freedom
either.  You can find violations.

MR. SWEAR:

I get that, but when there -- when there
is a quota or -- I don't want to use the word "quota,"
but when there is a bare minimum number of tickets,
three a day, that we have to get, that takes discretion
out of police work.  Do you understand?  Like, let's
just --

MS. RODRIGUEZ:

You can still -- you can still have
discretion.

MR. SWEAR:

No, my point is --

MS. RODRIGUEZ:

I could stop --

MR. SWEAR:

Page 36

Let's say I get tied up on something all
night.  Okay?  Well, and -- and the first car that I
pull over is Judge Windhorst, and I am going to say,
Judge, you know what, I am real sorry, but I got to
make my three tickets for the night, so you are going
to have to fucking sign this because it is 6:45.  Do
you know what I mean?  You know, or go sit on Huey P.
Long and wait for Belinda's ugly ass fucking Mini
Cooper to back -- yeah, to back out --

     MS. RODRIGUEZ:

          But you have got a bunch of other nights
to pick up on it though.  It is not every night we are
going to get tied up, and you could literally work 12
hours sometimes without hardly ever getting a dispatch
call.

     MR. SWEAR:

          Oh, I know.  I know.  Speaking of that,
where am I going to go when -- 19 -- 16?

     MS. RODRIGUEZ:

          I would like to give you 19.  The reason I
would like to give you 19 --

     MR. SWEAR:

          I don't care.

     MS. RODRIGUEZ:

          -- is because I would like you to work

with Matt.

        MR. SWEAR:

                I am not going to teach him how to talk to
people.  I know how to talk to people.

        MS. RODRIGUEZ:

                I don't expect you to teach him how.

        MR. SWEAR:

                I know how to talk to people, but I can't
change how he talks to people.

        MS. RODRIGUEZ:

                No, no, no.  I know.  I don't expect you
to change him.  That takes time.  That takes time to
learn.  I am not -- it is nothing bad about Matt
because -- you know, no, I can't say -- because y'all
are all different, but we have all been there.  We have
had that, you know, period of time -- it takes time to
learn that.

        MR. SWEAR:

                Right.

        MS. RODRIGUEZ:

                It is not something he will learn right
away.

        MR. SWEAR:

                Right.

        MS. RODRIGUEZ:

But if he is around you, --

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

-- he might pick something up -- not expecting you to teach him.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

But maybe he will pick up something.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

How to diffuse a situation, you know, and I would like -- the same thing, I would like Brock to work with Paz. That would be good.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

I kind of -- we want -- we want Matt to kind of break out of his -- he got a little -- it seems like he was always backing Brock to do stuff.

MR. SWEAR:

Yeah.

MR. RODRIGUEZ:

We want him to be his own -- you know, develop his own style.

MR. SWEAR:

Right.

MS. RODRIGUEZ:

And 20 is a big beat.  I kind of like giving that to Brock, because it is --

MR. SWEAR:

Well, if Brock is not in 17, Brock should be in 20.  I mean, Brock -- Brock is the most proactive dude on the shift.  He gets the most shit.  Those are the two, you know, best beats --

MS. RODRIGUEZ:

(Inaudible.)

MR. SWEAR:

Yeah.  I mean, 20 and 17 are -- they have the same things to offer, just a different demographic.

MS. RODRIGUEZ:

Seventeen for me was easier.

MR. SWEAR:

No, I agree.  I agree.  But you got --

MS. RODRIGUEZ:

That was my first one.

MR. SWEAR:

That was my second one, but -- yeah.

MS. RODRIGUEZ:

Actually, it was my only one until I got crime scene, and then --

MR. SWEAR:

I liked -- 17 was my favorite beat to work, but --

MS. RODRIGUEZ:

Boy, talk about a headache.  I am telling you -- I had three months of crime scene by myself -- only crime scenes getting called out all of the time.

MR. SWEAR:

I believe it.  You couldn't pay me to do that.

MS. RODRIGUEZ:

And they wanted me to get my stats -- and get my stats in, ten, two and two.

MR. SWEAR:

See, that is the thing.  When I was on "D" team, the ten, two and two was always a baseline.  There was never -- it was nothing more than Scott would come in  --

MS. RODRIGUEZ:

That is what kills -- that is hard.  Two arrests?

MR. SWEAR:

Yeah.  If you work 15 days out of the

month, that is 30 fucking people they expect you to put

in jail.

MS. RODRIGUEZ:

Yeah.

MR. SWEAR:

That is a lot.  You know, and the thing is

there is -- there is a purpose for the municipal charge

of a drunk.

