**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIEL SWEAR** | : | **CASE NUMBER:  2:15-cv-06591** |
| | : | |
| | : | **SECTION "G"** |
| **VERSUS** | : | **HON. JUDGE BROWN** |
| | : | |
| | : | **MAGISTRATE** |
| **LAWSON, et al.** | : | **HON. JUDGE van MEERVELD** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 6

Photograph of Swear License Plate.

