UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL SWEAR** | : | CASE NUMBER:  2:15-cv-06591 |
| | : | |
| | : | SECTION "G" |
| **VERSUS** | : | HON. JUDGE BROWN |
| | : | |
| | : | MAGISTRATE |
| **LAWSON, et al.** | : | HON. JUDGE van MEERVELD |

**NOTICE OF MANUAL ATTACHMENT**

Exhibit 1 of the Declaration of Declaration of Paul Pichoff of is an audio recording of Paul Pichoff, Philip Saladino and J.R. Rogers which is filed as a manual attachment with the Clerk's Office.