UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL SWEAR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-6591** |
| **ARTHUR LAWSON, et al.** | **SECTION: "G"(1)** |

## ORDER

**IT IS HEREBY ORDERED** that this matter this matter is **STAYED** and **ADMINISTRATIVELY CLOSED**.

New Orleans, Louisiana, this __19th__ day of February, 2019.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**