```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


****************************************************************

DANIEL SWEAR


                                    CIVIL ACTION NO. 15-6591 "G"
VERSUS                              NEW ORLEANS, LOUISIANA
                                    MONDAY, JUNE 3, 2019, 9:00 A.M.


ARTHUR LAWSON, ET AL

****************************************************************


              TRANSCRIPT OF SETTLEMENT PROCEEDINGS
       HEARD BEFORE THE HONORABLE NANNETTE JOLIVETTE BROWN
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFF:     CHARLOTTE C. MCDANIEL MCGEHEE
                       ATTORNEY AT LAW
                       16851 JEFFERSON HIGHWAY, SUITE 6-B
                       BATON ROUGE, LA   70817



                       DORNIER LAW FIRM
                       BY:  SETH M. DORNIER, ESQ.
                       351 ST. FERDINAND STREET, SUITE B
                       BATON ROUGE, LA   70802



FOR THE DEFENDANTS:    BEEVERS & BEEVERS
                       BY:  STEVEN MICHAEL MAUTERER, ESQ.
                            SHAYNA BEEVERS MORVANT, ESQ.
                       210 HUEY P. LONG AVENUE
                       GRETNA, LA   70053
```

***OFFICIAL TRANSCRIPT***

```
 1   APPEARANCES CONTINUED:

 2

 3   ALSO PRESENT:              MARLINE GUZMAN, ESQ.
                                CHIEF ARTHUR LAWSON
 4                              CAPTAIN SCOTT VINSON
                                CHRISTIAN TOUCHET
 5

 6

 7   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
 8                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM B-275
 9                              NEW ORLEANS, LA  70130
                                (504) 589-7779
10                              Cathy_Pepper@laed.uscourts.gov

11
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
12   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

13

14

15

16

17

18

19

20

21

22

23

24

25

                          OFFICIAL TRANSCRIPT
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2                    M O R N I N G   S E S S I O N
 3                      MONDAY, JUNE 3, 2019
 4                      (COURT CALLED TO ORDER)
 5
 6
 7          THE DEPUTY CLERK:  All rise.
 8          THE COURT:  Good morning.
 9          THE DEPUTY CLERK:  Civil Action Number 15-06591,
10   Daniel Swear versus Scott Vinson, et al.
11             Counsel, please make your appearance for the
12   record.
13          MS. MCGEHEE:  Good morning, Your Honor.
14   Charlotte McDaniel McGehee here on behalf of Daniel Swear.
15          MR. DORNIER:  Good morning, Seth Dornier on behalf of
16   Mr. Daniel Swear.
17          MR. MAUTERER:  Good morning, Your Honor.
18   Steven Mauterer on behalf of Chief Lawson, Captain Vinson, and
19   the City of Gretna.
20          MS. MORVANT:  Good morning, Your Honor.
21   Shayna Beevers Morvant also on behalf of Chief Lawson,
22   Scott Vinson, and the City of Gretna.
23          MR. GUZMAN:  Good morning, Your Honor.
24   Marlin Guzman Jr. here on behalf of also Chief Scott, I mean,
25   Chief Lawson and the other parties.
```

*OFFICIAL TRANSCRIPT*

1    THE COURT: All right. I understand the parties have
2 resolved this matter.
3    MR. MAUTERER: Yes, Your Honor.
4    MS. MCGEHEE: Yes, Your Honor. Why don't you take the
5 podium.
6    THE COURT: You would like to put your resolution on
7 the record?
8    MR. MAUTERER: Yes, Your Honor. I believe that part of
9 the resolution is that the Court, as we discussed in chambers,
10 is acknowledging, at least as we stand here factually, that as
11 we stand here today --
12    THE COURT: The Court is not part of your settlement,
13 but you all, the plaintiff can acknowledge.
14    MS. MCGEHEE: Your Honor, the plaintiff -- let me just
15 interject here. The plaintiff would acknowledge that as of
16 today there has been no finding of fact, and this matter has
17 not been presented to a jury or judge for any findings of fact,
18 that there is no quota, policy, or custom, that that fact was
19 disputed, and that those facts have never been determined by
20 any court, including this court or a jury at this court.
21    We are going to dismiss the whistleblower claim
22 that is present in this matter. We are going to resolve it for
23 a sum certain that will be funded within 30 days from the 12th,
24 pending the approval of the City of Gretna, and we are
25 dismissing the case as a result, Your Honor.

