MINUTE ENTRY
BROWN, J.
JUNE 3, 2019
**JS10** – 0:03

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL SWEAR | CIVIL ACTION |
| VERSUS | NUMBER:  15-6591 |
| ARTHUR LAWSON, et al. | SECTION:  G |

### SETTLEMENT

Court Reporter: Cathy Pepper
Case Manager:  Shaveka M. Joshua/James Crull
Law Clerk:        Sharion Scott

APPEARANCES:
Charlotte C. McDaniel McGehee of Charlotte C. McDaniel McGehee, APLC and Seth Dornier of Dornier Law Firm LLC, for the Plaintiff;
Steven M. Mauterer and Shayna Movant of Beevers & Beevers, for Defendant.

Case called at 10:12 a.m.

The parties have reached a settlement.

The parties have resolved the matter for a sum certain to be funded within 30 days from June 12, 2019 Gretna City Council Meeting, pending the approval of the City of Gretna.

The parties agree that there has not been a finding that there is a policy, custom or quota at the Gretna Police Department.

Plaintiff made a Motion to Dismiss the Whistleblower Claim; Motion is GRANTED.

Hearing concluded 10:15 a.m.