MS. RODRIGUEZ:

We --

MR. SWEAR:

Well, even now though, but my point is

there is a purpose for a municipal charge for a drunk,

and it is not to hook every drunk -- you know what I

mean?  Let's say you decide that one night you want to

go out for a drink, and you are going to walk to, you

know, the Red Maple.  Well, if you are walking -- if

you are taking 11th Street to Evergreen to walk to your

house in 900 block, and, I mean, granted you are a

policeman, but let's say you are Joe Blow, I would be

pretty fucking pissed if I was on my way to jail

because I decided not to drive and walked to the Red

Maple.

MS. RODRIGUEZ:

Yeah.

MR. SWEAR:

But people don't understand that there is a purpose to that statute, not to just hook every drunk dude you walk down the street, but when you got to get fucking one arrest every two days, people might use that as the -- you know, who cares who the fuck they are? So that is why I made the Judge Windhorst comment, you know? You pull over a fucking judge or the mayor, sorry, you know.

MS. RODRIGUEZ:

Well, we have definitely, like, got to make better choices, not just picking up every 19 --

MR. SWEAR:

Right. But, I mean, like I said, when I was on "D" team, the ten, two, two was nothing more than a -- like, if you -- if Scott looked at the shit mid month, the extent of what he would say was, Danny Swear, you suck. And that was -- that was enough of that -- like, it was never -- there was never this is -- you know, ten, two and two was always just, Look, that is what you should shoot for. There was never, You need this, and I understand -- which is -- that is what blows my mind is because we went years with him just having a, Listen, just shoot for this, and we came

to work, and we had fun.  Now that he is going to the

next --

        MS. RODRIGUEZ:

              He is feeling pressure from them to get --

        MR. SWEAR:

              I understand.  Anthony came to him in

December and said, We've got to make a million dollars,

figure it out.  You know what I mean?  And I get that.

You know, RedFlex is going to go bye-bye, and if we

don't make the million dollars from our productivity

out here, they are going to take it out of the

insurance fund or the -- he said something about our

retirement increased three percent and -- I don't know.

How does a retirement increase?  But we would

apparently see three percent higher of what we would

have to put in which we are grandfathered in any way,

so we don't pay for ours.  But Matt was like the last

one, I think, in the department, so Brock pays for his

and everything.  That is why Brock's checks are so low,

but Brock has like 800-something dollar checks.  That

is what I am saying, you know.  And so if we don't

bridge that gap, then they take it from that.

              So, I mean, that was -- that was a big

thing on Scott.  My point is is we went years coming to

work having fun with just a goal.  Now they are telling

us that you have to have three tickets a day and one
arrest every two days and, you know, now --

           MS. RODRIGUEZ:

               The one arrest every two days that -- I
think that is extremely easy -- even easier than the
three, you know --

           MR. SWEAR:

               Tickets?   Depends?

           MS. RODRIGUEZ:

               I think the arrests -- because it doesn't
matter what kind of arrest.   It doesn't matter if it
goes to state.   That is more of the being proactive
thing, and they want it to be more proactive than
radioactive.

           MR. SWEAR:

               Right.   Yeah.

           MS. RODRIGUEZ:

               The ticket thing is all about the money.

           MR. SWEAR:

               Oh, I know.   I know the ticket thing is
about the money.   I just -- and, like I said, at the
end of the day --

           MS. RODRIGUEZ:

               The arrests to me is about doing police
work.

MR. SWEAR:

Right.  And at the end of the day, you know, Scott made some comment like, you know, we forgot why we came here.  You know what I mean?  I mean, that he wants us to revert back to getting out of the academy and wanting to change the world and blah, blah, blah.  Well, you know, I still believe in the work that we come out here and do on a nightly basis, but I have not forgotten why I chose to do this.  I feel like they have forgotten the reason why -- because we are not -- we are no longer out here to make a difference.  We are out here to make a dollar.

MS. RODRIGUEZ:

But you -- it sucks.  I don't care what -- it is like in my mind I just don't care what they think.  They are going to think what they are going to think.  You are never going to change their mind.  But you in this position -- we are the ones that are going to make -- Patrol is always the one that makes a difference, not really the bureau, not administration (inaudible), and not home incarceration.

MR. SWEAR:

Right.

MS. RODRIGUEZ:

And not anybody else.  You have to believe

that in yourself and your team because probably nobody
else is going to be thinking about that, you know.

　　　MR. SWEAR:

　　　　　Yeah.

　　　MS. RODRIGUEZ:

　　　　　But it is a fact that you can make a
difference, you know?