*OFFICIAL TRANSCRIPT*

1    THE COURT: So this is a plaintiff and the defendants'
2 motion to dismiss based on the terms you just put forth.
3    MR. MAUTERER: Correct, Your Honor. We do have a
4 Gretna City Council meeting, as counsel mentioned, on the 12th
5 where we're presenting this.
6         Part of the consideration that goes along with it
7 is that, as counsel said, there has not been a finding that
8 there is a policy, custom, or quota at the Gretna Police
9 Department. As long as that is understood by all parties, we
10 have a settlement.
11    MS. MCGEHEE: Yes, Your Honor.
12         Can we just make an oral motion to withdraw the
13 whistleblower claim from 23:967 or do I need a formal motion?
14    THE COURT: Is that the other case?
15    MS. MCGEHEE: No, it's this case, second claim. We're
16 withdrawing it.
17    MR. MAUTERER: You can dismiss it.
18    THE COURT: You can dismiss it.
19    MS. MCGEHEE: I'm sorry, dismissing the 23:967 claim
20 pursuant to Louisiana Revised Statute.
21    THE COURT: Okay. Your joint motion and plaintiff's
22 motion to dismiss the whistleblower is granted.
23    MS. MCGEHEE: Thank you, Your Honor.
24    MR. MAUTERER: Thank you, Your Honor.
25    THE COURT: All right. We're done.

*OFFICIAL TRANSCRIPT*

```
1            MR. MAUTERER:  That's all we have.
2            THE COURT:  All right.  Thank you.
3            THE DEPUTY CLERK:  All rise.
4            (WHEREUPON, at 10:15 a.m., the proceedings were
5     concluded.)
6                             *   *   *
7
8
9                        REPORTER'S CERTIFICATE
10
11        I, Cathy Pepper, Certified Realtime Reporter, Registered
12    Merit Reporter, Certified Court Reporter in and for the State
13    of Louisiana, Official Court Reporter for the United States
14    District Court, Eastern District of Louisiana, do hereby
15    certify that the foregoing is a true and correct transcript to
16    the best of my ability and understanding from the record of the
17    proceedings in the above-entitled and numbered matter.
18
19                              s/Cathy Pepper
20                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
21                              Registered Merit Reporter
                                Official Court Reporter
22                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
23
24
25
```