　　　MR. SWEAR:

　　　　　Right.

　　　MS. RODRIGUEZ:

　　　　　It is a fact.

　　　MR. SWEAR:

　　　　　I get that.

　　　MS. RODRIGUEZ:

　　　　　And it is like looking at the glass half
empty or half full.

　　　MR. SWEAR:

　　　　　I am going to come out here and do what I
do, and if I make the number, then great.  And if I
don't, well, then, so be it.  That is what I am going
to do.  You know what I mean?  And, like I said, I have
never had a problem making the requirement before.  It
is not going to be a problem from here on out.  I am
just worried about the people who it has been a problem
for -- even -- even people who aren't slugs.  They just

might not -- I don't know how to put it.  They just
might -- it just might not fall in their lap.  Like
some people have a golden horseshoe up their ass, you
know?  There will be months on end where I have a
golden horseshoe up my ass.

    MS. RODRIGUEZ:

        I am that person though that wasn't real
-- you know, I stopped -- I stopped a lot of people,
but I didn't always find everything, but I know that I
could do that.

    MR. SWEAR:

        Right.

    MS. RODRIGUEZ:

        And I'm in the middle ground, and I know I
could do that.

    MR. SWEAR:

        Right.

    MS. RODRIGUEZ:

        So if I could do that, they can do that,
too.

    MR. SWEAR:

        Yeah.

    MS. RODRIGUEZ:

        But you have got to be proactive.  You
have got -- you have got to be proactive.  You have got

to stop the people, and you have got to -- you have got

to look for it.  You have to dig for it.

    MR. SWEAR:

        Yeah.

    MS. RODRIGUEZ:

        You can't just wait for a dispatch call.

    MR. SWEAR:

        No, I know.

    MS. RODRIGUEZ:

        1201s, you know, the bars, that's one of

the perfect places.  They got the drugs billowing out

of it.

    MR. SWEAR:

        Yeah, and it is going to get good in the

next few months with the income tax and everything.

    MS. RODRIGUEZ:

        When it starts heating up again.

    MR. SWEAR:

        Right, I know, and it is -- that is

typical.  It is always -- people take their income tax

money and buy dope with it.  I get that.  I just -- I

don't know.  I really -- I really lost a lot of sleep

since that meeting.  I am serious, because -- just

because of the way it was presented.  I just --

    MS. RODRIGUEZ:

Well, we are not getting in trouble for y'all not making quota.  We will get into trouble for not enforcing it.

MR. SWEAR:

Right.

MS. RODRIGUEZ:

I believe the quota is -- like you said, is nothing difficult for anybody to get.  If anybody is falling behind --

MR. SWEAR:

You are right.

MS. RODRIGUEZ:

-- we are going to work with y'all -- whoever is lacking or whatever to move them up to where they need to be.  They are not just going to let y'all, you know, drown.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

As long as somebody wants to, you know. Steve is a little -- a little more difficult.

MR. SWEAR:

Well, yeah.  I mean, my -- my thing -- Steve has it in his mind he is going to put somebody in jail Christmas night.

MS. RODRIGUEZ:

    He does?

MR. SWEAR:

    Yeah.

MS. RODRIGUEZ:

    Hello?

        (Cell phone call.)

MS. RODRIGUEZ:

    What did you say again?

MR. SWEAR:

    Steve has in his mind that --

MS. RODRIGUEZ:

    That he is going arrest somebody?

MR. SWEAR:

    -- that he is going to put somebody in jail Christmas night because he feels like he is being forced to -- I mean, I know he is being forced to do something.  Don't get me wrong.  That was very clear on his shenanigans on the fucking computer the other night that -- remember with the pissing match between him and Dave or whatever?  I mean, I get that.  But, yes, he doesn't want to do anything.  Yes, he has a sense of entitlement and blah, blah, blah, but, I mean, I -- being that he has to get one arrest every two days, if he finds a random drunk Christmas night, he is going to

bring them to jail; whereas, I don't think typically he would do that.

    MS. RODRIGUEZ:

        That is -- that is up to him.  If he wants to --

    MR. SWEAR:

        It is discretionary, but not when you have to get one arrest every two days.

    MS. RODRIGUEZ:

        I don't really -- I am not that soft-hearted.  I am just not.  I'm sorry.

    MR. SWEAR:

        Yeah.

    MS. RODRIGUEZ:

        And everybody has their little level of discretion, and somebody might feel bad for it, and I just -- if it is a drunk, you know, I am like, you know, it is better him to be in jail than drunk on the street.  You should be at home --

    MR. SWEAR:

        Depends on who it is.