*OFFICIAL TRANSCRIPT*

| 1 | AIDED [1] - 2:12 | Chief [4] - 3:18, 3:21, 3:24, 3:25 | E | 1:17 |
|---|---|---|---|---|
| **10:15** [1] - 6:4 | **al** [1] - 3:10 | **CHRISTIAN** [1] - 2:4 | **Eastern** [1] - 6:14 | **joint** [1] - 5:21 |
| **12th** [2] - 4:23, 5:4 | **AL** [1] - 1:8 | **City** [4] - 3:19, 3:22, 4:24, 5:4 | **EASTERN** [1] - 1:2 | **JOLIVETTE** [1] - 1:12 |
| **15-06591** [1] - 3:9 | **ALSO** [1] - 2:3 | **CIVIL** [1] - 1:6 | **entitled** [1] - 6:17 | **Jr** [1] - 3:24 |
| **15-6591** [1] - 1:6 | **appearance** [1] - 3:11 | **Civil** [1] - 3:9 | **ESQ** [4] - 1:20, 1:23, 1:24, 2:3 | **JUDGE** [1] - 1:12 |
| **16851** [1] - 1:17 | **APPEARANCES** [2] - 1:14, 2:1 | **claim** [4] - 4:21, 5:13, 5:15, 5:19 | **et** [1] - 3:10 | **judge** [1] - 4:17 |
|  | **approval** [1] - 4:24 | **CLERK** [3] - 3:7, 3:9, 6:3 | **ET** [1] - 1:8 | **JUNE** [2] - 1:7, 3:3 |
| **2** | **ARTHUR** [2] - 1:8, 2:3 | **COMPUTER** [1] - 2:12 |  | **jury** [2] - 4:17, 4:20 |
|  | **AT** [1] - 1:16 | **COMPUTER-AIDED** [1] - 2:12 | **F** |  |
| **2019** [2] - 1:7, 3:3 | **ATTORNEY** [1] - 1:16 | **concluded** [1] - 6:5 |  | **L** |
| **210** [1] - 1:24 | **AVENUE** [1] - 1:24 | **consideration** [1] - 5:6 | **fact** [3] - 4:16, 4:17, 4:18 | **LA** [4] - 1:17, 1:21, 1:25, 2:9 |
| **23:967** [2] - 5:13, 5:19 |  | **CONTINUED** [1] - 2:1 | **facts** [1] - 4:19 | **LAW** [2] - 1:16, 1:19 |
|  | **B** | **correct** [2] - 5:3, 6:15 | **factually** [1] - 4:10 | **Lawson** [3] - 3:18, 3:21, 3:25 |
| **3** |  | **Council** [1] - 5:4 | **FERDINAND** [1] - 1:20 | **LAWSON** [2] - 1:8, 2:3 |
|  | **B-275** [1] - 2:8 | **counsel** [3] - 3:11, 5:4, 5:7 | **findings** [1] - 4:17 | **least** [1] - 4:10 |
| **3** [2] - 1:7, 3:3 | **based** [1] - 5:2 | **COURT** [13] - 1:1, 2:7, 3:4, 3:8, 4:1, 4:6, 4:12, 5:1, 5:14, 5:18, 5:21, 5:25, 6:2 | **FIRM** [1] - 1:19 | **LONG** [1] - 1:24 |
| **30** [1] - 4:23 | **BATON** [2] - 1:17, 1:21 |  | **FOR** [2] - 1:16, 1:23 | **Louisiana** [3] - 5:20, 6:13, 6:14 |
| **351** [1] - 1:20 | **BEEVERS** [3] - 1:23, 1:24 |  | **foregoing** [1] - 6:15 | **LOUISIANA** [2] - 1:2, 1:6 |
|  | **Beevers** [1] - 3:21 |  | **formal** [1] - 5:13 |  |
| **5** | **BEFORE** [1] - 1:12 | **Court** [7] - 4:9, 4:12, 6:12, 6:13, 6:14, 6:21, 6:22 | **forth** [1] - 5:2 | **M** |
|  | **behalf** [5] - 3:14, 3:15, 3:18, 3:21, 3:24 |  | **funded** [1] - 4:23 |  |
| **500** [1] - 2:8 | **best** [1] - 6:16 | **court** [3] - 4:20 |  | **Marlin** [1] - 3:24 |
| **504** [1] - 2:9 | **BROWN** [1] - 1:12 | **CRR** [2] - 2:7, 6:20 | **G** | **MARLINE** [1] - 2:3 |
| **589-7779** [1] - 2:9 | **BY** [4] - 1:20, 1:23, 2:11, 2:12 | **custom** [2] - 4:18, 5:8 |  | **matter** [4] - 4:2, 4:16, 4:22, 6:17 |