    MS. RODRIGUEZ:

        -- with your family.

    MR. SWEAR:

        Yeah, I agree.

MS. RODRIGUEZ:

I just -- I don't -- I don't know.  I am
not terribly cold, but I am not -- I don't know.

MR. SWEAR:

I know where -- I know where you are
coming from.

MS. RODRIGUEZ:

You know, like, even with the tickets I am
explaining -- like, I gave a ticket for a window tint,
but I am, like, you have an attachment.  You also
have --

MR. SWEAR:

Well, that's easy.  If they have an
attachment, they are getting a ticket, because they
want to kiss you on the mouth for not taking them to
jail anyway, so --

MS. RODRIGUEZ:

Then you have to tell them, you know,
like, well, look, if you can't pay for it right now,
you show up for court and they can work it out for you,
blah, blah, blah.  I sure the hell don't mind giving
anybody a ticket for 1201 because that just makes me --
that infuriates me how many times I have seen them open
at Caesar's a 1201 on Christmas night or over there
Christmas Eve.  That pisses me off to no end.  That

just -- that infuriates me.

     MR. SWEAR:

        Right.

     MS. RODRIGUEZ:

        Knowing you have got kids at home --

     MR. SWEAR:

        Right.

     MS. RODRIGUEZ:

        -- and you are at this piece of shit

place --

     MR. SWEAR:

        Right.

     MS. RODRIGUEZ:

        -- trying to get laid.  It just fucking

pisses me off.

     MR. SWEAR:

        Right.

     MS. RODRIGUEZ:

        So, yeah, I have no problem with that.

     MR. SWEAR:

        Yeah.

     MS. RODRIGUEZ:

        That is why -- just so many people that

are really trying to do the right thing.  You know, Paz

stops one at Rouse's and they are working or whatever,

you can let them go.  I can understand that.  But, you
know, that night you are going to have those bars open
and stuff, he's not going to have a driver's license.
He's probably not going to have insurance.

    MR. SWEAR:

        Right.

    MS. RODRIGUEZ:

        (Inaudible) -- a whole bunch of shit, and
they are not spending their money on their kids.

    MR. SWEAR:

        Yeah.  Yeah.  I mean, that is -- that has
always been a -- I feel like we are the only division
though that is getting railed for this.  You know what
I mean?  If Nick Arabie can show up, you know, maybe
once a month for fucking work --

    MS. RODRIGUEZ:

        I know.

    MR. SWEAR:

        -- I don't see how they could -- they have
a leg to stand on trying to write somebody up for not
writing three tickets a day.  You know, I just -- that
is -- I don't know.  I feel like if there is a
million-dollar gap to be bridged, I feel like, you
know, if they are going to -- if -- that -- yeah.  In
February -- no, I came to this watch in February.

Scott got approached by the chief in December.  In
January -- January is when the council approved our
raise at three percent, and Scott was, like, because
y'all have done X, Y and Z, basically, like, when he
went on his little hiatus from the "D" team and made
his -- you know, his approaches to the other teams,
well, obviously they were in the spotlight, so
everybody came up.  He is like, okay, well, listen, you
know, because y'all have done this, X, Y and Z, now,
you know, the City has seen it, you know, financially
possible to give y'all a three percent raise which
hadn't happened in a long time from what I understand.
I don't know.  I haven't been there that long, but
apparently --

     MS. RODRIGUEZ:

        Since Katrina.

     MR. SWEAR:

        Right.  Apparently it used to happen like
a couple of percent every year, and it hasn't happened
since then.

     MS. RODRIGUEZ:

        They gave us a big percentage or whatever
thinking they could -- they couldn't support it, so
they got a (inaudible) -- everything right after
Katrina, so they got --

MR. SWEAR:

    Right, right.

MS. RODRIGUEZ:

    And then, of course, it is going to slow down --

MR. SWEAR:

    Right.

MS. RODRIGUEZ:

    They were like, "What the hell happened?" They didn't know what to do, and --

MR. SWEAR:

    Yeah.  Well, and then so -- and, like I said, and then that comment was made that, you know, basically because y'all have done X, Y and Z, you got this.  And then -- which was cool, you know.  Okay.  Our hard work paid off.  And at the time, you know, that is how I took it was our hard work paid off.