|  |  |  | **granted** [1] - 5:22 | **MAUTERER** [8] - 1:23, 3:17, 4:3, 4:8, 5:3, 5:17, 5:24, 6:1 |
| **6** | **C** | **D** | **GRETNA** [1] - 1:25 |  |
|  |  |  | **Gretna** [5] - 3:19, 3:22, 4:24, 5:4, 5:8 | **Mauterer** [1] - 3:18 |
| **6-B** [1] - 1:17 | **CALLED** [1] - 3:4 | **DANIEL** [1] - 1:4 | **GUZMAN** [2] - 2:3, 3:23 | **MCDANIEL** [1] - 1:16 |
|  | **Captain** [1] - 3:18 | **Daniel** [3] - 3:10, 3:14, 3:16 | **Guzman** [1] - 3:24 | **McDaniel** [1] - 3:14 |
| **7** | **CAPTAIN** [1] - 2:4 | **days** [1] - 4:23 |  | **MCGEHEE** [8] - 1:16, 3:13, 4:4, 4:14, 5:11, 5:15, 5:19, 5:23 |
|  | **case** [3] - 4:25, 5:14, 5:15 | **DEFENDANTS** [1] - 1:23 | **H** |  |
| **70053** [1] - 1:25 | **CATHY** [1] - 2:7 | **defendants'** [1] - 5:1 |  | **McGehee** [1] - 3:14 |
| **70130** [1] - 2:9 | **Cathy** [2] - 6:11, 6:20 | **Department** [1] - 5:9 | **HEARD** [1] - 1:12 | **mean** [1] - 3:24 |
| **70802** [1] - 1:21 | **Cathy_Pepper@laed.uscourts.gov** [1] - 6:22 | **DEPUTY** [3] - 3:7, 3:9, 6:3 | **hereby** [1] - 6:14 | **MECHANICAL** [1] - 2:11 |
| **70817** [1] - 1:17 |  | **determined** [1] - 4:19 | **HIGHWAY** [1] - 1:17 | **meeting** [1] - 5:4 |
|  | **cathy_Pepper@laed.uscourts.gov** [1] - 2:10 | **discussed** [1] - 4:9 | **Honor** [13] - 3:13, 3:17, 3:20, 3:23, 4:3, 4:4, 4:8, 4:14, 4:25, 5:3, 5:11, 5:23, 5:24 | **mentioned** [1] - 5:4 |
| **9** |  | **dismiss** [5] - 4:21, 5:2, 5:17, 5:18, 5:22 |  | **MERIT** [1] - 2:8 |
|  | **CCR** [2] - 2:7, 6:20 | **dismissing** [2] - 4:25, 5:19 |  | **Merit** [2] - 6:12, 6:21 |
| **9:00** [1] - 1:7 | **certain** [1] - 4:23 | **disputed** [1] - 4:19 | **HONORABLE** [1] - 1:12 | **MICHAEL** [1] - 1:23 |
|  | **CERTIFICATE** [1] - 6:9 | **DISTRICT** [3] - 1:1, 1:2, 1:12 | **HUEY** [1] - 1:24 | **MONDAY** [2] - 1:7, 3:3 |
| **A** | **CERTIFIED** [1] - 2:7 | **District** [3] - 6:14, 6:22 |  | **morning** [6] - 3:8, 3:13, 3:15, 3:17, 3:20, 3:23 |
|  | **Certified** [3] - 6:11, 6:12, 6:20 | **done** [1] - 5:25 | **I** |  |
| **a.m** [1] - 6:4 | **certify** [1] - 6:15 | **Dornier** [1] - 3:15 |  | **Morvant** [1] - 3:21 |
| **A.M** [1] - 1:7 | **chambers** [1] - 4:9 | **DORNIER** [3] - 1:19, 1:20, 3:15 | **including** [1] - 4:20 | **MORVANT** [2] - 1:24, 3:20 |
| **ability** [1] - 6:16 | **CHARLOTTE** [1] - 1:16 |  | **interject** [1] - 4:15 |  |
| **above-entitled** [1] - 6:17 | **Charlotte** [1] - 3:14 |  |  | **motion** [5] - 5:2, 5:12, 5:13, 5:21, 5:22 |
| **acknowledge** [2] - 4:13, 4:15 | **CHIEF** [1] - 2:3 |  | **J** |  |
| **acknowledging** [1] - 4:10 |  |  | **JEFFERSON** [1] - | **MR** [9] - 3:15, 3:17, |
| **Action** [1] - 3:9 |  |  |  |  |
| **ACTION** [1] - 1:6 |  |  |  |  |