    Then Russell comes in which, once again, you know how I feel about him, but he comes in and makes a threat of, you know -- basically which I think at the end of the day, if we could have Mardi Gras in the city, you know what I mean, like, right -- I hate Mardi Gras, too.  What I am saying is if we still had the money to put that, you know, showboat of, you know, Russell fest every year on, then we had money for other

Page 57

shit, too.  But he -- you know, he is the one who first

came in and said, listen, you know, if y'all do not,

you know, maintain or exceed your current things that

Scott has, you know, basically showed you you can do,

then -- and I don't -- this had nothing to do with

RedFlex.  That is the first time I ever heard anything

about RedFlex was the other day, and I know RedFlex has

always been a big argument, and we get a lot of money

from it.  And if you send them -- if you get a ticket

from RedFlex, and you send them a letter that basically

says I want to face my accuser in court, they look at

it, and they are like, okay, we will take this $150 hit

and just send them a letter back and say that it is no

longer good.  They will not -- like, if you try and

fight it because you have a right to face your accuser

type shit, they just let it go.  They -- because, I

mean, that is -- they are constantly fighting that

battle.  It is going to go bye-bye, but I just -- I

don't know.  They are walking a line.  They are really

walking a line.  And then they know they are walking a

line because we had to sign a fucking paper that says

we can't use recording devices against them walking the

line.

          MS. RODRIGUEZ:

                Well, did Joe -- what exactly did he take?

MR. SWEAR:

I don't know what Joe took.  I know Joe over the months toward the end of his employment here, I think he knew that it was a ticking timebomb, and I think whatever -- you know, I think he -- I think he was trying to protect himself, but I don't know if he has recordings.  I don't know if he has got video or audio or paperwork or text messages or what.  But, nevertheless, it is -- just because there is a policy against it doesn't mean it is not admissible anywhere else.  You know what I mean?  Just because you obtain -- just because -- if Joe obtained information by means of violating a departmental policy, Title Ten of the Federal Code says as long as you are part of the conversation, you can record the conversation.  You can violate the policy.  That is just like saying at Jesuit you had to wear a name tag, and if you didn't wear a name tag, well, if you do that enough times, they can expel you, so -- but that is all that it is.  It doesn't mean that -- it is like a protection order.  If somebody wants to kill a chick, the protection order isn't going to stop it, you know, so -- but that is --

MS. RODRIGUEZ:

It is all things that are -- it is not like I don't think about those things.  It is just I

worry about what I have to do.

    MR. SWEAR:

        Right, because you have a lot riding on it.

    MS. RODRIGUEZ:

        Not only that I have a lot riding on it, it's just --

    MR. SWEAR:

        I mean, where are you at? Twenty-something years in?

    MS. RODRIGUEZ:

        No, not now because I can't take my time back from JP, so I got like -- I have 14 years. I should have 20-something. Anyway, but it is just -- you know, I just look at it differently. You can sit there and look at it and get discouraged and disgusted at everything and -- or it is just this is what I am supposed to do. This is the job I chose. This is what I am supposed to do. And it is not difficult to do. You know, I can sit there and look -- feel disgusted at it, look at all of the different points that you are making. It is not like I haven't thought about it. It is just I have to resign myself to think about what I am supposed to do -- what I am supposed to be doing stopping people or right now it is checking (inaudible)

-- it is taking care of y'all, but if I was in your

position what I am supposed to be doing, stopping

people.

     MR. SWEAR:

          I agree with that.  I am going to stop

people.  I just -- have you ever read the -- the

prohibition against quotas for Louisiana law?

     MS. RODRIGUEZ:

          No.

     MR. SWEAR:

          If you read it, you will have to go and

pop your jaw back into place because it is going to hit

the floor, and you are going to say, Oh, my God.  It is

like deja vu from last week.  That is like -- really,

it is --

     MS. RODRIGUEZ:

          You don't already think they have an

argument for it?

     MR. SWEAR:

          I mean, I am sure they do.  I mean, that

is because it is pretty ballsy to make -- not

allegations, to make requirements like that and -- in

the light of all of the, like, recent current events

like media pumped full of antipolice propaganda, you

know what I mean, like they definitely have a set of

nuts on them.

    MS. RODRIGUEZ:

        I don't think it is -- I still think it is
-- I still think it is very arguable to even state that
as --

    MR. SWEAR:

        It is a quota.  Yeah, but it is a quota
though.

    MS. RODRIGUEZ:

        It is low though.

    MR. SWEAR:

        Even though it is low --

    MS. RODRIGUEZ:

        But usually you see as a quota to make or
whatever -- if you are going to a store, you are making
Furbies, and you need this quota to reach by the end of
it because that is how many they are shipping out.
This is just small amounts just to be sure that you are
actually working and --

    MR. SWEAR:

        But that --

    MS. RODRIGUEZ:

        -- you are not just collecting a paycheck.