| | | |
|---|---|---|
| 3:23, 4:3, 4:8, 5:3, 5:17, 5:24, 6:1<br>**MS** [8] - 3:13, 3:20, 4:4, 4:14, 5:11, 5:15, 5:19, 5:23 | **Q**<br><br>**quota** [2] - 4:18, 5:8<br><br>**R** | **Steven** [1] - 3:18<br>**STEVEN** [1] - 1:23<br>**STREET** [2] - 1:20, 2:8<br>**SUITE** [2] - 1:17, 1:20<br>**sum** [1] - 4:23<br>**Swear** [3] - 3:10, 3:14, 3:16<br>**SWEAR** [1] - 1:4 |
| **N**<br><br>**NANNETTE** [1] - 1:12<br>**need** [1] - 5:13<br>**never** [1] - 4:19<br>**NEW** [2] - 1:6, 2:9<br>**NO** [1] - 1:6<br>**Number** [1] - 3:9<br>**numbered** [1] - 6:17 | **REALTIME** [1] - 2:7<br>**Realtime** [2] - 6:11, 6:20<br>**record** [3] - 3:12, 4:7, 6:16<br>**RECORDED** [1] - 2:11<br>**Registered** [1] - 6:11<br>**REGISTERED** [1] - 2:8<br>**registered** [1] - 6:21<br>**Reporter** [7] - 6:11, 6:12, 6:13, 6:20, 6:21, 6:21 | **T**<br><br>**terms** [1] - 5:2<br>**THE** [16] - 1:12, 1:16, 1:23, 3:7, 3:8, 3:9, 4:1, 4:6, 4:12, 5:1, 5:14, 5:18, 5:21, 5:25, 6:2, 6:3<br>**TO** [1] - 3:4<br>**today** [2] - 4:11, 4:16<br>**TOUCHET** [1] - 2:4<br>**transcript** [1] - 6:15<br>**TRANSCRIPT** [2] - 1:11, 2:11<br>**TRANSCRIPTION** [1] - 2:12<br>**true** [1] - 6:15 |
| **O**<br><br>**OF** [2] - 1:2, 1:11<br>**Official** [2] - 6:13, 6:21<br>**OFFICIAL** [1] - 2:7<br>**oral** [1] - 5:12<br>**ORDER** [1] - 3:4<br>**ORLEANS** [2] - 1:6, 2:9 | **REPORTER** [3] - 2:7, 2:7, 2:8<br>**REPORTER'S** [1] - 6:9<br>**resolution** [2] - 4:6, 4:9<br>**resolve** [1] - 4:22<br>**resolved** [1] - 4:2<br>**result** [1] - 4:25<br>**Revised** [1] - 5:20<br>**rise** [2] - 3:7, 6:3<br>**RMR** [2] - 2:7, 6:20<br>**ROOM** [1] - 2:8<br>**ROUGE** [2] - 1:17, 1:21 | **U**<br><br>**understood** [1] - 5:9<br>**UNITED** [2] - 1:1, 1:12<br>**United** [2] - 6:13, 6:22 |
| **P**<br><br>**part** [3] - 4:8, 4:12, 5:6<br>**parties** [3] - 3:25, 4:1, 5:9<br>**pending** [1] - 4:24<br>**PEPPER** [1] - 2:7<br>**Pepper** [3] - 6:11, 6:19, 6:20<br>**PLAINTIFF** [1] - 1:16<br>**plaintiff** [4] - 4:13, 4:14, 4:15, 5:1<br>**plaintiff's** [1] - 5:21<br>**podium** [1] - 4:5<br>**Police** [1] - 5:8<br>**policy** [2] - 4:18, 5:8<br>**POYDRAS** [1] - 2:8<br>**present** [1] - 4:22<br>**PRESENT** [1] - 2:3<br>**presented** [1] - 4:17<br>**presenting** [1] - 5:5<br>**PROCEEDINGS** [3] - 1:11, 2:11, 3:1<br>**proceedings** [2] - 6:4, 6:17<br>**PRODUCED** [1] - 2:12<br>**pursuant** [1] - 5:20<br>**put** [2] - 4:6, 5:2 | **S**<br><br>**s/Cathy** [1] - 6:19<br>**Scott** [3] - 3:10, 3:22, 3:24<br>**SCOTT** [1] - 2:4<br>**second** [1] - 5:15<br>**SETH** [1] - 1:20<br>**Seth** [1] - 3:15<br>**SETTLEMENT** [1] - 1:11<br>**settlement** [2] - 4:12, 5:10<br>**SHAYNA** [1] - 1:24<br>**Shayna** [1] - 3:21<br>**sorry** [1] - 5:19<br>**ST** [1] - 1:20<br>**stand** [2] - 4:10, 4:11<br>**State** [1] - 6:12<br>**STATES** [2] - 1:1, 1:12<br>**States** [2] - 6:13, 6:22<br>**Statute** [1] - 5:20<br>**STENOGRAPHY** [1] - 2:11 | **V**<br><br>**VERSUS** [1] - 1:6<br>**versus** [1] - 3:10<br>**VINSON** [1] - 2:4<br>**Vinson** [3] - 3:10, 3:18, 3:22<br><br>**W**<br><br>**WHEREUPON** [1] - 6:4<br>**whistleblower** [3] - 4:21, 5:13, 5:22<br>**withdraw** [1] - 5:12<br>**withdrawing** [1] - 5:16 |