    MR. SWEAR:

        Right.  And that would be one thing if

Page 62

they wouldn't have -- if they wouldn't have divulged
the fact that we are closing a million-dollar gap.  We
are -- we are making the ten Furbies to ship out.  We
-- that is what we are doing.  We have a million
dollars to hit at the end of the year.  If not, we risk
having it being taken from some other location.

    MS. RODRIGUEZ:

        But, still, in 12 hours?  I don't think --
I think you would have trouble arguing that.  Even
though they are saying that, I still think you would
have trouble arguing with that, that it is not that we
just want you to -- require you do some work, but not
just collect a paycheck -- a free paycheck.

    MR. SWEAR:

        No, I don't show up to collect a free
paycheck.  I just --

    MS. RODRIGUEZ:

        Literally, I mean, I added up all of the
total -- you work 15 hours -- I can't remember what the
total is, but if you work 15 days out of a month, it
is, like, 180-something hours.

    MR. SWEAR:

        Right.

    MS. RODRIGUEZ:

        And factor in maybe like half an hour for

us to get --

MR. SWEAR:

Which is long.

MS. RODRIGUEZ:

Yeah, I know.

MR. SWEAR:

Long, long.

MS. RODRIGUEZ:

That is 26 hours of work out of 180 --

MR. SWEAR:

It might take me half an hour to write a
ticket once we do that digital stuff.

MS. RODRIGUEZ:

But the requirement -- the requirement
time is just 26 hours.

MR. SWEAR:

Right.

MS. RODRIGUEZ:

On average.  It is probably less than
that if you are really speedy with the tickets.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

I just can't see that it can even be an
argument for a quota even though it is a number.

Page 64

MR. SWEAR:

     It is a number.

MS. RODRIGUEZ:

     I know, but I just can't see it as being
-- because it is just so minimal -- it is just so
minimal to what they are asking as productivity, and it
just --

MR. SWEAR:

     Yeah.  I don't know.  I guess there is an
argument on both sides.

MS. RODRIGUEZ:

     Yes.  There always is.

MR. SWEAR:

     There is an argument on both sides.  What
eases my mind the greatest is that y'all don't have to
worry about being written up for our lack of
productivity, but -- no, really, because, I mean, if I
was a supervisor, and I have motherfuckers on my team
that didn't like me that could just shut down to see me
crumble, that would like -- I would lose sleep over
that.  So, you know, and that is -- when you got
people, you know, like Steve who could --

MS. RODRIGUEZ:

     Now, Steve bothers me because I don't want
to write him up.  You know, I don't want to write him

up.  I don't.  I don't like doing that to anybody,

especially him.  And I already had that conversation --

    MR. SWEAR:

        Somebody needs to put the "A" team's --

they need to claim a case of fucking paper in the

hallway, because they are going to need a case of paper

with the amount of people -- you know how he said every

different team took a different approach?  Rico

probably said, All right, we just need you to pre-fill

out your white papers now, and that way you can just

sign them after -- that motherfucker is going to write

all kind of people up.

    MS. RODRIGUEZ:

        I think the whole time I have been here I

wrote up three people.

    MR. SWEAR:

        Yeah.  I think Rico has written up two, me

and Cindy Mayeaux.

    MS. RODRIGUEZ:

        Ben Beard and Shelly Thibodeaux.

    MR. SWEAR:

        Ben Beard is a 103M anyway, I mean, but --

    MS. RODRIGUEZ:

        Yeah.

    MR. SWEAR:

            I mean --

    MS. RODRIGUEZ:

            Shelly was going -- she was going crazy.

She just felt like -- I forgot what it was -- like

creating a hostile work environment or something like

that.

    MR. SWEAR:

            Yeah.

    MS. RODRIGUEZ:

            She went off like that -- just the final

straw, she went off on Ryan like yelling and cursing,

and Ryan is so, like, subdued.

    MR. SWEAR:

            For the most part.

    MS. RODRIGUEZ:

            It wasn't anything that instigated what

she brought upon him.

    MR. SWEAR:

            Yeah.

    MS. RODRIGUEZ:

            And I am, like, this is just ridiculous.

    MR. SWEAR:

            What was I going to say?  Well, I don't

think it was the time nor the place the other day in

the meeting because Scott said, you know, just remember

that, you know, if you don't like it, it is only a

transfer letter away.  Well, I didn't think raising my

hand and saying is mine to the courthouse still valid

or do I need to write you another one -- I didn't think

that was the time nor the place to put that, but I

haven't heard a fucking thing about that.

    MS. RODRIGUEZ:

        I think Craig is going to the courthouse.

    MR. SWEAR:

        I know.  I haven't heard --

    MS. RODRIGUEZ:

        I really don't think you will like that.

I know you want to do it.  I don't think you will like

it.

    MR. SWEAR:

        Yeah.  Well, the money is better, and it

is less headaches and no quota.  You can't -- I will

wand the fuck out of people.

    MS. RODRIGUEZ:

        The pressure was higher over there than it

was here ever.

    MR. SWEAR:

        Well, yeah, but that is because you --

y'all were in charge of people pleasing, and I can

people please.  You put Matt Chaisson over there, they

would send him back in a second, but I can people please.

    MS. RODRIGUEZ:

        It is not just people please.  The problem is these assholes think they are really right -- righteous people.  It is different coming from, you know, like I sit around and talk to a crackhead, and these people -- I don't know.  It was -- for a couple of months there, I was getting in an argument all of the time with self-righteous people.

    MR. SWEAR:

        Yeah.

    MS. RODRIGUEZ:

        Or after Isaac, I thought I was going to hit that guy from -- who does the ADA's -- their computer.  He is the IT guy.  He's such an arrogant asshole, and I just went off on him.  But he -- it was that same arrogance.  He comes over to me while they are trying to -- whoever was in charge of cleaning up the -- it was -- I think they -- I think they got -- to clean it out -- (inaudible) the big hose things in there --

    MR. SWEAR:

        Yeah, yeah, yeah.

    MS. RODRIGUEZ:

So he came -- he was, like, I would like to apologize -- the same kind of arrogance that he came to me with -- I was whatever, and I was, like, I don't accept your apology. You are saying it the same -- I just went off on him. And he got -- he is such an asshole. Kevin something or other. I can't remember his last name. I don't remember. But, yeah, it is these self-righteous people that think they are just above everything. That is the ones that give me a headache.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

The attorneys that come in and they don't want to follow -- and then state troopers that come in -- I got in an argument with a state trooper because he wanted to bring his weapon in, and they act like they are above you.

MR. SWEAR:

Yeah. Well, they are not used to it because this is -- we are like one -- I think the only judicial court in the state that you can't bring them in. Everywhere else you can now. That is -- I mean, which I think it is dumb that, you know --

MS. RODRIGUEZ:

Well, the problem is you can't argue with someone who is proficient with their weapon or someone who isn't. You can't decide, hey, no, you don't want -- you can't handle yourself, you know (inaudible) --

MR. SWEAR:

I agree.  I agree.

MS. RODRIGUEZ:

And it is such a big building where so many come in that you just  -- I can see where it is better to just limit how many guns you have to have --

MR. SWEAR:

No, I agree.  I agree.

MS. RODRIGUEZ:

Because those courtrooms sometimes get filled up.  It is ridiculous dockets.  There is no way -- they should not -- that should be a safety thing. They will have 80 people in there.  That is 80 criminals plus family members with one deputy.

MR. SWEAR:

Right.  And the family members are sometimes worse than the criminals.

MS. RODRIGUEZ:

Yeah.

MR. SWEAR:

So --

MS. RODRIGUEZ:

I use to have problems with the
detectives, too.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

And then the parking problem.  It is just
stupid headaches.  It is just -- like, I don't know
what to tell you.  I am just enforcing what they want
to do.  I don't really care.  This is what I have to
do, and this is my job.

MR. SWEAR:

Right.  Yeah.

MS. RODRIGUEZ:

I used to go to the doctor, and my blood
pressure was low because I was away from the building.
Then I find out -- you know, started having those
headaches, and Kathleen was taking my blood pressure,
and it was high while I was there.

MR. SWEAR:

Uh-huh.  Yeah.  So Steve -- I don't know
if Steve is coming in at all this weekend.

MS. RODRIGUEZ:

He might be.  He said he had -- it was
just a sinus infection, but that -- he said he should

be -- might be -- but, yeah, I am not sure.

    MR. SWEAR:

        Dave is coming in half night Sunday?

    MS. RODRIGUEZ:

        Whole night Sunday, half night --

    MR. SWEAR:

        Half night tonight?

    MS. RODRIGUEZ:

        I think so.

    MR. SWEAR:

        I've got to submit comp for going to that
class.

    MS. RODRIGUEZ:

        What class?

    MR. SWEAR:

        Wednesday, Thursday, I went to a fucking
domestic violence class.  I took off half of Tuesday
obviously because I had to be there at 8:00 a.m., so
that nullifies six hours of it, but two hours of
Wednesday and eight hours of Thursday.

    MS. RODRIGUEZ:

        Yeah.  Just give me the paperwork.

    MR. SWEAR:

        So, yeah.  You didn't find that trip
sheet?

MS. RODRIGUEZ:

(Inaudible).

MR. SWEAR:

Somebody is fucking with me. Matt was in there. He watched me put it in there. He was sitting at the computer, and he is, like, Going home, huh? I was, like, Yeah. And printed out, signed in front of him and put it in there, and we walked out the door. I am going to go print that shit out and turn it in.

MS. RODRIGUEZ:

But y'all have come a long -- y'all really did -- I talked to Scott that morning to clarify some things. Y'all all have come a long way -- especially with y'all (inaudible) -- shit, it took me a long time to just start catching up -- and I am still learning stuff, you know.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

A lot of -- lot of time --

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

But y'all have come a long way, especially with -- a couple of them are having trouble with

ordinance -- one with following the ordinance thing and
getting better and then sometimes when to search, when
not to search, when to pat down and when not -- you
know, when to pat down and search, where to put it in
there, get a little creative with your writing --

    MR. SWEAR:

        Right.

    MS. RODRIGUEZ:

        And then advise their rights, you know,
what point you do (inaudible) --

    MR. SWEAR:

        As soon as you suspect them of a crime or
believe that they are --

    MS. RODRIGUEZ:

        Question them --

    MR. SWEAR:

        Right.  As soon as they are a suspect of a
crime or they can say anything that is going to
incriminate themselves.

    MS. RODRIGUEZ:

        Yeah.

    MR. SWEAR:

        If they make an excited utterance, then,
yes, boom, do it right there.

    MS. RODRIGUEZ:

Yeah.  The reports are getting much

better.  Paz's reports -- the last few I haven't even

had any --

  MR. SWEAR:

    Yeah?

  MR. RODRIGUEZ:

    Something happened during the summer, and

it just clicked all of a sudden.  I was pulling my hair

out.  I had to send them back two or three times, and

all of a sudden it just like clicked, and I am getting,

like, one of (inaudible) --

  MR. SWEAR:

    I think -- I think you are little bit

different than Rico used to be, because Rico used to

just call them in there and was like, Paz, you are a

fucking idiot.

  MS. RODRIGUEZ:

    I don't believe in berating y'all for

things like that.

  MR. SWEAR:

    Literally I have watched Rico, Control A,

hit the delete button and start typing and like -- I

don't know.  I don't think that is the type of thing

that Paz would respond to.

  MS. RODRIGUEZ:

I get pissed off when somebody really is intelligent, and they are leaving.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

When they know what they are doing, and they are just lazy and just -- that pisses me off.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

But if you try, you know, I will work as hard as I can.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

If you are trying, that is all I want.

MR. SWEAR:

Right.  Oh, man.  I got that sky box at 1:00.

MS. RODRIGUEZ:

I got the gym at 1:30.

MR. SWEAR:

Yeah.

MS. RODRIGUEZ:

I cancelled yesterday.

MR. SWEAR:

    Yeah.

MS. RODRIGUEZ:

    I lose my money if I cancel.  It is $50 a session.

MR. SWEAR:

    Where at?

MS. RODRIGUEZ:

    With the trainer --

MR. SWEAR:

    Oh, yeah, yeah, yeah.

MS. RODRIGUEZ:

    I have to cancel with them like two days or 24 hours, otherwise he charges me.

MR. SWEAR:

    Right.

MS. RODRIGUEZ:

    You can reschedule on Saturday. (Inaudible).

MR. SWEAR:

    Yeah.  Yeah.

MS. RODRIGUEZ:

    I wish I could go every day.

MR. SWEAR:

    Yeah.  I don't really have time with

school work, but --

    MS. RODRIGUEZ:

        It is the money and the time.

    MR. SWEAR:

        Yeah, fuck, so -- all right.  I am going

to go put this in.

        (AUDIO RECORDING ENDS AT THIS POINT)

Page 79

REPORTER'S CERTIFICATE

I, Anita G. Dunn, Certified Court Reporter in and for the State of Louisiana, certify that the audio recording was reported by me in the stenotype reporting shorthand from audio provided to me by Corey Hebert, Esq. This is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the Board. The transcript may contain unintelligible portions due to recording quality or multiple persons speaking at the same time.

I am not of counsel, not related to any person participating in this cause, and am in no way interested in the outcome of this matter.

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

Baton Rouge, Louisiana, on 10/2/17.

ANITA G. DUNN, CCR
Certificate No. 86148

